Case 1:21-cr-00189-CJN   Document 4   Filed 03/05/21

Case: 1:21-cr-00189
Assigned To : Nichols, Carl J.
Assign. Date : 3/5/2021
Description: INDICTMENT (B)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. § 111(a)(1)** |
| **RICHARD L. HARRIS,** | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers)** |
| | : | |
| Defendant. | : | **18 U.S.C. § 1512(c)(2)** |
| | : | **(Obstruction of an Official Proceeding)** |
| | : | |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a** |
| | : | **Restricted Building)** |
| | : | |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol** |
| | : | **Building)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal Indictment and Arrest Warrant, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the arrest warrant and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: 03/05/2021

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE