**UNITED STATES DISTRICT COURT**
          **FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No. 21-CR-189 (CN)** |
| | : | |
| v. | : | |
| | : | |
| **RICHARD HARRIS,** | : | **UNDER SEAL** |
| | : | |
| | : | |
| **Defendant.** | : | |

<u>**GOVERNMENT'S MOTION TO UNSEAL CASE**</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this case be unsealed.   As grounds, the Government states as follows:

1. The indictment and arrest warrant in this case were originally sealed pending the defendant's arrest.

2. On or about March 18, 2021, the defendant was arrested in the Southern District of Florida.   He was presented in that case and later held without bond following a detention hearing on March 26, 2021.   The magistrate case in Florida is Case No. 21-6163-Hunt.

3. Because the defendant has been arrested and the charging documents have been unsealed in Florida, there is no longer any reason for this case to remain sealed.

**WHEREFORE**, the Government respectfully requests that the Court order that this case

be unsealed.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793


   /s/ Nihar R. Mohanty
NIHAR R. MOHANTY
Assistant United States Attorney
D. C. Bar No. 436-686
555 4th Street, N.W.
Room 4120
Washington, D.C.   20530
(202) 252-7700