UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 21-CR-189 (CN) |
| | : | |
| v. | : | |
| | : | |
| **RICHARD HARRIS,** | : | UNDER SEAL |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the Government's Motion to Unseal and the entire record, it is this day of ___ April, 2021, ORDERED:

1. That the Government's Motion to Unseal is hereby GRANTED; and

2. That the Clerk's Office shall unseal this case in all respects.

_____
CARL J. NICHOLS,
UNITED STATES DISTRICT COURT JUDGE