UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.   21-00189-CR-NICHOLS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RICHARD L. HARRIS,
    Defendant.
_____:

NOTICE OF APPEARANCE

Assistant Federal Public Defenders Kristy Militello and Eric Cohen from the Southern District of Florida hereby file this notice of appearance on behalf of defendant Richard Harris and pursuant to the Court's appointment of counsel on April 21, 2021. Please send all notices and inquiries to the attorneys at the addresses listed below.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/ Eric M. Cohen* |
| Kristy Militello | Eric M. Cohen |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar No. 328065 |
| 450 South Australian Avenue | 150 West Flagler Street |
| Suite 500 | Suite 1700 |
| West Palm Beach, Florida 33401 | Miami, Florida, 33130-1556 |
| (561) 833-6288 – Telephone | Tel: 305-530-7000 - Telephone |
| kristy_militello@fd.org | Eric_Cohen@fd.org |

1

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello