UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,
        Plaintiff,

v.

RICHARD L. HARRIS,
        Defendant.
_____/

**PROPOSED ORDER ON DEFENDANT'S MOTION FOR BOND REVIEW**

This matter has come before the Court on the Defendant, Richard L. Harris's Motion for Bond Review.  The Court being fully advised in the premises, the Defendant's motion is hereby _____.  The Defendant shall be released from custody with pretrial conditions and reside with his father in Happy Valley, Oregon, until the completion of these proceedings.

DONE and ORDERED in Chambers at Washington, D.C., this _____ day of May, 2021.

                                                    _____
                                                    CARL J. NICHOLS
                                                    UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record