## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-cr-189 (CJN) |
| : | |
| **RICHARD HARRIS,** : | |
| : | |
| **Defendant.** : | |

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for the defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:    /s/ Nihar R. Mohanty
NIHAR R. MOHANTY
Assistant United States Attorney
D.C. Bar No. 436-686
United States Attorney's Office for the
District of Columbia
555 4th Street, N.W.
Room 4120
Washington, D.C.  20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov