# EXHIBIT 5





Anti-lockdown Protestors try to break into Capitol building











