UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,
          Plaintiff,

v.

RICHARD L. HARRIS,
          Defendant.
_____/

## DEFENDANT'S MOTION TO ACCEPT AFFIDAVIT IN LIEU OF LIEN

The Defendant, Richard Harris, through undersigned counsel, moves this Court to accept the attached Affidavit of his father, Frederick Harris, Jr., ("Fred Harris"), in lieu of a lien being placed on his father's home, and states that:

At the conclusion of a hearing addressing Mr. Harris's Motion For Bond Review on May 19, 2021, this Court granted the motion and ordered *ore tenus* that the Defendant be released from custody pending resolution of the instant charges. To ensure Mr. Harris's appearance at all future proceedings, the Court imposed several conditions of release. Perhaps the most significant of those conditions requires that his father, Fred Harris pledge his property at 11703 SE Masa Lane, Happy Valley, OR 97086 ("the property") as security on a $250,000 appearance bond. At the May 19th hearing, Fred Harris acknowledged and accepted that responsibility.

In the days following the hearing and at the direction of the Clerk of Court, Fred Harris, consistent with his representations to the Court, executed an Application to Pledge Real Property to Secure Release on Bond and an Agreement to

Forfeit Real Property to Obtain a Defendant's Release.[1]  However, when the elder Mr. Harris sought to file that paperwork with the County Recorder's Office in Oregon to secure the government's lien, as required by the Clerk of this Court, Mr. Harris was advised that the State of Oregon does not engage in such bail procedures. Without the lien, the Clerk of Court has not accepted the paperwork as being fully executed.  The Defendant therefore remains in custody.

To secure his son's release, Fred Harris has now executed an Affidavit[2] in which he attests that he will not sell or otherwise encumber "the property" during the pendency of the Defendant's prosecution.  The Defendant asks that the Court accept that Affidavit in lieu of the lien requested by the Clerk's Office, especially as the Agreement to Forfeit Real Property to Obtain a Defendant's Release signed by Fred Harris will remain in effect.

Assistant United States Attorney Nihar Mohanty has represented to undersigned counsel that the government will defer to the Court's judgment concerning this issue.

WHEREFORE, the Defendant requests that the Court accept the attached Affidavit by Fred Harris in lieu of a lien on Fred Harris's property to secure his release.

---

[1] *See* Exhibit A.

[2] *See* Exhibit B.

Respectfully submitted,
MICHAEL CARUSO
Federal Public Defender

| | |
|---|---|
| s/ Eric Cohen | *s/Kristy Militello* |
| Eric Cohen | Kristy Militello |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for Defendant | Attorney for Defendant |
| Florida Bar No. 328065 | Florida Bar No. 0056366 |
| 150 West Flagler Street | 450 South Australian Avenue |
| Suite 1700 | Suite 500 |
| Miami, Florida  33130-1566 | West Palm Beach, Florida  33401 |
| Tel: 305-530-7000 | Tel: 561-833-6288 |
| Email: Eric_Cohen@fd.org | Email: Kristy_Militello@fd.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day of all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Eric M. Cohen
Eric Cohen
