# EXHIBIT A

CO-936
Rev.7/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## APPLICATION TO PLEDGE REAL PROPERTY TO SECURE RELEASE ON BOND

UNITED STATE OF AMERICA )
)
v. ) Criminal Number: 21-cr-00189-CJN
)
)
Richard E. Harris )

1. Name(s) of person(s) offering real property for appearance or surety bonds:
Fredrick E. Harris Jr.

2. Address(es):
11703 SE Masa Lane, Happy Valley, OR 97086

3. Location of property offered (address and brief description of property):
Single family home at 11703 SE Masa Lane, Happy Valley, OR 97086

4. Person(s) and address(es) in whose name property is assessed:
Fredrick E. Harris Jr.
11703 SE Masa Lane, Happy Valley, OR 97086

5. Mortgage, liens, encumbrances of any kind on such property and the interest held in such property by anyone other then the person(s) in whose name the property is assessed:
Wells Fargo Mortgage

6. Assessed value of property: $ 620,934.00

7. Mortgage, liens, encumbrances or other interests (total): $ 292.00

1

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By_____
Deputy Clerk

CO-936
Rev.7/87

8. Net assessed value of property (line 6 less line 7): $ 328,934.00

9. Amount required for appearance or surety bonds: $ 250,000.00

There must be attached to this form a certificate from the Assessor's Office of the District of Columbia, indicating the square and lot numbers, street address, current assessed value, and in whose name the property is assessed.

If the amount shown on line 8 (listed above) exceeds that show on line 9, then the property, if qualified in all other respects, is adequate to secure the bond in question.

\* \* \* \* \* \* \* \*

### AFFIDAVIT IN SUPPORT TO APPLICATION TO PLEDGE REAL PROPERTY TO SECURE RELEASE OF DEFENDANT ON BOND

I declare under penalty or perjury that the information on this application is true and correct.

I also warrant under oath that, subsequent to the execution of deed or trust on the property described in this application to secure the release of:

Richard E. Harris

and prior to recordation of said deed, no other deed or any kind will be executed by me or will this property be further encumbered in any way.

Witness my hand and seal _____

Subscribe and sworn to before me this __20th__ day of __May__, __2021__.

By Angela D. Ceasar, Clerk

Deputy Clerk, U.S. District Court

2

**NOTE:** This form must be completed in English
*NOTA: Este formulario se debe completar en inglés*

UNITED STATES DISTRICT COURT
for the District of

| | |
|---|---|
| United States of America ) <br> *Estados Unidos de América* ) <br> ) <br> v. ) <br> **Richard Harris** ) <br> ─────────────────── ) <br> *Defendant* ) <br> *Acusado* ) | Case No: 21-cr-189 (CJN) <br> *Número de Causa:* |

### AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE
*CONVENIO DE CONFISCACIÓN DE PROPIEDADES INMUEBLESPARA OBTENER LA EXCARCELACIÓN DE UN ACUSADO*

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

*Para obtener la excarcelación del acusado, nosotros individual y solidariamente accedemos a la confiscación en favor de los Estados Unidos de América de la siguiente propiedad si este acusado no comparece como se le exige para cualquier procedimiento en el tribunal o para cumplir cualquier condena que se le imponga, conforme lo notifique u ordene cualquier tribunal, o si deja de cumplir con alguna condición de libertad que le haya impuesto el tribunal al considerar este asunto (describa el efectivo u otra propiedad y cualquier reclamación, gravamen, hipoteca, o alguna otra carga que recaiga sobre la misma):*

---

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

*Este documento no sustituye el uso de un intérprete, ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del tribunal y los abogados de asegurarse de que las personas cuya comprensión del idioma inglés sea limitada entiendan por completo sus derechos y obligaciones.*

Ownership. We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Titularidad. Declaramos so pena de perjurio que somos los únicos dueños de esta propiedad y que la misma no está sujeta a reclamación alguna, gravamen, hipoteca o alguna otra carga salvo las que se indican arriba. Prometemos no vender, hipotecar, o de algún otro modo gravar la propiedad, ni hacer algo que reduzca su valor mientras se encuentre vigente este acuerdo. Depositamos con el tribunal los siguientes documentos de titularidad, incluyendo cualquier documento de gravamen (haga una lista de todos los documentos y sométala como anexo):*

Surety Information. We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Información sobre las Garantías: Entendemos que el tribunal y los Estados Unidos de América se fundamentarán en la información sobre las garantías al aprobar este acuerdo.*

Conditions of Release. We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Condiciones de Excarcelación: Expresamos que hemos leído todas las condiciones de libertas ordenadas por el tribunal que se le han impuesto al acusado o que se nos han explicado.*

Continuing Agreement. Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Acuerdo de Naturaleza Continua. A no ser que el tribunal ordene otra cosa, este acuerdo habrá de permanecer en vigor durante cualquier apelación o revisión en alzada hasta tanto el acusado haya cumplido con todas las notificaciones, ordenes y condiciones del tribunal.*

Exoneration of Sureties. This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Exoneración de garantías. Este acuerdo se satisface y termina si el acusado queda exonerado de todos los cargos o, de encontrársele culpable, se reporta para cumplir cualquier condena que se le imponga.*

Forfeiture. If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

*Confiscación. Si el acusado deja de obedecer alguna de las condiciones de libertad, notificaciones del tribunal y órdenes de comparecencia, el tribunal inmediatamente habrá de ordenar la confiscación de la propiedad y, a moción de los Estados Unidos de América, podrá ordenar la sentencia de confiscación contra las partes firmantes y sus representantes, individual y solidariamente, incluyendo intereses y costas.*

Case 1:21-cr-00189-CJN   Document 15-1   Filed 05/25/21   Page 6 of 6

AO 100 3 (Rev. 01/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release
Page 3 of 3 Pages
Página 3 de 3 Páginas

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

*Juro, so pena de perjurio, que la información arriba expresada es cierta y acepto las condiciones de este acuerdo.*

Date: 5/20/2021
*Fecha*

_____
Defendant (if a property owner)
*Acusado (si es dueño de una propiedad)*

City and state: _____
*Ciudad y estado*

Fredrick E. Harris
_____
Property owner's printed name
*Nombre del dueño de la propiedad en letra de molde*

*[signed]* Fred E Harris JR
_____
Property owner's signature
*Firma del dueño de la propiedad*

_____
Property owner's printed name
*Nombre del dueño de la propiedad en letra de molde*

_____
Property owner's signature
*Firma del dueño de la propiedad*

_____
Property owner's printed name
*Nombre del dueño de la propiedad en letra de molde*

_____
Property owner's signature
*Firma del dueño de la propiedad*

Sworn and signed before me.
*Juramentado y firmado ante mi.*

Date: 5/20/2021
*Fecha*

CLERK OF COURT
*SECRETARIO DEL TRIBUNAL*

_____
Signature of Clerk or Deputy Clerk
*Firma del Secretario o Secretario Auxiliar*

Agreement accepted.
*Convenio aceptado.*

UNITED STATES OF AMERICA
*ESTADOS UNIDOS DE AMÉRICA*

Date: _____
*Fecha:*

_____
Assistant United States Attorney's signature
*Firma del Fiscal Federal*

Agreement approved.
*Convenio aprobado.*

Date: _____
*Fecha:*

_____
Judge's signature
*Firma del Juez*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni la Conferencia Judicial de los Estados Unidos.*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _____
Deputy Clerk