# EXHIBIT B

I Frederick Harris swear or affirm not to sell or encumber my property at 11703 SE Masa Lane Happy Valley Oregon 97086 during the duration of son's federal criminal which is case 1:21-cr-00189-CJN USA v. HARRIS
I understand my property is used as collateral to secure my son's bond.
I understand that any false statement could subject me to criminal liability

Sworn to on May 25,2021 in Happy Valley OREGON

Signature

*[signature]*

*[notary seal]*



# Acknowledgment by Individual

State of __Oregon__   County of __Clackamas__

On this __25TH__ day of __May__, 20__21__, before me, __Sandra Montiel__
Name of Notary Public

the undersigned Notary Public, personally appeared __Frederick E Hams JR.__

Name of Signer(s)

○ Proved to me on the oath of _____
○ Personally known to me
⊘ Proved to me on the basis of satisfactory evidence __OR DL exp 08/25/2023 # 1524287__
(Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

**OFFICIAL STAMP**
**SANDRA MONTIEL**
**NOTARY PUBLIC - OREGON**
**COMMISSION NO. 1000567**
**MY COMMISSION EXPIRES JUNE 09, 2024**

Notary Seal

_Sandra Montiel_
(Signature of Notary Public)

My commission expires __06-09-2024__

## For Bank Purposes Only
### Description of Attached Document

Type or Title of Document
__ACK / Statement__

Document Date __05/25/2021__    Number of Pages __1__

Signer(s) Other Than Named Above
__n/a__

Optional: *A thumbprint is only needed if state statutes require a thumbprint.*

DSG5350 (Rev 02 - 05/17)

FO01-00000DSG5350-01