UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,
        Plaintiff,

v.

RICHARD L. HARRIS,
        Defendant.
_____/

## PROPOSED ORDER ON DEFENDANT'S MOTION
## TO ACCEPT AFFIDAVIT IN LIEU OF LIEN

This matter has come before the Court on the Defendant Richard L. Harris's Motion to Accept Affidavit in Lieu of Lien. The Court being fully advised in the premises, the Defendant's motion is hereby _____. The Court accepts the Affidavit by Frederick Harris, Jr., in lieu of a lien on Frederick Harris's property to secure Richard Harris's release.

DONE and ORDERED in Chambers at Washington, D.C., this _____ day of May, 2021.

                                                _____
                                                CARL J. NICHOLS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record