AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

RICHARD L. HARRIS

)
) Case: 1:21-cr-00189
) Assigned To : Nichols, Carl J.
) Assign. Date : 3/5/2021
) Description: INDICTMENT (B)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RICHARD L. HARRIS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1)         (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. §§ 1512(c)(2)        (Obstruction of an Official Proceeding)
18 U.S.C. § 1752(a)(1)         (Entering and Remaining in a Restricted Building)
18 U.S.C. § 1752(a)(2)         (Disorderly and Disruptive Conduct in a Restricted Building)
40 U.S.C. § 5104(e)(2)(D)      (Disorderly Conduct in a Capitol Building)

Date:   03/05/2021

*Issuing officer's signature*

City and state:   WASHINGTON, DC        ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/18/2021, and the person was arrested on *(date)* 3/18/2021
at *(city and state)*

Date: 3/18/2021

*Arresting officer's signature*

SA Matthew Jones
*Printed name and title*

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By Stedelle Doress
Deputy Clerk