UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,
        Plaintiff,

v.

RICHARD L. HARRIS,
        Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY PRETRIAL RELEASE**

The Defendant, Richard Harris, through undersigned counsel, moves this Court to modify his conditions of pretrial release from home detention to one with a curfew, set as determined by pretrial services, and states that:

On May 19, 2021, this Court ordered *ore tenus* that the Defendant be released from custody pending resolution of the instant charges. To ensure Mr. Harris's appearance at all future proceedings, the Court imposed several conditions of release, including GPS monitoring, an employment condition, home detention, and that his father, Fred Harris, pledge his property as security. Because of administrative issues necessary to secure the property, the defense moved to substitute the property condition, and on June 2, 2021, the Court released Mr. Harris to his father as a third party custodian. DE 15, 17.

Since his release, Mr. Harris has abided by the orders of the Court and the instructions of the District of Oregon's pretrial services' office. Mr. Harris is living with his father, wearing the GPS monitor, and gainfully employed, working night shifts. Under his current release, Mr. Harris has very limited time to run necessary

1

household errands. He would also like the option of exercising in his neighborhood. Modifying the home detention requirement to a home curfew would enable Mr. Harris to complete these daily activities without endangering the community.

United States Pretrial Services Officer Ian Alexander, District of Oregon, does not object to this motion. Mr. Alexander requests this Court enter the curfew restriction with the option that the curfew be set "as directed by the supervising officer."

Assistant United States Attorney Nihar Moherty has represented to undersigned counsel that the government does not object because the United States Probation Office agrees.

WHEREFORE, the Defendant requests that the Court modify Mr. Harris' pretrial release and substitute the condition of home detention to one with a curfew to be set as directed by his pretrial services officer.

Respectfully submitted,
MICHAEL CARUSO
Federal Public Defender

s/ Eric Cohen
Eric Cohen
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 328065
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1566
Tel: 305-530-7000
Email: Eric_Cohen@fd.org

s/Kristy Militello
Kristy Militello
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 0056366
450 South Australian Avenue
Suite 500
West Palm Beach, Florida 33401
Tel: 561-833-6288
Email: Kristy_Militello@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day of all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              *s/Kristy Militello*
                                              Kristy Militello