UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIM. NO. 21-CR-00189 (CJN)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICHARD L. HARRIS,

       Defendant.
_____/

## MOTION TO STRIKE DOCKET ENTRY 26

The Defendant, Richard L. Harris, through undersigned counsel, respectfully moves to strike docket entry number 26.

       Respectfully submitted,

       MICHAEL CARUSO
       FEDERAL PUBLIC DEFENDER

BY:   s/ Eric M. Cohen
       Eric M. Cohen
       Assistant Federal Public Defender
       Florida Bar No. 328065
       150 West Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel:  305-530-7000/Fax:  305-536-4559
       E-Mail Address: Eric_Cohen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2022, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                              s/ Eric M. Cohen
                                              Eric M. Cohen