UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CRIM. NO. 21-CR-00189 (CJN)

UNITED STATES OF AMERICA,
        Plaintiff,

v.

RICHARD L. HARRIS,
        Defendant.
_____/

## NOTICE OF COMPLIANCE

In compliance with this Court's Order of March 15, 2022, the United States of America and the Defendant, Richard Harris, through their respective undersigned counsel, file the attached proposed Scheduling Order.[1]

Respectfully submitted,

| | |
|---|---|
| MICHAEL CARUSO | MATTHEW M. GRAVES |
| Federal Public Defender | United States Attorney |
| | |
| s/ Eric Cohen | *s/Nihar Mohanty* |
| Eric Cohen | Nihar R. Mohanty |
| Assistant Federal Public Defender | Assistant United States Attorney |
| Attorney for Defendant | Attorney for Plaintiff |
| Florida Bar No. 328065 | D.C. Bar 436-686 |
| 150 West Flagler Street | 555 Fourth Street, N.W. |
| Suite 1700 | Washington, DC 20530 |
| Miami, Florida 33130-1566 | Tel: 202-252-7700 |
| Tel: 305-530-7000 | Email: Nihar.Mohanty@usdoj.gov |
| Email: Eric_Cohen@fd.org | |

---

[1] The attached Order was originally filed on April 15, 2022, (DE 26), as the Court required. Subsequently, undersigned counsel for Mr. Harris realized that a Notice of Compliance was not included.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2022, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                s/ Eric M. Cohen
                                                Eric M. Cohen