UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD L. HARRIS,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00189 (CJN) |

## ORDER

This matter is before the Court on Defendant's Unopposed Motion to Modify Pretrial Release, ECF No. 33.

Accordingly, for the reasons discussed during the July 7, 2022 status conference, it is

**ORDERED** that Defendant's Unopposed Motion to Modify Pretrial Release, ECF No. 33, is **GRANTED**. The Court notes that the United States does not oppose this Motion. Nor does the United States Probation Office. The conditions of Defendant's release are thus modified to be consistent with those proposed in the Unopposed Motion, ECF No. 33.

It is **SO ORDERED**.

DATE: July 7, 2022

CARL J. NICHOLS
United States District Judge

1