IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD L. HARRIS,<br><br>          Defendant. | No. 1:21-cr-189 (CJN) |

## NOTICE OF JOINT PROPOSED SCHEDULING ORDER

The United States of America and Defendant Richard L. Harris, through their undersigned attorneys, and in accordance with the Court's instructions at the status conference held on October 19, 2022, hereby submit a joint proposed Scheduling Order.

WHEREFORE, the parties jointly request that the Court enter a Scheduling Order consistent with this proposed Scheduling Order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     /s/ *Jason M. Manning*
JASON M. MANNING
Trial Attorney, Detailee
NY Bar No.: 4578068
1400 New York Avenue NW
Washington, D.C. 20005
Jason.Manning@usdoj.gov
(202) 514-6256

OFFICE OF THE FEDERAL PUBLIC DEFENDER

  /s/  Eric Cohen
Eric Cohen, Assistant Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130
 (305) 533-4191
Eric_Cohen@fd.org

*Attorney for Defendant*

2