## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 21- CR-189 |
| **v.** : | |
| : | |
| **RICHARD HARRIS,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Julie M. Bessler, who may be contacted by telephone at (202) 809-1747 or e-mail at Julie.Bessler@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:   /s/ *Julie M. Bessler*
    Julie M. Bessler
    PA Bar No. 328887
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 809-1747
    Julie.Bessler@usdoj.gov