## **CERTIFICATE OF SERVICE**

On this 21st day of March, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    /s/ *Julie M. Bessler*
Julie M. Bessler
Assistant United States Attorney