UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD L. HARRIS,

        Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND MOTION DEADLINE

The Defendant, Richard Harris, through undersigned counsel, moves this Court to extend the deadline for filing "motions to dismiss the indictment or other motions to exclude evidence", and states that:

On June 24, 2022, Mr. Harris filed a motion seeking dismissal of Counts One and Two of the original Indictment here. (DE 32). That request relied extensively on this Court's decision in *United States v. Miller*, 589 F.Supp.3d 60 (D.D.C. 2022). Subsequently, the scheduling of the government's response and other defense motions challenging the Superseding Indictment and the introduction of evidence was extended several times pending the District of Columbia Circuit Courts resolution of the government's appeal in *Miller*. The current deadline is today; April 7, 2023. (DE 43).

Literally minutes before the filing of a revised request seeking dismissal of the same charges addressed in the original motion,[1] the Circuit Court issued its opinion in the *Miller* appeal. Because of the length and complexity of that decision, undersigned counsel are requesting additional time to file their revised pleading so they can adequately address the Circuit Court's analysis there. They anticipate that a fourteen (14) day extension of the present deadline will afford them adequate time to do so.

Assistant United States Attorney Laura Hill has represented that the government does not oppose the instant request if the government's deadline for responding is similarly extended for fourteen (14) days until May 5, 2023.

Wherefore, the Defendant requests that the deadline for filing motions to dismiss be extended for fourteen (14) days.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

| | |
|---|---|
| s/ Eric M. Cohen | s/Kristy Militello |
| Eric M. Cohen | Kristy Militello |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for Defendant | Attorney for Defendant |
| Florida Bar No. 328065 | Florida Bar No. 0056366 |
| 150 West Flagler St., Suite 1700 | 450 South Australian Ave., Suite 500 |
| Miami, Florida  33130-1566 | West Palm Beach, Florida  33401 |
| Tel: 305-530-7000 | Tel: 561-833-6288 |
| Email: Eric_Cohen@fd.org | Email: Kristy_Militello@fd.org |

---

[1] Those charges are found in Counts One and Three of the Superseding Indictment.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **April 7, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day of all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                          By:    */s/Eric M. Cohen*
                                   Eric M. Cohen