UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD L. HARRIS,

    Defendant.

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the Defendant, Richard L. Harris, after consultation with undersigned counsel, waives his right to trial by jury.

_____
Defendant (Original Signature)

_____
Eric M. Cohen (Counsel for Defendant)

I consent:

_Julie Bessly_ 5/18/23
Assistant United States Attorney

Approved:

_____
CARL J. NICHOLS
United States District Judge

Date: 5/17/23