UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,
         Plaintiff,

v.

RICHARD HARRIS,
         Defendant.
_____/

## NOTICE OF APPEARANCE

Assistant Federal Public Defender Jenny Wilson from the Southern District of Florida hereby files this notice of appearance on behalf of defendant Richard Harris and pursuant to the Court's appointment of counsel on April 21, 2021. Please send all notices and inquiries to the attorney at the address listed below.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:   s/ *Jenny Wilson*
       Jenny Wilson
       Assistant Federal Public Defender
       Florida Bar No. 1031758
       150 West Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel:  305-530-7000/Fax:  305-536-4559
       E-Mail Address: jenny_wilson@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **May 24, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/*Jenny Wilson*
                                        Jenny Wilson