| Government | ★ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

**UNITED STATES OF AMERICA**

**VS.**

**RICHARD HARRIS**

Civil/Criminal No.  2 1 - c r - 1 8 9

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| **Category: 000** | **Video Montages** | | | | |
| 001 | U.S. Capitol Police CCTV Camera Montage | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. Per Exhibit 905, Defendant has stipulated that copies of CCTV are "admissible into evidence to the same extent as the original" within the meaning of FRE 1003. | | | |
| 002 | Official Proceeding Montage House and Senate Floor Cameras | This is a self-authenticating video under FRE 902(8). *See* Exhibits 711 and 712. | | | |
| | | | | | |
| **Category: 100** | **United States Capitol Police Surveillance Video** | | | | |
| 100 | Senate Wing Door 2:11:00pm-2:15:00pm | This exhibit will provide relevant information regarding Harris' illegal | | | |

---

[1] The rules and information provided as to the exhibits' admissibility is not an exhaustive or exclusive list.

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | activity on January 6, 2021. FRE 401. | | | |
| 101 | Senate Wing Door 2:14:06pm-2:15:45pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 102 | Upper West Terrace Door 2:33:19pm-2:33:30pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 103 | OAP Hallway 2:27:08pm-2:32:55pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 104 | Ohio Clock Corridor 2:41:22pm-3:02:45pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 105 | Rotunda (from above) 2:33:40pm-2:37:48pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 106 | Rotunda (from above) 2:38:12pm-2:41:22pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 107 | Rotunda (from above) 3:02:46pm-3:20:46pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 108 | Crypt North 2:17:00pm-2:26:10pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 109 | Rotunda Door Interior 2:37:13pm-2:38:20pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 110 | Rotunda Door Interior 3:14:44pm-3:23:42pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 111 | Northwest Staircase (upper) 2:00pm-2:14pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 112 | Northwest Staircase (lower) 2:00pm-2:14pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 113 | Rotunda South 2:33:40pm-2:37:48pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 114 | Rotunda South 2:38:12pm-2:41:22pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 115 | Rotunda South 2:39pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 116 | Rotunda South 3:02:46pm-3:20:46pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 117 | Rotunda North 2:33:40pm-2:37:48pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 118 | Rotunda North 2:38:12pm-2:41:22pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 119 | Rotunda North 2:41pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 120 | Rotunda North 3:02:46pm-3:20:46pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 121 | Rotunda Door Interior 3:37:57pm-2:38:08pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 122 | Rotunda Door Interior 3:20:55pm-3:36:27pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 123 | Rotunda Lobby East 3:20:50pm-3:36:18pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 124 | Upper Terrace West 2:00:00pm-2:15:00pm | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| | | | | | |
| **Category: 200** | **Body Worn Camera Video from Metropolitan Police Department Officers, January 6, 2021** | | | | |
| 200 | MPD PO Carnell Foster BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 201 | MPD PO Travis Coley BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 202 | MPD PO Randy Done BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 203 | MPD PO Kyle Gatewood BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 204 | MPD PO Michael Howden BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 204.1 | MPD PO Michael Howden BWC Screenshot 15.07.25 | This exhibit will provide relevant information regarding Harris' illegal | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | activity on January 6, 2021. FRE 401. | | | |
| 204.2 | MPD PO Michael Howden BWC Screenshot 15.07.26 | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 205 | MPD PO Matthew Lapitsky BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 206 | MPD PO Lee Lepe BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 207 | MPD PO Sean McCloskey BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 208 | MPD PO Christopher Owens BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 209 | MPD PO Daniel Tipps BWC | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 210 | MPD PO Kyle Gatewood BWC 2 | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 211 | MPD PO Kyle Gatewood BWC 3 | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 212 | MPD PO Michael Howden BWC Slowed Down | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. Per Exhibit 906, Defendant has stipulated that copies of BWC are "admissible into evidence to the same extent as the original" within the meaning of FRE 1003. | | | |
| | | | | | |
| **Category: 300** | **Open-Source Videos and Photographs** | | | | |
| 300 | Open-Source Video of Harris near Old Senate Chamber. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 301 | Open-Source Video of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 302 | Harris Parler Video | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 303 | InsideCapitol (full video) | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 304 | New Yorker Video: A Reporter's Video from Inside the Capitol Siege | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 305 | Open-Source Video Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 306 | BANNED.VIDEO—The Resistance.INFOWARS | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 307 | Open-Source Video of Harris near Old Senate Chamber. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 308 | Open-Source Video Senate Wing Door + Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 309 | Open-Source Video of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 310 | Open-Source Video of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 311 | Open-Source Video Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 312 | Open-Source Video of Harris Walking Toward Capitol, third party says: "Did you say Pence voted against it?" Harris replies, "Pence said he would not block. He would not block Biden's electors. We're storming the fucking Capitol now." | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 313 | InsideCapitol (duplicate); *see* Exhibit 303 | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 314 | Open-Source Photo of Harris Pouring Water Over Rioter's Eyes/Head. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 315 | Open-Source Photo of Harris on President Ford Statue. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 316 | Open-Source Photo of Harris Outside, Yelling, Flexing Arms. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 317 | Open-Source Photo of Harris on East Steps of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 318 | Open-Source Photo of Harris at Stop the Steal Rally. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | 2021. FRE 401. | | | |
| 319 | Open-Source Video Harris at Stop the Steal Rally. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 320 | Open-Source Video of Harris Outside. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 321 | Open-Source Video of Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 322 | Open-Source Video of Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 323 | Open-Source Video of Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 324 | Open-Source Video of Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 325 | Open-Source Video of Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 326 | Open-Source Video of Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 327 | Open-Source Photo Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 328 | Open-Source Photo of Harris on Upper West Terrace. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 329 | InsideCapitol (duplicate); *see* Exhibit 303 | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 330 | Open-Source Video of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 331 | Open-Source Video of Harris in Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 332 | Open-Source Video of Harris in Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 333 | Getty Image – Harris on President Ford Statue. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 334 | Open-Source Video of Harris in New Yorker Video + Parler Video. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 335 | Open-Source Video of Harris near East Rotunda Doors. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 336 | Open-Source Video of Harris in Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 337 | Open-Source Photo of Harris in Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 338 | Open-Source Video of Harris in Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 339 | Open-Source Video of Harris in Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 340 | Open-Source Video Harris Leaving Rotunda around 3:20pm. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 341 | Open-Source Video of Harris near East Rotunda Doors. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 342 | Open-Source Video of Harris on East Steps of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 343 | Open-Source Photo of Harris on East Steps of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 344 | Open-Source Video of Harris on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 345 | Open-Source Video of Harris near Old Senate Chamber. Harris is heard saying "Let's throw him over, throw him over!" | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| | | | | | |
| Category: 400 | U.S. Capitol Maps & Diagrams | | | | |
| 400 | Capitol Map with Perimeter | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 401 | Capitol 3D Model Picture (top) | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 402 | Capitol 3D Model Picture (East side) | This exhibit will provide relevant information about the layout of the Capitol Building and | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | Grounds. FRE 401. | | | |
| 403 | Capitol 3D Model Picture (West side) | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 404 | Capitol 3D Model Picture (SW side) | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 405 | Capitol 3D Model Picture (NW side) | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 406 | Capitol 3D Model Picture (North side) | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 407 | Capitol Grounds Photograph—Fencing + Signs | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 408 | Capitol Grounds Photograph—Bike Racks + Signs | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 409 | Photograph of Area Closed Sign | This exhibit will provide relevant information about the restricted perimeter on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 410 | Photograph of Area Closed Sign Close Up | This exhibit will provide relevant information about the restricted perimeter on January 6, 2021. FRE 401. | | | |
| 411 | Google Maps U.S. Capitol | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 412 | Capitol Floor Plan—Second Floor | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 413 | Capitol Floor Plan—First Floor | This exhibit will provide relevant information about the layout of the Capitol Building and Grounds. FRE 401. | | | |
| 414 | Area Closed Sign-Physical Exhibit | This exhibit will provide relevant information about the restricted perimeter on January 6, 2021. FRE 401. | | | |
| | | | | | |
| Category: 500-600 | Electronic Devices & Contents (Photographs, Videos, Documents, Texts) | | | | |
| 500 | Photograph dated 1/5/21 of Washington Monument + National Museum of African American History and Culture. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 501 | Photograph dated 1/5/21 of a stage set-up. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | 2021. FRE 401-404. | | | |
| 502 | Photograph dated 1/5/21 of a gathering of people in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 503 | Photograph dated 1/5/21 of a gathering of people in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 504 | Photograph dated 1/5/21 of a gathering of people in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 505 | Photograph dated 1/5/21 of a gathering of people in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 506 | Photograph dated 1/5/21 of a gathering of people in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 507 | Photograph dated 1/6/21 of a large group of people marching in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 508 | Photograph dated 1/6/21 of a large group of people marching down Constitution Avenue in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 509 | Photograph dated 1/6/21 of a large group of people marching in Washington, DC. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 510 | Selfie-style photograph dated 1/6/21 of a large group of people marching in Washington, DC. Harris' blue camouflage "MAGA" cap visible. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 511 | Selfie-style photograph dated 1/6/21 with Washington Monument in the background | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 512 | Photograph dated 1/6/21 of a large group of people gathered on a lawn. Large screen seen in distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 513 | Panoramic-style photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. Washington Monument seen in distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 514 | Selfie-style photograph dated 1/6/21 with protestors on National Mall. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 515 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 516 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 517 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 518 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. President Trump seen on the large screen in the distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 519 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. President Trump seen on the large screen in the distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 520 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. President Trump seen on the large screen in the distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 521 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. President Trump seen on the large screen in the distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 522 | Photograph dated 1/6/21 of a large group of protestors gathered on the National Mall. President Trump seen on the large screen in the distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 523 | Selfie-style photograph dated 1/6/21. Harris takes selfie w. protestors gathered on National Mall. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 524 | Photograph dated 1/6/21 of Harris' approach to the Capitol. Capitol seen in the distance. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 525 | Photograph dated 1/6/21 of Harris' approach to Capitol. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 526 | Photograph dated 1/6/21 of Harris' approach to Capitol. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 527 | Photograph dated 1/6/21 of Harris' approach to Capitol. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 528 | Photograph dated 1/6/21 of Harris' approach to Capitol. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 529 | Photograph dated 1/6/21 of Harris' approach to Capitol. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 530 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 531 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol.. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 532 | Photograph dated 1/6/21 of officers stationed on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 533 | Photograph dated 1/6/21 of officers stationed on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 534 | Photograph dated 1/6/21 on Northwest Lawn of Capitol dated 1/6/21 | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 535 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 536 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 537 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 538 | Selfie-style photograph dated 1/6/21. Large group of rioters seen behind Harris. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 539 | Selfie-style photograph dated 1/6/21 taken on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 540 | Photograph dated 1/6/21 of rioters gathered on Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 541 | Photograph dated 1/6/21 of rioters gathered on Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 542 | Photograph dated 1/6/21 of rioters gathered near Northwest scaffolding. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 543 | Photograph dated 1/6/21 of rioters gathered on Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 544 | Photograph dated 1/6/21 of rioters gathered on Northwest staircase. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 545 | Photograph dated 1/6/21 of rioters gathered on Northwest staircase. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 546 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 547 | Photograph dated 1/6/21 of rioters gathered on Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 548 | Photograph dated 1/6/21 of rioters gathered on Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 549 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 550 | Photograph dated 1/6/21 of rioters gathered on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 551 | Photograph dated 1/6/21 of rioters gathered inside Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 552 | Photograph dated 1/6/21 of ceiling inside Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 553 | Selfie style photo dated 1/6/21 of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 554 | Selfie style photo dated 1/6/21 of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 555 | Selfie style photo dated 1/6/21 of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 556 | Selfie style photo dated 1/6/21 of Harris in Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 557 | Photograph dated 1/6/21 of Crypt. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 558 | Photograph of painting inside Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 559 | Photograph of inside Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 560 | Photograph of inside Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 561 | Photograph of inside Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 562 | Photograph of inside Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 563 | Selfie style photo dated 1/6/21 of Harris with a statue in the Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 564 | Selfie-style photo dated 1/6/21 of Harris with a statue in the Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 565 | Photograph of inside Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 566 | Photograph of ceiling of Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 567 | Photograph of inside Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 568 | Photograph of inside the Capitol dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 569 | Photograph dated 1/6/21 of area near Old Senate Chamber. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 570 | Photograph dated 1/6/21 of statue near the Old Senate Chamber. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 571 | Photograph dated 1/6/21 of statue near the Old Senate Chamber. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 572 | Photograph dated 1/6/21 of area near the Old Senate Chamber. Photo taken from above. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 573 | Photograph of officers near an entry way into Rotunda dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 574 | Close up photograph of several officers inside the Capitol dated 1/6/21. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 575 | Selfie-style photograph dated 1/6/21 of Harris with multiple officers in background. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 576 | Photograph dated 1/6/21 of rioters gathered on East side of Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 577 | Photograph dated 1/6/21 of rioters gathered on East side of Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 578 | Photograph dated 1/6/21 of rioters gathered on East side of Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 579 | Selfie style photo dated 1/6/21 of Harris standing on East Rotunda steps. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 580 | Photograph dated 1/6/21 of rioters gathered on East side of Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 581 | Photograph dated 1/6/21 of rioters gathered on East side of Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 582 | Photograph dated 1/6/21 of rioters gathered on East side of Capitol grounds. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 583 | Selfie-style photo dated 1/6/21 of Harris standing on East Rotunda steps. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 584 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 585 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 586 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 587 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 588 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 589 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 590 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 591 | Photograph dated 1/6/21 of East side of Capitol building. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 592 | Video dated 12/21/2020. Oregon State Capitol protests. Video shows the glass door of the State Capitol smashed. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 593 | Video dated 12/21/2020. Oregon State Capitol protests. Video shows the glass door of the State Capitol smashed and a rioter sticking his hand through the broken glass. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 594 | Video dated 12/21/2020. Oregon State Capitol protests. Video shows the glass door of the State Capitol smashed. One rioter pushes his body into the door. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 595 | Video dated 12/21/2020 of protestors gathered outside Oregon State Capitol door. | This exhibit will provide relevant information about Harris' identity, as well as his motive, | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 596 | Video dated 12/21/2020 of Oregon State Capitol protests. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 597 | Video dated 12/21/2020 of Oregon State Capitol protests. Police siren wailing, armored police vehicles visible, police wagons have their lights on. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 598 | Video dated 12/21/2020 of Oregon State Capitol protests. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 599 | Video dated 12/21/2020 of Oregon State Capitol protests. Video of armored police vehicles, lights/sirens wailing in the distance. A voice says "[inaudible] must leave the Capitol grounds now or you will be subject to arrest under [inaudible] Revised Statute 166025, Disorderly Conduct, and…" | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 600 | Video dated 12/21/2020 of protestors gathered outside Oregon State Capitol. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 601 | Video dated 12/21/2020 of Oregon State Capitol protests. Video of armored police vehicles, lights/sirens wailing in the distance. A voice says "arrest under [inaudible] revised statute 166025, Disorderly Conduct, and 164255, Criminal…" | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 602 | Video dated 12/21/2020 of protestors gathered outside Oregon State Capitol. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 603 | Video dated 12/21/2020 of Oregon State Capitol protests. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 604 | Video dated 12/21/2020 of Oregon State Capitol protests. Video shows the glass door of the State Capitol smashed with protestors approaching it. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 605 | Video dated 12/21/2020 of protestors gathered outside Oregon State Capitol. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 606 | Video dated 12/21/2020 of Oregon State Capitol protests. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | mistake on January 6, 2021. FRE 404(b). | | | |
| 607 | Video dated 12/21/2020 of protestors gathered outside Oregon State Capitol. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 608 | Video dated 1/1/2021 of protestors outside Oregon State Capitol marching and chanting "Fuck ANTIFA." | | | | |
| 609 | Video dated 1/1/2021 of protestors gathered outside Oregon State Capitol. | | | | |
| 610 | Video dated 1/1/2021 of protestors marching down a street chanting "Fuck ANTIFA." | | | | |
| 611 | Video dated 1/6/21 of large gathering of protestors. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 612 | Selfie-style video dated 1/6/21 of protestors at Stop the Steal Rally. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 613 | Selfie-style video dated 1/6/21 of protestors at Stop the Steal Rally. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 614 | Video dated 1/6/21 of rioters inside the Capitol Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 615 | Video dated 1/5/21 of a TV displaying Fox News broadcast with headline "Ahead of Certification: President Trump to Speak to Supporters in D.C. Tomorrow" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 616 | Video dated 1/6/21 of Trump speaking on the jumbotron at the Stop the Steal Rally. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 617 | Video dated 1/6/21 of rioters and officers inside the Capitol Rotunda. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 618 | Selfie-style video dated 1/6/21 of Harris on the Northwest lawn of Capitol. Harris says "They tear gassed us. Front fucking line baby. We're storming the Capitol." | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 619 | Selfie-style video dated 1/6/21 on Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 620 | Video dated 1/6/21 from inside the Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 621 | Video dated 1/6/21 of the Northwest lawn of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 622 | Video dated 1/6/21 of Harris' approach to the Capitol building | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 623 | Video dated 1/6/21 of rioters gathered on East front of Capitol. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 624 | Video dated 1/6/21 of protestors gathered on the National Mall for the Stop the Steal Rally. | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 625 | Video dated 1/6/21 of Trump speaking on the jumbotron at the Stop the Steal Rally. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 626 | Video dated 1/6/21 of Harris exiting through East Rotunda Doors. Harris flips the camera to selfie mode and dozens of officers are standing behind him. He says, "front lines baby." | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 627 | Selfie-style photograph dated 12/21/2020 of Harris raising his middle finger. An officer is pictured behind him. Armored police vehicle also in the frame. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 628 | Photograph dated 1/6/21 of a Fox News broadcast with headline "Biden: At this hour, our democracy is under unprecedented assault." | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 629 | Photograph dated 1/6/21 of Fox News broadcast with headline "Trump Supporters Rally Ahead of Certification Vote." | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 630 | Screenshot of text exchange dated 12/24/2020. Harris sent third-party an article entitled "Arrests made after protestors attempt to enter Oregon State Capitol, | This exhibit will provide relevant information about Harris' identity, as | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | session." In the following text, Harris says, "I'm on here too. Scroll down you'll see me." | well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 631 | Screenshot dated 12/23/2020 of tweets authored by Sergio Olmos. Tweet caption says "Anti-lockdown Protestors assault a journalist for photographing faces" w/ attached video of Harris shoving journalist twice. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 632 | Document accessed on 1/5/21 entitled "Reclaiming a Superpower" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 633 | Document accessed on 12/19/20 entitled "Verified Complaint for Declaratory and Injunctive Relief Wood v. Raffensperger et al" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 634 | Document accessed on 12/22/20 entitled "The Chairman's Report Of The Election Law Study Subcommittee Of The Standing Senate Judiciary Committee" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 635 | Spreadsheet entitled "Copy of DC Rally" that Harris filled out. Accessed 12/31/2020. He put his name and email with the following message: "I'm flying in from Portland to DC arriving on Jan 3rd until the 6th alone. I haven't made a dime since the end of March because of covid. I put this to one of my credit cards because I just feel the need to be there. I've never been to a Trump rally or to DC but my president has called on us to be there. Any help to pay for the trip would be greatly appreciated.<br><br>I do have another bed available in the room as It's just me going. I would be glad to share with a needy patriot. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | Thanks you for your help to fix this injustice." And "Male Patriot who has room for an additional patriot (should be another male for safety purposes) Reach out to assess exact financial need." | | | | |
| 636 | Photograph accessed 2/12/2021 of President Donald Trump pointing to words that say "Still President" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 637 | Screenshot of American Airlines boarding pass for "Harris/Richard Lee" for a flight on January 7, 2021 from LGA to CLT. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 638 | Photograph accessed on 12/14/2020 with the following text at the bottom of the image: "Well Trump Won, So…" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 639 | Photograph accessed on 5/19/2020 with the following text: "2020 is No Longer Republican vs Democrat. It's Freedom vs Tyranny" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 640 | Screenshot of American Airlines boarding pass for "Harris/Richard Lee" for a flight on January 3, 2021 from PDX to ORD. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 641 | Photograph accessed on 1/8/21 of former President Donald Trump, explosion/flames in background. | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 642 | Photograph accessed on 1/8/21 of a tweet authored by "Patriot Richard" @GOPMichigan on 1/6/21 with the following text: "THAT'S MY SON!!! I LOVE YOU | Impeachment | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | BOY @CTittleman EVERY TRUMP SUPPORTER come to DC NOW to stop the steal #CapitolBuilding #January6th #FightForTrump #capitol #americafirst #MarchToSaveAmerica #SaveAmericaRally #StopTheSteal2021 #DC #BidenFamily Corruption #DCProtests #dcprotest #Biden" An image of Harris standing on the Ford statue in the Capitol Rotunda is included in the tweet. | | | | |
| 643 | Photograph of former Vice President Mike Pence with the following text: "NYT says that its not over for Trump as GOP has final major plan. Timcast" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 644 | Photograph accessed on 1/8/21 of former President Trump playing guitar with the following text: "..Is a Little Love Song I Call…Still Your President" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 645 | Photograph accessed on 12/7/2020 of a newspaper headline which reads "How Election was Stolen" | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| 646 | Photograph accessed on 12/9/2020 of President Biden with the following text: "Me Chinese. Me Play…We Steal Election While Hunter Does Coke." | This exhibit will provide relevant information regarding Harris' state of mind on January 6, 2021. FRE 401-404. | | | |
| | | | | | |
| Category: 700 | Documents & Reports | | | | |
| 700 | Closure of West Front for Inauguration | This exhibit is relevant to show that the West Front was restricted on January 6, 2021. *See* FRE 401-402. | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 701 | USCP Ground Closure Announcement | This exhibit is relevant to show that the West Front was restricted on January 6, 2021. *See* FRE 401-402. | | | |
| 702 | Email -USSS HOS Notification- Vice President Pence, Mrs. Pence and daughter | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 703 | Worksheet - Notification – Visit of Vice President Pence | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 704 | U.S. Constitution, Amendment XII | Judicial Notice | | | |
| 705 | U.S. Constitution, Article II, Section 1 | Judicial Notice | | | |
| 706 | Title 3, United States Code, § 15 | Judicial Notice | | | |
| 707 | Title 3, United States Code, § 16 | Judicial Notice | | | |
| 708 | Title 3, United States Code, § 17 | Judicial Notice | | | |
| 709 | Title 3, United States Code, § 18 | Judicial Notice | | | |
| 710 | S. Con. Res. 1, dated Jan. 3, 2021 | Judicial Notice | | | |
| 711 | House Video Certification | This a certificate of authenticity for the videos provided in Exhibit 002. *See* FRE | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | 902(8); Exhibit 002. | | | |
| 712 | Senate Video Certification | This a certificate of authenticity for the videos provided in Exhibit 002. *See* FRE 902(8); Exhibit 002. | | | |
| 713 | Judgement in Oregon v. Harris, 21-CR-15771. Proceeding date 03/14/2022. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 714 | Affidavit for Arrest Warrant in Oregon v. Harris, 21-CR-15771, dated March 31, 2021. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 715 | Information in Oregon v. Harris, 21-CR-15771, dated March 31, 2021, charging Harris w/ 1 count of Harassment. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 716 | Motion for Arrest Warrant in in Oregon v. Harris, 21-CR-15771, dated April 1, 2021. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 717 | Order for Arrest Warrant in Oregon v. Harris, 21-CR-15771, dated April 1, 2021. | This exhibit will provide relevant information about Harris' identity, as well as his motive, | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 718 | Notice of Representation in Oregon v. Harris, 21-CR-15771, dated July 12, 2021. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 719 | Notice of Deputy District Attorney Reassignment in Oregon v. Harris, 21-CR-15771, dated February 24, 2022. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 720 | Petition to Enter Plea in Oregon v. Harris, 21-CR-15771, dated March 14, 2022. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 721 | Photograph of protest at Oregon State Capitol, dated 12/21/2020. Harris in frame. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 722 | Photograph of protest at Oregon State Capitol, dated 12/21/2020. Harris in frame. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 723 | Photograph of protest at Oregon State Capitol, dated 12/21/2020. Photo of Harris. | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 724 | Photograph of protest at Oregon State Capitol, dated 12/21/2020. Photo of protestors near door of the State Capitol, door is smashed | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 725 | Photograph of protest at Oregon State Capitol, dated 12/21/2020. Photo of protestors near door of the State Capitol, door is smashed | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 726 | Arrest Warrant in Oregon v. Harris, 21-CR-15771, dated April 8, 2021 | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 727 | Twitter Video of Harris shoving journalist at Oregon State Capitol protest at 12/21/2020 | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of mistake on January 6, 2021. FRE 404(b). | | | |
| 728 | OSP Incident Report | This exhibit will provide relevant information about Harris' identity, as well as his motive, knowledge, and lack of | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | mistake on January 6, 2021. FRE 404(b). | | | |
| | | | | | |
| **Category: 800** | **Full Phone Extraction** | | | | |
| 800 | Richard Harris' Cell Phone Seized by the FBI | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| 801 | PDF of Full Phone Extraction | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. | | | |
| | | | | | |
| **Category: 900** | **Stipulations** | | | | |
| 900 | The Capitol Building and Grounds | Stipulation | | | |
| 901 | The Certification of the Electoral College Vote | Stipulation | | | |
| 902 | Interstate Commerce | Stipulation | | | |
| 903 | Federally Protected Function | Stipulation | | | |
| 904 | Officers from the United States Capitol Police and Washington, D.C., Metropolitan Police Department | Stipulation | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| 905 | United States Capitol Police Closed Circuit Video Monitoring | Stipulation | | | |
| 906 | Body-Worn Camera | Stipulation | | | |
| 907 | Stipulated Testimony | Stipulation | | | |
| 908 | Lanelle Hawa's (United States Secret Service) March 21, 2022, testimony | Stipulation | | | |
| 909 | Daniel Schwager's (General Counsel, Secretary of the U.S. Senate) May 24, 2022, testimony | Stipulation | | | |
| 910 | Edward Tippett's (Safeway) April 27, 2022, testimony | Stipulation | | | |
| 911 | Additional Photographs and Videos | Stipulation | | | |
| 912 | Chain of Custody | Stipulation | | | |
| 913 | Standard Protocols for Device Extraction | Stipulation | | | |
| | | | | | |
| Category: 1000 | Enhanced Videos | | | | |
| 1000 | Harris CCTV Montage | This exhibit will provide relevant information regarding Harris' illegal activity on January 6, 2021. FRE 401. Per Exhibit 905, Defendant has stipulated that copies | | | |

| Exhibit Number | DESCRIPTION OF EXHIBITS | ADMISSIBILITY[1] | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|---|
| | | of CCTV are "admissible into evidence to the same extent as the original" within the meaning of FRE 1003. | | | |