| Government | ☐ | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. CR 21-189 | | |
| Defendant | ✔ | RICHARD HARRIS | | **FILED** | | |
| Joint | ☐ | | | JUN 1 4 2023 | | |
| Court | ☐ | | | Clerk, U.S. District & Bankruptcy Court for the District of Columbia | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 120 | ROTUNDA NORTH 3:02:46PM - 3:20:46PM | 06/13/23 | 6/13/23 | MCGILLICUDDY | |
| 202 | MPD PO RANDY DONE BWC | 6/13/23 | 6/13/23 | HOWDEN | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |