UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD L. HARRIS,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE PRESENTENCE INVESTIGATION REPORT OBJECTION DEADLINE, SENTENCING MEMORANDUM DEADLINE, AND SENTENCING HEARING

The Defendant, Richard Harris, through undersigned counsel, moves this Court to continue the sentencing hearing and associated filing deadlines for a period of 30 days and in support states:

On June 14, 2023, the Mr. Harris was found guilty, by bench trial, as to Counts 1 through 11 of the Second Superseding Indictment. The Presentence Investigation Report was disclosed to the parties on August 23, 2023. DE 76. Accordingly, objections are due on September 6, 2023. The Court ordered the parties to submit their sentencing memorandums by September 21, 2023, and the sentencing hearing is scheduled for September 27, 2023.

Despite our best efforts, undersigned counsel has had significant difficulty in scheduling legal calls with Mr. Harris. Our most recent legal call, during which we planned to discuss the presentence investigation report, was scheduled for August 31, 2023 at 1:00 eastern time. However, the day before the call, Mr. Harris was moved from the BOP facility in Oregon to a state/local facility in Nevada. Undersigned counsel attempted to make an "urgent" legal call at the new facility, but the new facility would not accommodate such a request. It is unknown to undersigned counsel how long Mr. Harris will remain at this facility in Nevada. Presumably, Mr. Harris is in-route to the D.C. area for his sentencing.

Undersigned counsel is not prepared to file their factual and legal objections to the presentence investigation report without the input of Mr. Harris. As such, undersigned counsel respectfully requests this Court extend the deadline for presentence investigation report objections for 30 days. In order to prepare for sentencing with the input of Mr. Harris, undersigned counsel is also requesting an additional 30 days to file their sentencing memorandum and for the sentencing hearing to be continued 30 days.

Assistant United States Attorney Laura Hill has represented that the government does not oppose the requested relief.

WHEREFORE, the Defendant requests a 30-day continuance of the presentence investigation report objection deadline, a 30-day continuance of

the sentencing memorandum deadline, and a 30-day continuance of the sentencing hearing.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

*s/Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 0056366
250 South Australian Avenue
West Palm Beach, Florida 33401
Telephone: 561-833-6288
Email: Kristy_Militello@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day of all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Kristy Militello*
Kristy Militello
