**EXHIBIT "A"**

Case 1:21-cr-00189-CJN   Document 82-1   Filed 10/20/23   Page 1 of 3

To the Honorable Carl Nichols,

I am writing you in regards to Richard Harris and his character. He has not spoken through all of his hearings or trial, and I realize that this letter is important to tell you who he really is. Appearances can be deceiving. He is a man of tall stature and his participation in January 6th does not tell you what kind of man he is, what a positive role model for his children, support for his family and positive addition to society he really is.

Richard is a gentle man filled with kindness and honesty. He has earned the title of father to my two wonderful girls ages 10 and 6. They feel protected and safe with him. He is kind to my children who have a hard time trusting men in their life. He has stayed up all night long with my youngest daughter when she was sick, comforted her and held her upright through the night so she would be able to stop coughing and sleep. He has taught my oldest daughter the importance of honesty when she was going through a phase of feeling dishonesty would get her what she wanted. He will take walks with them or take them to the park and pick up trash while the kids play, to leave the park cleaner and safer than when they arrived. He has a way of talking with the girls that makes them want to listen to him, without raising his voice or needing any discipline such as time out or privileges revoked. I could go on and on about what a wonderful parent he has been to my daughters, but there is so much more I would like to share with you about him. Richard is not only a good man to my children, but also anyone around him.

Richard's father lives alone. He does not open up to many people and prefers to keep to himself. With Richard living with him the past few years, he has come to see Richard not only as a son, but as a friend. Richard will never hesitate to help his father if he needs it. From rebuilding their fence and shopping for/buying his groceries to anticipating his needs and supporting him to live healthier and more social. Fred and Richard do not have any local family, so Fred depends on Richard to help him as he is aging and needing assistance. Richard has never viewed this as a chore or an inconvenience to him. He genuinely wants to be there to support his father as he has always been there for Richard. Not only does Richard look out for his family on a day to day basis and holding this as a priority, but he looks out for complete strangers as well.

This past summer, there was a skipper plane that had crashed when Richard was on his way to work at Amazon in Troutdale Oregon. The plane had crash landed in a field that was surrounded by swampy ground. He immediately pulled over, seeing this plan crash and ran through the swampy terrain to ensure that the man inside was okay. All other bystanders who stopped where taking pictures and videos, while he went to save this man's life. Luckily, the man was mostly unharmed, but he was the only one who ran to him to ensure he was not needed. Many people who I have reached out to in Richard's current time of need can not say enough about how he has helped them in their life. Whether this is monetarily, mentally or just being their friend, he is a very loved and admired human being. In a more personal stance, Richard has helped me tremendously in our time together.

I met Richard at a very low time in my life. I was in debt, my children and I were recovering from an abusive situation and I had given up on a lot of aspiration in my life. I started talking to Richard in 2021 via internet communication. We talked about world events, our interests and our lives. He was also going through a hard time in his personal life as well as regarding why I am writing you this character letter today. Through all of these struggles he was having, he still wanted to reach out and be an ear for someone else (me) having a difficult time. He is not the type of person to fester on what is wrong in his life, but look forward to what is good and positive in life. I have truly never met anyone like him. He

brought me hope to keep going and fighting for a good life that I want for my children and myself. He helped me pay off my debt and never asked for anything in return. He encourages me each and every day to have a voice for myself. He teaches me every day that I matter, and that I have value. He has been a support to me when I can not help myself.

I became very sick this past winter and could not care for my children, dog or household duties. Richard came over and took care of my daughters for me and took care of me. One might say that if we were planning on getting married that he should be doing that. I would like to point out that even though someone should be helping the one they love through times they can not help themselves, the vast majority of people may do this, but be upset that they "have to" do this and expect something in return later on. Not once did I feel that he was upset or inconvenienced by my need of him. Richard has never frightened me or made me feel as if I had a reason to believe he has a "bad side" to him.

Richard is the type of man that makes someone want to be a better version of themselves. Since meeting Richard, I have been excelling at work, more present for my children, financially sound, have my own place to live and have mentally been in a positive place. To this day with him in prison and me out here on my own, I go about my day thinking "what would Richard do?" "What would Richard say?". From there, I know how to get through the day in a happier spirit as well as productive. I now take the dog and kids for a walk and pick up trash. I do what I can to help the homeless that I see on my way to work. I teach my children to be kind to the people who are less fortunate than us, because even though we feel like we don't have everything that we would like, there are those that do not even have what they need. I thank my God each and every day that Richard was placed in my life.

In conclusion, I would like to speak to Richard's character from my experience. He is an honest, kind, good and moral man. Every person in this world has flaws and everyone can make a mistake. Each day he wakes up, I see him searching for a way to make this world a better place. Not only does he search for it, he is a part of it. He is good to my children, he is good to his family, his friends rave about him, strangers are better off knowing him and having him around and I have been blessed to have him in my life for all manner of reasons. I do hope that this short letter shows you even a glimpse into the kind of man he is in his day to day life. I wish there was more time and more opportunity to tell you about him. I wish all could know him who see him in a negative light. I am convinced they would change their minds after only a few minutes with him.

Thank you for taking the time to read this letter. I appreciate your time and your wisdom in the matter of my husband's life.

With Respect,

Holly Harris