UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRIM. NO. 21-00189 (CJN)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD L. HARRIS,

        Defendant.
_____/

## NOTICE OF FILING LETTERS IN CONSIDERATION OF SENTENCING

        Defendant Richard Harris, through counsel, respectfully submits the attached letters (Exhibits A-I), from friends and family which he requests that this Court consider in mitigation of the sentence which will be imposed in this case.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

| | |
|---|---|
| *s/ Eric Cohen* | *s/Kristy Militello* |
| Eric Cohen | Kristy Militello |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for Defendant | Attorney for Defendant |
| Florida Bar No. 328065 | Florida Bar No. 0056366 |
| 150 West Flagler Street | 450 South Australian Avenue |
| Suite 1700 | Suite 500 |
| Miami, Florida 33130-1566 | West Palm Beach, Florida 33401 |
| Tel: 305-530-7000 | Tel: 561-833-6288 |
| Email: Eric_Cohen@fd.org | Email: Kristy_Militello@fd.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day of all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   *s/Eric M. Cohen*
          Eric M. Cohen