**EXHIBIT "A"**

To the Honorable Carl Nichols

Your Honor,

I am asking you to consider this letter and other letters on the ruling of Richard sentencing case. Richard is my youngest son and I know him better than anyone else. From child to adult, Richard has shown that he is a kind, honest, gentle, honest and caring man. Richard was a good child and received good grades in school, as well as holding a special interest in world history. Richard's mother and I had no problems while raising him. Richard was innately good and did not cause us any grief or trouble for us. He was raised in a family oriented community. Richard was very close to his mother, who passed away very suddenly a few years back. She was still very young and taken from us too early. This was extremely hard for Richard as well as for me. He helped me through this difficult time in life without being asked to do so. Doing good for others and helping others through hard times is a part of who Richard is. I have seen this time and time again in his own personal life.

Richard was married once before, to a woman who had a son before she and Richard got together. Richard raised her son like his own and enjoyed being the guiding father figure while he grew up. He and her boy were very close but was asked to not contact him again due to January 6th. Upon their divorce many years ago, Richard left his ex-wife debt free and all their possessions entirely to her and her son. Not many men would do this to set their separated partner up for success and walk away from a life they built together. I have seen Richard treat those in his life respectfully, even in the most difficult situations.

Richard had another previous relationship in which he was treated very badly. He met this treatment with the desire to do good by her and the twins she claimed to be his, but were proven not to be with a DNA test. Richard sacrificed time and money to still try and be a positive figure for these children. Richard had to move on for his own mental health and wellbeing. Richard then came out here to Oregon, from California to start a new life. Richard has always been very interested in world history, as previously stated, but also politics. He has followed politics since he was six years old.

After coming to Oregon, Richard decided to go to Washington D.C. to witness a historic Trump speech. He asked for family or friends to go with him to witness the speech, but no one had the time to go. Richard, again, is fascinated with history and often took trips around the country to visit historical sites. D.C. is rich in American history, so this trip was intended to be a site seeing trip as well. Richard went alone on this day, but never stated any intentions of being at the protest following Trump's speech or entering any restricted grounds.

Richard's life can not be summed up to one day. Richard is much more than what he is portrayed to be. He is a man of his word, has always been there for me, and has never taken advantage of kindness shown to him. He appreciates the small things in life and does not expect anything in return for his kindness. Even facing judgement on his participation that day, Richard still has hope for and works towards a future.

Richard met his current wife after January 6th. They married this past April and look forward to

raising her two young children together. Even with all the restrictions he has had on his life the past few years and the hurdles he has faced, he still finds it in himself to want to move on and be a positive addition in society. He and his wife and children are all putting their future in your hands for his sentencing.

In conclusion, as Richard's father and friend, I ask that you see these letters being sent to you and judge a man of passion. Richard has always wanted what is best for those around him, no matter the circumstances. Richard has faced many hardships and come out a better man from each. Many would have given up or given in to being bitter or resentful, but that is not who Richard is. I ask you to consider your decision with mercy for a man that has shown to be a good son, a good husband and a good father.

Respectfully,

Fredrick Harris