**EXHIBIT "B"**

Amy Sue King

1759 W allce St.

Simi Valley, Ca. 93065


August 25, 2023


Re: Richard Lee Harris


To: The Honorable Carl Nichols



Richard Harris is my nephew. I've known him since birth. Richard was raised by his parents with respect and values. He's never been one to disobey the law. He has always been a hard worker. A people person. Someone that you can rely on.

Richard was always the one with assurance that everything would be ok. A huge influence for our family and always willing to help anyone out. Richard has a golden heart with a sense of humor. He is always sticking up for what is right. He was good in school and never hurt a single soul or broke the law.

His father Fred, who is soon to be 70 years old lost his wife some years back and Richard was always there for him as support and especially when Covid hit. He never wanted his father to be alone. Richard has always taken the best of care of his father.

Richard got caught up in the moment on January 6th. His intent was to peaceful protest. Please let him go home and be with his family.

Also, your honor Richard comes from a 5 generation Harris family that has served our country in the military as well as family members in the police force. Our family has always held high values and love for our Country so much that they are willing to put there lives on the line for our freedoms. Richard was named after his uncle Richard Harris that served in WWII as well as the Vietnam war with top honors.

I respectfully ask that you please be forgiving when sentencing my nephew Richard and also please take our family history into consideration. We really need Richard home and at our side.

Respectfully,

Amy S. King