**EXHIBIT "C"**

Anna Mae Harris

1759 Wallace St.

Simi Valley, Ca. 93065

August 25, 2023

Re: Richard Lee Harris

To: The Honorable Carl Nichols

Richard has always been a very responsible stand-up man. He is very caring and compassionate.

I love my cousin Richard. We grew up together. I've known him since the day he was born and I feel that I am a very credible person to give this letter of mercy. I am begging the judge and the courts right now to please give forgiveness to Richard. He absolutely meant zero harm and his intentions were pure. He does not have a reputation of the person you have laid these charges upon.

Growing up with my cousin Richard I knew immediately that he is such a caring man. A family man. He is always protective of our family and he will always go the extra mile for his loved ones. He was raised with two very loving parents who instilled the best qualities possible in a human. He is very hard working and respectful. He, like most Americans works paycheck to paycheck to provide for his family and knows that the most important factor in life is family and love. We only get one chance on this planet and he knows the importance of family and to always lend a helping hand when needed. His sense of humor is top! He can always put a smile on one's face and brighten any room that he walks in.

Whenever I needed help, he has always been there for me. Whether it was support emotionally or financially and for that I appreciate him so much. He is a provider with such a huge heart. I have always looked up to him for his work ethic. He is an intelligent man and so mentally strong. Although he has such strong qualities, he also has a very quiet and shy personality about him... A gentle personality and I have never seen him angry. He has very passionate traits that have been instilled at a very young age.

He has learned his lesson for getting caught in the moment of chaos as I am sure most citizens did that day. He deserves to live out his life free and to move forward in a positive light.

Of all the things we have gone through as humans through the past couple of years it is clear as day how humanity lost control. We are building our lives back from that.

Richard also lost his mother some years back which has been extremely painful for our family! Especially for her children and her husband who is my uncle from my mother's side. My uncle has already lost so much when his wife passed and to think of him losing his son to these charges is absolutely devastating to our family.

I am begging the court and the higher up people to please have mercy on our family and do not throw another crippling dagger in our hearts and souls. A family... A human can only take so much hardship and pain. Our family has taken on far too much in life and we feel that we are in a consistent sinking ship for a lack of better words.

Please be forgiving when the day comes for sentencing. Just know that he never intended any harm and his intentions were truly good. Please do not use him as an example but rather show humanity that there are second chances in life and someone who makes a mistake can learn and grow from that.

Respectfully,

Anna Harris