**EXHIBIT "D"**

The Honorable Judge Carl Nichols

Dear Judge Nichols,

I am writing to you today as the brother of Richard Harris, in the hope of offering a heartfelt and moving character reference on his behalf. As my brother and someone I have known intimately throughout my life, I can attest to the goodness and integrity that lies within his heart.

Richard has always been a pillar of strength and compassion within our family. He is a man who goes above and beyond to support and care for those around him. From a young age, Richard displayed a genuine sense of empathy and kindness, making him someone whom friends and strangers alike can rely on in times of need.

His dedication to his community is admirable. Richard has volunteered countless hours at local shelters, dedicating his time and efforts to helping those less fortunate. His selflessness and willingness to put others before himself are qualities that make him stand out as a truly good man.

In addition to his charitable endeavors, Richard has been a responsible and caring father to his two children. He has instilled in them the values of respect, honesty, and hard work, serving as an exemplary role model and shaping their lives for the better.

I firmly believe that Richard's actions and character demonstrate that he is capable of reform and that he deeply regrets any mistakes that may have led to the current situation. I urge you to consider the impact of his incarceration on his children and family, as well as the potential he has to contribute positively to society if given the chance.

While I understand the importance of upholding justice, I also implore you to weigh these aspects of Richard's character in your decision-making process. A man's life and the lives of those he loves deeply are at stake, and I have faith that your wisdom and discernment will lead you to a just and compassionate conclusion.

Thank you for taking the time to consider my letter and the positive influence my brother has had on many lives.

Respectfully,

Daniel Harris
Richard's brother

-