**EXHIBIT "E"**

Frank Luther King

1759 Wallace St.

Simi Valley, Ca. 93065

August 25, 2023

Re: Richard Lee Harris

To: The Honorable Carl Nichols

Richard Harris is my nephew. I've known him for 37 years. Richard has always been a responsible man. He has often put the wellbeing of others before himself.
With two little girls that think the world of him, it would hurt them far more.

I feel he needs a second chance. Richard was caught up in the moment and was not thinking of the consequences. I feel that the actions of a person at a moment in time should not reflect the life time of a person.

Richard wanted to be part of a peaceful protest, not the crazy actions of the few.
I would ask that you please give him the chance to be back with his family that needs him so much.

Respectfully,

Frank L. King