**EXHIBIT "F"**

Jonathon Matthew King

1759 Wallace St.

Simi Valley, Ca. 93065

August 25, 2023

Re: Richard Lee Harris

To: The Honorable Carl Nichols

Richard is my cousin and I have known Richard to be a very kind and caring person. I was surprised to hear about his case. Richard is a responsible working man with strong moral values. It is my hope that the court takes this letter into consideration at the time of sentencing. I still believe Richard is a good human being and that he deserves a second chance.

Sincerely,

*Jonathon King*

Jonathon King