**EXHIBIT "G"**

**To the honorable Carl Nichols,**

**I am writing you in regards to Richard Harris and his character. I couldn't tell you how long ago I met Richard, but time doesn't really matter when you have become good friends with someone especially when they have made such a impact in your life positively. I met Richard while working at Amazon, the first thing that will capture your intention about him is his appearance. And in today's society people love to judge a book by it's cover, a lot of people at work liked to talk negatively about him and never even once had a conversation with him. His participation in the January 6th riots does not make him some monster, or menace to society. In fact that day doesn't tell you who Richard Harris is at all. He is a loving, and hard working family man. He would always talk to me about the positive changes he was currently making, and would be making later on his life. He even challenged me to do the same since we all just have one precious life in this world. I'm currently working my way up to manager in the company, I enrolled in school and will be furthering my education to help with the promotion process and plan on moving to Texas in a year or two. If it wasn't for Richard's motivating conversations I'd probably still be complacent.**

**I would like to Thank You Honorable Carl Nichols for taking the time to read my letter on behalf of Richard Harris and his character.**

**With Respect,**

**Martez Reavis**