**EXHIBIT "H"**

To the Honorable Carl Nichols,

My name is David Fields, and I am writing to you today to inform you of my friend Richard Harris's character. Throughout all the time that I have known Richard, he has been a good and kind man. Richard is the type of person to always help a friend in need, and I have never seen him show any kind of bias or unwillingness to befriend any person that was willing to befriend him. I have personally witnessed Richard go out of his way to pick up litter off the ground when he could have simply walked passed and said it was someone else's problem. I have not seen many people in my lifetime do something like that, and I think that says a lot.

I am an African American male who considers myself very liberal in my political beliefs. When I met RIchard through a fantasy football league we quickly became friends discussing sports. Soon we began hanging out a lot and discussing all types of things including politics.  To My suprise Richard never once hesitated to continue being my friend or like me less because of the differences in our beliefs. I would state what I believed and he would state what he believed, and if we differed on that we would just agree to disagree and continue doing whatever we were doing. This to me says alot about Richard's character. From my experience not a lot of people can do that, democrat or republican.

A few months after meeting Richard he became one of the best friends I've had in life. When I was going through a tough time and I had few people to hang out with, Richard was there for me. He listened to me and heard out my problems and never took sides. He became one of the few friends I had that helped me continue to live and have fun. We went deep sea fishing and traveled all over Oregon visiting different locations that I had never been to and I appreciated him for doing that with me.  Richard never turned his back on me and I am thankful for that. I believe that a person who helps those in need and does things that no one would judge them for not doing, like picking up litter, is a good person and Richard Harris is that kind of person.

It is my personal belief that Richard made a mistake going to the rally on January 6th. I know that he did not know that attending a speech by the president would turn into what it did. Richard is not a violent person, in fact, Richard is more of a gentle giant. The events of January 6th are not indicative of Richard's character, it is more a sign of a man getting swept up in a rapidly moving stream. All people make mistakes, and though we do have to answer for them, I ask you to please look at RIchards life in whole and not one series of unfortunate events when making your decision on Richard's future. Richard is a good friend, a good family man, and an upstanding citizen that all the people that know him love to have around.

David Fields

X _D. Kelloh_