**EXHIBIT "I"**

To The Honorable Carl Nicohls,

I am writing to you on behalf of Richard Harris. I was Richard's manager at Amazon in Troutdale Portland for around 18 months. Over that time I was able to get to know Richard very well. We spoke almost daily about both this specific situation and life in general. In my statement to you I do not want to give my opinion on the situation but do my best to provide what I believe is an accurate description of Richard's character.

Richard is a fun, caring, dedicated, and responsible individual. As his direct supervisor I never once had to worry about him getting his work done nor showing up on time. Richard would regularly show up 20 minutes early to prepare his workstation and be ready for the day. This level of dedication and effort was contagious. The people around him regularly performed at a higher level with Richard around. He would take it upon himself to help coach the newer employees on how to improve their production rates and keep their quality where we needed it to be as a team. This is not something that was asked of Richard, Richard was also not compensated for this. Richard performed this act because he cared. It is not common working at a warehouse job to see someone care for others like Richard did. Regardless of race, gender, sex, or political beliefs Richard treated everyone the same. I would trust Richard with anything and any task.

Richard was more than just an employee to me. I had recently transferred out of the military when I became Richard's manager. My transition was not easy for me mentally or emotionally. Some days were harder than others. One of the hardest parts of my transition was losing the comradery. Richard helped provide that for me while I was at Amazon. He had an innate sense as to when I needed that from him. I know I was not the only individual that he was regularly there for. This was a regular occurrence for Richard. Richard was a good worker and an even better human.

In conclusion, I hope my writing can help provide you insight as to the type of person I got to know at Amazon. I truly believe that this world is a better place with Richard around. Without Richard we lose someone who betters all those around him. He is truly a one-of-a-kind individual.

Very Respectfully,

Nathan Scott Carlson