1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

2

_____

3    United States of America,        ) Criminal Action
                                      ) No. 1:21-cr-00189-CJN-1
4                    Plaintiff,       )
                                      ) **Bench Trial (Day 2)**
5    vs.                              )
                                      )
6    Richard L. Harris,               ) Washington, D.C.
                                      ) **June 13, 2023**
7                    Defendant.       ) Time:  9:00 a.m.

8    _____

**Transcript of Bench Trial (Day 2)**

9                         **Held Before**
               **The Honorable Carl J. Nichols**

10              **United States District Judge**

11

                    A P P E A R A N C E S

12

     For the Government:      **Julie Bessler**

13                            UNITED STATES ATTORNEY'S OFFICE
                              FOR THE DISTRICT OF COLUMBIA

14                            601 D Street, Northwest
                              Washington, D.C. 20579

15
                              **Laura E. Hill**

16                            UNITED STATES DEPARTMENT OF JUSTICE
                              175 N Street, Northeast

17                            Washington, D.C. 20002

18   For the Defendant:       **Eric M. Cohen**
                              **Jennifer Wilson**

19                            FEDERAL PUBLIC DEFENDER'S OFFICE
                              FOR THE SOUTHERN DISTRICT OF FLORIDA

20                            150 West Flagler Street, Suite 1700
                              Miami, Florida 33130

21
                              **Kristy Militello**

22                            FEDERAL PUBLIC DEFENDER'S OFFICE
                              FOR THE SOUTHERN DISTRICT OF FLORIDA

23                            250 South Australian Avenue, Suite 400
                              West Palm Beach, Florida 33401

24

25

1  _____

2  Stenographic Official Court Reporter:
                           Nancy J. Meyer
3                          Registered Diplomate Reporter
                           Certified Realtime Reporter
4                          333 Constitution Avenue, Northwest
                           Washington, D.C. 20001
5                          202-354-3118

6  Proceedings recorded by mechanical stenography.  Transcript
   produced by computer-aided transcription.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **I N D E X**

2                                                    <u>PAGE</u>:

3        **<u>Witnesses:</u>**

4        <u>Kyle Gatewood</u>
              Direct Examination By Ms. Bessler................ 6
5             Cross-Examination By Ms. Militello.............. 36
         <u>Michael Howden</u>
6             Direct Examination By Ms. Hill.................. 40
              Cross-Examination By Ms. Militello.............. 71
7             Redirect Examination By Ms. Hill............... 84
              Recross-Examination By Ms. Militello............ 87
8        <u>Michael McGillicuddy</u>
              Direct Examination By Ms. Hill.................. 90
9             Cross-Examination.............................. 156

10

11       **<u>Exhibits Admitted:</u>**

12            Government Exhibit 201.......................... 58
              Government Exhibit 203.......................... 31
13            Government Exhibit 204.......................... 56
              Government Exhibit 210.......................... 19
14            Government Exhibit 211.......................... 26
              Government Exhibit 212.......................... 63
15            Government Exhibit 302.......................... 126
              Government Exhibit 305.......................... 96
16            Government Exhibit 307.......................... 15
              Government Exhibit 310.......................... 111
17            Government Exhibit 312.......................... 95
              Government Exhibit 314.......................... 113
18            Government Exhibit 316.......................... 99
              Government Exhibit 317.......................... 138
19            Government Exhibit 319.......................... 93
              Government Exhibit 325.......................... 98
20            Government Exhibit 326.......................... 101
              Government Exhibit 331.......................... 132
21            Government Exhibit 333.......................... 124
              Government Exhibit 337.......................... 136
22            Government Exhibit 338.......................... 68
              Government Exhibit 345.......................... 118
23            Government Exhibit 525.......................... 140
              Government Exhibit 532.......................... 141
24            Government Exhibit 537.......................... 141
              Government Exhibit 544.......................... 141
25            Government Exhibit 572.......................... 142
              Government Exhibit 574.......................... 142

I N D E X (continued)

PAGE:

**Exhibits Admitted**: (continued)

Government Exhibit 575........................... 142
Government Exhibit 576........................... 142
Government Exhibit 579........................... 142
Government Exhibit 617........................... 142
Government Exhibit 618........................... 103
Government Exhibit 621........................... 142
Government Exhibit 626........................... 142
Government Exhibit 630........................... 148
Government Exhibit 632........................... 151
Government Exhibit 634........................... 153


Defendant Exhibit 120........................... 160
Defendant Exhibit 202........................... 79

```
 1                    P R O C E E D I N G S

 2           THE COURTROOM DEPUTY:  Your Honor, this is Criminal

 3   Case 21-189, United States of America v. Richard Harris.

 4           Will the parties please come forward to the lectern and

 5   identify yourselves for the record, and we'll start with

 6   government counsel this morning.

 7           MS. BESSLER:  Good morning, Your Honor.

 8           AUSA Julie Bessler for the United States.  I'm here with

 9   Laura Hill, Special Agent McGillicuddy, and paralegal

10   specialist Brianna Rummens.

11           THE COURT:  Good morning, everyone.

12           MR. COHEN:  Good morning, Your Honor.

13           THE COURT:  Mr. Cohen.

14           MR. COHEN:  Eric Cohen, Jenny Wilson, and

15   Kristy Militello from the Federal Defender's Office of the

16   Southern District of Florida on behalf of Mr. Harris, who is

17   present.

18           THE COURT:  Good morning, everybody.

19           Is the government ready to proceed with its next

20   witness?

21           MS. BESSLER:  Yes, Your Honor.

22           I just, actually, have one preliminary matter, if you

23   don't mind, that I address.

24           THE COURT:  All right.  Why don't we do that outside

25   of the presence of the witness, shall we, or -- yes?
```

1           MS. BESSLER:  Oh, sure.  Yes.

2       So I believe yesterday we introduced into evidence

3   Government's Exhibit 413.  We just want to let the Court know

4   that it was an old version of Government's Exhibit 413.

5           THE COURT:  I recall that.

6           MS. BESSLER:  We do have the new version that we have

7   switched out in our binders, as well as in the USB that we'll

8   provide to Your Honor.

9           THE COURT:  All right.  Thank you very much.

10          MS. BESSLER:  Thank you.

11          THE COURT:  You may bring the witness in.

12          THE COURTROOM DEPUTY:  Please raise your right hand.

13          (Oath administered.)

14          THE WITNESS:  I do.

15          THE COURTROOM DEPUTY:  Thank you very much.  Have a

16  seat.

17          THE COURT:  Good morning.

18          THE WITNESS:  Good morning.

19          THE COURT:  You may proceed.

20                      DIRECT EXAMINATION

21  BY MS. BESSLER:

22  Q.  Good morning, Officer Gatewood.  Thank you for being here

23  today.

24      Officer Gatewood, can you please state and spell your

25  name for the record.

1    A.  Kyle, K-y-l-e, Gatewood, G-a-t-e-w-o-o-d.

2    Q.  Officer Gatewood, where do you work?

3    A.  Metropolitan Police Department, Fifth District.

4    Q.  How long have you worked as an MPD officer?

5    A.  Just over eight and a half years.

6    Q.  What's your current assignment with MPD?

7    A.  Assigned to the patrol crime suppression team at the

8    Fifth District.

9    Q.  What do you do in that role?

10   A.  We do more targeted enforcement and assist detectives with

11   search warrants for either residences or for suspects.

12   Q.  Okay.  And I'd ask you to just slow down for the court

13   reporter a little bit.

14   A.  Okay.

15   Q.  Thank you.

16       Officer Gatewood, were you an MPD officer on

17   January 6th, 2021?

18   A.  Yes, I was.

19   Q.  What was your assignment on January 6th?

20   A.  I was assigned to a -- what's called CDU, civil disturbance

21   unit, CDU 51.

22   Q.  What is a CDU?

23   A.  Those are members of each district.  They're assigned to a

24   platoon for events of major sporting events, protests.  Things

25   of that nature.

1   Q.  Is the CDU called -- is it short for civil disturbance

2   unit?

3   A.  Yes.

4   Q.  And what are your responsibilities with -- with CDU 51?

5   A.  It depends on what our actual tasking is for whatever we're

6   activated for.

7   Q.  And what does CDU 51 mean?  What do the numbers mean?

8   A.  So the first number indicates the district you're assigned

9   to, as there's 1 through 7.  So mine is 5.  And then the second

10  number, 1 -- so 51 -- indicates the platoon you're assigned to.

11  And there's four platoons assigned to each district.

12  Q.  Okay.  And when is the CDU activated with MPD?

13  A.  It depends on the needs of the city, as far as what events

14  are taking place.

15  Q.  What kinds of events?

16  A.  Sporting events, protests, parades, things of that nature.

17  Q.  Okay.  Now, turning to January 6th, 2021 -- if I refer to

18  January 6th, 2021, as the 6th or January 6th, will you know

19  what I'm referring to?

20  A.  Yes.

21  Q.  What time did you start your workday on January 6th?

22  A.  1300.

23  Q.  And you said your assignment was with CDU 51 on that day?

24  A.  Correct.

25  Q.  What were the duties you thought you would be executing on

GATEWOOD - DIRECT                                9

1    January 6th?

2    A.   Actually, I can't recall what we were going to be assigned

3    to do that day.

4    Q.   Do you remember where you're originally stationed?

5    A.   We originally -- when we were finished with roll call, we

6    got sent down to 16th and H Street, north -- or Northwest.

7    Q.   And what were you doing at 16th and H Street?

8    A.   We were assigned to just, basically, assist any other units

9    that were down there with crowd control as they -- the protest

10   just ended and people were marching around.

11   Q.   Do you remember which protest?

12   A.   It was the Trump rally at the National Mall.

13   Q.   Okay.  And at some point were you called to respond to the

14   Capitol?

15   A.   Yes.

16   Q.   How did you receive that call?

17   A.   It came over the radio.

18   Q.   When did you receive that call?

19   A.   Specific time, I can't recall.

20   Q.   Okay.  What were you told in that call -- in that call?

21   A.   I remember, basically, just the -- the call went out for

22   all units that are available to respond to the Capitol.  That

23   kind of nature.

24   Q.   Why were you asked to respond to the Capitol?

25   A.   Due to the events that were occurring there.

GATEWOOD - DIRECT

1    Q.  At that point did you have any indication of what was going

2    on at the Capitol?

3    A.  We were hearing transmissions over the radio as far as

4    assaults that were taking place, officers that were being

5    assaulted with either rocks, bottles, or physical actual

6    contact.

7    Q.  Now, how did you get to the Capitol from H Street?

8    A.  Through our assigned vehicles.

9    Q.  Officer Gatewood, what type of gear were you wearing that

10   day?

11   A.  Normally, for that day, it would be my basic patrol

12   uniform.  So uniform shirt and pants that I have on now, as

13   well as my outer vest, belt.  And then we also for CDU have a

14   ballistic helmet with a face shield.

15   Q.  In addition to the ballistic helmet with the face shield,

16   did you have any other type of gear that you wore on

17   January 6th?

18   A.  Yes.  We also had a gas mask that we had attached to our

19   belt.

20   Q.  Did you put that on immediately, or when did you put on

21   that --

22   A.  When we responded to the Capitol.

23   Q.  What does a gas mask do?

24   A.  It helps filter the air with regards to any irritants that

25   may be present.

GATEWOOD - DIRECT

1    Q.  What kind of irritants?

2    A.  Like OC, any type of irritant spray or -- I can't remember

3    what it's called.  CS gas.

4    Q.  Is CS gas and OC spray kind of like pepper spray?

5    A.  No.  They're totally different.

6    Q.  Okay.  What's CS gas?

7    A.  CS is tear gas.  That's kind of the initials for it.

8    Q.  And what's OC spray?

9    A.  OC spray is what we carry on our -- my -- my belt, officers

10   are assigned.  It's a less lethal item used to gain compliance

11   in regard to certain situations.

12   Q.  And did you have that on you?

13   A.  Yes.

14   Q.  Now, when you first got to the Capitol from H Street, where

15   did you go?

16   A.  As I recall, we were actually on Constitution Avenue.  So

17   we ended up on the northeast side of the Capitol.

18   Q.  When you got to the Capitol, can you describe what the

19   scene was like.

20   A.  There was quite a lot of people out and about, and I

21   remember there being a lot -- at least a lot of young people

22   walking around.

23   Q.  Where were these people that -- that you describe?

24   A.  So we came in off the, I believe, east side.  So it's

25   mostly on the side where we came in on.

1    Q.  Were they on Capitol Grounds?

2    A.  Yes.

3    Q.  Where -- did you see any officers on Capitol Grounds?

4    A.  Yes.  There was fellow MPD, as well as other jurisdictions,

5    that were there.

6    Q.  Were officers outnumbered at that point?

7    A.  It appeared so.

8    Q.  On Capitol Grounds, what did you hear when you first

9    approached?

10   A.  There was a lot of shouting.  I remember a couple times

11   people were asking us to take their side, go with them.  Things

12   of that nature.

13   Q.  Did you smell anything on Capitol Grounds?

14   A.  Not -- not that I can recall right now.

15   Q.  Now, at some point did you actually enter the

16   U.S. Capitol Building?

17   A.  Yes.

18   Q.  Why did you enter?

19   A.  We were told to.

20   Q.  For what purpose?

21   A.  To assist with whatever agencies were inside and helping

22   with what was going on.

23   Q.  Where did you enter through?

24   A.  We came in -- the northeast side, I believe.  That's where

25   our vehicles were parked, and that was the closest access for

GATEWOOD - DIRECT

1    us.

2    Q.  And can you describe what the scene was like inside the

3    Capitol when you first entered.

4    A.  When we first entered, we went up at least one or two

5    flights of stairs, down a hallway, and ended up outside the old

6    Senate chamber.

7    Q.  Now, what did you observe once you were inside the old

8    Senate chamber?

9    A.  When we went in, there was -- there was probably three to

10   five officers either from Capitol or a couple other agencies,

11   and there was a large group of people inside of a vestibule

12   between the old Senate chamber and the Rotunda.

13   Q.  And when you say large group of people, who are you

14   referring to?

15   A.  Rioters.

16   Q.  What were the officers doing?

17   A.  They were, at least at that point, attempting to civilly

18   get people to leave.

19   Q.  Were they complying?

20   A.  Did not appear so.

21   Q.  What was your duty or mission inside the old Senate

22   chamber?

23   A.  When we first went in, we were ordered to make a line --

24   so, basically, the wall on one side to the other -- to not

25   allow anybody to pass.

GATEWOOD - DIRECT

1   Q.  Why didn't you want anyone to get past?

2   A.  We were told nobody gets through.

3   Q.  How were the rioters responding to your attempts to control

4   the crowd?

5   A.  Initially, it was at least somewhat peaceful.  But when we

6   were told to clear the Capitol, we were met with resistance.

7   Q.  Can you describe the rioters' general demeanor to the

8   Court.

9   A.  When we initially met -- tried to clear them out, we

10  actually made contact with them to try to push them back out

11  into the Rotunda.  Initially, it appeared that we were gaining

12  some ground.  And then we immediately realized that we were

13  being pushed back.

14  Q.  Now, in the old Senate chamber, can you describe the tone

15  of interactions between the police and rioters.

16  A.  It did not appear to be civil.

17  Q.  In the old Senate chamber, is it fair to say you were

18  outnumbered?

19  A.  Yes.

20          MS. BESSLER:  Ms. Rummens, can you please bring up

21  Government's Exhibit 307.

22          And, Your Honor, defense has stipulated to the

23  authenticity of this exhibit in Stipulation 911.  And the

24  government would move Exhibit 307 into evidence and publish.

25          MS. MILITELLO:  No objection.

GATEWOOD - DIRECT

1              THE COURT:  Government 307 is admitted and may be

2     published.

3              (Government Exhibit 307 admitted into evidence.)

4              MS. BESSLER:  Your Honor, it appears I'm having a

5     difficult time clearing the screen.

6              THE COURT:  Mr. Coates, perhaps you can work your

7     magic.

8     BY MS. BESSLER:

9     Q.  Okay.  Officer Gatewood, I'm pausing here at 0 seconds in

10    Government Exhibit 307.  Do you recognize this location?

11    A.  I do.

12    Q.  What is it?

13    A.  That is the hallway outside the old Senate chambers.

14    Q.  Now, I'm circling an individual on the right-hand side of

15    the screen.  What, if anything, did you notice about this

16    individual?

17    A.  It appears that he has a gas mask affixed to his face.

18    Q.  Is this something that you saw throughout January 6th?

19    A.  Yes.

20              MS. BESSLER:  If we can please play until 23 seconds.

21              (An audio-visual recording was played.)

22    BY MS. BESSLER:

23    Q.  Pausing at 23 seconds.  Did you hear any chanting in this

24    clip?

25    A.  Yes, I did.

GATEWOOD - DIRECT

1    Q.   What did you hear?

2    A.   "Whose house?  Our house!"

3    Q.   And did you hear rioters chanting this throughout your day

4    on the 6th?

5    A.   Yes.

6    Q.   What other kinds of chants did you hear?

7    A.   As far as what else I heard that day, I really don't recall

8    at the moment what else was said.

9    Q.   Okay.  Now, I know it's a little bit blurry, and I may have

10   to rewind a tad bit, but, Officer Gatewood, did you see

11   yourself in this -- in this frame?  Do you see yourself in this

12   frame?

13   A.   Yes.

14   Q.   Can you please circle yourself for the Court.

15   A.   (Witness complying.)

16          MS. BESSLER:  Let the record reflect the witness has

17   circled himself at the bottom center of Exhibit 307.

18          If we could please play until 1 minute and 22 seconds.

19          (An audio-visual recording was played.)

20   BY MS. BESSLER:

21   Q.   Now, Officer Gatewood, I'm circling this -- well, I'm

22   pointing out the man who is at the very forefront of this -- of

23   this frame.  Did we just see him walk away from the line of

24   officers?

25   A.   Yes.

GATEWOOD - DIRECT

```
 1    Q.  Does it appear he has a black-and-white scarf on?

 2    A.  Yes.

 3            MS. BESSLER:  If we can play until 1:27, please.

 4            (An audio-visual recording was played.)

 5    BY MS. BESSLER:

 6    Q.  Pausing at 1:27 here.  Do you see a man standing on the

 7    statue in this frame?

 8    A.  Yes, I do.

 9    Q.  What is he doing?

10    A.  He's standing at what appears to be the right of the statue

11    and holding on to it.

12    Q.  Did you hear anything that he was saying?  I can rewind if

13    you --

14    A.  Yeah.  Could you please rewind it, please.

15            MS. BESSLER:  Sure.  If we could go back to 1:22.

16            (An audio-visual recording was played.)

17    A.  "Whose house?  Our house!" I believe.

18    BY MS. BESSLER:

19    Q.  Was he leading that chant?

20    A.  It appears so.

21    Q.  What is he wearing?

22    A.  He's wearing what appears to be a gray sweatshirt.

23    Q.  What is on the top of the statue's head?

24    A.  It appears to be a ball cap.

25    Q.  Can you make out the color?
```

1    A.  Blue.

2    Q.  In the clip that we saw, did you also hear "You serve us"

3    chants?

4    A.  Yes.

5    Q.  Did you hear -- and I won't say the expletive, but --

6    A.  Yes.

7    Q.  -- F Nancy Pelosi?

8    A.  Yes.

9    Q.  F Mitch McConnell?

10   A.  Correct.

11          MS. BESSLER:  Ms. Rummens, if we could please play

12   Exhibit 307 to the end.

13          (An audio-visual recording was played.)

14          MS. BESSLER:  We can take down Government's

15   Exhibit 307 and pull up Exhibit 210.

16   BY MS. BESSLER:

17   Q.  Officer Gatewood, on January 6th, were you wearing your

18   department-issued body-worn camera?

19   A.  Yes.

20   Q.  And was it activated during your time on Capitol Grounds?

21   A.  Yes, it was.

22   Q.  And did we review this prior to your testimony today?

23   A.  Yes.

24   Q.  Is this your body-worn camera?

25   A.  Yes.

1            MS. BESSLER:  Your Honor, I would stipulate --

2       apologies.  Defense has stipulated to the authenticity of this

3       exhibit in Stipulation 906.

4            The government would move Exhibit 210 into evidence and

5       publish.

6            MS. MILITELLO:  No objection.

7            THE COURT:  Thank you.

8       Government's 210 is admitted and may be published.

9            (Government Exhibit 210 admitted into evidence.)

10           MS. BESSLER:  If we could forward to 5 minutes and

11      9 seconds and pause there.

12      BY MS. BESSLER:

13      Q.  Officer Gatewood, where are we in the Capitol here?

14      A.  The old Senate chambers hallway.

15      Q.  The same place we were talking about in the last exhibit?

16      A.  Yes.

17      Q.  What is the time stamp here?

18      A.  It says 14:46.

19           MS. BESSLER:  If we could please play until 5:59.

20           (An audio-visual recording was played.)

21      BY MS. BESSLER:

22      Q.  Officer Gatewood, is it about 2:46 p.m. at this point?

23      A.  Yes, it is.

24      Q.  And the man that I'm circling in the very center of this

25      screen wearing the black-and-white scarf, is he -- does he

1    appear to be walking away from the police line?

2    A.  Yes, it does.

3    Q.  Is this the same person that we saw in the prior exhibit,

4    Exhibit 307, the guy who was also walking away from the police

5    line?

6    A.  Correct.

7    Q.  So is it fair to say that these two videos, Exhibit 307 and

8    210, capture the same incident but from a different vantage

9    point?

10   A.  Yes, they do.

11          MS. BESSLER:  If we could please play until 6:19 and

12   pause.

13          (An audio-visual recording was played.)

14   BY MS. BESSLER:

15   Q.  What is the time stamp here?

16   A.  14:47.

17   Q.  And, Officer Gatewood, did you hear the "You serve us" and

18   the "Whose house?" and "Our house!" chants?

19   A.  Yes.

20   Q.  Now, Officer Gatewood, it's fair to say you're on the front

21   line of the -- of the police line here; is that -- is that

22   right?

23   A.  Correct.

24   Q.  What was your experience at the front line of officers in

25   the old Senate chamber area?

GATEWOOD - DIRECT

1  A.   Initially, it was a lot of what we're watching by camera, a

2  lot of yelling and shouting.

3  Q.   And then what happened?

4  A.   And then once we were told to push everybody out of the

5  Capitol, we were met with a lot of resistance.

6  Q.   Can you describe what that resistance was like for the

7  Court.

8  A.   I was being pushed back between myself and my fellow

9  partners from the individuals in front.

10  Q.   What effect did that have on you?

11  A.   There was a lot of times when due to the opposing forces I

12  was actually being lifted off my feet.

13  Q.   So when you were working on crowd control and getting

14  lifted off your feet, is that a dangerous situation for you?

15  A.   Yes.  Because if I fall, there's a chance I could get

16  trampled on.

17  Q.   Were you worried about your safety?

18  A.   Yes.

19  Q.   Were you or any of the other officers trying to give any

20  commands to the rioters?

21  A.   I can't recall what was all said.  I imagine so.

22  Q.   Now, the rioters who were not pushing against the police

23  line, walking around and chanting, what effect did that have on

24  you and being able to clear the Capitol?

25  A.   Just their presence alone was a hindrance.

GATEWOOD - DIRECT

1    Q.  Now, we saw a woman yelling at the police line here.

2    Is that something you experienced throughout your day on the

3    6th?

4    A.  Yes.

5    Q.  Okay.  Now I'm circling the man on the left-hand side of

6    the screen here.  What is he wearing?

7    A.  He has a helmet on, glasses or goggles, and something

8    covering his mouth, and he's carrying a flagpole.

9    Q.  Now, I think you had testified about this earlier, that you

10   saw people wearing this type of gear.  What other type of gear

11   did you notice people wearing?

12   A.  In the previous exhibit, there was something -- at least

13   one or two individuals with shields, as well as at least one

14   person with a face mask on.

15   Q.  Did that concern you?

16   A.  Yes.  Because it's a lot of the same equipment we have.  So

17   it would basically be, kind of, a force-on-force-type

18   situation.

19   Q.  Now, it appears the man that I circled here on the left was

20   holding a flag; is that fair?

21   A.  Yes.

22   Q.  Did you see other rioters holding flags and other objects

23   throughout your day on the 6th?

24   A.  Yes, throughout the day.

25           MS. BESSLER:  Okay.  If we could please play until

GATEWOOD - DIRECT

1    7:10.

2              (An audio-visual recording was played.)

3    BY MS. BESSLER:

4    Q.  Pausing at 7:10.  Can you tell the Court what we are seeing

5    here.

6    A.  It appears at this point in time we're actually trying to

7    move the people that were in front of us outside of the

8    Capitol.

9    Q.  And is this a situation we spoke about earlier where there

10   was physical resistance between the rioters and the police

11   line?

12   A.  Correct.

13   Q.  What is the time stamp here?

14   A.  It says 14:48.

15             MS. BESSLER:  If we could please play and pause at

16   8:40.

17             (An audio-visual recording was played.)

18   BY MS. BESSLER:

19   Q.  Pausing at 8:40.  What is the time stamp here?

20   A.  4:49.

21   Q.  Now, Officer Gatewood, at a certain point during your time

22   in the old Senate chamber, was pepper spray deployed by the

23   police?

24   A.  Yes.

25   Q.  And can we see -- did we see that in the clip that we just

GATEWOOD - DIRECT

1   saw?

2   A.  It being deployed?  I can't say whether it was deployed or

3   not.

4            MS. BESSLER:  If we can rewind maybe 5 seconds.

5            (An audio-visual recording was played.)

6   A.  Yes, it does appear a few seconds earlier that somebody is

7   deploying OC spray.

8   BY MS. BESSLER:

9   Q.  Okay.  And fair to say that was an officer who deployed the

10  pepper spray; correct?

11  A.  Either an officer or sergeant.  I can't say exactly who.

12           MS. BESSLER:  If we can play until 9 minutes

13  11 seconds.

14           (An audio-visual recording was played.)

15  BY MS. BESSLER:

16  Q.  So I'm just pausing here at 9 minutes 9 seconds.  And I do

17  want to just talk about the pepper spray a little bit more.

18  Why was the pepper spray deployed by law enforcement at this

19  point?

20  A.  It's a means for us to get control of the situation.

21  Q.  And when you say get control of the situation, what -- what

22  is that ultimate goal?

23  A.  For us to end up actually clearing out the Capitol.

24  Q.  Was it effective in clearing the rioters at this point?

25  A.  Yes.

1    Q.  Did all of the rioters leave?

2    A.  From my camera, it does not appear that everybody had left.

3    Q.  So it's fair to say it was somewhat effective?

4    A.  Yes.

5    Q.  Were you affected by the pepper spray?

6    A.  Yeah.  I don't know if you were able to hear.  I don't know

7    if it was myself or fellow officers that were coughing from the

8    OC vapors.

9    Q.  And being affected by pepper spray, does it impede your

10   ability to control the crowd?

11   A.  It can, yes, depending on how much exposure you are to it.

12              MS. BESSLER:  If we can please continue to play.

13              (An audio-visual recording was played.)

14              MS. BESSLER:  Please pause.  Thank you.  Pausing at

15   9:43.

16         We can take down this exhibit, please.  Thank you.

17   BY MS. BESSLER:

18   Q.  Now, Officer Gatewood, I want to turn to your time in the

19   Capitol Rotunda.  Was that where you went after the old Senate

20   chamber?

21   A.  Yes.

22   Q.  What could you hear from inside the Rotunda?

23   A.  I just remember it being really loud.  I don't remember too

24   much -- recall specific statements.

25   Q.  Why were you -- why did you eventually go to the Rotunda?

1    A.  To help clear the Capitol.

2          MS. BESSLER:  If we could please pull up Government's

3    Exhibit 211.

4          And, Your Honor, defense has stipulated to the

5    authenticity of this exhibit in Stipulation 906.

6          I would move Government Exhibit 211 into evidence and

7    publish.

8          MS. MILITELLO:  No objection.

9          THE COURT:  Government's 211 is admitted and may be

10   published.

11          (Government Exhibit 211 admitted into evidence.)

12   BY MS. BESSLER:

13   Q.  Officer Gatewood, did you review this exhibit prior to your

14   testimony today?

15   A.  Correct.

16   Q.  And is it -- this is your body-worn-camera footage?

17   A.  Yes.

18          MS. BESSLER:  If we could please forward to

19   39 seconds and play until --

20   BY MS. BESSLER:

21   Q.  Let me ask this:  Where are you in -- in this frame?

22   A.  It appears right before we entered the Rotunda.

23   Q.  Okay.

24          MS. BESSLER:  If we could play until 1 minute and

25   9 seconds.

GATEWOOD - DIRECT

```
1              (A video recording was played.)

2    BY MS. BESSLER:

3    Q.  Pausing at 1:09.  Officer Gatewood, why can't we hear any

4    sound right now?

5    A.  Because right now at this point, the way our body cameras

6    work is that there's a record button.  So once that button is

7    pushed, the previous 2 minutes are saved, but there's no audio

8    up until the record button is pushed.

9    Q.  How do you activate sound on your body-worn camera?

10   A.  On the front of the body-worn camera, there's a button that

11   we actually activate for sound.

12             MS. BESSLER:  So if we can please play until 1:24.

13             (A video recording was played.)

14   BY MS. BESSLER:

15   Q.  Now, the small clip that we just saw, is it fair to say you

16   entered the Rotunda around 3:10 p.m.?

17   A.  Yes.

18             MS. BESSLER:  If we could please play until 2:39.

19             (An audio-visual recording was played.)

20   BY MS. BESSLER:

21   Q.  Now, in the last clip that we just saw, it appeared that

22   you and other officers were holding on to each other's collars

23   or vests.  Why were you doing that?

24   A.  For safety purposes in case anybody gets grabbed.

25   Q.  I'm sorry.  I didn't hear.
```

GATEWOOD - DIRECT

1    A.  In case the officer in front of us gets grabbed.  It's for

2    safety purposes.

3    Q.  Now, can you describe to the Court what we just saw in this

4    clip.

5    A.  It appeared that we were trying to remove people from the

6    Capitol Rotunda.

7    Q.  Now, is it fair in the clip that we just -- is it fair to

8    say in the clip we just saw there was a flagpole that was

9    removed?

10   A.  Yes.

11   Q.  Okay.  Why was -- why would that be something that officers

12   would want to remove?

13   A.  It's something that could be used as a weapon against us.

14          MS. BESSLER:  If we could please play until 4 minutes

15   and 11 seconds.

16          (An audio-visual recording was played.)

17   BY MS. BESSLER:

18   Q.  Now, I'm circling an individual here on the right side of

19   the screen.  It looks like the second person in.  What is he

20   wearing?

21   A.  It appears he's wearing a gray hooded sweatshirt and a blue

22   ball cap.

23   Q.  Did you hear someone say move in this clip?

24   A.  Yes.

25   Q.  Do you know who said that?

1   A.  Based on just how loud it was, it appears it was from me.

2   Q.  Why were you saying move?

3   A.  Just to -- just give commands for everybody to clear out.

4   Q.  Were some rioters compliant to these commands?

5   A.  Yes.

6   Q.  How about the rioters that weren't compliant?  What were

7   they doing?

8   A.  They were resisting.

9   Q.  How were they resisting?

10  A.  They were giving us pushback, for the most part, I recall.

11  Q.  Now, the rioters that were generally compliant, did they

12  impede your ability to clear the Rotunda?

13  A.  Yes.

14  Q.  Why?

15  A.  Just their actual presence.

16  Q.  Where did you push these rioters through?

17  A.  There was some entrance doors in the Rotunda that led to

18  the outside, to another vestibule.

19  Q.  Okay.  And what was the effect of pushing the rioters

20  through the Rotunda and into that vestibule?

21  A.  It was a bottleneck through the doors so it kind of slowed

22  the process.

23  Q.  Were you and your fellow officers eventually able to push

24  the rioters out of the Rotunda and into that vestibule?

25  A.  Yes, we were.

1    Q.  If I -- if I refer to that vestibule as the east foyer,

2    will you know what I'm talking about?

3    A.  Yes.

4    Q.  So once you got inside that east foyer, what was your goal

5    or mission?

6    A.  Still the same.  To clear everybody out.

7    Q.  At that point in the east foyer, were rioters able to

8    leave?

9    A.  Through those set of doors, yeah, it was kind of a

10   bottleneck.

11   Q.  Through -- I'm sorry?

12   A.  Through another set of doors that led to the outside, it

13   was just a little bit more of another bottleneck.

14   Q.  Were they more free to leave in the east foyer than in the

15   Rotunda?

16   A.  I would say yes.

17           MS. BESSLER:  If we could take down this exhibit,

18   please, and pull up Exhibit 203.

19           And, Your Honor, defense has stipulated to the

20   authenticity of this exhibit in Stipulation 906.

21           The Government moves 203 into evidence and moves to

22   publish.

23           MS. MILITELLO:  No objection.

24           THE COURT:  Thank you.  Excuse me.

25           Government 203 is admitted and can be published.

1          (Government Exhibit 203 admitted into evidence.)

2                MS. BESSLER:  If we could forward to 22 seconds and

3     pause.

4     BY MS. BESSLER:

5     Q.  Officer Gatewood, did you review this video prior to your

6     testimony today?

7     A.  Yes, I did.

8     Q.  Is this your body-worn-camera footage?

9     A.  Yes.

10    Q.  What is the time stamp here?

11    A.  It says 15:20.

12                MS. BESSLER:  If we could play until 44 seconds,

13    please.

14                (An audio-visual recording was played.)

15    BY MS. BESSLER:

16    Q.  I'm stopping at 44 seconds here.  The man at the top

17    left-hand of this screen, are there any identifying

18    characteristics about him?

19    A.  It appears he has a ball cap on and a beard.

20    Q.  Okay.  Can you make out the color of his sweatshirt or

21    pullover?

22    A.  It appears to be either gray or like a dark color.

23    Q.  Okay.

24                MS. BESSLER:  If we could play until 50 seconds?

25                (An audio-visual recording was played.)

GATEWOOD - DIRECT

1    BY MS. BESSLER:

2    Q.  Now, pausing here at 50 seconds, the person that we just

3    circled in the last frame, does it appear to be the same person

4    that we see in the very middle of this frame?

5    A.  It does.

6    Q.  And what are you doing at this point?

7    A.  I had my hand on the individual's back.

8    Q.  And what are you doing?

9    A.  Trying to remove him.

10   Q.  Remove him from where?

11   A.  The Capitol.

12          MS. BESSLER:  If we could play until 1 minute

13   18 seconds.

14             (An audio-visual recording was played.)

15          MS. BESSLER:  If you could pause here.

16   BY MS. BESSLER:

17   Q.  Pausing at 1 minute 15 seconds.  Looking at this frame

18   here, is it fair to say that you got to -- well, let me ask you

19   this:  At this -- in this frame here, where are we in the

20   Capitol?

21   A.  Appears to be in the east foyer.

22   Q.  Okay.  What's the time stamp?

23   A.  15:21.

24   Q.  And does it appear that rioters are able to leave at this

25   point?

1    A.  Yes.

2    Q.  Can you describe the general demeanor of rioters in the

3    east foyer.

4    A.  Some were compliant.  Some still weren't.

5            MS. BESSLER:  If we could please skip to 15 minutes.

6    BY MS. BESSLER:

7    Q.  At 15 minutes here, what is the time stamp?

8    A.  15:34.

9    Q.  Okay.  Now, I know we've skipped about 14 minutes of this

10   video.  But can you briefly describe to the Court what was

11   going on in this time frame.

12   A.  Just -- I was continuing just to remove individuals from

13   the Capitol.

14   Q.  How were the rioters reacting to that?

15   A.  Some were compliant.  Some still weren't.

16   Q.  In trying to get a sense of where you are in the

17   east foyer, are you closer to the exit or the east Rotunda

18   doors or are you closer to the Rotunda?

19   A.  It appears it's -- I'm closer to the doors to actually exit

20   the Capitol.

21           MS. BESSLER:  If we can play until 16:07.

22           (An audio-visual recording was played.)

23           MS. BESSLER:  Pausing at 16:07.

24   BY MS. BESSLER:

25   Q.  Did you hear any chanting in the clip that we just watched?

GATEWOOD - DIRECT

1    A.   Yes.

2    Q.   What was the chant?

3    A.   I -- people were saying "Fight for Trump."

4    Q.   Now, I'm circling a man here in the -- in the very center

5    of the --

6              MS. BESSLER:  Apologies, Your Honor.

7              THE COURT:  Okay.  I understand who you're trying to

8    circle.

9              MS. BESSLER:  Yeah.  Okay.

10   BY MS. BESSLER:

11   Q.   What is he wearing?

12   A.   Ball cap and what appears to be a gray-in-color hooded

13   sweatshirt.

14   Q.   What color is the ball cap?

15   A.   It appears to be blue or a darker color.

16             MS. BESSLER:  If we could please play, Ms. Rummens.

17             (An audio-visual recording was played.)

18             MS. BESSLER:  Pause.

19   BY MS. BESSLER:

20   Q.   Did you see what was in his hands?

21   A.   It appeared to be a cell phone.

22             MS. BESSLER:  And we had paused at 16:08, for the

23   record.

24   BY MS. BESSLER:

25   Q.   Now, Officer Gatewood, is it fair to say that some of the

GATEWOOD - DIRECT

1   rioters in the east foyer were more compliant than others?

2   A.  Yes.

3   Q.  And the ones that were generally more compliant, did they

4   affect your ability to clear the Capitol?

5   A.  Yes.

6   Q.  And why is that?

7   A.  Just their mere presence.

8           MS. BESSLER:  You can take down Exhibit 203, please.

9   BY MS. BESSLER:

10  Q.  Now, at a certain point, were rioters eventually cleared

11  from the Capitol?

12  A.  Yes, they were.

13  Q.  What did you do after rioters were cleared from the

14  Capitol?

15  A.  We went down to a lower level and used -- got some water

16  and used the restroom facilities.

17  Q.  How long were you at the Capitol after rioters had cleared?

18  A.  I was there through most of the night.

19  Q.  What did the Capitol look like after it was cleared?

20  A.  There was a lot of debris everywhere.  It was just strewn

21  all over.

22  Q.  Can you describe in more detail what that looked like for

23  the Court.

24  A.  There was flagpoles that were down, stuff -- people, like,

25  dropped stuff.  There was officers' gear that had been -- you

1    know, fallen off or ripped off that was on the floors.

2    Q.  Did you see any damage to the Capitol?

3    A.  Not that I can recall.

4    Q.  Had you ever seen the Capitol like that before?

5    A.  No.

6    Q.  And at the end of your day on the 6th, what was going

7    through your mind?

8    A.  It was a long day and I was tired.

9    Q.  And in your eight years in law enforcement, did you ever

10   experience a day like January 6th?

11   A.  No.

12          MS. BESSLER:  Court's brief indulgence.

13       I have no further questions for this witness.

14          THE COURT:  Thank you, Counsel.

15       Cross.

16                    CROSS-EXAMINATION

17   BY MS. MILITELLO:

18   Q.  Good morning, Officer Gatewood.

19   A.  Good morning.

20   Q.  Exhibit 307, the first one the government showed you

21   outside the old Senate chamber, do you remember that video?

22   A.  Yes.

23   Q.  Do you remember the individual on the megaphone that was

24   leading the chants?

25   A.  I remember, yeah.  From watching the videos, yes.

1    Q.  Yeah.  You see him a couple times on that video; right?

2    A.  Correct.

3    Q.  And he was leading the crowd in chants, including "Whose

4    house?  Our house!"  Right?

5    A.  Yes, that I can recall.

6    Q.  "You serve us"?

7    A.  Yes.

8    Q.  The F-word and Mitch McConnell; right?

9    A.  Correct.

10   Q.  And so is it fair to say there were a number of people

11   leading the crowd in chants that day --

12   A.  Yes.

13   Q.  -- right?

14       Dozens at least?

15   A.  From watching the video and what I recall, yes.

16   Q.  Okay.  The individual who stood on the statue with the gray

17   sweatshirt -- right? -- that we've been talking about and led

18   the chant "Whose house?  Our house!" you remember him?

19   A.  Yes.

20   Q.  Would you agree that that statue is sort of around the

21   corner from where you were standing; is that right?

22   A.  Yeah.  It was in very close proximity.

23   Q.  Okay.  Could you see him from where you were standing?

24   A.  No.

25   Q.  Okay.  About how far from you was he?

1    A.  I'd have to go back and watch the video to actually give an

2    accurate description.

3    Q.  Okay.  Do you have any independent recollection of that man

4    in the gray sweatshirt outside of the old Senate chamber?

5    A.  No.  Outside of watching the video, I do not.

6    Q.  Is it possible you didn't even see him until later in the

7    Rotunda?

8    A.  Very possible.

9    Q.  Okay.  Inside the Rotunda -- let me back up.  When you

10   entered the Rotunda, would you agree you were part of a group

11   of law enforcement that was entering, it looks like, to push

12   the crowd out; is that right?

13   A.  Correct.

14   Q.  Okay.  About how many of you were there at that time?

15   A.  There was my platoon and an untold other number of

16   officers.

17   Q.  Okay.  And at that point you were using some amount of

18   force to actually push the crowd out; right?

19   A.  Yes.

20   Q.  Including you used your hands; right?

21   A.  Correct.

22   Q.  And we saw that on video.  You actually put your hands on

23   the man with the gray shirt?

24   A.  Correct.

25   Q.  The man with the gray shirt, he didn't react that we saw in

1    the video when you did that; right?

2    A.  Not that I can say definitively.

3    Q.  Yeah.  You don't see him turn around; right?

4    A.  No.

5    Q.  Certainly he doesn't strike you or curse at you; right?

6    A.  Not that it appeared.

7    Q.  Okay.  We see him again near the exit several minutes

8    later.  So he doesn't exit -- right? -- which, of course, is

9    what you wanted?

10   A.  Correct.

11   Q.  But while he's standing there, he also, sort of, doesn't

12   appear to be doing anything; right?  He's just on his

13   cell phone?

14   A.  At the time of the video, that's what it appeared.

15   Q.  And you didn't see him do anything else?

16   A.  Not that I can recall.

17        MS. MILITELLO:  Okay.  If we can have a minute.

18     Thank you.

19        THE COURT:  Any redirect?

20        MS. BESSLER:  No redirect.

21        THE COURT:  Sir, I don't have any questions for you.

22   I want to thank you very much for your testimony here this

23   morning and also for your service.  It's greatly appreciated.

24        THE WITNESS:  Thank you, Your Honor.

25        THE COURT:  You're excused.  Thank you.

HOWDEN - DIRECT                          40

```
1                  (Witness excused.)

2                  THE COURT:  Is the government prepared to start with

3      its next witness?

4                  MS. HILL:  Yes, Your Honor.

5                  THE COURT:  All right.  Bring -- bring the witness

6      in, please.

7                  MS. BESSLER:  I apologize, Your Honor.  I'd just like

8      to address Exhibit 413, just momentarily again.  The map is in

9      no way different in the new version that we provided to the

10     Court.  We actually provided the correct version to defense.

11     But I just wanted to put that on the record.

12                 THE COURT:  Okay.  Very well.  Thank you.

13                 MS. BESSLER:  Thank you.

14                 THE COURT:  Good morning.

15                 THE WITNESS:  Good morning.

16                 THE COURT:  Just remain standing while you take the

17     oath.

18                 (Oath administered.)

19                 THE WITNESS:  I do.

20                 THE COURTROOM DEPUTY:  Thank you very much.  Have a

21     seat.

22                 THE COURT:  You may proceed, Ms. Hill.

23                         DIRECT EXAMINATION

24     BY MS. HILL:

25     Q.  Thank you for being here today.
```

HOWDEN - DIRECT

1    A.   Good morning.

2    Q.   Good morning.

3         Will you please introduce yourself to the Court by

4    stating and spelling your name.

5    A.   I am Lieutenant Michael Howden, M-i-c-h-a-e-l H-o-w-d-e-n.

6    Q.   Lieutenant Howden, who do you work for?

7    A.   I'm currently employed by the Metropolitan Police

8    Department in the District of Columbia.

9    Q.   How long have you worked for the Metropolitan Police

10   Department?

11   A.   I have been paid by them since January of 2014.

12   Q.   What is your current assignment with MPD?

13   A.   Lieutenant with the Second District.

14   Q.   And what was your assignment on January 6th, 2021?

15   A.   I was a sergeant assigned to the First District.

16   Q.   Were you also a part of a civil disturbance unit on that

17   date?

18   A.   I was.  The majority of my time at the First District, I

19   was assigned to CDU Platoon 14.

20   Q.   What were the responsibilities of CDU 14?

21   A.   Many.  And those are as called upon by the special

22   operations division.  But being a 4 platoon -- you know, 14,

23   24, so on -- assigned to mountain bikes, making us slightly

24   more mobile.

25   Q.   When you say a 4 platoon, are you referring to CDU 14,

1    ending in a 4?

2    A.   Yes.  So each of the police districts in D.C. have multiple

3    CDU platoons, 11, 12, 13, 14, 21, 22, 23, 24, and so on.  Any

4    of those ending in a 4 would be designated mountain bike

5    platoons.

6    Q.   So CDU 14 was a mountain bike platoon?

7    A.   Yes, ma'am.

8    Q.   When is CDU 14 called upon, generally?

9    A.   A wide range of scenarios.  Anything from large-scale

10   First Amendment assemblies, parades, any time unrest was

11   expected.  A broad -- a broad range of scenarios.

12   Q.   Okay.  I want to talk about January 6th, 2021.

13   A.   Okay.

14   Q.   I want to direct your attention to that date.  And if I

15   call January 6th, 2021, January 6th or the 6th, will you know

16   that I'm referring to January 6th, 2021?

17   A.   Yes.

18   Q.   Approximately what time on January 6th did you start your

19   workday?

20   A.   I believe about 1300, or 1 o'clock in the afternoon.  I

21   believe.

22   Q.   At some point were you called to the Capitol?

23   A.   Yes.

24   Q.   How did you get to the Capitol?

25   A.   We rode our mountain bikes.

1    Q.  Was this part of CDU 14?

2    A.  Yes.

3    Q.  What route did you take to get to the Capitol?

4    A.  I don't recall the exact route.  I believe after leaving

5    the First District station, we made our way to Fourth Street

6    just south of Pennsylvania.  From there we made our path to

7    the -- I guess the south and west front of the Capitol where we

8    then approached the magnolia trees, just to the south of the

9    west steps.

10   Q.  When you say Fourth and Pennsylvania, is that northeast?

11   A.  Yes.

12   Q.  Thank you.

13   A.  Yes.

14   Q.  What did you see as you rode your bikes to Fourth and

15   Pennsylvania, Northwest?

16   A.  A lot of people.

17   Q.  Approximately how many?

18   A.  Thousands and thousands.

19   Q.  What were those people doing?

20   A.  The vast majority of them were heading down Pennsylvania

21   toward the Capitol.  Lot of chanting, a lot of yelling.  Some

22   were yelling at us.  Some were just yelling.  But general

23   movement toward the Capitol.

24   Q.  Lieutenant Howden, are you familiar with Capitol Grounds?

25   A.  A little bit.  I -- I -- I'm by no means an expert on the

1    Capitol Grounds.

2    Q.  And prior to January 6th, how many times had you been to

3    the Capitol Building?

4    A.  I don't think I'd ever been to the Capitol before.

5    Q.  From Fourth and Pennsylvania, did you make your way to the

6    Capitol at some point?

7    A.  Yes.

8    Q.  Where did you go?

9    A.  Well, once we rode into the magnolia trees there at the

10   west steps, after -- after putting on my gas mask, we -- I

11   stepped over onto the west steps and the West Front.  And then

12   as the day progressed, went up the steps to, I suppose -- I

13   guess, to the top of the landing, or whatever it's called.

14   Then ultimately made my way into the Capitol, into the Rotunda.

15   Q.  Okay.  At the time where you dropped off your mountain

16   bike -- under the magnolia trees on the West Front; is that

17   right?

18   A.  Yes.

19   Q.  Can you explain what you were wearing at that time.

20   You talked about your gas mask.  But what else were you

21   wearing?

22   A.  Well, so I had my -- my uniform with my mountain bike

23   jacket on, which is a little bit different than the normal

24   reflective police jacket.  You know, exterior vest, cover --

25   under that jacket.  I guess before I put my gas mask on, I had

1     a bicycle helmet and probably sunglasses and some gloves.

2     Chilly day.  So like a glove liner sort of thing.

3     Q.  And I think you said something like your typical uniform.

4     Is that the uniform you're wearing today?

5     A.  No.  No.  It has changed due to promotion.

6     Q.  Okay.  Could you explain the uniform that you were wearing

7     on January 6th.

8     A.  So, you know, from -- I guess from bottom to top, like a

9     trail riding boot, blue pants.  Probably very similar to these

10    pants, actually.  Blue undershirt, probably long sleeve.  And

11    then a ballistic vest, but it's in a carrier.  And that's kind

12    of a -- that's a foamy material, and it has a lot of equipment

13    attached to the outside.  So it had a TASER.  It had a pouch.

14    I think my flashlight was on that.  Some pens.  My police belt.

15    So with that, firearm, spare magazines, handcuffs, OC spray,

16    radio -- actually, the radio was on the vest -- and then an ASP

17    baton.

18          Moving around back to -- like latex gloves.  I carried a

19    couple doses of Narcan.  And then the jacket on top of that,

20    would have my name tag, which is required.  Probably had my

21    badge on the outside.  Supposed to, you know.  And then

22    mountain bike helmet and protective eyewear.

23    Q.  Did you wear your helmet the entire day on January 6th?

24    A.  I did not.

25    Q.  When did you take it off?

1    A.   When I put my gas mask on.

2    Q.   And, again, when was that?

3    A.   That was as -- as we rode in to the magnolia trees, I

4    could -- I could tell it was gas.  And then I -- I yelled,

5    "Gas, gas, gas" and dropped down and put my mask on.  You know,

6    took my helmet off.

7         The way the mask goes on, it's a -- it's a net sort of

8    thing that goes over your head.  So you -- so it's a black

9    elastic net, and then the mask covers your face.  So you've got

10   to take everything off, even -- you know, even like

11   prescription glasses would have to come off.  And then put the

12   mask on.

13        In order to put the bike helmet back on, I would have

14   had to make some strap adjustments.  And I didn't feel like

15   doing that, and I didn't think I needed to.  So I clipped my

16   mountain bike helmet -- once I got my gas mask on and caught my

17   breath, I put my mountain bike helmet -- I clipped it on my bag

18   on my bike, and I think I put my sunglasses in the pouch and

19   zipped it up and left it there.

20   Q.   Is wearing a gas mask and no helmet a typical way to wear

21   the MPD uniform?

22   A.   It's -- it's not.  You would ordinarily put your helmet

23   back on.

24   Q.   Did you see many other MPD officers on January 6th with a

25   gas mask and no helmet?

1    A.  I am unaware of any other, to the point that I have been

2    able to identify myself in photographs of thousands of people.

3    I can tell -- just, you know, from remembering where I was

4    vaguely at certain times, I can pick myself out in a crowd of

5    police officers.

6    Q.  Lieutenant Howden, were you wearing gloves on January 6th?

7    A.  I was.

8    Q.  Can you explain what those gloves look like?

9    A.  They were like a -- like a -- I don't know what the right

10   color is.  Not a navy blue.  Not a cobalt blue, but a darker

11   bluish, thin liner glove.  So not -- not even really, like,

12   mountain bike gloves, not -- not, you know, any sort of

13   padded glove.  Not motorcycle gloves.  Just like a glove

14   liner.

15   Q.  Were you wearing those throughout the day on January 6th?

16   A.  Yes, I believe I was.

17   Q.  Even inside the building?

18   A.  Yes.

19   Q.  Okay.  And you talked earlier about the different items you

20   had on your person, and you included an ASP baton.  Is an ASP

21   the same as a baton?  ASP is A-S-P, I guess, before we get

22   there; right?

23   A.  Yes.  So I'm not a baton specialist, but I believe it's --

24   it's just the manufacturer, and that's the one that we are

25   issued.  There are others.  I don't know what the other

1    manufacturers are.  But an ASP baton is just an expandable

2    baton.

3    Q.  So if I call that item a baton, will you know that I'm

4    referring to that?

5    A.  I will know what I was carrying that day.

6    Q.  Okay.  And can you explain more about the baton.

7    A.  It is a -- it's a collapsible metal pipe, for lack of a

8    better term.  It's, I believe, three main pipe sections.  And

9    depending on the size of the baton that you choose to carry,

10   the three segments are of differing lengths, and they collapse

11   into each other, kind of like a telescope.  And then you can

12   put it in a sheath or holster.

13        It's carryable in the collapsed fashion.  And then if

14   you need it, you can pull it from the sheath.  And then one of

15   the several ways to open it, you could sling it down or sling

16   it up or out -- but you've got to be careful with that -- to

17   expand it.  And then it'll -- it's designed to lock in place

18   once it's expanded.  And then you have a slightly longer baton

19   rather than a short little handle, I guess.

20   Q.  What color is the baton?

21   A.  Dark, almost black.  The foam for the handle is maybe more

22   gray -- dark gray to black, but the metal itself is like a flat

23   black.

24   Q.  And you've described the baton can be expanded.  Can --

25   A.  Yes.

1    Q.  Sorry to interrupt.  Can you give us a sense of the size of

2    the baton when it's collapsed versus when it's expanded, just

3    generally.

4    A.  Probably less than 10 to 11 inches collapsed.  Maybe 22 to

5    32, depending on, you know, the size that you choose to carry.

6    Again, I'm not -- those numbers are not going to be, like,

7    scientific, exact.  But, you know, I know she can't type hand

8    motions.  But about yea collapsed, about yea expanded.

9    Q.  Okay.  And your initial yea was less than shoulder width.

10   And your second yea --

11   A.  More than shoulder length.

12   Q.  -- referring to the expanded baton was longer than shoulder

13   length?

14   A.  Yeah.

15   Q.  And you talked about carrying other weapons that day.

16   A.  Yes.

17   Q.  Again, could you just remind us what the nonlethal weapons

18   that you had were.

19   A.  I had OC spray.  I had my TASER.  I think that's probably

20   all.

21   Q.  And what are the uses of the baton?

22   A.  If -- just kind of open in a port arms sort of position.

23   It's more of a -- more of -- almost like a crowd control.  You

24   just kind of hold it and -- it's -- it's not really much of

25   anything.  You can do strikes with that.  But there are other

1   strikes that you can use, but that would be more defending

2   against assaultive behavior.

3        We're not really trained to, like, really fistfight.  So

4   if you're in a situation where you're being overcome by that

5   sort of attack, there are -- there are strikes you can do, and

6   those are practiced and taught, you know, at the police academy

7   or whatnot.

8   Q.  Okay.  I'm going to turn back to when you arrived at the

9   West Front of the Capitol.

10  A.  Okay.

11  Q.  We talked about the number of rioters.  But were -- did

12  rioters outnumber police officers at that location?

13  A.  Absolutely.

14  Q.  What was your goal on the West Front?

15  A.  My initial goal was to figure out what we were supposed to

16  be doing.  We heard a lot of radio traffic.  We heard a lot of

17  people yelling at us:  rioters, protesters, and just people

18  that were there.  And then once I stepped out into -- into, I

19  guess, the police line, my goal was to maintain that line.  And

20  then it kind of went from there.  So I think hold -- hold the

21  police line was -- was my goal.

22  Q.  Why was the police line necessary at that point?

23  A.  I believe the -- the perimeter of the -- the Capitol had

24  been breached by rioters.

25  Q.  When you were in that police line, what was behind you?

1    A.  Well, initially, the corner of the steps.  And then as I

2    fell back up the steps, it was all the Capitol.

3    Q.  At some point on January 6th, did you enter the

4    Capitol Building?

5    A.  Yes.

6    Q.  Why did you enter the Capitol Building?

7    A.  I had heard over -- over the radio that there were

8    officers -- voices that I recognize, officers that I know.

9    They were inside yelling that they needed help, they needed

10   assistance, they still had people inside.  You know, it was

11   just kind of an ongoing thing.

12        And there was a lot of noise.  So you only pick up

13   bits and pieces.  And then I -- I had kind of gotten separated

14   from my group at that initial exposure to gas and didn't really

15   have a squad in front of me to supervise and, you know,

16   directly work with.  So I was kind of looking for work, so to

17   speak.

18        And I was present at a spot where I'm pretty sure --

19   Glover, Commander Glover, put together a group of officers to

20   go into the Rotunda to help out.  And I followed the person in

21   front of me and -- and ended up in the Rotunda.

22   Q.  When you said those calls for help that you were hearing

23   over the radio, can you explain that further.

24   A.  People were calling for urgent help, and they -- they

25   were -- they were -- they were fighting.  They're -- you know,

1    they were -- again, I don't -- it -- there's a lot going on

2    that day.

3            I don't remember the exact words, but knowing the --

4    like you know someone that you know and you hear their voice,

5    you know if it's okay and then you know if it's not okay.  And,

6    you know, I remember -- I'm pretty sure it was Huff.  He -- he

7    was saying we need help, we need officers -- we need -- we need

8    more resources.

9            So when the opportunity presented itself -- because I've

10   never been there before, if I had just wandered in, I wouldn't

11   have known where I was going.  So the fact that I was, you

12   know, presented with a group of people that were being directed

13   to go there, then that -- that was -- that was the right thing

14   to do.

15   Q.  When you heard that officer's voice over the radio and you

16   were determining whether it was okay or not okay, which --

17   which did you decide it was?

18   A.  Things were not okay where he was.

19   Q.  When you entered the building, where did you go?

20   A.  I'm not a hundred percent sure which door I went in,

21   even -- even now.  I marched up some steps.  And before I knew

22   it, the room opened up into a very large round room with a very

23   high ceiling, and I recognized that as a rotunda.  I had been

24   in a rotunda before at other places.  And that -- that is where

25   I was.

1    Q.   Do you know now what building -- what the room --

2    A.   I now know that that was the Rotunda of the Capitol, yes.

3    Q.   And when you entered the Rotunda, what did you see?

4    A.   A whole -- a whole bunch of rioters, basically.  They broke

5    into the Capitol.  And then police officers and -- appeared to

6    be a police line -- I don't know, maybe roughly half of the

7    room.  So half the room was compressed.  I don't know.  People

8    had been moved to the other half of the room, and then there

9    was a police line continuing to try and direct them out -- out

10   the door.

11   Q.   The people who had been moved to one portion of the room,

12   who were those people?

13   A.   They were -- they were rioters that had gone into the

14   building.

15   Q.   What, if anything, did you hear when you entered the

16   Rotunda?

17   A.   A lot of yelling.  A lot of, you know, this is our House.

18   You know, we're not going anywhere.  You know, do the right

19   thing.  You took an oath.  Just all -- a lot of yelling.

20   Definitely, you know -- my -- my goal, much like when I stepped

21   out of the trees initially, was to figure out what I needed to

22   do.

23        So I looked to the other officers and the other

24   officials that were there to determine what their goal was so

25   that I could make that my goal as well.  So it was very -- it

1    didn't take but a second to figure out that they were trying to

2    direct the people out the door and that I needed to be

3    directing the people out the door.  So that is what I began to

4    do.

5    Q.  Okay.  When you talked about the yelling, who was yelling?

6    A.  The rioters were yelling.  Police were also yelling, but

7    they were yelling:  Please go.  Go away.  Get out.  The rioters

8    were yelling the opposite, I guess.  I don't know, you know.

9    Q.  Along the same lines -- excuse me.  Along the same lines,

10   you talked about they, I think you said, were trying to direct

11   people out the door.  Who is the "they" in that?

12   A.  "They" would be police.  So Capitol Police, MPD.  There may

13   have been other agencies there that -- uniformed officers of

14   various agencies.

15   Q.  When you entered the Rotunda, were you wearing the same

16   clothes that you described earlier?

17   A.  Yes.

18   Q.  Did you have your baton out?

19   A.  Yes.

20   Q.  Was it expanded?

21   A.  I believe it was, yes.

22          MS. HILL:  Ms. Rummens, will you please pull up

23   Exhibit 204.

24          THE COURT:  Ms. Hill, would now be a reasonable time

25   to take a midmorning break?

 1             MS. HILL:  It would, Your Honor.

 2             THE COURT:  So why don't we go into recess until

 3     10:50.  We'll be back on the record at 10:50.

 4         You're not to discuss your testimony with anyone, sir,

 5     during this break.  And we'll be back on the record then.

 6     Thank you.

 7             (Recess taken.)

 8             THE COURT:  Ms. Hill, you may proceed.

 9             MS. HILL:  Ms. Rummens, please pull up Exhibit 204.

10     Please forward the exhibit to 15:06:29 and pause.

11     BY MS. HILL:

12     Q.  Lieutenant Howden, were you wearing body-worn camera on

13     January 6th, 2021?

14     A.  Yes.

15     Q.  Was that body-worn camera issued by the Metropolitan Police

16     Department?

17     A.  Yes.

18     Q.  Was it turned on?

19     A.  It was.

20     Q.  And was it recording?

21     A.  It was.

22     Q.  Lieutenant Howden, on the video that's there in front of

23     you on the screen, have you viewed that video in preparation

24     for your testimony today?

25     A.  I have.

HOWDEN - DIRECT                    56

1    Q.  Is this --

2              THE COURT:  Ms. Hill, could you speak up just a

3    little bit, or at least move the microphone closer.

4    BY MS. HILL:

5    Q.  Is this your body-worn camera?

6    A.  Yes.

7              MS. HILL:  Your Honor, per Stipulation 906, defendant

8    has stipulated to the authenticity of Exhibit 204.

9         I move the admission of 204 and to have it published.

10             MS. MILITELLO:  No objection.

11             THE COURT:  204 is admitted and may be published.

12             (Government Exhibit 204 admitted into evidence.)

13   BY MS. HILL:

14   Q.  Lieutenant Howden, is this body-worn camera from

15   January 6th?

16   A.  Yes.

17   Q.  What is the location of this still at 15:06:29?

18   A.  I know it to be inside the Rotunda of the Capitol.

19   Q.  Were officers and rioters interacting in the Rotunda in the

20   Capitol?

21   A.  Yes.

22   Q.  What were those interactions like?

23   A.  The officers were attempting to direct and move the rioters

24   out of the Rotunda and in the direction of -- of the door.

25   It's a round room so it's hard to say a side.  But there was

1    a -- there was clear direction, and people were being directed

2    out that door.

3    Q.  On your body-worn camera, Exhibit 204, there's something

4    gray on the right-hand side of the screen.  What is that item?

5    A.  Well, I believe that's the reflective stripe on my mountain

6    bike jacket.

7    Q.  Okay.  And the individual on the left-hand side of

8    the screen wearing a gray sweatshirt, do you see him on the

9    left?

10   A.  Yes.

11   Q.  Okay.  I am going to ask Ms. Rummens to play this video to

12   15:06:36, and please pay attention to that individual on the

13   left.

14              (An audio-visual recording was played.)

15   BY MS. HILL:

16   Q.  Do you see the individual with the gray sweatshirt in front

17   of you?

18   A.  Yes.

19   Q.  Also, do you see your baton in this image,

20   Lieutenant Howden?

21   A.  I do.

22   Q.  Can you circle your baton, please.

23   A.  Circled the baton.

24   Q.  Thank you.

25              MS. HILL:  And just for the record, Lieutenant Howden

 1   has circled a long black stick that's in the middle of the

 2   screen extended toward the left.

 3   BY MS. HILL:

 4   Q.  Is that fair?

 5   A.  Yes.

 6         MS. HILL:  I apologize, Your Honor.  I'm having

 7   trouble clearing the screen.

 8         THE COURT:  There we go.

 9         MS. HILL:  Just cleared.

10         THE COURT:  We can't get rid of that one dot, can we?

11         MS. HILL:  I don't think so, Your Honor.

12      Ms. Rummens, will you please pull up Exhibit 201.

13   BY MS. HILL:

14   Q.  Lieutenant Howden, is this body-worn camera?

15   A.  Yes.

16   Q.  Have you viewed this body-worn camera in advance of your

17   testimony today?

18   A.  I believe I have, yes.

19         MS. HILL:  Your Honor, the defendant has stipulated

20   that this is authentic video.

21      I move to admit Exhibit 201.

22         MS. MILITELLO:  No objection.

23         THE COURT:  Government 201 is admitted.  It may be

24   published.

25         (Government Exhibit 201 admitted into evidence.)

1    BY MS. HILL:

2    Q.  Lieutenant Howden, this isn't your body-worn camera;

3    correct?

4    A.  I don't think that it is, no.

5           MS. HILL:  Okay.  Ms. Rummens, please forward to

6    15:06:19.

7           (A video recording was played.)

8           MS. HILL:  And pause.

9    BY MS. HILL:

10   Q.  Lieutenant Howden, do you recognize yourself in this still?

11   A.  I do.

12   Q.  Instead of having you circle and then me having

13   difficulty clearing, will you please describe where you are in

14   this still.

15   A.  I am on the right hand of the photo.  I -- that's me.

16   Q.  What are you wearing in the still?

17   A.  I'm wearing my mountain bike jacket, which is different

18   than the jacket on the -- on the left side of the screen.  And

19   that mountain bike jacket has sergeant stripes on it.  And I'm

20   wearing a gas mask but not helmet.

21   Q.  And what are you doing in this still?

22   A.  I believe I am holding my baton and attempting to move and

23   direct the crowd out of the Rotunda.

24   Q.  Do you see an individual immediately to your left in the

25   still?

HOWDEN - DIRECT

1    A.  I do.

2    Q.  What is that individual wearing?

3    A.  A gray hoodie-style shirt and a blue hat.

4    Q.  Are you --

5    A.  Baseball cap.

6    Q.  Are you interacting with that individual in this still?

7    A.  It -- it does appear that I am, yes.

8    Q.  Okay.  I'd like to play a portion of this body-worn camera.

9    But before I do that, will you please explain to the Court how

10   body-worn camera is turned on and how audio works after

11   body-worn camera is turned on.

12            THE COURT:  A short explanation is fine.  I know it

13   pretty well.

14            THE WITNESS:  Fair enough.

15            THE COURT:  Hit the button, 2 minutes are recorded

16   without audio.  Audio starts when the button is hit.

17            THE WITNESS:  Correct.  And there would be some

18   caveats based on other stuff.  But, yeah, hold it, it turns

19   off.  Double tap, turns on.

20            MS. HILL:  Okay.  Ms. Rummens, will you please play

21   the body-worn camera to 15:06:50.

22            (An audio-visual recording was played.)

23   BY MS. HILL:

24   Q.  Lieutenant Howden, do you see the same individual in the

25   blue hat and the gray sweatshirt?

HOWDEN - DIRECT

```
 1    A.  Yes.

 2    Q.  Where is he in this still?

 3    A.  The -- basically, the center of the screen.

 4    Q.  What is he doing in this image?

 5    A.  Appears to be pouring water on the face of another male.

 6    Q.  Does this capture the same incident that we saw in

 7    Exhibit 204, your body-worn camera, but from a different

 8    vantage point?

 9    A.  Yes.

10    Q.  You spoke previously about wearing a gas mask on

11    January 6th.  Why were you wearing your gas mask on

12    January 6th?

13    A.  Initially, because of exposure to tear gas and the -- the

14    presence of irritants in the air, not only outside but inside

15    as well.

16    Q.  Did you see rioters spraying irritants that day?

17    A.  Yes.

18    Q.  Did you see police spraying irritants as well?

19    A.  Yes.

20    Q.  Did you take your mask off at any point in the Rotunda?

21    A.  I -- I did.

22    Q.  When did you take your mask off in the Rotunda?

23    A.  It was after the events captured here, as the crowd was

24    beginning to be pushed more out the door.  I was in that crowd.

25    I was having a hard time breathing because of the -- of the
```

1    crowd push, and I thought that I might be able to -- to breathe

2    better without the constriction of the gas mask.  And that was

3    not the case.  I put it back on.

4    Q.  Were rioters still inside the Rotunda when you took your

5    mask off?

6    A.  Yes.

7    Q.  What did you feel when you took the mask off?

8    A.  Just that OC and other irritants were in the air.  Again,

9    it's difficult to describe.  But burning of the lungs, burning

10   of the eyes, difficult to breathe.

11   Q.  Turning back to Exhibit 201 -- oh, I apologize.  That was

12   to 204.  I think 201 was up on the screen.

13          MS. HILL:  Ms. Rummens, will you, actually, pull up

14   Exhibit 204 and turn to 48:11 of the video.

15   BY MS. HILL:

16   Q.  Lieutenant Howden --

17          MS. HILL:  And, Your Honor, this has been previously

18   admitted.

19   BY MS. HILL:

20   Q.  Lieutenant Howden, again, this is your body-worn camera?

21   A.  I believe it is, yes.  Yes, it's got my jacket flap.

22   Q.  What is the time stamp on this still?

23   A.  15:07:15.

24   Q.  And, again, where are you at this time?

25   A.  The Rotunda of the Capitol.

 1              MS. HILL:  Ms. Rummens, please play to 15:07:33.

 2              (An audio-visual recording was played.)

 3              MS. HILL:  Ms. Rummens, please pull up Exhibit 212

 4      and pause at 15:07:20.

 5          Your Honor, per Stipulation 906, defense has stipulated

 6      that Exhibit 212 is a slowed-down version of Exhibit 204 and

 7      that Exhibit 212 is a true and accurate copy of Exhibit 204.

 8          I move to admit Exhibit 212.

 9              MS. MILITELLO:  No objection.

10              THE COURT:  212 is admitted.  It may be published.

11              (Government Exhibit 212 admitted into evidence.)

12              MS. HILL:  Ms. Rummens, please play Exhibit 212,

13      stopping at 15:06:26, which is 2 minutes and 40 seconds into

14      the video.

15              (An audio-visual recording was played.)

16      BY MS. HILL:

17      Q.  Lieutenant Howden, can you explain what we just saw in that

18      video.

19      A.  That, and what this still depicts, is a struggle over me

20      retaining my baton.  The hands that aren't in gloves are

21      attempting to pull it away from me.  And I am attempting to

22      retain it and hoping not to get pulled into the crowd while

23      doing that.

24      Q.  The hands that are in gloves, who do those belong to?

25      A.  Those -- those are my hands.

1    Q.  Are both of your hands on the baton?

2    A.  Yes.

3    Q.  And how many other hands are on the baton at this point?

4    A.  Looks like at least three others.

5    Q.  Do you see the individual we've been talking about with the

6    gray sweatshirt and the blue hat?

7    A.  Yes.

8    Q.  Is one of his hands on your baton?

9    A.  It appears that his right hand is over the top and possibly

10   even his left hand is under that but obscured by his right

11   hand.

12   Q.  At this moment what effect, if any, did this interaction

13   have on you?

14   A.  If I get pulled into the crowd, then I have more problems.

15   And that would be in any scenario.  If I lose the baton, to not

16   get pulled into the crowd, then we've provided the other person

17   with what can be used as a deadly weapon, and that could go

18   down a whole other path.  It -- it can be problematic.

19   Q.  You said, I believe, if you get pulled into the crowd you

20   could have more problems.  What would those problems be?

21   A.  I mean, obviously, hindsight, I know other things that

22   happened that day.  But, in general, if you're pulled into an

23   angry crowd that doesn't like you, you're at least likely to

24   get physically beaten, if not risk losing your firearm or

25   other -- other more deadly weapons to the crowd.  And you don't

HOWDEN - DIRECT

1    know their intent.

2    Q.  Why would it be a problem, as you put it, to lose a

3    firearm?

4    A.  If -- well, if -- if -- I don't want to say bad guy.  If

5    the other side didn't have a gun and now they do, they can

6    absolutely shoot you with it.

7    Q.  Were you concerned for your safety at this point?

8    A.  I was concerned for my safety the whole day.  I -- I would

9    say that -- that, yes, I -- I was concerned that I was going to

10   get pulled into the crowd.  So I -- you have to make a

11   decision, hold on to the baton or not.  And at some point you

12   have to let go.  Luckily, in this scenario, I know it turned

13   out in my favor and I was able to retain the baton.

14          MS. HILL:  Ms. Rummens, please play Exhibit 212 to

15   2 minutes and 52 seconds into the video.

16          (An audio-visual recording was played.)

17   BY MS. HILL:

18   Q.  Lieutenant Howden, will you please explain what's occurring

19   in this still.

20   A.  I am still struggling to retain my baton.  There are,

21   appears to be, four hands that aren't mine pulling the other

22   direction, and another officer's arm and gloved hand are coming

23   over the top.

24   Q.  The individual that we've been discussing in the gray

25   sweatshirt and the blue hat, how many hands does he have on

1    your baton?

2    A.  It -- it looks like two hands.

3    Q.  And the arm I'm circling right here on the top left of the

4    screen, whose arm is that?

5    A.  I -- I don't know, but I know that it's another officer.

6    Q.  How do you know that it's another officer?

7    A.  By the -- the jacket sleeve.  And I've seen the video in

8    preparation for my testimony today from a different angle

9    that -- that shows that it is an officer.

10   Q.  Okay.  The individual in the gray sweatshirt with the blue

11   hat, is there anything identifying on his right arm?

12   A.  He appears to have a tattoo on his right hand.

13   Q.  And the officer's hand that's coming down from the

14   left-hand side of the screen, do you know what the officer does

15   with that hand?

16   A.  He grabs the baton in the middle where there are no hands

17   and is able to provide a sufficient enough pull to pull me and

18   my baton back toward the police line, and we were able to

19   retain the baton.

20   Q.  In your opinion, is that the reason you were able to retain

21   the baton?

22   A.  I don't know that I would have retained it otherwise, no.

23   I think that's the reason.

24   Q.  Lieutenant Howden, what is the time stamp on this video?

25   A.  15:07:26.

 1              MS. HILL:  Ms. Rummens, please play Exhibit 212 to

 2    15:07:29, which is 3 minutes and 37 seconds into the video.

 3              (An audio-visual recording was played.)

 4    BY MS. HILL:

 5    Q.  Lieutenant Howden, there's an individual in the center of

 6    the screen wearing a gray sweatshirt and the blue hat.  Is

 7    that the same individual we've been discussing during this

 8    video?

 9    A.  Yes.

10    Q.  Does he have the same tattoo on his right arm?

11    A.  Yes.

12              MS. HILL:  Ms. Rummens, will you please take down

13    that exhibit and please pull up Exhibit 338.  Please forward

14    to -- I apologize.  You're at the right location.  So this is

15    at 0 seconds of the video.

16    BY MS. HILL:

17    Q.  Lieutenant Howden, do you recognize this location without

18    going into detail?

19    A.  Rotunda of the Capitol, yes.

20    Q.  I'm sorry.  Could you speak louder.

21    A.  Yes.  Yes.

22              MS. HILL:  Your Honor, per defense stipulation -- or

23    Stipulation 911, defense has stipulated to the authenticity of

24    this video and that this is a fair and accurate depiction of

25    the events on January 6th, 2021.

1              I move to admit Exhibit 338.

2                   MS. MILITELLO:  No objection.

3                   THE COURT:  Government's 338 is admitted and may be

4      published.

5                   (Government Exhibit 338 admitted into evidence.)

6      BY MS. HILL:

7      Q.  What is this location of this still, Lieutenant Howden?

8      A.  Rotunda of the Capitol.

9      Q.  Have you watched this video in preparation for your

10     testimony?

11     A.  I have.

12     Q.  Are you in this video?

13     A.  I am.

14     Q.  Where are you in this video?

15     A.  On the right-hand side of the screen, pretty much directly

16     in line with the light-colored statue in the top right corner.

17     Q.  Are you standing at the front line of police officers?

18     A.  Yes.

19     Q.  On the reverse side, is that the front of the line of -- of

20     rioters?

21     A.  I'm sorry.  What was that?

22     Q.  On the opposing side, on the opposite side, is that -- were

23     rioters directly in front of you?

24     A.  Yes.

25     Q.  And there's an individual with a blue hat and a gray

1    sweatshirt in the middle right-hand side of the screen.  Do you

2    see that individual?

3    A.  Yes.

4    Q.  Okay.  I'm going to ask Ms. Rummens to play this video to

5    the 3-minute mark, and please focus on that individual.

6                (An audio-visual recording was played.)

7    BY MS. HILL:

8    Q.  That was a 7-second video so I apologize for misstating.

9          Lieutenant Howden, can you explain what occurred in the

10   video we just saw, Exhibit 338?

11   A.  That appears to be a different angle of the struggle over

12   my baton.

13   Q.  Does -- the individual in the blue hat and the gray

14   sweatshirt, is he holding your baton?

15   A.  Yes.

16   Q.  What does he do with your baton?

17   A.  He grabs it with both hands and pulls with another

18   individual.  The two of them are pulling.  And from that angle,

19   it appears that I was advanced significantly into the crowd and

20   was pulled back to the police line by the other officer.

21   Q.  The individual in the gray sweatshirt and the blue hat,

22   does he pull on your baton once or more than once?

23   A.  More than once.

24   Q.  Do you know how many times?  We can play the video again,

25   if that's helpful.

1    A.  I don't know how many times.  It seemed like it was

2    sustained.  And from the videos that I have watched, even as

3    the other person let go, the individual in the gray hoodie and

4    blue hat continued to pull with one hand as he began to walk

5    away.

6    Q.  When you say the videos you've watched, are those the

7    videos we've watched here today?

8    A.  Yes.

9    Q.  All right.  Lieutenant Howden, how long were you at the

10   Capitol on January 6th?

11   A.  Until the wee hours.  I don't -- I don't know exactly how

12   long.  3:00 or 4:00 in the morning before we left.

13   Q.  Were you inside the Capitol Building after rioters had

14   left?

15   A.  Yes.

16   Q.  What did the building look like?

17   A.  Different portions of the building had varying degrees of

18   damage.  Fixtures were damaged and broken.  Sections of the

19   building had powdery film from deployments of things, like fire

20   extinguishers and OC and different types of gases.  Things were

21   scattered.  Papers were scattered.  Just varying -- varying

22   degrees of destruction, depending on what section of the

23   building you were in.

24   Q.  How did you feel at the end of the day?

25   A.  Worn out.

1    Q.  And in your nearly ten years of experience in law

2    enforcement, have you ever experienced a day like January 6th?

3    A.  No, huh-uh.

4           MS. HILL:  Your Honor, if I may have a moment.

5        I have no further questions for Lieutenant Howden.

6           THE COURT:  Thank you, Counsel.

7        Cross-examination.

8           MS. MILITELLO:  Thank you.

9                       CROSS-EXAMINATION

10   BY MS. MILITELLO:

11   Q.  Good morning.  Is it Lieutenant Howden?

12   A.  It is.  It is, yes, ma'am.

13   Q.  I didn't want to accidentally demote you during your

14   questioning.

15   A.  It all works.

16   Q.  So you would agree, January 6th, when you were in the

17   Rotunda, there were a lot of people there; right?

18           THE COURT:  Counsel, would you mind speaking up, at

19   least for me.  Thank you.

20   BY MS. MILITELLO:

21   Q.  Would you agree there were a lot of people present in that

22   Rotunda; right?

23   A.  Yes.

24   Q.  It was very chaotic?

25   A.  Yes.

1    Q.  And you used your hands multiple times to move and direct

2    the crowd; is that right?

3    A.  Most of the time I had my baton in my hands, but yes.

4    Q.  Right.  Because I think we just saw the video where you had

5    your hand on the back of the man with the gray shirt early in

6    the Rotunda.  Do you remember that?  You had the baton in one

7    hand and -- and -- I don't want to say if it was your right or

8    left hand.  But you identified that that was your gloved hand

9    touching the man in the gray shirt; is that right?

10   A.  It -- if you say so.  I don't -- I don't recall an exact

11   moment on the screen that we just -- I know we just watched it,

12   but we just watched several other videos as well.

13   Q.  Well, no problem.  To that end, I mean, would you agree

14   that so much happened that the videos are a better recollection

15   than your memory of what occurred?

16   A.  Yes.

17   Q.  Is it fair to say you've watched a number of videos to try

18   to piece together what happened?

19   A.  I -- I have watched a number of videos, yes.

20   Q.  Right.  You've watched the videos slowed down to give you a

21   better idea of what happened?

22   A.  Yes.

23   Q.  All right.  And you've seen individual frames to help you

24   remember as well?

25   A.  Yes.

1    Q.  And you mentioned you had your baton out quite a bit on

2    January 6th; right?

3    A.  Yes.

4    Q.  And that's reflected in your body cam?

5    A.  Yes.

6    Q.  And the way you held it -- let's say, police techniques;

7    right?  It's a -- a proper technique?

8    A.  Yes, for the most part.  Yes.

9    Q.  Holding it out horizontally to push the crowd?

10   A.  Yes.  I believe the term is port arms, if I'm not mistaken.

11   Q.  So you used that port-arms technique multiple times to push

12   the crowd?

13   A.  Yes.

14   Q.  Both inside the Rotunda and outside the Rotunda?

15   A.  Yes.

16   Q.  Okay.  And looking at this time inside the Rotunda, the one

17   you just described with the man in the gray shirt, that wasn't

18   the only time your baton was grabbed; right?

19   A.  Correct.

20   Q.  There was at least-- what? -- a couple other times where

21   individuals grabbed your baton?

22   A.  I believe so, yes.

23   Q.  Right.  Because the crowd continued to engage with you

24   after that incident with the man in the gray sweatshirt?

25   A.  Yes.

1   Q.  Okay.  What I'd like to do is go back with you -- or prior

2   to this baton grab.  Okay?

3           MS. MILITELLO:  So if we can pull up Exhibit 201 at

4   about 2 minutes and 3 seconds.  And we have -- if the Court can

5   help, on the defense table we've got a copy.

6       Okay.  Keep going to 2 minutes and 3 seconds.  Okay.

7   Let's go ahead and play -- go ahead and play about 10 seconds

8   of this.

9           (A video recording was played.)

10          MS. MILITELLO:  Can we hit pause.  The volume, you'll

11  need to unmute.  Probably in two places.  Down on the bottom

12  speaker as well.  Just unmute.  Okay.

13          (An audio-visual recording was played.)

14  BY MS. MILITELLO:

15  Q.  Okay.  You agree that's the same man in the gray sweatshirt

16  we've been talking about?

17  A.  Yes.  That's now on the right side of the screen, almost

18  out.

19  Q.  And just before he got up, he was washing the eyes of

20  another older gentleman?

21  A.  Yes.

22  Q.  And they were told they need to leave?

23  A.  Yes.

24  Q.  And the older gentleman said something about I'll need to

25  be led out.  Did you hear that?

1    A.  I -- I don't know what he said, but I heard him say

2    something.

3    Q.  Something like I'll walk, but I need to be led out; does

4    that sound about right?  Do you want to hear it again?

5    A.  I mean, if you'd like to play it again.

6    Q.  Sure.

7              MS. MILITELLO:  You can play the last 3 seconds,

8    maybe.

9              (An audio-visual recording was played.)

10   BY MS. MILITELLO:

11   Q.  Okay.  Did you -- did you hear what he said that time?

12   A.  Maybe I want to walk.  Somebody lead me out.

13   Q.  Okay.  And did you see Mr. Harris kind of use his left arm

14   and make this gesture?  I don't know what to call it, but --

15   A.  I wasn't looking for that.  I was --

16             MS. MILITELLO:  Can we go back 3 seconds.

17   A.  -- listening.

18             (An audio-visual recording was played.)

19   BY MS. MILITELLO:

20   Q.  Did you see it that time?  It was right at the beginning of

21   that.

22   A.  At the very beginning, he did move his arm.  I don't know

23   what he was indicating.

24   Q.  You don't need to speculate.  Just that you saw him make

25   that gesture?

1    A.  He moved his arm, yes.

2    Q.  Okay.  And then let's see if you'll agree that he gets up

3    and walks with this man.

4            MS. MILITELLO:  We can play a few more seconds.

5            (An audio-visual recording was played.)

6    BY MS. MILITELLO:

7    Q.  Okay.  Do you see that Mr. Harris -- I'm sorry, the man in

8    the gray shirt has his arms raised in the air at this point?

9    A.  I see at least one arm.

10   Q.  Okay.  Sort of hard to see.  There's some fingers in the

11   top right hand of the screen.  Maybe if we go up -- it might go

12   pretty fast.  But maybe one more frame.

13           (An audio-visual recording was played.)

14   BY MS. MILITELLO:

15   Q.  Do you see that the man with the gray shirt and the blue

16   hat has both his hands raised as he's walking?

17   A.  Yes.

18           MS. MILITELLO:  Okay.  And go ahead and play a few

19   more seconds.

20           (An audio-visual recording was played.)

21   BY MS. MILITELLO:

22   Q.  Okay.  Now, looking at the time stamp now on the video,

23   15:07:20, would you agree this was just before whatever

24   happened where he grabs your baton; is that right?

25   A.  I believe that would be a correct time stamp.

1    Q.   Okay.

2              MS. MILITELLO:   If we can go forward now to about

3    3 minutes and 2 seconds.   And the time stamp will be about

4    15 --

5    BY MS. MILITELLO:

6    Q.   Okay.   So what we did is we jumped ahead just after the

7    incident with you and the baton, which is hard to see here.

8              If you look at the time stamp, 15:07:29, does that

9    refresh your recollection it's right after what happened with

10   you and your baton?

11   A.   Time stamp is about 9 seconds later.   It appears to be

12   about the same people in -- in the screen.

13   Q.   Okay.   And I -- if we can play a few seconds.   Do you see

14   the man in the gray sweatshirt?

15              (An audio-visual recording was played.)

16   BY MS. MILITELLO:

17   Q.   You agree he sort of walks away from the front line?

18   A.   At that point, yes, he is walking away.

19   Q.   Okay.   Well, at that point, to your knowledge, does he come

20   back to you?

21   A.   That's him slipping into the crowd after the interaction.

22   Q.   Absolutely.

23   A.   After he was the last hand on the baton and walking away.

24   Q.   Yes.

25   A.   And then he slips into the crowd, yes.

1    Q.  Right.  And so my question was:  You don't see him come

2    back towards you after that; right?

3    A.  Not to my knowledge, no.

4    Q.  Okay.  So you'd agree, though, that other people in the

5    crowd continued to engage with you, to grab your baton, and

6    within seconds after -- right? -- the pushing, that all

7    continues?

8    A.  Crowd interactions do continue, yes.

9    Q.  Baton grabs continue?

10   A.  Yes.

11   Q.  But not with the man in the gray sweatshirt?

12   A.  Not to my knowledge, no.

13         MS. MILITELLO:  Okay.  If we can pull up Exhibit 202.

14   I'm not going to play it yet, but if you can just put the first

15   second on.

16         For the record, what we're showing the witness is

17   Government's [sic] Exhibit 202.

18   BY MS. MILITELLO:

19   Q.  Okay.  This exhibit, do you recognize this scene in the top

20   right-hand corner, sort of a date identifiers?

21   A.  Yes.

22   Q.  Okay.  You may not have been shown this video before, but

23   would you agree that it looks like official body-camera video

24   from your agency?

25   A.  It does.

1          MS. MILITELLO:  Your Honor, the government and I have

2    agreed for efficiency, so we don't need to recall this witness,

3    they would allow us to admit as Defense Exhibit 202 this video

4    at this time.

5          THE COURT:  Any objection?

6          MS. HILL:  No objection, Your Honor.

7          THE COURT:  Thank you.  And I appreciate the --

8    again, the collegiality around efficiency.  So what would you

9    like to call this exhibit?

10          MS. MILITELLO:  Maybe Defense 202.

11          THE COURT:  Defendant's 202 is admitted and may be

12    published.

13          (Defendant Exhibit 202 admitted into evidence.)

14          MS. MILITELLO:  If we can go to 22 minutes and

15    58 seconds.  Don't play it.  Just pause.  This is fine for a

16    minute.

17          (An audio-visual recording was played.)

18          MS. MILITELLO:  Okay.  You can pause for a second.

19    BY MS. MILITELLO:

20    Q.  Did you see in the left the man with the gray shirt --

21    sweatshirt?

22    A.  Honestly, I didn't.

23    Q.  We'll play some more of the video.

24    A.  I'm trying to take the whole scene in.

25    Q.  It's tricky to get the whole thing right.  Let me show you

1    the whole thing.  Right here it shows 15:07:16.

2          So would you agree it's within a minute or so of this

3    time in the Rotunda?

4    A.  It's on the time line, yes.

5          MS. MILITELLO:  Okay.  If we can have a minute.

6          (An audio-visual recording was played.)

7    BY MS. MILITELLO:

8    Q.  Okay.  Do you recognize -- I apologize.  We're having some

9    tech problems.  So I'm just trying to work with it.

10   A.  Not a problem.

11   Q.  Do you remember the man without the shirt from some prior

12   video footage you've seen?

13   A.  I believe he was led across the screen previously, yes.

14   Q.  Sort of right before the baton grab, maybe?

15   A.  Close in proximity.  I don't --

16   Q.  I'm just trying to orient you to this video.

17         MS. MILITELLO:  Go ahead and play a few more seconds.

18         (An audio-visual recording was played.)

19         MS. MILITELLO:  Pause.

20   BY MS. MILITELLO:

21   Q.  All right.  Do you recognize this body cam as the camera --

22   one of the other officers who was with you there in the

23   Rotunda?

24   A.  Yes.

25   Q.  Right.  As part of, presumably, that same police line that

1    you were making?

2    A.  Yes.

3    Q.  Okay.  And now I assume we're able to see the man with the

4    gray shirt -- gray sweatshirt, I should say?

5    A.  Yes.

6    Q.  Or in a few seconds before this frame?

7    A.  Uh-huh.

8              MS. MILITELLO:  Go ahead and play.

9              (An audio-visual recording was played.)

10              MS. MILITELLO:  Hit pause.

11   BY MS. MILITELLO:

12   Q.  Okay.  That all happened pretty quickly.  Did you see that

13   the -- again, the man with the gray shirt had his hands up?

14   A.  Yes.

15   Q.  And did you see the officer, whose body cam this is, had

16   his baton and put it on the man with the gray sweatshirt?

17   A.  There did appear to be a contact with the baton.

18   Q.  Right.  And so then the man in the gray sweatshirt, you can

19   see right here in the top left-hand corner, sort of brings his

20   hands down, chest to face area?

21   A.  Looks like his arms came down.

22   Q.  And looking at the time stamp, we're at 15:07:19; would you

23   agree?

24   A.  Yes.

25   Q.  So just seconds, if that, prior to what we saw happen with

HOWDEN - CROSS

1    you and your baton?

2    A.  If -- if that's what the time stamps say.  It's all a very

3    compressed time line.  So we're watching these videos out of

4    order.  I don't want to --

5    Q.  Nope.  Well, I agree.  It's all compressed.  It all

6    happened quickly; right?

7    A.  It -- a lot was going on.

8    Q.  But this -- what we keep slowing down and showing you with

9    the baton grab, I mean, I think in total we're talking 4 to

10   6 seconds?

11   A.  It is -- it is but a few seconds; correct.

12   Q.  Okay.

13          MS. MILITELLO:  You can go ahead and play just

14   another second or two.

15          (An audio-visual recording was played.)

16   BY MS. MILITELLO:

17   Q.  Okay.  You saw the man with the gray sweatshirt, again, and

18   he's sort of off to the left?

19   A.  I'm not sure where he is in relation.

20   Q.  Okay.  Not a problem.

21          MS. MILITELLO:  So what I'd like to do, if we can, is

22   just play that last 10 seconds, maybe, at half speed.

23          (An audio-visual recording was played.)

24          MS. MILITELLO:  Okay.  Now we can play it at full

25   speed.

1    BY MS. MILITELLO:

2    Q.  We'll play the next few seconds that will show, to the

3    extent it can, what happened to you and your baton and what

4    happened right after.

5              (An audio-visual recording was played.)

6    BY MS. MILITELLO:

7    Q.  Okay.  Do you think it's fair to say whatever happened with

8    your baton you can't see on this video; right?

9    A.  I don't -- I'm not sure what -- what I was supposed to --

10   to see from this video.  I get --

11   Q.  I'm not trying to trick you.

12   A.  No, no.  I'm trying to look at this video, and I'm not --

13   you know, it is -- it is a representation of what went on.

14   It is kind of a little bit past the time line that we've

15   been looking at at this point, like by at least maybe

16   10 seconds.

17   Q.  Right.  So we can't see what happened with you and your

18   baton --

19   A.  Right.

20   Q.  -- on this part of this video; you would agree?

21   A.  Yes.

22   Q.  Right.  And then at this point, 15:07:33, again, can't see

23   the man with the gray shirt anymore?

24   A.  I don't think I see him in this video, no.

25   Q.  Okay.  The man with the gray sweatshirt, after this

 1    incident with your baton, do you have any independent

 2    recollection of having contact with him at all the rest of the

 3    time in the Rotunda?

 4    A.  No.

 5              MS. MILITELLO:  If I can have a minute.

 6         Thank you.  I have no other questions.

 7              THE COURT:  Thank you.

 8         Redirect?

 9              MS. HILL:  Yes, Your Honor.

10                      REDIRECT EXAMINATION

11    BY MS. HILL:

12    Q.  Lieutenant Howden, I just have a couple additional

13    questions on Defense Exhibit 202.  What is the time stamp on

14    the video at this time?

15    A.  15:07:08.

16              MS. HILL:  Okay.  And, Ms. Rummens, will you please

17    play this video by holding -- by -- frame by frame until I say

18    pause.

19              (A video recording was played.)

20              MS. HILL:  Okay.  Pause, please.  Ms. Rummens, would

21    you mind going back 1 second.

22    BY MS. HILL:

23    Q.  Lieutenant Howden, do you see the individual with the gray

24    sweatshirt and the blue hat?

25    A.  Yes.

HOWDEN - REDIRECT

1    Q.  Where is he on the screen?

2    A.  The left-hand side of the screen.

3    Q.  Who is he facing at this moment?

4    A.  The police line.

5    Q.  At this point in the video, where are you?

6    A.  In the police line.

7    Q.  Do you know whose hand is on the bottom left of the

8    screen?

9    A.  I -- I don't know whose -- I don't know whose hand or video

10   this is, no.

11   Q.  Okay.  That's fair.

12        Having watched the video now a couple times, by

13   this point in the video, 15:07:17, have you held your

14   baton out, making contact with the individual in the gray

15   sweatshirt?

16   A.  I -- I think I have.

17        MS. HILL:  Can we play the video one more time

18   starting at 20 seconds before this.  Okay.  We're at 15:06:58.

19   Please play for 20 seconds.

20        (An audio-visual recording was played.)

21   A.  It does not appear that I have --

22   BY MS. HILL:

23   Q.  That you have?  I'm sorry.

24   A.  -- made contact with my baton at all with -- with that

25   individual.

1    Q.  And we're at -- what's the time stamp of the video?

2    A.  15:07:17.

3    Q.  And what direction is the individual in the gray sweatshirt

4    and the blue hat facing?

5    A.  The police line.

6    Q.  So is it fair to say that he turned around at this point to

7    face the police line?

8    A.  Yes.

9    Q.  That was prior to you making contact with him?

10   A.  Yes.

11   Q.  Okay.

12          MS. HILL:  Ms. Rummens, will you please play the

13   video for another 5 seconds.

14          (An audio-visual recording was played.)

15   BY MS. HILL:

16   Q.  Lieutenant Howden, did you see your baton make contact with

17   the individual in the gray shirt?

18   A.  I -- I didn't.  I didn't see it.  I was looking at a

19   different part of the screen.

20   Q.  Okay.

21          MS. HILL:  Ms. Rummens, would you mind going back

22   5 seconds and playing the video.

23          (An audio-visual recording was played.)

24          MS. HILL:  Would you mind playing for 2 more seconds.

25          (An audio-visual recording was played.)

1    BY MS. HILL:

2    Q.  So is it fair to say, Lieutenant Howden, that this

3    individual turned around to face the police line prior to you

4    making contact with the individual with your baton?

5    A.  Yes.

6            MS. HILL:  May I have a moment, Your Honor?

7        I have nothing further, Your Honor.

8            THE COURT:  Thank you.

9            MS. MILITELLO:  Your Honor, may I have -- probably

10   one question on cross.

11           THE COURT:  Yes, because I may also.  Yes, you may

12   ask a question.

13                        RECROSS-EXAMINATION

14   BY MS. MILITELLO:

15   Q.  Lieutenant Howden, you just testified that was your

16   baton -- right? -- with these questions just now on redirect?

17   But you agree you were wearing gloves when you were holding

18   your baton; right?

19   A.  This is not my video.  That is not my baton.

20   Q.  Okay.

21   A.  These are not my hands.

22   Q.  That's all I wanted to clarify.

23           So that series of questions you were just asked about

24   your baton, you agree that's not your baton?

25   A.  This video is not my video.

1          MS. MILITELLO:  Thank you.

2     BY MS. MILITELLO:

3     Q.  Well, not your video and not your baton?

4     A.  Yes.

5          MS. MILITELLO:  Thank you.

6          THE COURT:  Can we just do one thing for my

7     edification, which is to pull up the lieutenant's

8     body-worn-camera footage that just has the specific time stamp.

9     It can be the slow-motion version or it can be the regular

10    version.

11        But just put with his body-worn-camera footage the exact

12    time stamp when the defendant is alleged to have grabbed the

13    baton, just so that the record is really clear.

14         MS. HILL:  Yes, Your Honor.

15         (An audio-visual recording was played.)

16         THE COURT:  So let the record reflect we're viewing

17    Government's Exhibit 204.

18         MS. HILL:  204, Your Honor.

19         THE COURT:  Which is the --

20         MS. HILL:  I apologize.  This is the slowed-down

21    version of 204.  So this is 212.

22         THE COURT:  Sorry.  This is -- yes, 204 is the

23    body-worn-camera footage.  One of the clips, 212, is the

24    slowed-down version.  Thank you.

25         I just want to play it until you see, sir, when you

1    believe the first grab of your baton occurs.

2              (An audio-visual recording was played.)

3              THE COURT:  Let's just keep playing it, if we can.

4              (An audio-visual recording was played.)

5              THE COURT:  Pause right there for me, please.

6         Do you believe right in here your baton is being

7    grabbed?  It may not be precise.

8              THE WITNESS:  In the 15:07:23 into 15:07:24, yes.

9              THE COURT:  So 15:07:23, -24, from your review of

10   the -- of your own body-worn-camera footage, is when you

11   believe your baton was first grabbed in this particular

12   episode?  I'm not talking about any other time.  This

13   particular episode.

14             THE WITNESS:  Yes.

15             THE COURT:  From your perspective, at least, it puts

16   the time around 15:07:23, -24.

17             THE WITNESS:  Yes.

18             THE COURT:  Very well.  Thank you.

19        In light of that, any further questions from anyone?

20             MS. HILL:  No, Your Honor.

21             THE COURT:  Okay.  Lieutenant, thank you very much

22   your testimony today, for your service throughout your career,

23   and also on January 6th.  It is much appreciated.

24             THE WITNESS:  Thank you.

25             THE COURT:  You're excused.

MCGILLICUDDY - DIRECT

1          THE WITNESS:  Thank you.

2          (Witness excused.)

3          MS. HILL:  The United States calls Special Agent Mike

4   McGillicuddy.

5          THE COURT:  Very well.  Thank you.

6        Just so you know, before we start this witness, I have

7   a 1 o'clock hearing.  So, obviously, I'll need to be done

8   before 1:00.  But if -- I don't know how long you're going to

9   go with this witness.  But in an ideal world, I would have at

10  least 15 minutes to prepare for that other hearing.  So my

11  intent would be to finish at 12:45 or earlier to take the lunch

12  break.

13         MS. HILL:  Okay.  I do expect Special Agent

14  McGillicuddy to be on the stand for longer than that time.

15         THE COURT:  So let's shoot between 12:40 and 12:45,

16  whenever a break is in light of the evidence.

17         MS. HILL:  Okay.  That sounds great.

18         (Oath administered.)

19         THE WITNESS:  I do.

20         THE COURTROOM DEPUTY:  Please have a seat.

21                        DIRECT EXAMINATION

22  BY MS. HILL:

23  Q.  Agent McGillicuddy, please introduce yourself to the Court

24  by stating and spelling your name.

25  A.  Sure.  It's Michael McGillicuddy.  First name

1   M-i-c-h-a-e-l.  Last name M-c-G-i-l-l-i-c-u-d-d-y.

2   Q.  Where do you work, Agent McGillicuddy?

3   A.  The FBI's Washington Field Office.

4   Q.  What is your title?

5   A.  Special agent.

6   Q.  How long have you been a special agent?

7   A.  Just over 17 years.

8   Q.  How many years have you been in the Washington Field

9   Office?

10  A.  The entire time.

11  Q.  How did you become involved in the Richard Harris case?

12  A.  In early February I learned that our FBI Portland office

13  had opened up an investigation on Mr. Harris.  February of

14  2021.  And my supervisor was looking for a volunteer to be

15  assigned as co-case agent to that matter.  At that time the

16  U.S. Attorney's Office and the FBI were requiring that a local

17  D.C.-based agent be assigned to every January 6th

18  investigation.

19  Q.  Have you seen any videos of Mr. Harris during your

20  investigation at the U.S. Capitol on January 6th, 2021?

21  A.  I have, yes.

22  Q.  Have you seen any photos of Mr. Harris at the U.S. Capitol

23  on January 6th, 2021?

24  A.  Several.

25  Q.  What was Mr. Harris wearing on January 6th?

1   A.  Best I can recall, blue jeans, a gray Nike hooded

2   sweatshirt, a light-blue-camouflaged baseball cap with red

3   letters MAGA on the front.  He had kind of a neck gaiter or

4   scarf on that he pulled up over his face at times, which was, I

5   believe, black and vertical gray stripes.  And he had black

6   gloves on for the beginning of his time at the Capitol.  Then I

7   think he took one off and had one black glove on for some time.

8   And then I think he finished his time at the Capitol with no

9   gloves on.

10  Q.  Does Mr. Harris have any tattoos?

11  A.  He does, yes.

12  Q.  What are the tattoos?

13  A.  I believe -- I know he has tattoos on his right foreman,

14  his back right calf, and I believe his lower left ankle or calf

15  and -- as well as his left arm.

16  Q.  Is the Richard Harris that you've been investigating

17  breaching the United States Capitol in the courtroom today?

18  A.  Yes.

19  Q.  Will you please identify him by location and an article of

20  clothing.

21  A.  Sure.  He's the bearded individual at defense counsel's

22  table and -- purple or maroon button-down shirt.

23          MS. HILL:  Ms. Rummens, please pull up Exhibit 319 at

24  1:05 -- sorry, 1:07 and pause.

25  BY MS. HILL:

1    Q.  Agent McGillicuddy, without providing detail, did you watch

2    this video during your investigation of Richard Harris?

3    A.  I did, yes.

4    Q.  Is Mr. Harris in this video?

5    A.  Yes.

6              MS. HILL:  Pursuant to Stipulation 911, defense

7    has stipulated to the authenticity of this video and that it is

8    a fair and accurate depiction of the events of January 6th,

9    2021.

10             I move to admit Exhibit 319.

11             MS. WILSON:  No objection.

12             THE COURT:  Government's 319 is admitted and may be

13   published.

14             (Government Exhibit 319 admitted into evidence.)

15   BY MS. HILL:

16   Q.  Agent McGillicuddy, is Mr. Harris in this still?

17   A.  Yes, he is.

18   Q.  Could you describe where he is in the still?

19   A.  Sure.  He's in the lower center of the frame, just to the

20   right of the female in the red winter hat.

21   Q.  What is Mr. Harris wearing?

22   A.  He's wearing a gray hooded sweatshirt with the hood pulled

23   over his blue-camouflaged baseball hat.

24             MS. HILL:  Ms. Rummens, please play this video to

25   1 minute and 13 seconds.

MCGILLICUDDY - DIRECT                                94

1              (An audio-visual recording was played.)

2   BY MS. HILL:

3   Q.  Agent McGillicuddy, what is on the left-hand side of the

4   screen?

5   A.  That's the Washington Monument behind a tree.

6   Q.  Is it fair to say that the protesters are close to the

7   Washington Monument?

8   A.  Yes.  This appears to be the area of the National Mall,

9   kind of wedged in between the Washington Monument on one side,

10  the Ellipse of the White House on the other side, and somewhat

11  near the National Museum of African American History.

12          MS. HILL:  Ms. Rummens, please pull up Exhibit 312 at

13  time stamp 4:14 and pause.

14  BY MS. HILL:

15  Q.  Agent McGillicuddy, without providing detail, did you watch

16  this video during your investigation of Mr. Harris?

17  A.  Yes.

18          MS. HILL:  Pursuant to Exhibit [sic] 911, defense

19  has stipulated to the authenticity of this video and that this

20  is a fair and accurate depiction of the events on January 6th,

21  2021.

22          I move to admit Exhibit 312.

23          MS. WILSON:  No objection.

24          THE COURT:  Government Exhibit 312 is admitted and

25  may be published.

McGILLICUDDY - DIRECT                95

 1                    (Government Exhibit 312 admitted into evidence.)

 2                    MS. HILL:  Just for the record, Your Honor, the

 3       defense has also stipulated to this exhibit; but it shows

 4       Harris walking toward the Capitol Building and a third party

 5       asks Harris, "Did you just say Pence voted against it?"  In the

 6       video Harris can be heard responding, "Pence said he would not

 7       block.  He would not block Biden's electors.  They're storming

 8       the fucking Capitol now."

 9                    Ms. Rummens, would you mind moving the video forward

10       1 second.  Playing the video for 1 second.  Thank you.

11                    (A video recording was played.)

12       BY MS. HILL:

13       Q.  Agent McGillicuddy, is Mr. Harris in this still?

14       A.  Yes.

15       Q.  Where is he in the still?

16       A.  His -- his face is peeking out from the very right of the

17       frame, with the blue baseball cap on.

18                    MS. HILL:  Ms. Rummens, please play this video to

19       4 minutes and 26 seconds.

20                    (An audio-visual recording was played.)

21       BY MS. HILL:

22       Q.  Agent McGillicuddy, what is Mr. Harris doing in this video?

23       A.  He's marching towards the U.S. Capitol.

24       Q.  How do you know?

25       A.  The Capitol is visible in -- when the camera pans.

1    Q.  Did you hear the audio?

2    A.  Yes.

3    Q.  Who's speaking?

4    A.  Mr. Harris.

5    Q.  What does Mr. Harris say?

6    A.  "Pence said he would not block [it].  He would not block

7    Biden's electors.  They're storming the fucking Capitol now."

8               MS. HILL:  Ms. Rummens, please pull up Exhibit 305

9    and pause at 3 seconds.

10   BY MS. HILL:

11   Q.  Agent McGillicuddy, without providing details, did you

12   watch this video during your investigation of Richard Harris?

13   A.  I did, yes.

14              MS. HILL:  Pursuant to Stipulation 911, defense has

15   stipulated to the authenticity of this video, Your Honor.

16          I'd move to admit Exhibit 305.

17              MS. WILSON:  No objection.

18              THE COURT:  Governments 305 is admitted and may be

19   published.

20              (Government Exhibit 305 admitted into evidence.)

21   BY MS. HILL:

22   Q.  Agent McGillicuddy, what is the date of this video?

23   A.  This is January 6th, 2021.

24   Q.  Is Mr. Harris in this still?

25   A.  Yes.

MCGILLICUDDY - DIRECT                           97

1    Q.   Where is Mr. Harris in this still?

2    A.   He is at the bottom of the frame a little bit toward the

3    left in the blue baseball cap and the black-and-gray scarf

4    pulled up over his face.

5            MS. HILL:   Ms. Rummens, please play Exhibit 305 from

6    3 seconds to the end of Exhibit 305.

7            (A video recording was played.)

8    BY MS. HILL:

9    Q.   What is the location of this video?

10   A.   This is on the Capitol's West Front.  It's just north of

11   the inauguration stage.

12   Q.   And can you describe what you just saw in Exhibit 305.

13   A.   Beginning of the video, it looked like Mr. Harris was

14   adjusting his gloves.  And then the camera panned to the left,

15   and it became clear he was in proximity to some sort of law

16   enforcement altercation where an officer was using his baton.

17   Q.   Who was the altercation with?

18   A.   Other -- other rioters, not Mr. Harris.

19           MS. HILL:   Ms. Rummens, please pull up Exhibit 325.

20   Forward to 48 seconds and pause.

21   BY MS. HILL:

22   Q.   Agent McGillicuddy, without providing details, did you

23   watch this video during your investigation of Mr. Harris?

24   A.   Yes.

25           MS. HILL:   Pursuant to Stipulation 911, defense

1    has stipulated to the authenticity of this video and that it is

2    a fair and accurate depiction of the events on January 6th,

3    2021.

4         I move to admit Exhibit 325.

5              MS. WILSON:  No objection.

6              THE COURT:  Thank you.

7         Government's 325 is admitted and may be published.

8              (Government Exhibit 325 admitted into evidence.)

9    BY MS. HILL:

10   Q.  Agent McGillicuddy, what is the location that we see in

11   this still?

12   A.  This is, again, on the Capitol's West Front just north of

13   the inauguration stage.  The northwest lawn, I think it's been

14   referred to, is visible in front of us.

15             MS. HILL:  Ms. Rummens, please play Exhibit 325 to

16   time stamp 1:38.

17             (A video recording was played.)

18   BY MS. HILL:

19   Q.  Agent McGillicuddy, was Mr. Harris in this video?

20   A.  Yes, he was.

21   Q.  What was he doing in this video?

22   A.  Initially, he was standing on some sort of concrete wall or

23   platform.  He hopped off, advanced about 15 feet into the

24   northwest lawn, and appeared to be motioning other rioters

25   forward.

1    Q.  How many times did he motion in this video?

2    A.  More than ten.

3    Q.  And what is the motion?  Could you just describe it.

4    A.  A little bit different motions.  Sometimes it's kind of

5    like a -- almost like a chicken wing movement.  Other times

6    it's using both hands to motion people towards him.

7    Q.  And for the record, you motioned both hands above your

8    head, above your shoulder?

9    A.  Yes.

10   Q.  Toward yourself; is that correct?

11   A.  Correct.

12        MS. HILL:  Ms. Rummens, please pull up Exhibit 316.

13   BY MS. HILL:

14   Q.  Agent McGillicuddy, without providing details, did you view

15   this photograph during your investigation of Richard Harris?

16   A.  Yes.

17        MS. HILL:  Per stipulation 911, the defense has

18   stipulated to the authenticity of this photograph.

19        I move to admit 316.

20        MS. WILSON:  No objection.

21        THE COURT:  Government's 316 is admitted and may be

22   published.

23        (Government Exhibit 316 admitted into evidence.)

24   BY MS. HILL:

25   Q.  Agent McGillicuddy, who is circled in yellow in this

1    exhibit?

2    A.  It appears to be Mr. Harris.

3    Q.  What does he appear to be doing in this photo?

4    A.  Appears to be saying something.

5    Q.  What are his arms doing?

6    A.  Not quite sure.  They're away from his body, but I don't

7    know exactly what they're doing.

8    Q.  Do you know the location of this exhibit, Exhibit 316?

9    A.  Yeah.  It's, again, on the Capitol's West Front, northwest

10   side.

11   Q.  On the sort of back left of the photograph, there is a

12   white structure.  What is that?

13   A.  I -- it's some sort of tent.  I believe Officer Nunn called

14   it a construction tent when he testified.

15   Q.  What is the date of this photograph?

16   A.  January 6th.

17          MS. HILL:  Ms. Rummens, please pull up Exhibit 316,

18   and please pause at 1:14 of Exhibit 326.

19   BY MS. HILL:

20   Q.  Agent McGillicuddy, without providing details, did you

21   watch this video during your investigation of Mr. Harris?

22   A.  I did, yes.

23          MS. HILL:  Pursuant to Stipulation 911, defendants --

24   the defense has stipulated to the authenticity of this video

25   and that it is a fair and accurate depiction of the events of

McGILLICUDDY - DIRECT

1    January 6th, 2021.

2         I move to admit Exhibit 326.

3              MS. WILSON:  No objection.

4              THE COURT:  Governments 326 is admitted and may

5    unpublished.

6              (Government Exhibit 326 admitted into evidence.)

7    BY MS. HILL:

8    Q.  Agent McGillicuddy, what is the location of this video?

9    A.  This is, again -- appears to be on the northwest lawn, and

10   we are looking at the northwest staircase that leads up to the

11   upper west terrace of the Capitol.

12   Q.  Agent McGillicuddy, is Mr. Harris in this still at 1 minute

13   and 14 seconds?

14   A.  Yes.  He's in the bottom left corner.

15   Q.  Are there individuals on the stairs above Mr. Harris?

16   A.  Yes.

17   Q.  I -- I am going to ask Ms. Rummens to play this video, and

18   I plan to ask you both about Mr. Harris's actions and the

19   individuals on those stairs.

20   A.  Okay.

21              MS. HILL:  Ms. Rummens, please play to 1 minute and

22   27 seconds.

23              (An audio-visual recording was played.)

24   BY MS. HILL:

25   Q.  Agent McGillicuddy, please describe Mr. Harris's actions in

McGILLICUDDY - DIRECT

1    Exhibit 326.

2    A.  Couple different things.  He kind of popped in and out of

3    the video.  When the rioters broke through the line of law

4    enforcement officers toward the top of the northwest staircase,

5    there was a lot of celebration amongst all the rioters.  But

6    Mr. Harris appeared to give a fist pump with his right hand.

7    And then at another point in the video, he was holding a flag.

8    Q.  And did you see individuals on the staircase in the video?

9    A.  Yes.

10   Q.  What were those individuals doing?

11   A.  They had overtaken law enforcement and advanced up the

12   stairs.

13          MS. HILL:  Ms. Rummens, will you please pause the

14   video, Exhibit 326, at 1 minute and 27 seconds.  And will you

15   please play frame by frame until I ask you to pause.

16          (A video recording was played.)

17          MS. HILL:  Okay.  Whoops.  Sorry.

18          (A video recording was played.)

19          MS. HILL:  Okay.  Please pause.  And we're paused at

20   1 minute and 28 seconds.

21   BY MS. HILL:

22   Q.  Agent McGillicuddy, is Mr. Harris in this still?

23   A.  Yes.

24   Q.  Where is he in this still?

25   A.  He's on the left side of the frame holding a flag.

1          MS. HILL:  Ms. Rummens, please pull up Exhibit 618.

2     BY MS. HILL:

3     Q.  Agent McGillicuddy, without providing details, did you

4     watch this video during your investigation of Mr. Harris?

5     A.  Yes, I did.

6          MS. HILL:  Your Honor, pursuant to Exhibit [sic] 913,

7     defense has stipulated to the authenticity of this video.

8          THE COURT:  I believe this exhibit is already in

9     evidence.

10         MS. HILL:  Thank you.

11         THE COURT:  Do I have that right, Government 619?

12         MS. HILL:  This is 618, Your Honor.

13         THE COURT:  I apologize.  I thought this was 619.

14    Sorry.  Please proceed.

15         MS. HILL:  Just for the record, per Exhibit 913,

16    defense has stipulated to the authenticity of the video and

17    that it is a fair and accurate representation -- or fairly and

18    properly extracted from the defendant's phone.

19         I move to admit and publish 618.

20         MS. WILSON:  No objection.

21         THE COURT:  Thank you.

22         And my apologies again.  618 is admitted and may be

23    published.

24              (Government Exhibit 618 admitted into evidence.)

25         MS. HILL:  Thank you, Your Honor.

1          Ms. Rummens, please play this video.

2                (A video recording was played.)

3     BY MS. HILL:

4     Q.  Agent McGillicuddy, is Mr. Harris in this video?

5     A.  Yes.

6     Q.  Did he appear to take this video?

7     A.  Yeah, it looks like it was a selfie video.

8          MS. HILL:  Ms. Rummens, will you go back to 1 second

9     and pause.

10               (An audio-visual recording was played.)

11    BY MS. HILL:

12    Q.  Did you hear the audio in this video, Agent McGillicuddy?

13    A.  Yes.

14    Q.  What did Mr. Harris -- or who was speaking in the video?

15    A.  Mr. Harris was.

16    Q.  And what did Mr. Harris say in the video?

17    A.  "They tear-gassed us.  Front fucking line, baby.  We're

18    storming the Capitol."

19         MS. HILL:  Ms. Rummens, will you please go to the

20    beginning of this exhibit and pause.  And will you please play

21    for 25 seconds.

22               (An audio-visual recording was played.)

23    BY MS. HILL:

24    Q.  Agent McGillicuddy, did you hear a boom in the background

25    at 1 second?

1    A.   I -- I heard a boom, yes.

2    Q.   Okay.  Did you review U.S. Capitol Police surveillance

3    footage from January 6th, 2021, as part of your

4    investigation?

5    A.   Yes.

6    Q.   Did Richard Harris appear in any of that video?

7    A.   Yes.

8              MS. HILL:  And, Ms. Rummens, please pull up

9    previously admitted Government Exhibit 1000.  And please pause

10   at 11 minutes and 14 seconds.

11             (A video recording was played.)

12   BY MS. HILL:

13   Q.   Agent McGillicuddy, do you recognize this location?

14   A.   Yes.  This is the Capitol's northwest staircase.

15   Q.   Where do those stairs lead?

16   A.   To the upper west terrace of the Capitol.

17   Q.   Have you reviewed the entire Exhibit 1000?

18   A.   Yes.

19   Q.   Is this Capitol -- U.S. Capitol Police surveillance

20   footage?

21   A.   It is, yes.

22   Q.   What is the date of the footage?

23   A.   January 6th, 2021.

24   Q.   Do you see a red arrow in this still at 11 minutes and

25   14 seconds?

1    A.  Yes.

2    Q.  Who is the red arrow pointing to?

3    A.  It's directly over Mr. Harris.

4    Q.  And throughout the CCTV footage in Exhibit 1000, a red

5    arrow appears; is that right?

6    A.  That's correct.

7    Q.  In every instance is it above Mr. Harris?

8    A.  Yes.  Yes.

9    Q.  The red arrow doesn't point to anyone else; is that right?

10   A.  Correct.

11   Q.  What is the time stamp of the still in front of you?

12   A.  This is 2:12 p.m. and 14 seconds.

13   Q.  And what is Mr. Harris wearing here?

14   A.  What is he wearing?

15   Q.  What is he wearing?

16   A.  The same gray hooded sweatshirt, blue-camouflaged baseball

17   cap, and at this point he has his neck gaiter or scarf pulled

18   up over his face.

19          MS. HILL:  Okay.  Ms. Rummens, will you please play

20   Exhibit 1000 from 11:14 to 11:24.

21          (A video recording was played.)

22   BY MS. HILL:

23   Q.  Agent McGillicuddy, what is the time stamp now?

24   A.  This is 2:12 p.m. and 23 seconds.

25   Q.  What does Mr. Harris do in Exhibit 1000 from 2:12:14 to

McGILLICUDDY - DIRECT

1    2:12:23?

2    A.  He continues to walk up the northwest stairs.

3              MS. HILL:  Ms. Rummens, please pull up Exhibit 328,

4    which I believe has been previously admitted.

5    BY MS. HILL:

6    Q.  Agent McGillicuddy, did you view this photograph during

7    your investigation of Richard Harris?

8    A.  Yes.

9    Q.  Is Mr. Harris in this Exhibit 328?

10   A.  Yes.

11   Q.  Will you please circle him.

12   A.  (Witness complying.)

13             MS. HILL:  And, for the record, Agent McGillicuddy

14   has circled an individual in the lower portion of the

15   photograph.  He's in the middle, next to a square.

16   BY MS. HILL:

17   Q.  Did I accurately characterize that?

18   A.  Yes, you did.

19   Q.  Okay.  Agent McGillicuddy, are you able to clear the circle

20   you just drew?  There's a play button on the top right of your

21   screen.  And then click clear.

22        Thank you.

23        What is Mr. Harris walking toward in this image?

24   A.  This image, he is walking directly east towards the Senate

25   wing door.

MCGILLICUDDY - DIRECT

```
 1            MS. HILL:  Ms. Rummens, please pull up Exhibit 1000

 2     and pause at 28 minutes and 5 seconds.

 3     BY MS. HILL:

 4     Q.  Agent McGillicuddy, do you recognize this location?

 5     A.  I do.  This is the interior view of the Senate wing door.

 6     Q.  What is the time stamp?

 7     A.  This is 2:14 p.m. and 11 seconds.

 8     Q.  Do you know, Agent McGillicuddy, when the initial rioters

 9     breached the building?

10     A.  Yes.

11     Q.  What time?

12     A.  2:13 p.m.

13     Q.  What is occurring in this still that we're looking at at

14     2:14:11?

15     A.  Mr. Harris is entering the U.S. Capitol.

16     Q.  What is to the right-hand side of the photograph or to

17     Mr. Harris's left in the still?

18     A.  An adjacent window.

19     Q.  What's happening at that window?

20     A.  Looks like rioters are about to climb through it.  It had

21     previously been broken.

22            MS. HILL:  Ms. Rummens, please play Exhibit 1000 to

23     28:11.

24            (A video recording was played.)

25     BY MS. HILL:
```

1    Q.  Agent McGillicuddy, what is the time stamp on the video

2    now?

3    A.  2:14 p.m. and 17 seconds.

4    Q.  What did you see Mr. Harris do in this video from 2:14:11

5    to 2:14:17?

6    A.  He entered the Senate wing door, turned immediately to the

7    right, and advanced about 15 feet.  At one point he put his

8    hands above his head.

9    Q.  According to your investigation, what -- where does

10   Mr. Harris go after this?

11   A.  He -- he eventually, very quickly, ends up in the Crypt of

12   the U.S. Capitol.

13           MS. HILL:  Ms. Rummens, please forward this video to

14   29 minutes and 48 seconds.

15   BY MS. HILL:

16   Q.  Agent McGillicuddy, do you recognize this location shown

17   here?

18   A.  Yes.  This is the Crypt.

19   Q.  What is the time stamp on this still?

20   A.  This is at 2:17 p.m. and 9 seconds.

21           MS. HILL:  Ms. Rummens, would you please go frame by

22   frame until I ask you to pause.

23           (A video recording was played.)

24           MS. HILL:  Okay.  Please pause.

25   BY MS. HILL:

McGILLICUDDY - DIRECT

1   Q.  Do you see the individual with the red arrow above his

2   head?

3   A.  I do, yes.

4   Q.  Okay.  Who is that individual?

5   A.  That's Mr. Harris.

6          MS. HILL:  Ms. Rummens, please play to 29 minutes and

7   53 seconds.

8          (A video recording was played.)

9   BY MS. HILL:

10  Q.  What is the time stamp of the video, Agent McGillicuddy?

11  A.  2:17 p.m. and 15 seconds.

12  Q.  What does Mr. Harris do in Exhibit 1000 from 2:17:09 to

13  2:17:15?

14  A.  He appeared to walk forward approximately 5 feet, turn

15  around and, again, use both hands to motion people forward.

16  Q.  Who are the people?

17  A.  I know there were a lot of rioters behind Mr. Harris at

18  this point in time.

19         MS. HILL:  Ms. Rummens, please pull up Exhibit 310

20  and pause at 6 minutes and 35 seconds.

21         If possible, Ms. Rummens, would you mind backing up

22  1 second.

23  BY MS. HILL:

24  Q.  Agent McGillicuddy, without providing details, did you

25  watch this video during your investigation of Richard Harris?

1    A.  I did, yes.

2              MS. HILL:  Pursuant to Stipulation 911, the defense

3    has stipulated to the authenticity of this video.

4         I move to admit Exhibit 310.

5              MS. WILSON:  No objection, Your Honor.

6              THE COURT:  Government's 310 is admitted.

7              (Government Exhibit 310 admitted into evidence.)

8              MS. HILL:  May I publish this exhibit, Your Honor?

9              THE COURT:  You may publish.

10   BY MS. HILL:

11   Q.  Agent McGillicuddy, what is the location that we see in

12   this video?

13   A.  This is, again, the Crypt.

14   Q.  Is Mr. Harris in this still at 6 minutes and 35 seconds?

15   A.  Yes.

16   Q.  Will you please circle Mr. Harris.

17   A.  (Witness complying.)

18             MS. HILL:  For the record, Agent McGillicuddy has

19   circled an individual on the right-hand side of the screen,

20   immediately to the left of the initial column.

21   BY MS. HILL:

22   Q.  Is that a fair characterization, Agent McGillicuddy?

23   A.  Yes.

24   Q.  What is Mr. Harris doing in this still?

25   A.  It appears he has both of his hands up.  You can see the --

MCGILLICUDDY - DIRECT

1    the black glove on his left hand.  Both -- both arms are

2    extended up and forward.

3              MS. HILL:  Ms. Rummens, will you please play

4    Exhibit 310 frame by frame until 6:41.

5              (A video recording was played.)

6    BY MS. HILL:

7    Q.  Agent McGillicuddy, will you please explain Harris's

8    actions in Exhibit 310 between the time frame of 6:35 and 6:41.

9    A.  Sure.  Looked like he advanced forward with the crowd

10   approximately 25, 30 feet.  Most of the time he, again, had his

11   hands extended in a forward-facing direction.  At one point in

12   time, he appeared to cock his hands back and then forward

13   again.

14   Q.  Do you know from your investigation what is in front of

15   Mr. Harris at this time?

16   A.  The other end of the Crypt.  In terms of, like, the greater

17   Capitol?

18   Q.  Are there individuals in front of Mr. Harris at this time?

19   A.  Yes.  So there was a police line that the crowd had just

20   surged through.

21   Q.  And we've stopped the video at 6 minutes and 41 seconds.

22   Do you see Mr. Harris in this still?

23   A.  Yes.

24   Q.  Will you please circle him.

25   A.  (Witness complying.)

McGILLICUDDY - DIRECT

1          MS. HILL:  For the record, Agent McGillicuddy has

2     circled an individual who appears to be standing next to a

3     statue that is of a darker color.

4     BY MS. HILL:

5     Q.  Is that a fair characterization?

6     A.  Yes.

7          MS. HILL:  Ms. Rummens, will you please pull up

8     Exhibit 314.

9     BY MS. HILL:

10    Q.  Agent McGillicuddy, did you view this photograph during

11    your investigation of Mr. Harris?

12    A.  Yes, I did.

13         MS. HILL:  Your Honor, pursuant to Stipulation 911,

14    defendant has stipulated to the authenticity of this video and

15    that this is a fair and accurate depiction of the events of

16    January 6th, 2021.

17         I move to admit Exhibit 314.

18         MS. WILSON:  No objection.

19         THE COURT:  Government's Exhibit 314 is admitted and

20    may be published.

21         (Government Exhibit 314 admitted into evidence.)

22    BY MS. HILL:

23    Q.  Agent McGillicuddy, is Mr. Harris in this photo?

24    A.  Yes.  He's the individual on the left of the photo.

25    Q.  What is he doing in this photograph?

MCGILLICUDDY - DIRECT

1    A.  Appears to be pouring water on another individual.

2           MS. HILL:  Your Honor, I'm moving to a different

3    location within the Capitol.  So I'm happy to continue, but I

4    know you mentioned that a break would be good.

5           THE COURT:  If you don't mind, why don't we go a

6    little bit longer.

7           MS. HILL:  Okay.

8           THE COURT:  Maybe like 10 minutes more and then we'll

9    take our lunch break.

10          MS. HILL:  That sounds great.

11       Ms. Rummens, please pull up Exhibit 345.  Please forward

12   to 9 minutes and 36 seconds and pause.

13   BY MS. HILL:

14   Q.  Agent McGillicuddy, did you watch this video during your

15   investigation of Richard Harris?

16   A.  Yes.

17          MS. HILL:  Pursuant to Stipulation 911, defendant

18   has stipulated to the authenticity of this video and that this

19   is a fair and accurate depiction of the events on January 6th,

20   2021.

21       I move to admit Exhibit 345.

22          MS. WILSON:  Your Honor, we object to the admission

23   of this video based on the time stamp.  We think the government

24   is going to use it to play statements that Mr. Harris raised.

25   We're objecting on Rule 403 grounds, as well as relevance

 1    grounds.  The government alluded to the statements in its

 2    opening statement.  They refer to a reporter.  He's not charged

 3    with anything related to his interaction with the reporter.

 4    And as a result, their prejudicial effect outweighs their

 5    probative value.

 6              THE COURT:  So let's just break it down a little bit

 7    then.  We have the video.  Is the video admissible --

 8              MS. WILSON:  The video --

 9              THE COURT:  -- subject to the -- certain statements

10    being inadmissible?

11              MS. WILSON:  We don't object to the video being

12    admitted.  It's the statements on the video.

13              THE COURT:  Certain statements on the video being

14    objectionable.  And then --

15         So I'm going to admit the video.  So Government's -- I

16    apologize.  What number is this again?

17              MS. HILL:  345, Your Honor.

18              THE COURT:  345 is admitted subject to the objection

19    to specific statements recorded -- audio statements recorded on

20    the video.

21         So as to those statements, are the statements statements

22    by Mr. Harris or also by a reporter?

23              MS. WILSON:  Statements are by Mr. Harris.

24              THE COURT:  All Mr. Harris' statements.  So they --

25    well, are they being admitted for the truth of the matter

McGILLICUDDY - DIRECT

1      asserted?

2              MS. HILL:  No, Your Honor.  They're -- they're a

3      statement of a party opponent.

4              THE COURT:  Yes.  Very true.  I just want to

5      understand the reason for the government seeking their

6      admission.  So to show his state of mind or the truth of

7      something asserted?  I'm not saying that it matters.

8              MS. HILL:  They go to show his state of mind.

9              THE COURT:  So why aren't they statements of a party

10     opponent and, therefore, not hearsay?

11             MS. WILSON:  We're not asserting that they're

12     hearsay.

13             THE COURT:  Okay.

14             MS. WILSON:  We're asserting that they're not

15     relevant to his state of mind that day in terms of what the

16     government has charged and needs to prove, and also that they

17     are unfairly prejudicial.

18             THE COURT:  So it's really -- it's a --

19             MS. WILSON:  Rule 403 and relevance objection.

20             THE COURT:  Yeah.

21             MS. HILL:  Your Honor, if I may.

22             THE COURT:  Please.  I need to hear them, I think, to

23     decide whether they're relevant.

24             MS. HILL:  Understood.  But Mr. Harris is -- is

25     charged, obviously, with being inside the Capitol, with

1    breaching the United States Capitol.  So all video of

2    Mr. Harris inside the Capitol is, at a minimum, relevant to

3    those charged crimes.

4            THE COURT:  So relevance is a very low bar.  I can't

5    imagine these statements aren't relevant to one of the charges

6    here.

7         But that's not the same question as whether they're

8    unduly prejudicial.  So am I -- are these statements that

9    Mr. Harris made on the phone?

10           MS. HILL:  No, Your Honor.

11           THE COURT:  These are different?

12           MS. HILL:  Correct.

13           THE COURT:  So what are these statements, generally?

14           MS. HILL:  The -- an individual says something to

15   Mr. Harris -- excuse me, about a journalist, and then

16   Mr. Harris says:  Knock him over.  Knock him over.

17           THE COURT:  So, obviously, the defense objection is

18   preserved.  I think I can fairly weigh whether -- whether and

19   to what extent the statements are relevant, and I will not be

20   prejudiced in the slightest by having heard them.  So the

21   objection is preserved, but overruled.

22           MS. HILL:  And I apologize.  It's not knock him over.

23   It's "Throw him over."

24           THE COURT:  Whatever the statements are, I will not

25   be unduly prejudiced by listening to them.

1        MS. HILL:  So I move to admit Exhibit 345.

2        THE COURT:  So I had admitted the video subject to

3   the discussion already, but in light of the colloquy that we've

4   just had -- or the discussion we've just had, the video is

5   admitted in its entirety and may be published.

6        (Government Exhibit 345 admitted into evidence.)

7   BY MS. HILL:

8   Q.  Agent McGillicuddy, what is the location of this still?

9   A.  For lack of a better word, it's like an atrium just outside

10  the Capitol's Rotunda, on the Capitol's second floor.

11  Q.  Is Mr. Harris in this still?

12  A.  Yes, he is.

13  Q.  Where is he?

14  A.  He is --

15  Q.  Feel free to circle him, if that's easier.

16  A.  Sure.

17  Q.  So he is the individual you've circled.  The individual

18  furthest away from the camera; is that fair?

19  A.  That's fair, yes.  Still in the blue baseball cap.

20  Q.  Okay.  And can you explain the atrium more for the Court.

21  A.  Yes.  It's kind of a round room outside the Rotunda.  It

22  has a -- a cutout overlook in its center, which is also

23  circular, with a balcony and an overlook down to the Capitol's

24  first floor.

25        MS. HILL:  Ms. Rummens, please play Exhibit 345 to

1    9 minutes and 52 seconds.

2              (An audio-visual recording was played.)

3    BY MS. HILL:

4    Q.  Did you see Mr. Harris in the video, Agent McGillicuddy?

5    A.  Yes.

6    Q.  What was he doing?

7    A.  He had asked a question of someone who was complaining

8    about someone that was identified as a journal, I believe.  I

9    think they meant journalist.  He asked who he was complaining

10   about.  And the individual said this journal, kind of pointed

11   behind him.  And Mr. Harris said, "Let's throw them over.

12   Throw him over."

13             MS. HILL:  Ms. Rummens, please play Exhibit 345 to

14   10 minutes and 11 seconds.

15             (An audio-visual recording was played.)

16             MS. HILL:  Would you mind playing for one more

17   second, Ms. Rummens.

18             (An audio-visual recording was played.)

19   BY MS. HILL:

20   Q.  So that video has been paused at 10 minutes and 6 seconds.

21   Can you just explain what we're looking at here,

22   Agent McGillicuddy.

23   A.  Yeah.  This is the circular cutout I was talking about in

24   the center of the atrium where it's an overlook down to the

25   Capitol's first floor, with a railing there.

McGILLICUDDY - DIRECT                                    120

1          MS. HILL:  Okay.  Ms. Rummens, please pull up

2    Exhibit 1000 at 44:55 and pause.

3              (A video recording was played.)

4    BY MS. HILL:

5    Q.  Agent McGillicuddy, do you recognize the location shown

6    here?

7    A.  Yes, I do.

8    Q.  What is this?

9    A.  This is the security camera.  I think this is called the

10   Rotunda south camera.  It's facing the northward aerial view of

11   the Rotunda.

12   Q.  What is the time stamp of the still in front of you?

13   A.  2:33 p.m. and 47 seconds.

14         MS. HILL:  Ms. Rummens, please play to 45 minutes and

15   15 seconds.

16             (A video recording was played.)

17   BY MS. HILL:

18   Q.  What is the time stamp, Agent McGillicuddy?

19   A.  2:34 p.m. and 8 seconds.

20   Q.  What do you see Mr. Harris do in this video, in the clip --

21   sorry -- from 2 minutes and 33 seconds -- 2:33:47 to 2:34:08.

22   A.  He walked around the perimeter of the Rotunda, appeared to

23   pull his phone out as if he might have been recording and then

24   used his left hand to kind of, I guess, fist bump in

25   celebration on multiple occasions.

1           MS. HILL:  Ms. Rummens, please play to 45 minutes and

2      43 seconds.

3                (A video recording was played.)

4      BY MS. HILL:

5      Q.  What is the time stamp?

6      A.  2:34 p.m. and 35 seconds.

7      Q.  And what did you see Harris do in Exhibit 1000 from

8      4:15 [sic] to 45:43 -- or to 2:34:35?

9      A.  He continued to pace around the Rotunda looking at his

10     phone primarily, walked off the left side of the screen, was

11     out of view for 10, 15 seconds or so.  Came back in view and

12     extended his left fist in the air.

13     Q.  Based on your review of this video, is there anything from

14     preventing Harris from leaving the building at this time?

15     A.  No.

16                MS. HILL:  Ms. Rummens, please forward to 1 hour

17     12 minutes and 36 seconds and pause.

18                (A video recording was played.)

19     BY MS. HILL:

20     Q.  Agent McGillicuddy, what is the time stamp on this still?

21     A.  I can't see it because the arrow is directly over it.

22                MS. HILL:  Okay.  Ms. Rummens, would you mind going

23     back 1 second.  Would you mind going back 1 more second.

24                THE WITNESS:  Thank you.

25           The time stamp is 2:36 p.m. and 5 seconds.

1   BY MS. HILL:

2   Q.  What is Mr. Harris doing in this still?

3   A.  Sitting on a bench.

4           MS. HILL:  Ms. Rummens, will you please play this

5   video for 4 seconds.

6           (A video recording was played.)

7   BY MS. HILL:

8   Q.  Agent McGillicuddy, will you please describe the statue

9   immediately in front of Mr. Harris on the screen.

10  A.  Yes.  That's a statue of President Eisenhower.  You can see

11  the military hat on top of the statue's head.

12          MS. HILL:  Ms. Rummens, please play Exhibit 1000 to

13  1 hour 13 minutes and 14 seconds.

14          (A video recording was played.)

15  BY MS. HILL:

16  Q.  Agent McGillicuddy, what is the time stamp?

17  A.  2:37 p.m. and 14 seconds.

18  Q.  What does Mr. Harris do in the clip we just watched?

19  A.  He continued to roam around the exterior a little bit.  I

20  saw another instance where he raised both fists above his

21  head, walked back towards the statue of President Eisenhower,

22  climbed up on the statue, took one or multiple selfies with

23  the statue, put his own hat on the top of the statue's head,

24  and then just appeared to pose really quickly, possibly for

25  other rioters, waving his hat a little bit before he climbed

 1    down.

 2    Q.  Based on your review of the video so far, is there anything

 3    from preventing Mr. Harris from leaving at this time?

 4    A.  No.

 5              MS. HILL:  Ms. Rummens, please pull up Exhibit 333.

 6              THE COURT:  Ms. Hill, with that, moving to the next

 7    exhibit, could we now take our lunch break?  It seems like it's

 8    an appropriate time to do so.

 9         Let's take our lunch break now.  Just to be

10    conservative, let's go back on the record at 2:00 p.m., since I

11    have a hearing at 1:00, just to make sure I have enough time.

12    Thank you, all.

13         Sir, as you know, you may not speak about your testimony

14    with anyone.

15              THE WITNESS:  Sure.  Thank you.

16              (Recess taken.)

17              THE COURT:  You may proceed, Ms. Hill.

18              MS. HILL:  Thank you.

19    BY MS. HILL:

20    Q.  Agent McGillicuddy, do you recall the exhibit we watched

21    right before you got off the stand?

22    A.  I -- I don't without --

23    Q.  It was --

24    A.  We were just getting into one; right?

25    Q.  With the statue of Eisenhower.  Do you recall that?

MCGILLICUDDY - DIRECT

1    A.  The CCTV footage, yes.

2            MS. HILL:  Ms. Rummens, will you please pull up

3    Exhibit 333.

4    BY MS. HILL:

5    Q.  Agent McGillicuddy, did you view this photograph during

6    your investigation of Richard Harris?

7    A.  Yes.

8            MS. HILL:  Per Exhibit [sic] 911, the defense has

9    stipulated to the authenticity of this photograph.  I move to

10   admit Exhibit 333.

11           MS. WILSON:  No objection.

12           THE COURT:  Thank you.  Government's 333 is admitted.

13           (Government Exhibit 333 admitted into evidence.)

14   BY MS. HILL:

15   Q.  Agent McGillicuddy, what is the location of this

16   photograph?

17   A.  This is in the Rotunda.

18   Q.  What is the date of this photograph?

19   A.  January 6th, 2021.

20   Q.  Is Mr. Harris in this photograph?

21   A.  Yes.  He is standing on President Eisenhower's statue.  I

22   think this is during the part of the video we watched where he

23   was taking a selfie.

24   Q.  Will you please circle Mr. Harris in Exhibit 333.

25   A.  (Witness complying.)

MCGILLICUDDY - DIRECT

1          MS. HILL:  Agent McGillicuddy has circled the

2     individual standing on top of or next to the Eisenhower

3     statue.

4          Ms. Rummens, please pull up Exhibit 1000.  And please

5     forward to 48:26 and pause.

6     BY MS. HILL:

7     Q.  Agent McGillicuddy, what is the time stamp on this video?

8     A.  This is 2:37 p.m. and 18 seconds.

9               (A video recording was played.)

10    BY MS. HILL:

11    Q.  Agent McGillicuddy, Ms. Rummens has moved forward 1 second.

12    What is the current time stamp on the still?

13    A.  2:37 p.m. and 19 seconds.

14          MS. HILL:  Ms. Rummens, please play the --

15    Exhibit 1000 to 48:47.

16               (A video recording was played.)

17    BY MS. HILL:

18    Q.  Agent McGillicuddy, what is the current time stamp on the

19    still?

20    A.  2:37 p.m. and 45 seconds.

21    Q.  What does Mr. Harris do in this clip, Exhibit 1000, from

22    2:37:19 to 2:37:45?

23    A.  He picks up a telephone, speaks into it, and hangs it up

24    and then does the same thing again.

25    Q.  How many times does he pick up the telephone?

McGILLICUDDY - DIRECT                                126

1    A.  Twice.

2              MS. HILL:  Ms. Rummens, please pull up Exhibit 302.

3    And pause at the beginning.  Thank you.

4    BY MS. HILL:

5    Q.  Agent McGillicuddy, did you watch this video during your

6    investigation of Richard Harris?

7    A.  Yes.

8              MS. HILL:  May I have a moment, Your Honor?

9              THE COURT:  You may.

10             MS. HILL:  Your Honor, per Stipulation 911, the

11   defense has stipulated that Government Exhibit 302 was recorded

12   on January 6th, 2021, and is an authentic video.

13        I move to admit Exhibit 302.

14             MS. WILSON:  No objection.

15             THE COURT:  Government's 302 is admitted and may be

16   published.

17             (Government Exhibit 302 admitted into evidence.)

18   BY MS. HILL:

19   Q.  Agent McGillicuddy, what is the location of this video?

20   A.  This is at an entryway on the northeast side of the

21   Rotunda.

22   Q.  Is this the same location as the clip we just saw in

23   Exhibit 1000 where Mr. Harris is standing?

24   A.  Yes.

25   Q.  And is it the same time?

McGILLICUDDY - DIRECT                    127

1    A.  Yes.

2              MS. HILL:  Ms. Rummens, please play the entire

3    video.

4              (An audio-visual recording was played.)

5    BY MS. HILL:

6    Q.  Agent McGillicuddy, did you hear audio in this clip?

7    A.  Yes.

8    Q.  What did you hear?

9    A.  I heard Mr. Harris speak into the telephone.  I believe he

10   said, "Can I speak to Pelosi?  Yeah, we're coming, bitch.  Oh,

11   Mike Pence?"  We're coming to you -- "We're coming for you too,

12   fucking traitor."

13   Q.  Does Exhibit 302 appear to show the same events that we saw

14   in Exhibit 1000 at time stamp 48:26, which was 2:37:19 of the

15   video?

16   A.  Yes, it does.

17              MS. HILL:  Ms. Rummens, please pull up Exhibit 1000

18   and forward to 49 minutes and pause.

19   BY MS. HILL:

20   Q.  What is the time stamp on this still?

21   A.  2:38 p.m. and 16 seconds.

22   Q.  Do you see the individual with the red arrow above his

23   head?

24   A.  I do.

25   Q.  And who is that individual?

1    A.  It's Richard Harris.

2              MS. HILL:  Ms. Rummens, please play to 49 minutes and

3    33 seconds.

4              (A video recording was played.)

5    BY MS. HILL:

6    Q.  What is the time stamp now?

7    A.  2:38 p.m. and 50 seconds.

8    Q.  And the clip we just watched, what does Mr. Harris do?

9    A.  He climbs up on a statue of President Reagan, puts his own

10   hat on top of the statue's head, appears to pose for photos

11   from other rioters, sticks his left hand up in the air, motions

12   with it a few times, and hops down.

13   Q.  Based on this video, is there anything preventing Harris

14   from leaving the Capitol Building at this time?

15   A.  Not that I see.

16              MS. HILL:  Ms. Rummens, please forward in

17   Exhibit 1000 to 50 minutes and 15 seconds.

18              (A video recording was played.)

19   BY MS. HILL:

20   Q.  Agent McGillicuddy, what is the time stamp on this still?

21   A.  2:39 p.m. and 31 seconds.

22              MS. HILL:  Ms. Rummens, please play to 50 minutes and

23   45 seconds.

24              (A video recording was played.)

25   BY MS. HILL:

1    Q.  What is the current time stamp on Exhibit 1000?

2    A.  2:40 p.m. and 25 seconds.

3    Q.  What does Mr. Harris do in this clip?

4    A.  He climbs up on a statue of President Ford.  He puts

5    his own hat atop President Ford's head, poses for a photo;

6    then takes the hat of another rioter, replaces his own hat

7    with that hat, and puts the other rioter's hat on top of the

8    statue, poses for more photos, and raises his left hand several

9    times.

10           MS. HILL:  Ms. Rummens, please pull up previously

11   admitted Government Exhibit 315.

12   BY MS. HILL:

13   Q.  Is Mr. Harris in this photograph?

14   A.  Yes, he is.

15   Q.  Will you please circle him.

16   A.  (Witness complying.)

17           MS. HILL:  For the record, Agent McGillicuddy has

18   circled the individual on the right-hand side.

19   BY MS. HILL:

20   Q.  What is this location?

21   A.  This is, again, in the Capitol's Rotunda.

22   Q.  And is this an image directly mirroring the CCTV footage we

23   just watched?

24   A.  Yes.  So this would have been after he replaced his own hat

25   with the other rioter's hat on the statue.

1    Q.  Agent McGillicuddy, are you able to remove that circle?

2         Thank you.

3              MS. HILL:  Ms. Rummens, please pull up Exhibit 1000

4    and forward to time stamp 52:21 and pause.

5              (A video recording was played.)

6    BY MS. HILL:

7    Q.  Agent McGillicuddy, what is the time stamp on this still?

8    A.  3:04 p.m. and 7 seconds.

9              MS. HILL:  Ms. Rummens, will you please play this

10   video through 52:55.

11             (A video recording was played.)

12             MS. HILL:  For the record, the exhibit, Exhibit 1000,

13   was played from 52:17 to 52:55.

14   BY MS. HILL:

15   Q.  Agent McGillicuddy, what is the current time stamp on

16   Exhibit 1000?

17   A.  3:03 p.m. and 35 seconds.

18   Q.  What does Harris do in the clip we just watched?

19   A.  Appears to climb up on the base of another statue at the

20   northwest end of the Rotunda and take some selfies with his

21   cell phone.

22   Q.  I'm circling an area toward the front middle of the

23   photograph.  Can you please describe what's happening in the

24   circle.

25   A.  Yes.  So a contingent of Metropolitan Police Department

1    officers, combined with U.S. Capitol Police, have just entered

2    the Rotunda.

3              MS. HILL:  Ms. Rummens, please play Exhibit 1000 to

4    53:12.

5              (A video recording was played.)

6    BY MS. HILL:

7    Q.  What is the time stamp on this still?

8    A.  3:03 p.m. and 25 seconds.

9    Q.  What does Mr. Harris do in this clip?

10   A.  He stands up on a bench.

11   Q.  Up to this point in the video we've watched thus far, how

12   many statues has Harris climbed in the Rotunda?

13   A.  Four.

14   Q.  In the still that we're viewing, what is behind Mr. Harris?

15   A.  A large mural or painting.

16   Q.  Can you describe anything you see in that mural or

17   painting?

18   A.  Yes.  So he's standing roughly towards the center of it.

19   In the center is a soldier in a blue uniform atop a white

20   horse.  And to the left of that white horse is a soldier in a

21   red uniform with -- if the arrow wasn't there, you would see a

22   white diagonal sash.

23             MS. HILL:  Ms. Rummens, please pull up Exhibit 331.

24   Please forward to 1 hour 3 minutes and 59 seconds.

25   BY MS. HILL:

McGILLICUDDY - DIRECT

1    Q.  Agent McGillicuddy, did you watch this video during your

2    investigation of Mr. Harris?

3    A.  Yes, I did.

4            MS. HILL:  Your Honor, pursuant to Stipulation 911,

5    defense has stipulated to the authenticity of this video and

6    that it is a fair and accurate depiction of the events of

7    January 6th, 2021.

8            I move to admit and publish.

9            MS. WILSON:  No objection.

10           THE COURT:  Government's 331 is admitted and may be

11   published.

12           (Government Exhibit 331 admitted into evidence.)

13   BY MS. HILL:

14   Q.  Agent McGillicuddy, what is the location of this video?

15   A.  This is a closer-in view of the same moment we just

16   discussed in the last exhibit.  Mr. Harris is standing on a

17   bench in front of a painting.

18   Q.  Is that painting the same painting we just viewed in the

19   prior exhibit?

20   A.  Yes.  Yes, it is.

21   Q.  Will you please circle Mr. Harris in this still.

22   A.  (Witness complying.)

23   Q.  Thank you.

24           MS. HILL:  For the record, Agent McGillicuddy has

25   circled an individual on the left-hand side of the screen.

MCGILLICUDDY - DIRECT

1          Ms. Rummens, will you please rewind this video to 1 hour

2     3 minutes and 54 seconds and play to 1 hour 4 minutes and

3     9 seconds.

4              (An audio-visual recording was played.)

5     BY MS. HILL:

6     Q.  Did you hear the audio in this video, Agent McGillicuddy?

7     A.  Yes.

8     Q.  How many voices were there?

9     A.  I heard primarily two.

10    Q.  What did those two voices say?

11    A.  A rioter that was not Mr. Harris, said something to the

12    effect of, come on, be respectful.  And Mr. Harris said --

13    replied, "They tear-gassed us.  I don't know if you noticed."

14              MS. HILL:  Ms. Rummens, could we play the video one

15    more time starting at 1:03:54.

16    BY MS. HILL:

17    Q.  And I'm going to ask you about the first voice one more

18    time.

19              MS. HILL:  And please play to 1:04:09.

20              (An audio-visual recording was played.)

21    BY MS. HILL:

22    Q.  Did you hear the first voice?

23    A.  Yes.

24    Q.  What did the first voice say?

25    A.  "Come on, man.  Be respectful."

1          MS. HILL:  Okay.  All right.  Ms. Rummens, please

2     pull up Exhibit 1000 and forward to 1 hour 21 minutes and

3     55 seconds and pause.

4     BY MS. HILL:

5     Q.  Agent McGillicuddy, what is the time stamp on this still?

6     A.  3:07 p.m. and 19 seconds.

7     Q.  What is the location here?

8     A.  Still in the Capitol Rotunda.

9     Q.  Do you see the individual with the red arrow above his

10    head?

11    A.  Yes.

12    Q.  Who is that?

13    A.  Mr. Harris.

14    Q.  And what is he doing in this still?

15    A.  He has at least his left arm raised.

16    Q.  Are there law enforcement officers in this still?

17    A.  Yes.  There's still that same large contingent of

18    MPD officers.

19    Q.  What are those officers wearing?

20    A.  They're the officers in the -- the black-and-yellow outer

21    coats.  Most of them have helmets and face shields on.

22          MS. HILL:  Ms. Rummens, will you please rewind just

23    25 seconds to 3:07:17.  And will you please play to the

24    time stamp 1 hour and 22 minutes.

25               (A video recording was played.)

1    BY MS. HILL:

2    Q.  What does Mr. Harris do in this clip, Agent McGillicuddy?

3    A.  He sticks both his hands up in the air and at some point

4    lowers them.

5            MS. HILL:  Ms. Rummens, will you please play to 1:22

6    and 15 seconds.

7            (A video recording was played.)

8    BY MS. HILL:

9    Q.  What is the time stamp on this still?

10   A.  This is 3:07 p.m. and 37 seconds.

11   Q.  What does Mr. Harris do in the clip we just watched?

12   A.  He grabs ahold of Lieutenant Howden's baton and tugs on it

13   at least twice.

14   Q.  What does he do after that?

15   A.  Separates himself from the altercation.

16   Q.  Does he leave the Rotunda?

17   A.  No.

18           MS. HILL:  Ms. Rummens, please pull up Exhibit 337.

19   BY MS. HILL:

20   Q.  Did you view this photograph during your investigation of

21   Richard Harris?

22   A.  Yes.

23           MS. HILL:  Pursuant to Stipulation 911, the defense

24   has stipulated to the authenticity of this video.

25           I move to admit Exhibit 337.

1              MS. WILSON:  No objection.

2              THE COURT:  337 is admitted and may be published.

3              (Government Exhibit 337 admitted into evidence.)

4    BY MS. HILL:

5    Q.  Agent McGillicuddy, what is the location of this exhibit?

6    A.  It's still in the Rotunda.

7    Q.  What is the date of this exhibit?

8    A.  January 6th, 2021.

9    Q.  Is Mr. Harris in this photograph?

10   A.  Yes.

11   Q.  Will you please circle him.

12   A.  Sure.

13   Q.  Can you describe what you're circling?

14   A.  Male in a gray sweatshirt with a blue baseball cap,

15   center -- center right over the officers.

16   Q.  What is occurring in this photograph, Agent McGillicuddy?

17   A.  Looks to be another law enforcement altercation, this one

18   between rioters and U.S. Capitol Police.

19             MS. HILL:  Ms. Rummens, please pull up Exhibit 1000.

20   Please forward to 1 hour 50 minutes and 14 seconds.

21   BY MS. HILL:

22   Q.  What is the location of this still?

23   A.  This is in that vestibule between the Rotunda and the east

24   Capitol -- east Rotunda door.

25   Q.  What is the time stamp?

MCGILLICUDDY - DIRECT

1    A.  3:35 p.m. and 34 seconds.

2    Q.  Is this, the individual with the red arrow above his head,

3    Mr. Harris?

4    A.  It is, yes.

5    Q.  Are there law enforcement officers in this still?

6    A.  Several.

7    Q.  Can you explain their location?

8    A.  Their location?

9    Q.  Yeah.

10   A.  They are facing east towards the exit, towards the door.

11           MS. HILL:  Ms. Rummens, will you please play until

12   1 hour and 51 minutes.

13           (A video recording was played.)

14   BY MS. HILL:

15   Q.  What is the time stamp?

16   A.  3:36 p.m. and 19 seconds.

17   Q.  What does Harris do in the clip we just watched?

18   A.  He exits the U.S. Capitol through the east Rotunda door,

19   holding his cell phone up above his head with two hands, which

20   I later learned to be a selfie.  He's taking a selfie video of

21   his exit.

22   Q.  Earlier we talked about law enforcement officers being

23   in the east Rotunda vestibule.  Are there also rioters in

24   the --

25   A.  Yes.

1   Q.  How many rioters remain after Mr. Harris exits through the

2   doors?

3   A.  I see -- I count eight behind Mr. Harris at the moment.

4   Q.  Earlier we discussed Mr. Harris's entry into the building.

5   How long was Mr. Harris in the Capitol Building on January 6th,

6   2021?

7   A.  One hour and 22 minutes.

8           MS. HILL:  Ms. Rummens, please pull up Exhibit 317.

9   BY MS. HILL:

10  Q.  Did you view this photograph during your investigation of

11  Richard Harris?

12  A.  Yes.

13          MS. HILL:  Pursuant to Stipulation 911, defendant has

14  stipulated to the authenticity of this video.

15      I move to admit Exhibit 317.

16          MS. WILSON:  No objection.

17          THE COURT:  Government 317 is admitted and may be

18  published.

19          (Government Exhibit 317 admitted into evidence.)

20  BY MS. HILL:

21  Q.  What is the location of this photograph?

22  A.  This is on the east Capitol steps, on the east side of the

23  Capitol.  The east Rotunda door we just looked at would be

24  behind the protesters standing here.

25  Q.  What is the date of this photograph?

McGILLICUDDY - DIRECT

1    A.  January 6th, 2021.

2    Q.  Is Mr. Harris in this photograph?

3    A.  Yes.  He is on the right side in the blue baseball cap, on

4    his phone.

5          MS. HILL:  Thank you, Ms. Rummens.  You may take that

6    down.

7    BY MS. HILL:

8    Q.  Agent McGillicuddy, did the FBI execute a search warrant of

9    Mr. Harris's phone?

10   A.  Yes, they did.

11   Q.  Was Harris's phone searched pursuant to that warrant?

12   A.  Yes.

13         MS. HILL:  Ms. Rummens, please pull up Exhibit 525.

14   BY MS. HILL:

15   Q.  Agent McGillicuddy, did you view this photograph as part of

16   your investigation?

17   A.  I did, yes.

18   Q.  How did you obtain this photograph?

19   A.  Directly from Mr. Harris's cell phone.

20         MS. HILL:  Your Honor, per Stipulation 913, defendant

21   has stipulated this exhibit is authentic, it's from Harris's

22   cell phone, and it's a fair and accurate depiction of the

23   events on January 6, 2021.

24         I move to admit Exhibit 525.

25         MS. WILSON:  No objection.

```
 1                THE COURT:  Can we do this part faster?

 2                MS. HILL:  Sure.

 3                THE COURT:  Like, are there a series of pictures or

 4      videos from Mr. Harris's phone that the government is going to

 5      seek to introduce in?

 6                MS. HILL:  Yes.

 7                THE COURT:  Can you move them in in bulk?

 8                MS. HILL:  Would it be helpful if I just stated which

 9      exhibits we plan to introduce and then you can decide how to

10      move forward?

11                THE COURT:  If there's an objection, we'll

12      resolve them as to individuals rather than doing it for every

13      one.

14                MS. HILL:  Okay.  So I understand Exhibit 525 was

15      just admitted.

16                THE COURT:  It was, yes.  525 is admitted.

17                (Government Exhibit 525 admitted into evidence.)

18                MS. HILL:  So the additional exhibits in this section

19      are 532.

20                MS. WILSON:  No objection.

21                MS. HILL:  537.

22                MS. WILSON:  No objection.

23                MS. HILL:  544.

24                MS. WILSON:  No objection.

25                MS. HILL:  545.
```

```
 1                  MS. WILSON:  No objection.

 2                  MS. HILL:  621.

 3                  MS. WILSON:  I'm getting there.  Sorry.  One moment.

 4        621, no objection.

 5                  MS. HILL:  572.

 6                  MS. WILSON:  No objection.

 7                  MS. HILL:  575.

 8                  MS. WILSON:  No objection.

 9                  MS. HILL:  574.

10                  MS. WILSON:  No objection.

11                  MS. HILL:  617.

12                  MS. WILSON:  No objection.

13                  MS. HILL:  626.

14                  MS. WILSON:  No objection.

15                  MS. HILL:  576.

16                  MS. WILSON:  No objection.

17                  MS. HILL:  579.

18                  MS. WILSON:  No objection.

19                  MS. HILL:  And that is all of the exhibits I plan to

20        ask in this section of questioning.

21                  THE COURT:  Thank you.

22             Those exhibits are all admitted and may be published.

23                  (Government Exhibit 532 admitted into evidence.)

24                  (Government Exhibit 537 admitted into evidence.)

25                  (Government Exhibit 544 admitted into evidence.)
```

```
1              (Government Exhibit 572 admitted into evidence.)

2              (Government Exhibit 574 admitted into evidence.)

3              (Government Exhibit 575 admitted into evidence.)

4              (Government Exhibit 576 admitted into evidence.)

5              (Government Exhibit 579 admitted into evidence.)

6              (Government Exhibit 617 admitted into evidence.)

7              (Government Exhibit 621 admitted into evidence.)

8              (Government Exhibit 626 admitted into evidence.)

9              MS. HILL:  Just for the record, Your Honor, may I

10     read in the stipulation for all of those exhibits?

11             THE COURT:  Sure.

12             MS. HILL:  So for Exhibits 507 to 519, 611 to 614,

13     616 to 626, and 628 to 629, the defense has stipulated that

14     those exhibits are fair and accurate depictions of the events

15     on January 6th, 2021.  The photographs and videos are authentic

16     and that they are what they purport to be.  The photographs and

17     videos and/or any other copies are admissible into evidence to

18     the same extent as the original within the meaning of Federal

19     Rule of Evidence 1003.

20             And for Exhibits 592 to 607 and 672, defense has

21     stipulated that those are fair and accurate depictions of the

22     events on December 21st, 2020.  We will get to that.  Sorry.  I

23     just wanted to read the first stipulation.

24             So thank you, Your Honor.

25             THE COURT:  Very well.
```

1    BY MS. HILL:

2    Q.  So back to Exhibit 525 --

3           THE COURT:  And just another comment, which is I

4    think this can go quickly.

5           MS. HILL:  Okay.  Thank you, Your Honor.

6    BY MS. HILL:

7    Q.  What does this photograph show?

8    A.  It's a photograph that Mr. Harris took as he approached the

9    West Front of the Capitol.

10   Q.  I'm circling something on the right-hand side.  Could you

11   please explain what that is.

12   A.  Those are bike racks.

13   Q.  Thank you.

14          MS. HILL:  Ms. Rummens, please pull up Exhibit 532.

15   BY MS. HILL:

16   Q.  Agent McGillicuddy, what does this photograph show?

17   A.  This is the area we refer to as the northwest lawn.

18   Q.  Are there law enforcement officers in this image?

19   A.  Yes.  Those are members of Capitol Police's civil

20   disturbance unit.

21   Q.  What are these officers wearing?

22   A.  I think Officer Nunn described it as turtle gear.  I call

23   it hard gear.

24          MS. HILL:  Ms. Rummens, please pull up Exhibit 537.

25   BY MS. HILL:

1    Q.  Agent McGillicuddy, what does this image show?

2    A.  Kind of an elevated view of the northwest lawn and the

3    north side of the scaffolding on the north side of the

4    inauguration stage.

5    Q.  I'm circling something on the middle right of the screen.

6    What is that?

7    A.  That is the bottom of the northwest staircase.

8    Q.  Are there rioters on the staircase?

9    A.  There are, yes.

10            MS. HILL:  Ms. Rummens, please pull up Exhibit 544.

11   BY MS. HILL:

12   Q.  Agent McGillicuddy, what does this photograph show?

13   A.  The lower part of the northwest staircase.

14   Q.  I'm circling an -- a part of the image on the bottom of the

15   screen.  It appears my touch screen is not working.

16        So there are items on the bottom of the screen.  Can you

17   describe what those are.

18   A.  There are some bike racks that have been made to serve as

19   ladders.

20   Q.  Thank you.

21            MS. HILL:  Ms. Rummens --

22   BY MS. HILL:

23   Q.  Oh, I'm sorry.  Before we leave this exhibit -- this is

24   Exhibit 544.  On the top right, there's an individual with

25   something on his head.  Can you describe what that is?

1    A.  Looks to be some sort of gas mask or filtration mask.

2    Q.  And is that individual holding something in his right

3    hand?

4    A.  Yes.  He's holding some sort of canister.

5    Q.  Okay.  Thank you.

6          MS. HILL:  Ms. Rummens, please pull up Exhibit 545.

7    BY MS. HILL:

8    Q.  Can you explain what's happening in this photograph,

9    Agent McGillicuddy.

10   A.  Another picture of the exact same area.  Better view of the

11   bike racks being used as ladders.

12         MS. HILL:  Ms. Rummens, please pull up Exhibit 621.

13   Please play the video.

14             (An audio-visual recording was played.)

15   BY MS. HILL:

16   Q.  What does this video show?

17   A.  A panorama view of the same area we were looking at.  The

18   base of the northwest steps.

19         MS. HILL:  Ms. Rummens, please pull up Exhibit 572.

20   BY MS. HILL:

21   Q.  What does this photograph show?

22   A.  This is -- looks to be an elevated photograph of an area

23   outside the old Senate chamber.

24         MS. HILL:  Ms. Rummens, please pull up Exhibit 575.

25   BY MS. HILL:

1    Q.  What does this photograph show?

2    A.  Selfie of Mr. Harris with law enforcement officers in the

3    background.

4    Q.  What is the location of this selfie?

5    A.  It's in the Rotunda.

6    Q.  And what is behind the officers?

7    A.  Hallways leading to other parts of the Capitol.

8           MS. HILL:  Ms. Rummens, please pull up Exhibit 574.

9    BY MS. HILL:

10   Q.  What is this photograph of?

11   A.  Several law enforcement officers.

12   Q.  What is the location of this photograph?

13   A.  I don't know exactly.  It looks to be the atrium outside of

14   the Rotunda.

15   Q.  Is it inside the Capitol?

16   A.  Yes.

17          MS. HILL:  Ms. Rummens, please pull up Exhibit 617.

18   BY MS. HILL:

19   Q.  What does this still show?

20   A.  This is a view of the interior of the Rotunda with the

21   large contingent of MPD officers that had entered.

22   Q.  And what is the angle of the video?

23   A.  It's elevated again.

24          MS. HILL:  Ms. Rummens, please play this video.

25          (An audio-visual recording was played.)

1    BY MS. HILL:

2    Q.  Based on this video, Agent McGillicuddy, is anything

3    preventing Harris from leaving the Rotunda at this time?

4    A.  I need to see it again.  I mean, the officers are impeding

5    at least one part of the Rotunda.

6    Q.  And on the other parts?

7    A.  I'm not aware of officers blocking those -- those exits at

8    that time.

9           MS. HILL:  Ms. Rummens, please pull up Exhibit 626.

10   Please play the video.

11          (An audio-visual recording was played.)

12   BY MS. HILL:

13   Q.  What does this video show?

14   A.  It's the selfie video of Mr. Harris exiting the east

15   Rotunda door.

16   Q.  What, if anything, do you hear in the video?

17   A.  Mr. Harris says, "Front line, baby."

18          MS. HILL:  Ms. Rummens, please pull up Exhibit 576.

19   BY MS. HILL:

20   Q.  What does this photograph show?

21   A.  This is a photograph Mr. Harris took on the east Capitol

22   steps.  So it's facing east.  You can see the Supreme Court in

23   the background; several rioters, including some standing on

24   what appears to be an armored vehicle.

25          MS. HILL:  Ms. Rummens, please pull up Exhibit 579.

McGILLICUDDY - DIRECT

1   BY MS. HILL:

2   Q.  What does this photograph show?

3   A.  This is a selfie that Mr. Harris took on the east Capitol

4   steps.  The north Rotunda door -- sorry, the east Rotunda door

5   is visible in the background.

6           MS. HILL:  Ms. Rummens, please pull up Exhibit 630.

7   BY MS. HILL:

8   Q.  Agent McGillicuddy, did you view this screenshot as part of

9   your investigation of Mr. Harris?

10  A.  Yes.

11  Q.  How did you obtain this photograph?

12  A.  This was an image that was located on Mr. Harris's

13  cell phone.

14  Q.  And do you recall the approximate date of this image?

15  A.  It was last accessed on December 24th of 2020.

16          MS. HILL:  Your Honor, I move to admit Exhibit 630.

17          MS. WILSON:  No objection.

18          THE COURT:  Government Exhibit 630 is admitted and

19  may be published.

20          (Government Exhibit 630 admitted into evidence.)

21  BY MS. HILL:

22  Q.  Agent McGillicuddy, what is the screenshot of?

23  A.  Text message between Mr. Harris and an individual name an

24  Ana.

25  Q.  Is -- is the green -- are the green bubbles Mr. Harris's

McGILLICUDDY - DIRECT

1   texts?

2   A.  Yes.

3   Q.  And what do those green bubbles say?

4   A.  It says, "Arrests made after protesters attempt to enter

5   Oregon Capitol session."  And then it gives a hyperlink.  The

6   hyperlink is a -- some sort of article with the *Statesman*

7   *Journal*.  And after texting the hyperlink, he follows up by

8   saying, "I'm on here too.  Scroll down you'll see me."

9   Q.  Have you visited this website?

10  A.  Yes, I have.

11  Q.  Does the title and the text accurately reflect the title of

12  the article?

13  A.  It does, yes.

14  Q.  Is Richard Harris mentioned, or are photographs of

15  Richard Harris in that article?

16  A.  There's a screenshot of a Twitter posting that was made by

17  a journalist that includes a couple of videos, including the

18  same video that Sergeant Breen testified about when Mr. Harris

19  was shoving a journalist.

20          MS. HILL:  Ms. Rummens, please pull up Exhibit 727,

21  which was previously admitted.

22  BY MS. HILL:

23  Q.  Agent McGillicuddy, is this the video that you were just

24  referring to?

25  A.  Yes.

1              MS. HILL:  Ms. Rummens --

2    BY MS. HILL:

3    Q.  Actually, first, Agent McGillicuddy, I intend to ask you

4    about the audio in this video, for your awareness.

5              MS. HILL:  Ms. Rummens, will you please play this

6    video.

7              (An audio-visual recording was played.)

8    BY MS. HILL:

9    Q.  Did you hear Mr. Harris say anything in this video?

10   A.  I was trying to make it out.  I'm not absolutely sure what

11   he said.

12             MS. HILL:  Okay.  Ms. Rummens, will you please pull

13   up Exhibit 632.

14   BY MS. HILL:

15   Q.  Agent McGillicuddy, do you recognize this document?

16   A.  Yes, I do.

17   Q.  Did you view it as part of your investigation of

18   Mr. Harris?

19   A.  I did, yes.

20   Q.  How -- how did you obtain this document?

21   A.  This was a document that was downloaded on Mr. Harris's

22   cell phone.

23             MS. HILL:  Your Honor, per Stipulation 913, defendant

24   has stipulated that this exhibit is authentic and was properly

25   extracted from Harris's cell phone.

1          I move the admission of Exhibit 632.

2               MS. WILSON:  Objection to relevance.  There's no

3      evidence that Mr. Harris read this.

4               MS. HILL:  There is evidence, Your Honor.

5               THE COURT:  Overruled.

6               MS. HILL:  I move the admission of the exhibit.

7               THE COURT:  It is admitted.

8               MS. HILL:  Thank you, Your Honor.

9               THE COURT:  And may be published.

10              MS. HILL:  Thank you.

11              (Government Exhibit 632 admitted into evidence.)

12     BY MS. HILL:

13     Q.  Agent McGillicuddy, could you please read the title of this

14     document.

15     A.  Reclaiming a Superpower.  Americans Prepare for War.

16     Q.  Will you please go on to read the first paragraph of the

17     document?

18     A.  Sure.  It says, "Tipping Point.  The American people have

19     lost control of their election system.  Election results no

20     longer have any relationship to the voter's will.  The election

21     results are now in the control of a relatively small network of

22     bad actors who manipulate the system to produce virtually any

23     result.  This impacts all Americans, irrespective of political

24     party."

25              MS. HILL:  Ms. Rummens, please turn to page 2 of the

MCGILLICUDDY - DIRECT

1    document.

2    BY MS. HILL:

3    Q.  Agent McGillicuddy, will you please read the paragraph

4    starting with Chaos Reigns.

5    A.  Sure.  "Chaos Reigns:  Tens of millions of people cling to

6    the belief that POTUS has a magic plan he is waiting to unveil.

7    While there is a chance he will reveal something on the 6th,

8    the reality is much darker.  POTUS is surrounded by impotent

9    and self-interested staff.  He has been betrayed by the very

10   people surrounding him, and he is nearly alone in this war

11   against evil.  Every Patriot needs to grasp how serious this

12   is."

13           MS. HILL:  Ms. Rummens, please turn to page 9 of

14   Exhibit 632.

15   BY MS. HILL:

16   Q.  Agent McGillicuddy, please read the two sentences or

17   clauses followed by (a) through (c), starting with "The time

18   for auditing."

19   A.  "The time for auditing the 2020 U.S. Presidential Election

20   has passed.

21           "Our remaining options:

22           "(a) Contingent Election for U.S. president.

23           "(b) Accept obvious corruption in United States

24   Government.

25           "(c) War."

1    Q.  How did the FBI obtain this document?

2    A.  How did we obtain it?  It was in the extraction of

3    Mr. Harris's cell phone.  It was parsed as a document that had

4    been downloaded.

5    Q.  Is the FBI able to determine when the document was last

6    accessed?

7    A.  Yes.

8    Q.  And what was that date?

9    A.  The morning of January 5th, 2021.

10   Q.  Thank you.

11        MS. HILL:  Ms. Rummens, please pull up Exhibit 634.

12   BY MS. HILL:

13   Q.  Agent McGillicuddy, do you recognize this document?

14   A.  Yes, I do.

15   Q.  Did you view this document as part of your investigation?

16   A.  Yes.

17        MS. HILL:  Your Honor, per Stipulation 913, defendant

18   has stipulated that this exhibit is authentic and was properly

19   extracted from Harris's cell phone.

20        I move to admit Exhibit 604.

21        MS. WILSON:  No objection.

22        THE COURT:  634 is admitted and may be displayed.

23        (Government Exhibit 634 admitted into evidence.)

24   BY MS. HILL:

25   Q.  Agent McGillicuddy, what is the title of this document?

154

1    A.  The Chairman's Report of the Election Law Study

2    Subcommittee of the Standing Senate Judiciary Committee.

3    Q.  How did the FBI obtain this document?

4    A.  This was a document that was on Mr. Harris's cell phone.

5    Q.  When did Harris last access this document?

6    A.  The evening of December 22nd, 2020.

7             MS. HILL:  Ms. Rummens, please turn to page 12.

8    BY MS. HILL:

9    Q.  Agent McGillicuddy, do you see a section titled Findings?

10   A.  Yes, I do.

11   Q.  Will you please read Finding 1 aloud.

12            THE COURT:  So I don't need these read to me.  If you

13   just tell me the parts you would like me to read, I will read

14   them.

15            MS. HILL:  Just on page 12, the first finding.

16            THE COURT:  Okay.

17            MS. HILL:  On page 13, there's a list of

18   recommendations.

19            THE COURT:  Okay.

20            MS. HILL:  And on page 15.

21            THE COURT:  Would you go to them, and I'll read them

22   right now.  I just don't need them read aloud to me.

23            MS. HILL:  Would you mind scrolling to page 13.

24   There's a section titled List of Recommendations.

25            This is just to show that the title is recommendations.

1    And then moving down to Recommendation H, which is on page 15.

2              THE COURT:  Okay.  Scroll up.  There we go.  Okay.

3    Got it.

4              MS. HILL:  And, Ms. Rummens, will you please pull up

5    Exhibit 635.

6              Please pull this exhibit down.

7    BY MS. HILL:

8    Q.  Agent McGillicuddy, did you identify other videos on

9    Mr. Harris's phone from inside the Capitol on January 6th,

10   2021?

11   A.  Yes.

12   Q.  Other videos that have not been admitted into evidence?

13   A.  That's correct.

14   Q.  Did you identify other photographs on Harris's phone from

15   inside the Capitol on January 6th, 2021?

16   A.  I did, yes.

17   Q.  Other than -- other than photographs that have not been

18   admitted into evidence during this trial?

19   A.  That's right.

20             MS. HILL:  Okay.  May I have a moment, Your Honor?

21             THE COURT:  You may.

22             MS. HILL:  I have no additional questions for

23   Agent McGillicuddy.

24             THE COURT:  Thank you.

25             Cross-examination.

McGILLICUDDY - CROSS

```
1              MS. WILSON:  Yes.  Thank you, Your Honor.  Sorry,
2     Your Honor.  Just one moment.
3              THE COURT:  Not a problem.
4                          CROSS-EXAMINATION
5     BY MS. WILSON:
6     Q.  Good afternoon, Agent McGillicuddy.
7     A.  Good afternoon.
8     Q.  So I want to pick up where we left off, which was
9     Mr. Harris's phone records.  You learned in December of 2020 he
10    downloaded a series of documents; correct?
11    A.  He downloaded some documents, yes.
12    Q.  Two or three at least?
13    A.  Yes.
14    Q.  We talked about two, I believe?
15    A.  Two, yep.
16    Q.  So we'll focus on those here.
17             The first one, Exhibit 632, was titled Reclaiming a
18    Superpower?
19    A.  Yes.
20    Q.  And made a case for widespread problems with our election
21    system?
22    A.  Yes.  Although that was not downloaded in December of 2020.
23    That was -- I think I testified it was downloaded
24    on January 5th.
25    Q.  January 5th?
```

McGILLICUDDY - CROSS                                               157

1    A.  Yes.

2    Q.  Thank you for that clarification.

3         But the subject of it was the -- the document was

4    detailed wide-scale fraud and problems with our election

5    system?

6    A.  Yes.

7    Q.  And to suggest that there were problems with our

8    democracy --

9    A.  Correct.

10   Q.  -- correct?

11        As part of your investigation into Mr. Harris's conduct

12   on January 6th, you reviewed and looked into what he did to

13   prepare; correct?

14   A.  To the extent I could, yes.

15   Q.  To the extent you could.

16        And to the extent of your knowledge, he didn't bring any

17   weapons with him to January 6th; correct?

18   A.  Not to my knowledge; correct.

19   Q.  He didn't bring any tactical gear; correct?

20   A.  Correct.

21   Q.  In the days or weeks leading up to January 6th, he didn't

22   make any statements about harming anyone; correct?

23   A.  Not to my knowledge.

24   Q.  He didn't make any statements -- well, you went through his

25   entire phone; right?

McGILLICUDDY - CROSS                                              158

1    A.  I did go through his phone.

2    Q.  And in his entire phone, you didn't see any statements

3    indicating an intent to harm anybody?

4    A.  Not that I recall.

5    Q.  Okay.  And you didn't find any communications expressing an

6    intent to engage in violence on January 6th?

7    A.  Correct.

8    Q.  The government also introduced Exhibit 634.  That was a

9    study authored by several Georgia state senators; correct?

10   A.  Yes.

11   Q.  Including the chairman of the state Senate Judiciary

12   Committee; correct?

13   A.  I believe -- I'd have to see the title, but I think that

14   sounds right.

15           MS. WILSON:  Can we pull up Exhibit 634.

16   BY MS. WILSON:

17   Q.  Even if it wasn't the chairman, it was members of the

18   judiciary committee?

19   A.  Yes.

20   Q.  You do recall that -- I think we can move on.  Thank you.

21       And that study investigated problems with the Georgia

22   elections; correct?

23   A.  That's right.

24   Q.  You recall those were a pretty significant piece of the

25   2020 elections; correct?

1    A.  I think they were headed toward a runoff, certainly.

2    Q.  Correct.

3        And that report made findings and recommendations about

4    how to improve these problems with the Georgia election system;

5    correct?

6    A.  Yes.

7    Q.  And did it recommend anyone going to war?

8    A.  I don't recall that document recommending that, no.

9    Q.  As part of your investigation, you also viewed footage of

10   Mr. Harris inside the United States Capitol Building; correct?

11   A.  Yes.

12   Q.  Including of Mr. Harris inside the Rotunda?

13   A.  Yes.

14       MS. WILSON:  Please pull up what's been marked as

15   Government [sic] Exhibit 120 at 4 minutes and 30 seconds,

16   please.  4 minutes and 30 seconds.

17   BY MS. WILSON:

18   Q.  Agent McGillicuddy, did you --

19       MS. WILSON:  You can pause here for a second.

20   BY MS. WILSON:

21   Q.  Did you review this video as part of your investigation?

22   A.  I believe so.

23       MS. WILSON:  Your Honor, I would move to admit

24   Government Exhibit 120 under the same theory as we discussed

25   previously.

1          MS. HILL:  No objection, Your Honor.

2          THE COURT:  Government's [sic] 120 is admitted and

3     may be published.

4          (Defendant Exhibit 120 admitted into evidence.)

5          THE COURT:  Am I right that 120 is a subset of 001

6     or --

7          MS. WILSON:  Your Honor, we -- that may be the case.

8     We could not confirm that when we were trying to figure it out

9     so -- because we -- we -- out of an abundance --

10         THE COURT:  It's in evidence.  I just -- it seems to

11    be a view that we've perhaps seen before, but maybe not.  In

12    any event, 120 is admitted.

13         MS. WILSON:  There's a lot of similar views, and we

14    wanted to make sure.

15         Can we please play this to 4 minutes and 40 seconds.

16         THE COURT:  Sorry.  Just to be super clear about

17    this, Defense 120?

18         MS. WILSON:  Defense Exhibit 120, yes.

19    BY MS. WILSON:

20    Q.  I'm sorry.  Could you please point out Mr. Harris in this

21    video.

22    A.  Yes.  He's -- both hands raised on the right side of the

23    frame.

24         MS. WILSON:  Thank you.

25         Please play it to 4 minutes and 47 seconds.

1                   (A video recording was played.)

2             MS. WILSON:  All right.  You can pause.  Thank you.

3     BY MS. WILSON:

4     Q.  And just to be clear, that depicted the same incident with

5     Lieutenant Howden and the baton that we've previously talked

6     about?

7     A.  Yes.

8     Q.  All right.  Thank you.

9             MS. WILSON:  Can you please pull up what's already

10    been admitted as Government Exhibit 302.

11            Court's brief indulgence.

12            All right.  Never mind about Exhibit 302.

13    BY MS. WILSON:

14    Q.  Agent McGillicuddy, do you know what time the Capitol

15    Building was finally cleared on January 6th, 2021?

16    A.  Finally cleared of all rioters, I do not know.

17            MS. WILSON:  Okay.  No further questions.

18            THE COURT:  Any redirect?

19            MS. HILL:  No redirect, Your Honor.

20            THE COURT:  I don't have any questions for you,

21    Agent.  I appreciate your time throughout the trial and your

22    testimony today and your service as well.  So thank you.

23    You're excused.  Not from the trial.  But, obviously --

24            THE WITNESS:  Understood.

25            THE COURT:  -- from the witness stand.

1                    THE WITNESS:  Understood.

2                    THE COURT:  Thank you.

3               (Witness excused.)

4                    MS. HILL:  The government rests, Your Honor.

5                    THE COURT:  Thank you, Ms. Hill.

6               Mr. Cohen or defense.

7                    MS. WILSON:  One moment to confer briefly.

8               Your Honor, we move for a judgment of acquittal under

9     Rule 29 on all counts.  The government has not met its burden

10    to prove beyond a reasonable doubt that Mr. Harris committed

11    the offense charged -- offenses charged.

12              Especially with respect to the 1512 count, the

13    government has not introduced any evidence sufficient to prove

14    that Mr. Harris acted corruptly within the meaning of the

15    statute.

16              With respect to the 111 counts, officer -- or

17    Sergeant Millard testified that he could not say to any degree

18    of certainty whether Mr. Harris or one of dozens of other

19    people assaulted him.

20              The incident with Officer [sic] Howden was -- happened

21    when Mr. Harris was being cleared back, and the government did

22    not show any evidence to show that what he did was anything

23    more than reflexive.

24              Specific other counts that I would point out would

25    simply be the engaging in physical violence in a

1    Capitol Building; the government, likewise, has not met their

2    burden to prove that.

3         So for these reasons, we would move for judgment of

4    acquittal under Rule 29.

5              THE COURT:  Thank you, Counsel.

6         Government, I assume, would like to respond.

7              MS. BESSLER:  Yes, Your Honor.  May I please bring my

8    computer up --

9              THE COURT:  You may.

10             MS. BESSLER:  -- to the podium?

11        Your Honor, the government would ask you to deny

12   defense's Rule 29 motion.

13        As you know, at this stage there need only be sufficient

14   legal evidence, which, when viewed in the light most favorable

15   to the government, the fact-finder can reasonably and in good

16   faith make a finding of guilt beyond a reasonable doubt.  And

17   beyond that, I believe we have met our burden beyond a

18   reasonable doubt.

19        As for the 1512 -- and I apologize.  I don't have my

20   notes.  I was having trouble printing.  For the 1512, the

21   government has met its burden beyond a reasonable doubt.  The

22   defendant obstructed or impeded an official proceeding, and

23   there is no doubt that an official proceeding was happening at

24   the U.S. Capitol on January 6th.

25        Second, the defendant intended to obstruct or impede the

1    official proceeding.

2           Third, the defendant acted knowingly with awareness that

3    the natural and probable effect of his conduct would be to

4    obstruct or impede the official proceeding.

5           As to these second and third elements, we don't have to

6    guess that Mr. Harris intended to obstruct the certification

7    process and knew that his conduct would obstruct the

8    certification process.  He told us himself.

9           The documents accessed on his phone a mere day before

10   the 6th, his desire to come to D.C. to protest the stolen

11   election, it all goes to his state of mind on the 6th.  And,

12   again, on the 6th he told us what he thought.  He said,

13   "Pence . . . would not block.  He would not block Biden's

14   electors.  They're storming the fucking Capitol now."  Those

15   are his words.

16          And what did he do after that?  He did not go back to

17   his hotel.  Moments later he, too, stormed the Capitol, and he

18   was persistent throughout the entire day.  One hour --

19          THE COURT:  So you agree you have to prove more than

20   just intent; you have to prove that he acted corruptly?

21          MS. BESSLER:  That's correct.

22          THE COURT:  What's the evidence that the defendant

23   acted corruptly with respect to his obstructive or other acts?

24          MS. BESSLER:  And with regards to corruptly,

25   Your Honor, how he acted corruptly is the fact that he was on

1    restricted Capitol Grounds for an hour and 20 minutes.  He

2    stayed on the northwest lawn, persisted through tear gas,

3    flash-bangs, police lines.  He did not turn away when he saw

4    those things.

5          He went to the Crypt, encountered another line of

6    officers.  You heard Sergeant Millard's testimony.  He --

7    Mr. Harris with his arms raised above his head.  He pointed

8    into the Capitol.  He pointed towards the line of police

9    officers; himself moving forward into that line, as well as

10   other rioters behind him, urging the other rioters behind him

11   to follow him.  He was at the front of those lines in the

12   hallway.

13         And, again, he did not turn around and leave at that

14   point.  He continued forward into the OAP hallway where he

15   intimidated and threatened Sergeant Millard to stand down, to

16   let the rioters through.  He said, "There's a . . . million of

17   us out there."  Reaffirming the fact that police were

18   outnumbered.

19         And, again, he did not stop there.  He went to the

20   Rotunda, and there, as you saw in the CCTV, he had plenty of

21   opportunity to leave.  He advanced.  He headed to the old

22   Senate chamber, led a "Whose house?  Our house!" chant mere

23   feet away from another line of officers, as you heard from

24   Officer Gatewood.

25         And, again, he didn't leave at that point.  He went back

1   to the Rotunda, and he assaulted Lieutenant Howden.  And the

2   video is clear.  Mr. Harris wasn't reacting to

3   Lieutenant Howden.  Before Lieutenant Howden's baton even made

4   contact with the defendant, he turned his body toward the

5   police line.  If he was reacting, it's still -- we would still

6   meet our burden.  That was still an assault.

7          He yanked on Lieutenant Howden's baton numerous times.

8   Lieutenant Howden was lunged forward into the crowd, into the

9   mob, and you -- Lieutenant Howden even said:  If I had gone

10   into that mob, I don't know what would have happened.  And he

11   said that if he had lost control of his weapon, that the

12   rioters could have used that as a deadly weapon against the

13   officers.

14          And this is all cabined by the fact this isn't the first

15   riot that Mr. Harris has been a part of.  Sixteen days earlier

16   at the Oregon State Capitol, he was on notice that trespassing

17   on public property, attempting to break into the Capitol was

18   wrong and illegal.  And, ultimately, the lawful purpose here

19   was to obstruct the certification of the 2020 presidential

20   election and to subvert the peaceful transfer of power.  We

21   have met that burden beyond a reasonable doubt.

22          Now, in terms of the 111 charges, Your Honor -- would

23   you like me to go into that?

24          THE COURT:  I don't think you need to because,

25   obviously, we're in a unique situation of this being a bench

1    trial and where I haven't yet told the parties where I am on

2    the disputed elements of the charges.

3           And so -- I mean, I did want to hear your view on

4    corruptly, particularly.  But as I'm permitted to do under

5    Rule 29, I'm going to defer the motion until verdict or

6    thereafter.  Obviously, the standard I apply under Rule 29 is

7    this evidence as it exists now.  But it seems a little

8    premature for me to rule finally on the motion without having

9    announced, finally, what my view of the legal definitions and

10   elements is, which I intend to do before closings.

11          So I'm going to defer the Rule 29 motion.  It's -- I'm

12   not going to deny it.  I'm going to defer it.

13          And in light of that, I don't think we need to go

14   through all the assaultive alleged conduct.  Okay?

15               MS. BESSLER:  Thank you, Your Honor.

16               THE COURT:  So the motion is not denied.  It's

17   deferred.  The government has rested.  And so it is now the

18   defendant's case.

19               MR. COHEN:  Your Honor, on behalf of Mr. Harris, we

20   rest.

21               THE COURT:  So the one thing I think, then, I need to

22   do is to ensure, absent objection from counsel, that Mr. Harris

23   is intentionally and knowingly declining to testify.

24          Any objection to my engaging in a short colloquy with

25   Mr. Harris to make sure he understands that decision?

1          MR. COHEN:  No, Your Honor.  We told him to

2     anticipate a colloquy may occur.

3          THE COURT:  Okay.  Mr. Harris, why don't you come

4     forward with Mr. Cohen.

5          Let me start with you, Mr. Cohen.  Are you satisfied

6     that Mr. Harris's choice to waive his right to testify here is

7     knowing and voluntary?

8          MR. COHEN:  I am.

9          THE COURT:  And made with advice of counsel based on

10    strategic judgments that you have advised him on?

11         MR. COHEN:  Yes, sir.

12         THE COURT:  Mr. Harris, do you understand that it's

13    your decision whether to testify or not in this case?

14         THE DEFENDANT:  I do, Your Honor.

15         THE COURT:  And have you thoroughly discussed your

16    right to do so with Mr. Cohen and the rest of your team?

17         THE DEFENDANT:  I have, Your Honor.

18         THE COURT:  And have you taken counsel's advice into

19    consideration in deciding whether to testify?

20         THE DEFENDANT:  I have, Your Honor.

21         THE COURT:  And are you certain that you do not wish

22    to testify on your own behalf in this case?

23         THE DEFENDANT:  I made the decision not to testify

24    beforehand.  Afterwards --

25         THE COURT:  Would you like some time to confer with

1      counsel again on the question?

2                  THE DEFENDANT:  I would like to.  Thank you, sir.

3                  THE COURT:  Yes.  Why don't we do this:  Why don't

4      you sit down, both of you.  Here's what I have in mind.

5            Putting this question to the side for just a minute, we

6      would next have, at the right time, my indication to the

7      parties where I am on the disputed charge questions, then

8      closings, and then my verdict.

9            That can be done -- well, I suppose it's a question of

10     how long the closings are going to be.  But on the assumption

11     they're going to be a reasonable amount of time and not overly

12     long, we have plenty of time here.

13           What I think we should do is take a half-hour recess.

14     During that recess, Mr. Harris, you can confer again with your

15     counsel and make sure that whatever you decide to do is based

16     on your analysis and their advice about what you've seen so far

17     and all the strategic questions around testimony.

18           If we are still where we were before, then I'll let

19     folks know if I'm prepared to give you my decisions on the

20     legal elements or if that would just wait until tomorrow

21     morning.  And then we could have a conversation about basically

22     that:  closings, verdict.

23           If, instead, Mr. Harris chooses to testify, then I

24     imagine we might have to have a conversation about whether that

25     starts today or would be tomorrow.

1        And so it's a very long way of my saying, it seems to me

2    we have plenty of time to do this in a very orderly fashion.  I

3    think, for my purposes, it's critical that Mr. Harris feels

4    that his decision about whether to testify or not is knowing,

5    voluntary, with advice of counsel, but also in light of the

6    record as it exists today.

7        So let's -- just because of where we are, why don't we

8    take a recess until 4:00 p.m.  At 4:00 we'll come back, and

9    we'll have a discussion about Mr. Harris's testimony, and then

10   we'll see where we are.  Okay?

11       Mr. Cohen.

12           MR. COHEN:  If the Court would accommodate and allow

13   us use of the courtroom during the break so we have some time

14   to sit and --

15           THE COURT:  Or you can use the jury room.

16           MR. COHEN:  That would be fine.

17           THE COURT:  Mr. Coates, could you make the jury room

18   available to the defense team, please.

19           MR. COHEN:  Thank you, Your Honor.

20           THE COURT:  See you at 4:00.

21           (Recess taken.)

22           THE COURT:  Back on the record.

23       Mr. Cohen, have you had a chance to confer with

24   Mr. Harris?

25           MR. COHEN:  Yes, we did.  Thank you, Your Honor.

1          Mr. Harris's understanding was that no more was to be

2     said, and you were just going to return a verdict.  When we

3     told him we would have a chance to argue his position to

4     Your Honor, he's decided not to testify.

5          THE COURT:  So it's even more than that.  I will be

6     coming back at a time to be determined to tell the parties

7     where I am on the disputed legal instructions, where there's

8     some disagreements between the parties.

9          And then the parties will have a chance to give their

10    closing arguments about your position.  Obviously, the

11    government's position.  I may ask questions during that.  The

12    parties should know that I may treat it slightly like an oral

13    argument, at least in part.

14         So there will be an opportunity not only for the lawyers

15    to argue position, but to respond to questions that I'd ask the

16    government or to the lawyers.  And so I'm envisioning, you

17    know, a true summation of everybody's positions.

18         Having said all that, Mr. Harris, why don't you come

19    forward so that we can just make sure that the record is clear.

20         So, Mr. Harris, you spent the last -- the recess

21    discussing with Mr. Cohen and the rest of the team the question

22    around your testimony, what's left of the trial, and the like;

23    correct?

24         THE DEFENDANT:  I did, Your Honor.

25         THE COURT:  And you -- one of those things you

1  discussed was whether you should testify or not; is that

2  right?

3           THE DEFENDANT:  Correct.

4           THE COURT:  And you discussed with the team the pros

5  and cons of testifying?

6           THE DEFENDANT:  Yes.

7           THE COURT:  And you have decided that in light of

8  that discussion and the prior ones that you would like not to

9  exercise your right to testify; is that correct?

10          THE DEFENDANT:  Correct, Your Honor.

11          THE COURT:  And so are you sure -- this is the last

12  question I asked you before.  Are you sure you do not wish to

13  testify on your own behalf in this case?

14          THE DEFENDANT:  I'm sure.

15          THE COURT:  And, Mr. Cohen, are you satisfied that

16  Mr. Harris, for all these reasons, has been advised of the

17  various implications of testifying or not and is making a

18  knowing and informed choice not to testify?

19          MR. COHEN:  Yes, Your Honor.

20          THE COURT:  Okay.  Thank you very much for that.

21          THE DEFENDANT:  Thank you, Your Honor.

22          THE COURT:  So, Mr. Cohen, sorry to --

23          MR. COHEN:  That's okay.

24          THE COURT:  Does that mean that the defense rests?

25          MR. COHEN:  Yes, Your Honor.

1          THE COURT:  Okay.  Thank you for that.

2          So that means the evidence is closed.

3          And as I said, I think there are now three steps left.

4     The first is that I have to inform the parties where I am, to

5     the extent that I'm really able to, on the -- what I think are

6     really three primary areas of disagreement on the instructions.

7     I'm not quite ready to do that.  I'm close.

8          I will say that I think in some circumstances the choice

9     may not matter to my ultimate disposition.  But, Mr. Cohen, I

10    know you asked if I could provide the parties guidance before

11    the closings.  So my plan is to do so in advance of closings.

12         We would then do closings, which I would then reflect

13    on, and then I would pronounce my verdict.

14         So that then raises the question in my mind, at least,

15    of by when and for how long would the parties intend to do

16    closings.

17         Why don't we start with the government, since the

18    government will be going first and, maybe, last.

19         MS. BESSLER:  Yes, Your Honor.  I think it would be

20    around -- our closing would be around 25 minutes.

21         THE COURT:  Okay.  And just while you're speaking,

22    obviously, you have the opportunity for rebuttal, if you'd

23    like.  But by when would the government be prepared to do the

24    closing?

25         MS. BESSLER:  We can be ready today.

1           THE COURT:  Okay.  Mr. Cohen?

2           MR. COHEN:  Your Honor, I think my closing would take

3   about the same time.  Of course, contingent on any questions

4   the Court may ask.  We are also ready to proceed this afternoon

5   or this evening.

6           THE COURT:  I have a hard stop that makes the closing

7   today difficult for me.  Plus, I would like to give the parties

8   some guidance before the closing about just my thoughts on the

9   outstanding legal questions.

10          What about starting at 9:30 tomorrow where before

11  the -- basically, we start with 5 minutes of my describing

12  to you where I've landed on the outstanding disputed

13  instructions.

14          The government can do its closing.  You can do yours.

15  The government can rebut, as appropriate.  I may have

16  questions.

17              Then we would likely take a recess, perhaps over the

18  lunch break.  I do have some other hearings.  And then I would

19  do the verdict in the early afternoon.

20          Any strong objection to proceeding that way?

21          MR. COHEN:  Not from the defense, Your Honor.  Just

22  as, I think, a personal logistic matter for our team --

23          THE COURT:  Yes.

24          MR. COHEN:  -- since we are intending to return home

25  when the trial is over, do you think it would be safe for us to

1    make travel plans for tomorrow evening?

2              THE COURT:  From my perspective, yes.

3              MR. COHEN:  Okay.

4              THE COURT:  But if the parties throw a wrench in that

5    plan for some reason, I can't make any ultimate promises.  But

6    my plan would be to have the matter entirely wrapped up

7    tomorrow.

8              MR. COHEN:  Certainly understandable, Your Honor.

9    Thank you.

10             THE COURT:  Very well.

11          Does that work for the government?

12             MS. BESSLER:  That works for the government.

13             THE COURT:  So I have a way to go.  We'll start at

14   9:30 on the record.  I will, again, give my views on the

15   disputed legal elements, have the government close, defense

16   closing, government rebuttal, recess, verdict.  Okay?

17             Thank you, all.

18             (Proceedings were concluded at 4:12 p.m.)

19

20

21

22

23

24

25

1          CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3          I, Nancy J. Meyer, Registered Diplomate Reporter,

4     Certified Realtime Reporter, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of my

6     stenograph notes and is a full, true, and complete transcript

7     of the proceedings to the best of my ability.

8

9                    Dated this 22nd day of June, 2023.

10

11               /s/ Nancy J. Meyer
                 Nancy J. Meyer
12               Official Court Reporter
                 Registered Diplomate Reporter
13               Certified Realtime Reporter
                 333 Constitution Avenue Northwest
14               Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**0**

**0** [2] - 15:9, 67:15
**001** [1] - 160:5

**1**

**1** [32] - 8:9, 8:10, 16:18, 26:24, 32:12, 32:17, 42:20, 84:21, 90:7, 93:25, 95:10, 101:12, 101:21, 102:14, 102:20, 104:8, 104:25, 110:22, 121:16, 121:23, 122:13, 125:11, 131:24, 133:1, 133:2, 134:2, 134:24, 136:20, 137:12, 154:11
**10** [8] - 49:4, 74:7, 82:22, 83:16, 114:8, 119:14, 119:20, 121:11
**1000** [25] - 105:9, 105:17, 106:4, 106:20, 106:25, 108:1, 108:22, 110:12, 120:2, 121:7, 122:12, 125:4, 125:15, 125:21, 126:23, 127:14, 127:17, 128:17, 129:1, 130:3, 130:12, 130:16, 131:3, 134:2, 136:19
**1003** [1] - 142:19
**101** [1] - 3:20
**103** [1] - 4:5
**10:50** [2] - 55:3
**11** [8] - 24:13, 28:15, 42:3, 49:4, 105:10, 105:24, 108:7, 119:14
**111** [3] - 3:16, 162:16, 166:22
**113** [1] - 3:17
**118** [1] - 3:22
**11:14** [1] - 106:20
**11:24** [1] - 106:20
**12** [4] - 42:3, 121:17, 154:7, 154:15
**120** [8] - 159:15, 159:24, 160:2, 160:4, 160:5, 160:12, 160:17, 160:18
**120**..........................
[1] - 4:9
**124** [1] - 3:21

**126** [1] - 3:15
**12:40** [1] - 90:15
**12:45** [2] - 90:11, 90:15
**13** [5] - 42:3, 93:25, 122:13, 154:17, 154:23
**1300** [2] - 8:22, 42:20
**132** [1] - 3:20
**136** [1] - 3:21
**138** [1] - 3:18
**14** [16] - 33:9, 41:19, 41:20, 41:22, 41:25, 42:3, 42:6, 42:8, 43:1, 101:13, 105:10, 105:25, 106:12, 122:13, 122:17, 136:20
**140** [1] - 3:23
**141** [3] - 3:23, 3:24, 3:24
**142** [8] - 3:25, 3:25, 4:3, 4:4, 4:4, 4:5, 4:6, 4:6
**148** [1] - 4:7
**14:46** [1] - 19:18
**14:47** [1] - 20:16
**14:48** [1] - 23:14
**15** [15] - 3:16, 32:17, 33:5, 33:7, 77:4, 90:10, 98:23, 109:7, 110:11, 120:15, 121:11, 128:17, 135:6, 154:20, 155:1
**151** [1] - 4:7
**1512** [3] - 162:12, 163:19, 163:20
**153** [1] - 4:8
**156** [1] - 3:9
**15:06:19** [1] - 59:6
**15:06:26** [1] - 63:13
**15:06:29** [2] - 55:10, 56:17
**15:06:36** [1] - 57:12
**15:06:50** [1] - 60:21
**15:06:58** [1] - 85:18
**15:07:08** [1] - 84:15
**15:07:15** [1] - 62:23
**15:07:16** [1] - 80:1
**15:07:17** [2] - 85:13, 86:2
**15:07:19** [1] - 81:22
**15:07:20** [2] - 63:4, 76:23
**15:07:23** [3] - 89:8, 89:9, 89:16
**15:07:24** [1] - 89:8
**15:07:26** [1] - 66:25
**15:07:29** [2] - 67:2, 77:8

**15:07:33** [2] - 63:1, 83:22
**15:20** [1] - 31:11
**15:21** [1] - 32:23
**15:34** [1] - 33:8
**16** [1] - 127:21
**160** [1] - 4:9
**16:07** [2] - 33:21, 33:23
**16:08** [1] - 34:22
**16th** [2] - 9:6, 9:7
**17** [2] - 91:7, 109:3
**18** [2] - 32:13, 125:8
**19** [4] - 3:13, 125:13, 134:6, 137:16
**1:00** [2] - 90:8, 123:11
**1:03:54** [1] - 133:15
**1:04:09** [1] - 133:19
**1:05** [1] - 92:24
**1:07** [1] - 92:24
**1:09** [1] - 27:3
**1:14** [1] - 100:18
**1:22** [2] - 17:15, 135:5
**1:24** [1] - 27:12
**1:27** [2] - 17:3, 17:6
**1:38** [1] - 98:16

**2**

**2** [10] - 27:7, 60:15, 63:13, 65:15, 74:4, 74:6, 77:3, 86:24, 120:21, 151:25
**20** [3] - 85:18, 85:19, 165:1
**201** [7] - 58:12, 58:21, 58:23, 58:25, 62:11, 62:12, 74:3
**201**..........................
[1] - 3:12
**2014** [1] - 41:11
**202** [7] - 78:13, 78:17, 79:3, 79:10, 79:11, 79:13, 84:13
**202**..........................
[1] - 4:10
**2020** [8] - 142:22, 148:15, 152:19, 154:6, 156:9, 156:22, 158:25, 166:19
**2021** [33] - 7:17, 8:17, 8:18, 41:14, 42:12, 42:15, 42:16, 55:13, 67:25, 91:14, 91:20, 91:23, 93:9, 94:21, 96:23, 98:3, 101:1, 105:3, 105:23, 113:16, 114:20, 124:19, 126:12,

132:7, 136:8, 138:6, 139:1, 139:23, 142:15, 153:9, 155:10, 155:15, 161:15
**203** [5] - 30:18, 30:21, 30:25, 31:1, 35:8
**203**..........................
[1] - 3:12
**204** [16] - 54:23, 55:9, 56:8, 56:9, 56:11, 56:12, 57:3, 61:7, 62:12, 62:14, 63:6, 63:7, 88:17, 88:18, 88:21, 88:22
**204**..........................
[1] - 3:13
**21** [2] - 42:3, 134:2
**21-189** [1] - 5:3
**210** [5] - 18:15, 19:4, 19:8, 19:9, 20:8
**210**..........................
[1] - 3:13
**211** [4] - 26:3, 26:6, 26:9, 26:11
**211**..........................
[1] - 3:14
**212** [11] - 63:3, 63:6, 63:7, 63:8, 63:10, 63:11, 63:12, 65:14, 67:1, 88:21, 88:23
**212**..........................
[1] - 3:14
**21st** [1] - 142:22
**22** [7] - 16:18, 31:2, 42:3, 49:4, 79:14, 134:24, 138:7
**22nd** [1] - 154:6
**23** [4] - 15:20, 15:23, 42:3, 106:24
**24** [4] - 41:23, 42:3, 89:9, 89:16
**24th** [1] - 148:15
**25** [6] - 104:21, 112:10, 129:2, 131:8, 134:23, 173:20
**26** [2] - 3:14, 95:19
**27** [2] - 101:22, 102:14
**28** [2] - 102:20, 108:2
**28:11** [1] - 108:23
**28** [8] - 109:14, 110:6, 162:9, 163:4, 163:12, 167:5, 167:6, 167:11
**2:00** [1] - 123:10
**2:12** [2] - 106:12, 106:24
**2:12:14** [1] - 106:25
**2:12:23** [1] - 107:1

**2:13** [1] - 108:12
**2:14** [2] - 108:7, 109:3
**2:14:11** [2] - 108:14, 109:4
**2:14:17** [1] - 109:5
**2:17** [2] - 109:20, 110:11
**2:17:09** [1] - 110:12
**2:17:15** [1] - 110:13
**2:33** [1] - 120:13
**2:33:47** [1] - 120:21
**2:34** [2] - 120:19, 121:6
**2:34:08** [1] - 120:21
**2:34:35** [1] - 121:8
**2:36** [1] - 121:25
**2:37** [4] - 122:17, 125:8, 125:13, 125:20
**2:37:19** [2] - 125:22, 127:14
**2:37:45** [1] - 125:22
**2:38** [2] - 127:21, 128:7
**2:39** [2] - 27:18, 128:21
**2:40** [1] - 129:2
**2:46** [1] - 19:22

**3**

**3** [10] - 67:2, 74:4, 74:6, 75:7, 75:16, 77:3, 96:9, 97:6, 131:24, 133:2
**3-minute** [1] - 69:5
**30** [3] - 112:10, 159:15, 159:16
**302** [8] - 126:2, 126:11, 126:13, 126:15, 126:17, 127:13, 161:10, 161:12
**302**..........................
[1] - 3:15
**305** [7] - 96:8, 96:16, 96:18, 96:20, 97:5, 97:6, 97:12
**305**..........................
[1] - 3:15
**307** [11] - 14:21, 14:24, 15:1, 15:3, 15:10, 16:17, 18:12, 18:15, 20:4, 20:7, 36:20
**307**..........................
[1] - 3:16
**31** [2] - 3:12, 128:21
**310** [6] - 110:19, 111:4, 111:6, 111:7, 112:4, 112:8

**310**...........................
[1] - 3:16
**312** [4] - 94:12, 94:22, 94:24, 95:1
**312**...........................
[1] - 3:17
**314** [4] - 113:8, 113:17, 113:19, 113:21
**314**...........................
[1] - 3:17
**315** [1] - 129:11
**316** [6] - 99:12, 99:19, 99:21, 99:23, 100:8, 100:17
**316**...........................
[1] - 3:18
**317** [4] - 138:8, 138:15, 138:17, 138:19
**317**...........................
[1] - 3:18
**319** [4] - 92:23, 93:10, 93:12, 93:14
**319**...........................
[1] - 3:19
**32** [1] - 49:5
**325** [5] - 97:19, 98:4, 98:7, 98:8, 98:15
**325**...........................
[1] - 3:19
**326** [6] - 100:18, 101:2, 101:4, 101:6, 102:1, 102:14
**326**...........................
[1] - 3:20
**328** [2] - 107:3, 107:9
**33** [2] - 120:21, 128:23
**331** [3] - 131:23, 132:10, 132:12
**331**...........................
[1] - 3:20
**333** [6] - 123:5, 124:3, 124:10, 124:12, 124:13, 124:24
**333**...........................
[1] - 3:21
**337** [4] - 135:18, 135:25, 136:2, 136:3
**337**...........................
[1] - 3:21
**338** [5] - 67:13, 68:1, 68:3, 68:5, 69:10
**338**...........................
[1] - 3:22
**34** [1] - 137:1
**345** [8] - 114:11, 114:21, 115:17, 115:18, 118:1, 118:6, 118:25,

119:13
**345**...........................
[1] - 3:22
**35** [4] - 110:20, 111:14, 121:6, 130:17
**36** [3] - 3:5, 114:12, 121:17
**37** [2] - 67:2, 135:10
**39** [1] - 26:19
**3:00** [1] - 70:12
**3:03** [2] - 130:17, 131:8
**3:04** [1] - 130:8
**3:07** [2] - 134:6, 135:10
**3:07:17** [1] - 134:23
**3:10** [1] - 27:16
**3:35** [1] - 137:1
**3:36** [1] - 137:16

## 4

**4** [13] - 28:14, 41:22, 41:25, 42:1, 42:4, 82:9, 95:19, 122:5, 133:2, 159:15, 159:16, 160:15, 160:25
**40** [3] - 3:6, 63:13, 160:15
**403** [2] - 114:25, 116:19
**41** [1] - 112:21
**413** [3] - 6:3, 6:4, 40:8
**43** [1] - 121:2
**44** [2] - 31:12, 31:16
**44:55** [1] - 120:2
**45** [4] - 120:14, 121:1, 125:20, 128:23
**45:43** [1] - 121:8
**47** [2] - 120:13, 160:25
**48** [2] - 97:20, 109:14
**48:11** [1] - 62:14
**48:26** [2] - 125:5, 127:14
**48:47** [1] - 125:15
**49** [2] - 127:18, 128:2
**4:00** [4] - 70:12, 170:8, 170:20
**4:12** [1] - 175:18
**4:14** [1] - 94:13
**4:15** [1] - 121:8
**4:49** [1] - 23:20

## 5

**5** [9] - 8:9, 19:10, 24:4, 86:13, 86:22, 108:2, 110:14, 121:25,

174:11
**50** [6] - 31:24, 32:2, 128:7, 128:17, 128:22, 136:20
**507** [1] - 142:12
**51** [6] - 7:21, 8:4, 8:7, 8:10, 8:23, 137:12
**519** [1] - 142:12
**52** [2] - 65:15, 119:1
**525** [6] - 139:13, 139:24, 140:14, 140:16, 140:17, 143:2
**525**...........................
[1] - 3:23
**52:17** [1] - 130:13
**52:21** [1] - 130:4
**52:55** [2] - 130:10, 130:13
**53** [1] - 110:7
**532** [3] - 140:19, 141:23, 143:14
**532**...........................
[1] - 3:23
**537** [3] - 140:21, 141:24, 143:24
**537**...........................
[1] - 3:24
**53:12** [1] - 131:4
**54** [1] - 133:2
**544** [4] - 140:23, 141:25, 144:10, 144:24
**544**...........................
[1] - 3:24
**545** [2] - 140:25, 145:6
**55** [1] - 134:3
**56** [1] - 3:13
**572** [3] - 141:5, 142:1, 145:19
**572**...........................
[1] - 3:25
**574** [3] - 141:9, 142:2, 146:8
**574**...........................
[1] - 3:25
**575** [3] - 141:7, 142:3, 145:24
**575**...........................
[1] - 4:3
**576** [3] - 141:15, 142:4, 147:18
**576**...........................
[1] - 4:4
**579** [3] - 141:17, 142:5, 147:25
**579**...........................
[1] - 4:4
**58** [2] - 3:12, 79:15
**59** [1] - 131:24

**592** [1] - 142:20
**5:59** [1] - 19:19
**5th** [3] - 153:9, 156:24, 156:25

## 6

**6** [7] - 3:4, 82:10, 110:20, 111:14, 112:21, 119:20, 139:23
**604** [1] - 153:20
**607** [1] - 142:20
**611** [1] - 142:12
**614** [1] - 142:12
**616** [1] - 142:13
**617** [3] - 141:11, 142:6, 146:17
**617**...........................
[1] - 4:5
**618** [5] - 103:1, 103:12, 103:19, 103:22, 103:24
**618**...........................
[1] - 4:5
**619** [2] - 103:11, 103:13
**621** [4] - 141:2, 141:4, 142:7, 145:12
**621**...........................
[1] - 4:6
**626** [4] - 141:13, 142:8, 142:13, 147:9
**626**...........................
[1] - 4:6
**628** [1] - 142:13
**629** [1] - 142:13
**63** [1] - 3:14
**630** [4] - 148:6, 148:16, 148:18, 148:20
**630**...........................
[1] - 4:7
**632** [5] - 150:13, 151:1, 151:11, 152:14, 156:17
**632**...........................
[1] - 4:7
**634** [3] - 153:11, 153:22, 153:23, 158:8, 158:15
**634**...........................
[1] - 4:8
**635** [1] - 155:5
**672** [1] - 142:20
**68** [1] - 3:22
**6:19** [1] - 20:11
**6:35** [1] - 112:8
**6:41** [2] - 112:4, 112:8
**6th** [73] - 7:17, 7:19,

8:17, 8:18, 8:21, 9:1, 10:17, 15:18, 16:4, 18:17, 22:3, 22:23, 36:6, 36:10, 41:14, 42:12, 42:15, 42:16, 42:18, 44:2, 45:7, 45:23, 46:24, 47:6, 47:15, 51:3, 55:13, 56:15, 61:11, 61:12, 67:25, 70:10, 71:2, 71:16, 73:2, 89:23, 91:17, 91:20, 91:23, 91:25, 93:8, 94:20, 96:23, 98:2, 100:16, 101:1, 105:3, 105:23, 113:16, 114:19, 124:19, 126:12, 132:7, 136:8, 138:5, 139:1, 142:15, 152:7, 155:9, 155:15, 157:12, 157:17, 157:21, 158:6, 161:15, 163:24, 164:10, 164:11, 164:12

## 7

**7** [2] - 8:9, 130:8
**7-second** [1] - 69:8
**71** [1] - 3:6
**727** [1] - 149:20
**79** [1] - 4:10
**7:10** [2] - 23:1, 23:4

## 8

**8** [1] - 120:19
**84** [1] - 3:7
**87** [1] - 3:7
**8:40** [2] - 23:16, 23:19

## 9

**9** [11] - 19:11, 24:12, 24:16, 26:25, 77:11, 109:20, 114:12, 119:1, 133:3, 152:13
**90** [1] - 3:8
**906** [5] - 19:3, 26:5, 30:20, 56:7, 63:5
**911** [16] - 14:23, 67:23, 93:6, 94:18, 96:14, 97:25, 99:17, 100:23, 111:2, 113:13, 114:17, 124:8, 126:10, 132:4, 135:23, 138:13
**913** [5] - 103:6,

103:15, 139:20, 150:23, 153:17
**93** [1] - 3:19
**95** [1] - 3:17
**96** [1] - 3:15
**98** [1] - 3:19
**99** [1] - 3:18
**9:30** [2] - 174:10, 175:14
**9:43** [1] - 25:15

## A

**ability** [3] - 25:10, 29:12, 35:4
**able** [16] - 21:24, 25:6, 29:23, 30:7, 32:24, 47:2, 62:1, 65:13, 66:17, 66:18, 66:20, 81:3, 107:19, 130:1, 153:5, 173:5
**absent** [1] - 167:22
**absolutely** [4] - 50:13, 65:6, 77:22, 150:10
**abundance** [1] - 160:9
**academy** [1] - 50:6
**Accept** [1] - 152:23
**access** [2] - 12:25, 154:5
**accessed** [2] - 148:15, 153:6, 164:9
**accidentally** [1] - 71:13
**accommodate** [1] - 170:12
**according** [1] - 109:9
**accurate** [14] - 38:2, 63:7, 67:24, 93:8, 94:20, 98:2, 100:25, 103:17, 113:15, 114:19, 132:6, 139:22, 142:14, 142:21
**accurately** [2] - 107:17, 149:11
**acquittal** [2] - 162:8, 163:4
**acted** [5] - 162:14, 164:2, 164:20, 164:23, 164:25
**actions** [3] - 101:18, 101:25, 112:8
**activate** [2] - 27:9, 27:11
**activated** [3] - 8:6, 8:12, 18:20
**actors** [1] - 151:22
**acts** [1] - 164:23
**actual** [3] - 8:5, 10:5, 29:15

**addition** [1] - 10:15
**additional** [3] - 84:12, 140:18, 155:22
**address** [2] - 5:23, 40:8
**adjacent** [1] - 108:18
**adjusting** [1] - 97:14
**adjustments** [1] - 46:14
**administered** [3] - 6:13, 40:18, 90:18
**admissible** [2] - 115:7, 142:17
**admission** [5] - 56:9, 114:22, 116:6, 151:1, 151:6
**admit** [25] - 58:21, 63:8, 68:1, 79:3, 93:10, 94:22, 96:16, 98:4, 99:19, 101:2, 103:19, 111:4, 113:17, 114:21, 115:15, 118:1, 124:10, 126:13, 132:8, 135:25, 138:15, 139:24, 148:16, 153:20, 159:23
**Admitted** [2] - 3:11, 4:2
**admitted** [84] - 15:1, 15:3, 19:8, 19:9, 26:9, 26:11, 30:25, 31:1, 56:11, 56:12, 58:23, 58:25, 62:18, 63:10, 63:11, 68:3, 68:5, 79:11, 79:13, 93:12, 93:14, 94:24, 95:1, 96:18, 96:20, 98:7, 98:8, 99:21, 99:23, 101:4, 101:6, 103:22, 103:24, 105:9, 107:4, 111:6, 111:7, 113:19, 113:21, 115:12, 115:18, 115:25, 118:2, 118:5, 118:6, 124:12, 124:13, 126:15, 126:17, 129:11, 132:10, 132:12, 136:2, 136:3, 138:17, 138:19, 140:15, 140:16, 140:17, 141:22, 141:23, 141:24, 141:25, 142:1, 142:2, 142:3, 142:4, 142:5, 142:6, 142:7, 142:8, 148:18, 148:20,

149:21, 151:7, 151:11, 153:22, 153:23, 155:12, 155:18, 160:2, 160:4, 160:12, 161:10
**advance** [2] - 58:16, 173:11
**advanced** [6] - 69:19, 98:23, 102:11, 109:7, 112:9, 165:21
**advice** [4] - 168:9, 168:18, 169:16, 170:5
**advised** [2] - 168:10, 172:16
**aerial** [1] - 120:10
**affect** [1] - 35:4
**affected** [2] - 25:5, 25:9
**affixed** [1] - 15:17
**African** [1] - 94:11
**afternoon** [5] - 42:20, 156:6, 156:7, 174:4, 174:19
**afterwards** [1] - 168:24
**agencies** [4] - 12:21, 13:10, 54:13, 54:14
**agency** [1] - 78:24
**agent** [4] - 91:5, 91:6, 91:15, 91:17
**Agent** [101] - 5:9, 90:3, 90:13, 90:23, 91:2, 93:1, 93:16, 94:3, 94:15, 95:13, 95:22, 96:11, 96:22, 97:22, 98:10, 98:19, 99:14, 99:25, 100:20, 101:8, 101:12, 101:25, 102:22, 103:3, 104:4, 104:12, 104:24, 105:13, 106:23, 107:6, 107:13, 107:19, 108:4, 108:8, 109:1, 109:16, 110:10, 110:24, 111:11, 111:18, 111:22, 112:7, 113:1, 113:10, 113:23, 114:14, 118:8, 119:4, 119:22, 120:5, 120:18, 121:20, 122:8, 122:16, 123:20, 124:5, 124:15, 125:1, 125:7, 125:11, 125:18,

126:5, 126:19, 127:6, 128:20, 129:17, 130:1, 130:7, 130:15, 132:1, 132:14, 132:24, 133:6, 134:5, 135:2, 136:5, 136:16, 139:8, 139:15, 143:16, 144:1, 144:12, 145:9, 147:2, 148:8, 148:22, 149:23, 150:3, 150:15, 151:13, 152:3, 152:16, 153:13, 153:25, 154:9, 155:8, 155:23, 156:6, 159:18, 161:14, 161:21
**agree** [18] - 37:20, 38:10, 71:16, 71:21, 72:13, 74:15, 76:2, 76:23, 77:17, 78:4, 78:23, 80:2, 81:23, 82:5, 83:20, 87:17, 87:24, 164:19
**agreed** [1] - 79:2
**ahead** [7] - 74:7, 76:18, 77:6, 80:17, 81:8, 82:13
**ahold** [1] - 135:12
**air** [7] - 10:24, 61:14, 62:8, 76:8, 121:12, 128:11, 135:3
**alleged** [2] - 88:12, 167:14
**allow** [3] - 13:25, 79:3, 170:12
**alluded** [1] - 115:1
**almost** [4] - 48:21, 49:23, 74:17, 99:5
**alone** [2] - 21:25, 152:10
**aloud** [2] - 154:11, 154:22
**altercation** [4] - 97:16, 97:17, 135:15, 136:17
**Amendment** [1] - 42:10
**America** [1] - 5:3
**American** [2] - 94:11, 151:18
**Americans** [2] - 151:15, 151:23
**amount** [2] - 38:17, 169:11
**Ana** [1] - 148:24
**analysis** [1] - 169:16
**angle** [4] - 66:8, 69:11,

69:18, 146:22
**angry** [1] - 64:23
**ankle** [1] - 92:14
**announced** [1] - 167:9
**anticipate** [1] - 168:2
**apologies** [3] - 19:2, 34:6, 103:22
**apologize** [11] - 40:7, 58:6, 62:11, 67:14, 69:8, 80:8, 88:20, 103:13, 115:16, 117:22, 163:19
**appear** [16] - 13:20, 14:16, 17:1, 20:1, 24:6, 25:2, 32:3, 32:24, 39:12, 60:7, 81:17, 85:21, 100:3, 104:6, 105:6, 127:13
**appeared** [14] - 12:7, 14:11, 27:21, 28:5, 34:21, 39:6, 39:14, 53:5, 98:24, 102:6, 110:14, 112:12, 120:22, 122:24
**apply** [1] - 167:6
**appreciate** [2] - 79:7, 161:21
**appreciated** [2] - 39:23, 89:23
**approached** [3] - 12:9, 43:8, 143:8
**appropriate** [2] - 123:8, 174:15
**approximate** [1] - 148:14
**area** [8] - 20:25, 81:20, 94:8, 130:22, 143:17, 145:10, 145:17, 145:22
**areas** [1] - 173:6
**argue** [2] - 171:3, 171:15
**argument** [1] - 171:13
**arguments** [1] - 171:10
**arm** [11] - 65:22, 66:3, 66:4, 66:11, 67:10, 75:13, 75:22, 76:1, 76:9, 92:15, 134:15
**armored** [1] - 147:24
**arms** [8] - 49:22, 73:10, 73:11, 76:8, 81:21, 100:5, 112:1, 165:7
**Arrests** [1] - 149:4
**arrived** [1] - 50:8
**arrow** [10] - 105:24, 106:2, 106:5, 106:9, 110:1, 121:21, 127:22, 131:21,

134:9, 137:2
**article** [4] - 92:19,
149:6, 149:12,
149:15
**ASP** [6] - 45:16, 47:20,
47:21, 48:1
**assault** [1] - 166:6
**assaulted** [3] - 10:5,
162:19, 166:1
**assaultive** [2] - 50:2,
167:14
**assaults** [1] - 10:4
**assemblies** [1] - 42:10
**asserted** [2] - 116:1,
116:7
**asserting** [2] - 116:11,
116:14
**assigned** [62] - 7:7,
7:20, 7:23, 8:8, 8:10,
8:11, 9:2, 9:8, 10:8,
11:10, 41:15, 41:19,
41:23, 91:15, 91:17
**assignment** [5] - 7:6,
7:19, 8:23, 41:12,
41:14
**assist** [3] - 7:10, 9:8,
12:21
**assistance** [1] - 51:10
**assume** [2] - 81:3,
163:6
**assumption** [1] -
169:10
**atop** [2] - 129:5,
131:19
**atrium** [4] - 118:9,
118:20, 119:24,
146:13
**attached** [2] - 10:18,
45:13
**attack** [1] - 50:5
**attempt** [1] - 149:4
**attempting** [6] - 13:17,
56:23, 59:22, 63:21,
166:17
**attempts** [1] - 14:3
**attention** [2] - 42:14,
57:12
**Attorney's** [1] - 91:16
**audio** [72] - 15:21,
16:19, 17:4, 17:16,
18:13, 19:20, 20:13,
23:2, 23:17, 24:5,
24:14, 25:13, 27:7,
27:19, 28:16, 31:14,
31:25, 32:14, 33:22,
34:17, 57:14, 60:10,
60:16, 60:22, 63:2,
63:15, 65:16, 67:3,
69:6, 74:13, 75:9,
75:18, 76:5, 76:13,

76:20, 77:15, 79:17,
80:6, 80:18, 81:9,
82:15, 82:23, 83:5,
85:20, 86:14, 86:23,
86:25, 88:15, 89:2,
89:4, 94:1, 95:20,
96:1, 101:23,
104:10, 104:12,
104:22, 115:19,
119:2, 119:15,
119:18, 127:4,
127:6, 133:4, 133:6,
133:20, 145:14,
146:25, 147:11,
150:4, 150:7
**audio-visual** [62] -
15:21, 16:19, 17:4,
17:16, 18:13, 19:20,
20:13, 23:2, 23:17,
24:5, 24:14, 25:13,
27:19, 28:16, 31:14,
31:25, 32:14, 33:22,
34:17, 57:14, 60:22,
63:2, 63:15, 65:16,
67:3, 69:6, 74:13,
75:9, 75:18, 76:5,
76:13, 76:20, 77:15,
79:17, 80:6, 80:18,
81:9, 82:15, 82:23,
83:5, 85:20, 86:14,
86:23, 86:25, 88:15,
89:2, 89:4, 94:1,
95:20, 101:23,
104:10, 104:22,
119:2, 119:15,
119:18, 127:4,
133:4, 133:20,
145:14, 146:25,
147:11, 150:7
**auditing** [2] - 152:18,
152:19
**AUSA** [1] - 5:8
**authentic** [6] - 58:20,
126:12, 139:21,
142:15, 150:24,
153:18
**authenticity** [21] -
14:23, 19:2, 26:5,
30:20, 56:8, 67:23,
93:7, 94:19, 96:15,
98:1, 99:18, 100:24,
103:7, 103:16,
111:3, 113:14,
114:18, 124:9,
132:5, 135:24,
138:14
**authored** [1] - 158:9
**available** [2] - 9:22,
170:18
**Avenue** [1] - 11:16

**aware** [1] - 147:7
**awareness** [2] - 150:4,
164:2

## B

**baby** [2] - 104:17,
147:17
**background** [4] -
104:24, 146:3,
147:23, 148:5
**backing** [1] - 110:21
**bad** [2] - 65:4, 151:22
**badge** [1] - 45:21
**bag** [1] - 46:17
**balcony** [1] - 118:23
**ball** [5] - 17:24, 28:22,
31:19, 34:12, 34:14
**ballistic** [3] - 10:14,
10:15, 45:11
**bangs** [1] - 165:3
**bar** [1] - 117:4
**base** [2] - 130:19,
145:18
**baseball** [9] - 60:5,
92:2, 93:23, 95:17,
97:3, 106:16,
118:19, 136:14,
139:3
**based** [9] - 29:1,
60:18, 114:23,
121:13, 123:2,
128:13, 147:2,
168:9, 169:15
**basic** [1] - 10:11
**baton** [77] - 45:17,
47:20, 47:21, 47:23,
48:1, 48:2, 48:3,
48:6, 48:9, 48:18,
48:20, 48:24, 49:2,
49:12, 49:21, 54:18,
57:19, 57:22, 57:23,
59:22, 63:20, 64:1,
64:3, 64:8, 64:15,
65:11, 65:13, 65:20,
66:1, 66:16, 66:18,
66:19, 66:21, 69:12,
69:14, 69:16, 69:22,
72:3, 72:6, 73:1,
73:18, 73:21, 74:2,
76:24, 77:7, 77:10,
77:23, 78:5, 78:9,
80:14, 81:16, 81:17,
82:1, 82:9, 83:3,
83:8, 83:18, 84:1,
85:14, 85:24, 86:16,
87:4, 87:16, 87:18,
87:19, 87:24, 88:3,
88:13, 89:1, 89:6,
89:11, 97:16,

135:12, 161:5,
166:3, 166:7
**beard** [1] - 31:19
**bearded** [1] - 92:21
**beaten** [1] - 64:24
**became** [1] - 97:15
**become** [1] - 91:11
**beforehand** [1] -
168:24
**began** [2] - 54:3, 70:4
**beginning** [7] - 61:24,
75:20, 75:22, 92:6,
97:13, 104:20, 126:3
**behalf** [4] - 5:16,
167:19, 168:22,
172:13
**behavior** [1] - 50:2
**behind** [10] - 50:25,
94:5, 110:17,
119:11, 131:14,
138:3, 138:24,
146:6, 165:10
**belief** [1] - 152:6
**belong** [1] - 63:24
**belt** [4] - 10:13, 10:19,
11:9, 45:14
**bench** [4] - 122:3,
131:10, 132:17,
166:25
**BESSLER** [87] - 5:7,
5:21, 6:1, 6:6, 6:10,
6:21, 14:20, 15:4,
15:8, 15:20, 15:22,
16:16, 16:20, 17:3,
17:5, 17:15, 17:18,
18:11, 18:14, 18:16,
19:1, 19:10, 19:12,
19:19, 19:21, 20:11,
20:14, 22:25, 23:3,
23:15, 23:18, 24:4,
24:8, 24:12, 24:15,
25:12, 25:14, 25:17,
26:2, 26:12, 26:18,
26:20, 26:24, 27:2,
27:12, 27:14, 27:18,
27:20, 28:14, 28:17,
30:17, 31:2, 31:4,
31:12, 31:15, 31:24,
32:1, 32:12, 32:15,
32:16, 33:5, 33:6,
33:21, 33:23, 33:24,
34:6, 34:9, 34:10,
34:16, 34:18, 34:19,
34:22, 34:24, 35:8,
35:9, 36:12, 39:20,
40:7, 40:13, 163:7,
163:10, 164:21,
164:24, 167:15,
173:19, 173:25,
175:12

**Bessler** [1] - 5:8
**Bessler...............** [1] -
3:4
**best** [1] - 92:1
**betrayed** [1] - 152:9
**better** [6] - 48:8, 62:2,
72:14, 72:21, 118:9,
145:10
**between** [11] - 13:12,
14:15, 21:8, 23:10,
90:15, 94:9, 112:8,
136:18, 136:23,
148:23, 171:8
**beyond** [6] - 162:10,
163:16, 163:17,
163:21, 166:21
**bicycle** [1] - 45:1
**Biden's** [3] - 95:7,
96:7, 164:13
**bike** [16] - 42:4, 42:6,
44:16, 44:22, 45:22,
46:13, 46:16, 46:17,
46:18, 47:12, 57:6,
59:17, 59:19,
143:12, 144:18,
145:11
**bikes** [3] - 41:23,
42:25, 43:14
**binders** [1] - 6:7
**bit** [16] - 7:13, 16:9,
16:10, 24:17, 30:13,
43:25, 44:23, 56:3,
73:1, 83:14, 97:2,
99:4, 114:6, 115:6,
122:19, 122:25
**bitch** [1] - 127:10
**bits** [1] - 51:13
**black** [13] - 17:1,
19:25, 46:8, 48:21,
48:22, 48:23, 58:1,
92:5, 92:7, 97:3,
112:1, 134:20
**black-and-gray** [1] -
97:3
**black-and-white** [2] -
17:1, 19:25
**black-and-yellow** [1] -
134:20
**block** [6] - 95:7, 96:6,
164:13
**blocking** [1] - 147:7
**blue** [30] - 18:1, 28:21,
34:15, 45:9, 45:10,
47:10, 60:3, 60:25,
64:6, 65:25, 66:10,
67:6, 68:25, 69:13,
69:21, 70:4, 76:15,
84:24, 86:4, 92:1,
92:2, 93:23, 95:17,
97:3, 106:16,

118:19, 131:19,
136:14, 139:3
**blue-camouflaged** [2]
- 93:23, 106:16
**bluish** [1] - 47:11
**blurry** [1] - 16:9
**body** [31] - 18:18,
18:24, 26:16, 27:5,
27:9, 27:10, 31:8,
55:12, 55:15, 56:5,
56:14, 57:3, 58:14,
58:16, 59:2, 60:8,
60:10, 60:11, 60:21,
61:7, 62:20, 73:4,
78:23, 80:21, 81:15,
88:8, 88:11, 88:23,
89:10, 100:6, 166:4
**body-camera** [1] -
78:23
**body-worn** [18] -
18:18, 18:24, 27:9,
27:10, 55:12, 55:15,
56:5, 56:14, 57:3,
58:14, 58:16, 59:2,
60:8, 60:10, 60:11,
60:21, 61:7, 62:20
**body-worn-camera**
[6] - 26:16, 31:8,
88:8, 88:11, 88:23,
89:10
**boom** [2] - 104:24,
105:1
**boot** [1] - 45:9
**bottleneck** [3] - 29:21,
30:10, 30:13
**bottles** [1] - 10:5
**bottom** [9] - 16:17,
45:8, 74:11, 85:7,
97:2, 101:14, 144:7,
144:14, 144:16
**breached** [2] - 50:24,
108:9
**breaching** [2] - 92:17,
117:1
**break** [12] - 54:25,
55:5, 90:12, 90:16,
114:4, 114:9, 115:6,
123:7, 123:9,
166:17, 170:13,
174:18
**breath** [1] - 46:17
**breathe** [2] - 62:1,
62:10
**breathing** [1] - 61:25
**Breen** [1] - 149:18
**Brianna** [1] - 5:10
**brief** [2] - 36:12,
161:11
**briefly** [2] - 33:10,
162:7

**bring** [7] - 6:11, 14:20,
40:5, 157:16,
157:19, 163:7
**brings** [1] - 81:19
**broad** [2] - 42:11
**broke** [2] - 53:4, 102:3
**broken** [2] - 70:18,
108:21
**bubbles** [2] - 148:25,
149:3
**Building** [11] - 12:16,
44:3, 51:4, 51:6,
70:13, 95:4, 128:14,
138:5, 159:10,
161:15, 163:1
**building** [11] - 47:17,
52:19, 53:1, 53:14,
70:16, 70:17, 70:19,
70:23, 108:9,
121:14, 138:4
**bulk** [1] - 142:11
**bump** [1] - 120:24
**bunch** [1] - 53:4
**burden** [6] - 162:9,
163:2, 163:17,
163:21, 166:6,
166:21
**burning** [2] - 62:9
**button** [8] - 27:6, 27:8,
27:10, 60:15, 60:16,
92:22, 107:20
**button-down** [1] -
92:22

## C

**cabined** [1] - 166:14
**calf** [2] - 92:14
**cam** [3] - 73:4, 80:21,
81:15
**camera** [33] - 18:18,
18:24, 21:1, 25:2,
26:16, 27:9, 27:10,
31:8, 55:12, 55:15,
56:5, 56:14, 57:3,
58:14, 58:16, 59:2,
60:8, 60:10, 60:11,
60:21, 61:7, 62:20,
78:23, 80:21, 88:8,
88:11, 88:23, 89:10,
95:25, 97:14,
118:18, 120:9,
120:10
**cameras** [1] - 27:5
**camouflaged** [3] -
92:2, 93:23, 106:16
**canister** [1] - 145:4
**cap** [13] - 17:24,
28:22, 31:19, 34:12,
34:14, 60:5, 92:2,

95:17, 97:3, 106:17,
118:19, 136:14,
139:3
**Capitol** [115] - 9:14,
9:22, 9:24, 10:2,
10:7, 10:22, 11:14,
11:17, 11:18, 12:1,
12:3, 12:8, 12:13,
12:16, 13:3, 13:10,
14:6, 18:20, 19:13,
21:5, 21:24, 23:8,
24:23, 25:19, 26:1,
28:6, 32:11, 32:20,
33:13, 33:20, 35:4,
35:11, 35:14, 35:17,
35:19, 36:2, 36:4,
42:22, 42:24, 43:3,
43:7, 43:21, 43:23,
43:24, 44:1, 44:3,
44:4, 44:6, 44:14,
50:9, 50:23, 51:2,
51:4, 51:6, 53:2,
53:5, 54:12, 56:18,
56:20, 62:25, 67:19,
68:8, 70:10, 70:13,
91:20, 91:22, 92:6,
92:8, 92:17, 95:4,
95:8, 95:23, 95:25,
96:7, 101:11,
104:18, 105:2,
105:16, 105:19,
108:15, 109:12,
112:17, 114:3,
116:25, 117:1,
117:2, 128:14,
131:1, 134:8,
136:18, 136:24,
137:18, 138:5,
138:22, 138:23,
143:9, 143:19,
146:7, 146:15,
147:21, 148:3,
149:5, 155:9,
155:15, 159:10,
161:14, 163:1,
163:24, 164:14,
164:17, 165:1,
165:8, 166:16,
166:17
**Capitol's** [9] - 97:10,
98:12, 100:9,
105:14, 118:10,
118:23, 119:25,
129:21
**capture** [2] - 20:8,
61:6
**captured** [1] - 61:23
**career** [1] - 89:22
**careful** [1] - 48:16
**carried** [1] - 45:18

**carrier** [1] - 45:11
**carry** [3] - 11:9, 48:9,
49:5
**carryable** [1] - 48:13
**carrying** [3] - 22:8,
48:5, 49:15
**Case** [1] - 5:3
**case** [11] - 27:24, 28:1,
62:3, 91:11, 91:15,
156:20, 160:7,
167:18, 168:13,
168:22, 172:13
**caught** [1] - 46:16
**caveats** [1] - 60:18
**CCTV** [4] - 106:4,
124:1, 129:22,
165:20
**CDU** [16] - 7:20, 7:21,
7:22, 8:1, 8:4, 8:7,
8:12, 8:23, 10:13,
41:19, 41:20, 41:25,
42:3, 42:6, 42:8,
43:1
**ceiling** [1] - 52:23
**celebration** [2] -
102:5, 120:25
**cell** [12] - 34:21, 39:13,
130:21, 137:19,
139:19, 139:22,
148:13, 150:22,
150:25, 153:3,
153:19, 154:4
**center** [12] - 16:17,
19:24, 34:4, 61:3,
67:5, 93:19, 118:22,
119:24, 131:18,
131:19, 136:15
**certain** [7] - 11:11,
23:21, 35:10, 47:4,
115:9, 115:13,
168:21
**certainly** [3] - 39:5,
159:1, 175:8
**certainty** [1] - 162:18
**certification** [3] -
164:6, 164:8, 166:19
**chairman** [2] - 158:11,
158:17
**Chairman's** [1] - 154:1
**chamber** [13] - 13:6,
13:8, 13:12, 13:22,
14:14, 14:17, 20:25,
23:22, 25:20, 36:21,
38:4, 145:23, 165:22
**chambers** [2] - 15:13,
19:14
**chance** [5] - 21:15,
152:7, 170:23,
171:3, 171:9
**changed** [1] - 45:5

**chant** [4] - 17:19,
34:2, 37:18, 165:22
**chanting** [5] - 15:23,
16:3, 21:23, 33:25,
43:21
**chants** [6] - 16:6,
18:3, 20:18, 36:24,
37:3, 37:11
**Chaos** [2] - 152:4,
152:5
**chaotic** [1] - 71:24
**characteristics** [1] -
31:18
**characterization** [2] -
111:22, 113:5
**characterize** [1] -
107:17
**charge** [2] - 169:7
**charged** [6] - 115:2,
116:16, 116:25,
117:3, 162:11
**charges** [3] - 117:5,
166:22, 167:2
**chest** [1] - 81:20
**chicken** [1] - 99:5
**chilly** [1] - 45:2
**choice** [3] - 168:6,
172:18, 173:8
**choose** [2] - 48:9,
49:5
**chooses** [1] - 169:23
**circle** [15] - 16:14,
34:8, 57:22, 59:12,
107:11, 107:19,
111:16, 112:24,
118:15, 124:24,
129:15, 130:1,
130:24, 132:21,
136:11
**circled** [13] - 16:17,
22:19, 32:3, 57:23,
58:1, 99:25, 107:14,
111:19, 113:2,
118:17, 125:1,
129:18, 132:25
**circling** [12] - 15:14,
16:21, 19:24, 22:5,
28:18, 34:4, 66:3,
130:22, 136:13,
143:10, 144:5,
144:14
**circular** [2] - 118:23,
119:23
**circumstances** [1] -
173:8
**city** [1] - 8:13
**civil** [5] - 7:20, 8:1,
14:16, 41:16, 143:19
**civilly** [1] - 13:17
**clarification** [1] -

157:2
**clarify** [1] - 87:22
**clauses** [1] - 152:17
**clear** [17] - 14:6, 14:9, 21:24, 26:1, 29:3, 29:12, 30:6, 35:4, 57:1, 88:13, 97:15, 107:19, 107:21, 160:16, 161:4, 166:2, 171:19
**cleared** [8] - 35:10, 35:13, 35:17, 35:19, 58:9, 161:15, 161:16, 162:21
**clearing** [5] - 15:5, 24:23, 24:24, 58:7, 59:13
**click** [1] - 107:21
**climb** [2] - 108:20, 130:19
**climbed** [3] - 122:22, 122:25, 131:12
**climbs** [2] - 128:9, 129:4
**cling** [1] - 152:5
**clip** [22] - 15:24, 18:2, 23:25, 27:15, 27:21, 28:4, 28:7, 28:8, 28:23, 33:25, 120:20, 122:18, 125:21, 126:22, 127:6, 128:8, 129:3, 130:18, 131:9, 135:2, 135:11, 137:17
**clipped** [2] - 46:15, 46:17
**clips** [1] - 88:23
**close** [5] - 37:22, 80:15, 94:6, 173:7, 175:15
**closed** [1] - 173:2
**closer** [5] - 33:17, 33:18, 33:19, 56:3, 132:15
**closer-in** [1] - 132:15
**closest** [1] - 12:25
**closing** [8] - 171:10, 173:20, 173:24, 174:2, 174:6, 174:8, 174:14, 175:16
**closings** [8] - 167:10, 169:8, 169:10, 169:22, 173:11, 173:12, 173:16
**clothes** [1] - 54:16
**clothing** [1] - 92:20
**co** [1] - 91:15
**co-case** [1] - 91:15
**Coates** [2] - 15:6,

170:17
**coats** [1] - 134:21
**cobalt** [1] - 47:10
**cock** [1] - 112:12
**COHEN** [18] - 5:12, 5:14, 167:19, 168:1, 168:8, 168:11, 170:12, 170:16, 170:19, 170:25, 172:19, 172:23, 172:25, 174:2, 174:21, 174:24, 175:3, 175:8
**Cohen** [13] - 5:13, 5:14, 162:6, 168:4, 168:5, 168:16, 170:11, 170:23, 171:21, 172:15, 172:22, 173:9, 174:1
**collapse** [1] - 48:10
**collapsed** [4] - 48:13, 49:2, 49:4, 49:8
**collapsible** [1] - 48:7
**collars** [1] - 27:22
**collegiality** [1] - 79:8
**colloquy** [3] - 118:3, 167:24, 168:2
**color** [9] - 17:25, 31:20, 31:22, 34:12, 34:14, 34:15, 47:10, 48:20, 113:3
**colored** [1] - 68:16
**Columbia** [1] - 41:8
**column** [1] - 111:20
**combined** [1] - 131:1
**coming** [6] - 65:22, 66:13, 127:10, 127:11, 171:6
**Commander** [1] - 51:19
**commands** [3] - 21:20, 29:3, 29:4
**comment** [1] - 143:3
**committed** [1] - 162:10
**Committee** [2] - 154:2, 158:12
**committee** [1] - 158:18
**communications** [1] - 158:5
**complaining** [2] - 119:7, 119:9
**compliance** [1] - 11:10
**compliant** [7] - 29:4, 29:6, 29:11, 33:4, 33:15, 35:1, 35:3
**complying** [8] - 13:19, 16:15, 107:12,

111:17, 112:25, 124:25, 129:16, 132:22
**compressed** [3] - 53:7, 82:3, 82:5
**computer** [1] - 163:8
**concern** [1] - 22:15
**concerned** [3] - 65:7, 65:8, 65:9
**concluded** [1] - 175:18
**concrete** [1] - 98:22
**conduct** [4] - 157:11, 164:3, 164:7, 167:14
**confer** [4] - 162:7, 168:25, 169:14, 170:23
**confirm** [1] - 160:8
**cons** [1] - 172:5
**conservative** [1] - 123:10
**consideration** [1] - 168:19
**Constitution** [1] - 11:16
**constriction** [1] - 62:2
**construction** [1] - 100:14
**contact** [10] - 10:6, 14:10, 81:17, 84:2, 85:14, 85:24, 86:9, 86:16, 87:4, 166:4
**contingent** [4] - 130:25, 134:17, 146:21, 174:3
**Contingent** [1] - 152:22
**continue** [4] - 25:12, 78:8, 78:9, 114:3
**continued** [8] - 4:1, 4:2, 70:4, 73:23, 78:5, 121:9, 122:19, 165:14
**continues** [2] - 78:7, 107:2
**continuing** [2] - 33:12, 53:9
**control** [10] - 9:9, 14:3, 21:13, 24:20, 24:21, 25:10, 49:23, 151:19, 151:21, 166:11
**conversation** [2] - 169:21, 169:24
**copies** [1] - 142:17
**copy** [1] - 63:7, 74:5
**corner** [6] - 37:21, 51:1, 68:16, 78:20, 81:19, 101:14
**correct** [47] - 8:24,

18:10, 20:6, 20:23, 23:12, 24:10, 26:15, 37:2, 37:9, 38:13, 38:21, 38:24, 39:10, 40:10, 59:3, 60:17, 73:19, 76:25, 82:11, 99:10, 99:11, 106:6, 106:10, 117:12, 155:13, 156:10, 157:9, 157:10, 157:13, 157:17, 157:18, 157:19, 157:20, 157:22, 158:7, 158:9, 158:12, 158:22, 158:25, 159:2, 159:5, 159:10, 164:21, 171:23, 172:3, 172:9, 172:10
**corruption** [1] - 152:23
**corruptly** [6] - 162:14, 164:20, 164:23, 164:24, 164:25, 167:4
**coughing** [1] - 25:7
**Counsel** [3] - 36:14, 71:6, 163:5
**counsel** [7] - 5:6, 71:18, 167:22, 168:9, 169:1, 169:15, 170:5
**counsel's** [2] - 92:21, 168:18
**count** [2] - 138:3, 162:12
**counts** [3] - 162:9, 162:16, 162:24
**couple** [9] - 12:10, 13:10, 37:1, 45:19, 73:20, 84:12, 85:12, 102:2, 149:17
**course** [2] - 39:8, 174:3
**COURT** [166] - 5:11, 5:13, 5:18, 5:24, 6:5, 6:9, 6:11, 6:17, 6:19, 15:1, 15:6, 19:7, 26:9, 30:24, 34:7, 36:14, 39:19, 39:21, 39:25, 40:2, 40:5, 40:12, 40:14, 40:16, 40:22, 54:24, 55:2, 55:8, 56:2, 56:11, 58:8, 58:10, 58:23, 60:12, 60:15, 63:10, 68:3, 71:6, 71:18, 79:5, 79:7, 79:11, 84:7, 87:8, 87:11, 88:6, 88:16, 88:19,

88:22, 89:3, 89:5, 89:9, 89:15, 89:18, 89:21, 89:25, 90:5, 90:15, 93:12, 94:24, 96:18, 98:6, 99:21, 101:4, 103:8, 103:11, 103:13, 103:21, 111:6, 111:9, 113:19, 114:5, 114:8, 115:6, 115:9, 115:13, 115:18, 115:24, 116:4, 116:9, 116:13, 116:18, 116:20, 116:22, 117:4, 117:11, 117:13, 117:17, 117:24, 118:2, 123:6, 123:17, 124:12, 126:9, 126:15, 132:10, 136:2, 138:17, 140:1, 140:3, 140:7, 140:11, 140:16, 141:21, 142:11, 142:25, 143:3, 148:18, 151:5, 151:7, 151:9, 153:22, 154:12, 154:16, 154:19, 154:21, 155:2, 155:21, 155:24, 156:3, 160:2, 160:5, 160:10, 160:16, 161:18, 161:20, 161:25, 162:2, 162:5, 163:5, 163:9, 164:19, 164:22, 166:24, 167:16, 167:21, 168:3, 168:9, 168:12, 168:15, 168:18, 168:21, 168:25, 169:3, 170:15, 170:17, 170:20, 170:22, 171:5, 171:25, 172:4, 172:7, 172:11, 172:15, 172:20, 172:22, 172:24, 173:1, 173:21, 174:1, 174:6, 174:23, 175:2, 175:4, 175:10, 175:13
**court** [1] - 7:12
**Court** [17] - 6:3, 14:8, 16:14, 21:7, 23:4, 28:3, 33:10, 35:23, 40:10, 41:3, 60:9, 74:4, 90:23, 118:20,

147:22, 170:12, 174:4

**Court's** [2] - 36:12, 161:11

**COURTROOM** [5] - 5:2, 6:12, 6:15, 40:20, 90:20

**courtroom** [2] - 92:17, 170:13

**cover** [1] - 44:24

**covering** [1] - 22:8

**covers** [1] - 46:9

**crime** [1] - 7:7

**crimes** [1] - 117:3

**Criminal** [1] - 5:2

**critical** [1] - 170:3

**cross** [4] - 36:15, 71:7, 87:10, 155:25

**Cross** [3] - 3:5, 3:6, 3:9

**CROSS** [3] - 36:16, 71:9, 156:4

**cross-examination** [2] - 71:7, 155:25

**Cross-Examination** [2] - 3:5, 3:6

**CROSS-EXAMINATION** [3] - 36:16, 71:9, 156:4

**Cross-Examination..** ............................ [1] - 3:9

**crowd** [33] - 9:9, 14:4, 21:13, 25:10, 37:3, 37:11, 38:12, 38:18, 47:4, 49:23, 59:23, 61:23, 61:24, 62:1, 63:22, 64:14, 64:16, 64:19, 64:23, 64:25, 65:10, 69:19, 72:2, 73:9, 73:12, 73:23, 77:21, 77:25, 78:5, 78:8, 112:9, 112:19, 166:8

**Crypt** [5] - 109:11, 109:18, 111:13, 112:16, 165:5

**CS** [4] - 11:3, 11:4, 11:6, 11:7

**current** [6] - 7:6, 41:12, 125:12, 125:18, 129:1, 130:15

**curse** [1] - 39:5

**cutout** [2] - 118:22, 119:23

## D

**D.C** [2] - 42:2, 164:10

**D.C.-based** [1] - 91:17

**damage** [2] - 36:2, 70:18

**damaged** [1] - 70:18

**dangerous** [1] - 21:14

**dark** [3] - 31:22, 48:21, 48:22

**darker** [4] - 34:15, 47:10, 113:3, 152:8

**date** [11] - 41:17, 42:14, 78:20, 96:22, 100:15, 105:22, 124:18, 136:7, 138:25, 148:14, 153:8

**days** [2] - 157:21, 166:15

**deadly** [3] - 64:17, 64:25, 166:12

**debris** [1] - 35:20

**December** [5] - 142:22, 148:15, 154:6, 156:9, 156:22

**decide** [4] - 52:17, 116:23, 140:9, 169:15

**decided** [2] - 171:4, 172:7

**deciding** [1] - 168:19

**decision** [5] - 65:11, 167:25, 168:13, 168:23, 170:4

**decisions** [1] - 169:19

**declining** [1] - 167:23

**Defendant** [4] - 4:9, 4:10, 79:13, 160:4

**DEFENDANT** [11] - 168:14, 168:17, 168:20, 168:23, 169:2, 171:24, 172:3, 172:6, 172:10, 172:14, 172:21

**defendant** [14] - 56:7, 58:19, 88:12, 113:14, 114:17, 138:13, 139:20, 150:23, 153:17, 163:22, 163:25, 164:2, 164:22, 164:4

**defendant's** [3] - 79:11, 103:18, 167:18

**defendants** [1] - 100:23

**Defender's** [1] - 5:15

**defending** [1] - 50:1

**defense** [32] - 14:22, 19:2, 26:4, 30:19, 40:10, 63:5, 67:22,

67:23, 74:5, 92:21, 93:6, 94:18, 95:3, 96:14, 97:25, 99:17, 100:24, 103:7, 103:16, 111:2, 117:17, 124:8, 126:11, 132:5, 135:23, 142:13, 142:20, 162:6, 170:18, 172:24, 174:21, 175:15

**Defense** [5] - 79:3, 79:10, 84:13, 160:17, 160:18

**defense's** [1] - 163:12

**defer** [3] - 167:5, 167:11, 167:12

**deferred** [1] - 167:17

**definitely** [1] - 53:20

**definitions** [1] - 167:9

**definitively** [1] - 39:2

**degree** [1] - 162:17

**degrees** [2] - 70:17, 70:22

**demeanor** [2] - 14:7, 33:2

**democracy** [1] - 157:8

**demote** [1] - 71:13

**denied** [1] - 167:16

**deny** [2] - 163:11, 167:12

**department** [1] - 18:18

**Department** [5] - 7:3, 41:8, 41:10, 55:16, 130:25

**department-issued** [1] - 18:18

**depicted** [1] - 161:4

**depiction** [9] - 67:24, 93:8, 94:20, 98:2, 100:25, 113:15, 114:19, 132:6, 139:22

**depictions** [2] - 142:14, 142:21

**depicts** [1] - 63:19

**deployed** [5] - 23:22, 24:2, 24:9, 24:18

**deploying** [1] - 24:7

**deployments** [1] - 70:19

**DEPUTY** [5] - 5:2, 6:12, 6:15, 40:20, 90:20

**describe** [22] - 11:18, 11:23, 13:2, 14:7, 14:14, 21:6, 28:3, 33:2, 33:10, 35:22, 59:13, 62:9, 93:18, 97:12, 99:3, 101:25,

122:8, 130:23, 131:16, 136:13, 144:17, 144:25

**described** [4] - 48:24, 54:16, 73:17, 143:22

**describing** [1] - 174:11

**description** [1] - 38:2

**designated** [1] - 42:4

**designed** [1] - 48:17

**desire** [1] - 164:10

**destruction** [1] - 70:22

**detail** [4] - 35:22, 67:18, 93:1, 94:15

**detailed** [1] - 157:4

**details** [6] - 96:11, 97:22, 99:14, 100:20, 103:3, 110:24

**detectives** [1] - 7:10

**determine** [2] - 53:24, 153:5

**determined** [1] - 171:6

**determining** [1] - 52:16

**diagonal** [1] - 131:22

**different** [16] - 11:5, 20:8, 40:9, 44:23, 47:19, 59:17, 61:7, 66:8, 69:11, 70:17, 70:20, 86:19, 99:4, 102:2, 114:2, 117:11

**differing** [1] - 48:10

**difficult** [4] - 15:5, 62:9, 62:10, 174:7

**difficulty** [1] - 59:13

**DIRECT** [3] - 6:20, 40:23, 90:21

**direct** [7] - 42:14, 53:9, 54:2, 54:10, 56:23, 59:23, 72:1

**Direct** [3] - 3:4, 3:6, 3:8

**directed** [2] - 52:12, 57:1

**directing** [1] - 54:3

**direction** [5] - 56:24, 57:1, 65:22, 86:3, 112:11

**directly** [8] - 51:16, 68:15, 68:23, 106:3, 107:24, 121:21, 129:22, 139:19

**disagreement** [1] - 173:6

**disagreements** [1] - 171:8

**discuss** [1] - 55:4

**discussed** [6] -

122:8, 130:23, 131:16, 136:13, 144:17, 144:25

**described** [4] - 48:24, 54:16, 73:17, 143:22

132:16, 138:4, 159:24, 168:15, 172:1, 172:4

**discussing** [3] - 65:24, 67:7, 171:21

**discussion** [4] - 118:3, 118:4, 170:9, 172:8

**displayed** [1] - 153:22

**disposition** [1] - 173:9

**disputed** [5] - 167:2, 169:7, 171:7, 174:12, 175:15

**District** [8] - 5:16, 7:3, 7:8, 41:8, 41:13, 41:15, 41:18, 43:5

**district** [2] - 7:23, 8:8, 8:11

**districts** [1] - 42:2

**disturbance** [4] - 7:20, 8:1, 41:16, 143:20

**division** [1] - 41:22

**document** [17] - 150:15, 150:20, 150:21, 151:14, 151:17, 152:1, 153:1, 153:3, 153:5, 153:13, 153:15, 153:25, 154:3, 154:4, 154:5, 157:3, 159:8

**documents** [3] - 156:10, 156:11, 164:9

**done** [2] - 90:7, 169:9

**door** [18] - 52:20, 53:10, 54:2, 54:3, 54:11, 56:24, 57:2, 61:24, 107:25, 108:5, 109:6, 136:24, 137:10, 137:18, 138:23, 147:15, 148:4

**doors** [7] - 29:17, 29:21, 30:9, 30:12, 33:18, 33:19, 138:2

**doses** [1] - 45:19

**dot** [1] - 58:10

**double** [1] - 60:19

**doubt** [6] - 162:10, 163:16, 163:18, 163:21, 163:23, 166:21

**down** [36] - 7:12, 9:6, 9:9, 13:5, 18:14, 25:16, 30:17, 35:8, 35:15, 35:24, 43:20, 46:5, 48:15, 63:6, 64:18, 66:13, 67:12, 72:20, 74:11, 81:20,

81:21, 82:8, 88:20,
88:24, 92:22, 115:6,
118:23, 119:24,
123:1, 128:12,
139:6, 149:8, 155:1,
155:6, 165:15, 169:4
**downloaded** [6] -
150:21, 153:4,
156:10, 156:11,
156:22, 156:23
**dozens** [2] - 37:14,
162:18
**drew** [1] - 107:20
**dropped** [3] - 35:25,
44:15, 46:5
**due** [3] - 9:25, 21:11,
45:5
**during** [27] - 18:20,
23:21, 55:5, 67:7,
71:13, 91:19, 93:2,
94:16, 96:12, 97:23,
99:15, 100:21,
103:4, 107:6,
110:25, 113:10,
114:14, 124:5,
124:22, 126:5,
132:1, 135:20,
138:10, 155:18,
169:14, 170:13,
171:11
**duties** [1] - 8:25
**duty** [1] - 13:21

**E**

**early** [3] - 72:5, 91:12,
174:19
**easier** [1] - 118:15
**east** [24] - 11:24, 30:1,
30:4, 30:7, 30:14,
32:21, 33:3, 33:17,
35:1, 107:24,
136:23, 136:24,
137:10, 137:18,
137:23, 138:22,
138:23, 147:14,
147:21, 147:22,
148:3, 148:4
**edification** [1] - 88:7
**effect** [7] - 21:10,
21:23, 29:19, 64:12,
115:4, 133:12, 164:3
**effective** [2] - 24:24,
25:3
**efficiency** [2] - 79:2,
79:8
**eight** [3] - 7:5, 36:9,
138:3
**Eisenhower** [4] -
122:10, 122:21,

123:25, 125:2
**Eisenhower's** [1] -
124:21
**either** [5] - 7:11, 10:5,
13:10, 24:11, 31:22
**elastic** [1] - 46:9
**election** [8] - 151:19,
151:20, 156:20,
157:4, 159:4,
164:11, 166:20
**Election** [3] - 152:19,
152:22, 154:1
**elections** [2] - 158:22,
158:25
**electors** [3] - 95:7,
96:7, 164:14
**elements** [5] - 164:5,
167:2, 167:10,
169:20, 175:15
**elevated** [3] - 144:2,
145:22, 146:23
**Ellipse** [1] - 94:10
**employed** [1] - 41:7
**encountered** [1] -
165:5
**end** [8] - 18:12, 24:23,
36:6, 70:24, 72:13,
97:6, 112:16, 130:20
**ended** [4] - 9:10,
11:17, 13:5, 51:21
**ending** [2] - 42:1, 42:4
**ends** [1] - 109:11
**enforcement** [15] -
7:10, 24:18, 36:9,
38:11, 71:2, 97:16,
102:4, 102:11,
134:16, 136:17,
137:5, 137:22,
143:18, 146:2,
146:11
**engage** [3] - 73:23,
78:5, 158:6
**engaging** [2] - 162:25,
167:24
**ensure** [1] - 167:22
**enter** [6] - 12:15,
12:18, 12:23, 51:3,
51:6, 149:4
**entered** [12] - 13:3,
13:4, 26:22, 27:16,
38:10, 52:19, 53:3,
53:15, 54:15, 109:6,
131:1, 146:21
**entering** [2] - 38:11,
108:15
**entire** [7] - 45:23,
91:10, 105:17,
127:2, 157:25,
158:2, 164:18
**entirely** [1] - 175:6

**entirety** [1] - 118:5
**entrance** [1] - 29:17
**entry** [1] - 138:4
**entryway** [1] - 126:20
**envisioning** [1] -
171:16
**episode** [2] - 89:12,
89:13
**equipment** [2] - 22:16,
45:12
**Eric** [1] - 5:14
**especially** [1] - 162:12
**evening** [3] - 154:6,
174:5, 175:1
**event** [1] - 160:12
**events** [19] - 7:24,
8:13, 8:15, 8:16,
9:25, 61:23, 67:25,
93:8, 94:20, 98:2,
100:25, 113:15,
114:19, 127:13,
132:6, 139:23,
142:14, 142:22
**eventually** [4] - 25:25,
29:23, 35:10, 109:11
**everywhere** [1] -
35:20
**Evidence** [1] - 142:19
**evidence** [59] - 6:2,
14:24, 15:3, 19:4,
19:9, 26:6, 26:11,
30:21, 31:1, 56:12,
58:25, 63:11, 68:5,
79:13, 90:16, 93:14,
95:1, 96:20, 98:8,
99:23, 101:6, 103:9,
103:24, 111:7,
113:21, 118:6,
124:13, 126:17,
132:12, 136:3,
138:19, 140:17,
141:23, 141:24,
141:25, 142:1,
142:2, 142:3, 142:4,
142:5, 142:6, 142:7,
142:8, 142:17,
148:20, 151:3,
151:4, 151:11,
153:23, 155:12,
155:18, 160:4,
160:10, 162:13,
162:22, 163:14,
164:22, 167:7, 173:2
**evil** [1] - 152:11
**exact** [6] - 43:4, 49:7,
52:3, 72:10, 88:11,
145:10
**exactly** [4] - 24:11,
70:11, 100:7, 146:13
**Examination** [7] - 3:4,

3:5, 3:6, 3:6, 3:7,
3:7, 3:8
**EXAMINATION** [8] -
6:20, 36:16, 40:23,
71:9, 84:10, 87:13,
90:21, 156:4
**examination** [2] -
71:7, 155:25
**Examination.............
...............** [1] - 3:9
**excuse** [3] - 30:24,
54:9, 117:15
**excused** [6] - 39:25,
40:1, 89:25, 90:2,
161:23, 162:3
**execute** [1] - 139:8
**executing** [1] - 8:25
**exercise** [1] - 172:9
**exhibit** [33] - 14:23,
19:3, 19:15, 20:3,
22:12, 25:16, 26:5,
26:13, 30:17, 30:20,
55:10, 67:13, 78:19,
79:9, 95:3, 100:1,
100:8, 103:8,
104:20, 111:8,
123:7, 123:20,
130:12, 132:16,
132:19, 136:5,
136:7, 139:21,
144:23, 150:24,
151:6, 153:18, 155:6
**Exhibit** [238] - 3:12,
3:12, 3:13, 3:13,
3:14, 3:14, 3:15,
3:15, 3:16, 3:16,
3:17, 3:17, 3:18,
3:18, 3:19, 3:19,
3:20, 3:20, 3:21,
3:21, 3:22, 3:22,
3:23, 3:23, 3:24,
3:24, 3:25, 3:25, 4:3,
4:4, 4:4, 4:5, 4:5,
4:6, 4:6, 4:7, 4:7,
4:8, 4:9, 4:10, 6:3,
6:4, 14:21, 14:24,
15:3, 15:10, 16:17,
18:12, 18:15, 19:4,
19:9, 20:4, 20:7,
26:3, 26:6, 26:11,
30:18, 31:1, 35:8,
36:20, 40:8, 54:23,
55:9, 56:8, 56:12,
57:3, 58:12, 58:21,
58:25, 61:7, 62:11,
62:14, 63:3, 63:6,
63:7, 63:8, 63:11,
63:12, 65:14, 67:1,
67:13, 68:1, 68:5,
69:10, 74:3, 78:13,

78:17, 79:3, 79:13,
84:13, 88:17, 92:23,
93:10, 93:14, 94:12,
94:18, 94:22, 94:24,
95:1, 96:8, 96:16,
96:20, 97:5, 97:6,
97:12, 97:19, 98:4,
98:8, 98:15, 99:12,
99:23, 100:8,
100:17, 100:18,
101:2, 101:6, 102:1,
102:14, 103:1,
103:6, 103:15,
103:24, 105:9,
105:17, 106:4,
106:20, 106:25,
107:3, 107:9, 108:1,
108:22, 110:12,
110:19, 111:4,
111:7, 112:4, 112:8,
113:8, 113:17,
113:19, 113:21,
114:11, 114:21,
118:1, 118:6,
118:25, 119:13,
120:2, 121:7,
122:12, 123:5,
124:3, 124:8,
124:10, 124:13,
124:24, 125:4,
125:15, 125:21,
126:2, 126:11,
126:13, 126:17,
126:23, 127:13,
127:14, 127:17,
128:17, 129:1,
129:11, 130:3,
130:12, 130:16,
131:3, 131:23,
132:12, 134:2,
135:18, 135:25,
136:3, 136:19,
138:8, 138:15,
138:19, 139:13,
139:24, 140:14,
140:17, 141:23,
141:24, 141:25,
142:1, 142:2, 142:3,
142:4, 142:5, 142:6,
142:7, 142:8, 143:2,
143:14, 143:24,
144:10, 144:24,
145:6, 145:12,
145:19, 145:24,
146:8, 146:17,
147:9, 147:18,
147:25, 148:6,
148:16, 148:18,
148:20, 149:20,
150:13, 151:1,
151:11, 152:14,

153:11, 153:20, 153:23, 155:5, 156:17, 158:8, 158:15, 159:15, 159:24, 160:4, 160:18, 161:10, 161:12

**exhibits** [6] - 140:9, 140:18, 141:19, 141:22, 142:10, 142:14

**Exhibits** [4] - 3:11, 4:2, 142:12, 142:20

**exists** [2] - 167:7, 170:6

**exit** [6] - 33:17, 33:19, 39:7, 39:8, 137:10, 137:21

**exiting** [1] - 147:14

**exits** [3] - 137:18, 138:1, 147:7

**expand** [1] - 48:17

**expandable** [1] - 48:1

**expanded** [6] - 48:18, 48:24, 49:2, 49:8, 49:12, 54:20

**expect** [1] - 90:13

**expected** [1] - 42:11

**experience** [3] - 20:24, 36:10, 71:1

**experienced** [2] - 22:2, 71:2

**expert** [1] - 43:25

**explain** [15] - 44:19, 45:6, 47:8, 48:6, 51:23, 60:9, 63:17, 65:18, 69:9, 112:7, 118:20, 119:21, 137:7, 143:11, 145:8

**explanation** [1] - 60:12

**expletive** [1] - 18:5

**exposure** [3] - 25:11, 51:14, 61:13

**expressing** [1] - 158:5

**extended** [4] - 58:2, 112:2, 112:11, 121:12

**extent** [7] - 83:3, 117:19, 142:18, 157:14, 157:15, 157:16, 173:5

**exterior** [2] - 44:24, 122:19

**extinguishers** [1] - 70:20

**extracted** [3] - 103:18, 150:25, 153:19

**extraction** [1] - 153:2

**eyes** [2] - 62:10, 74:19

---

**eyewear** [1] - 45:22

---

## F

**F-word** [1] - 37:8

**face** [14] - 10:14, 10:15, 15:17, 22:14, 46:9, 61:5, 81:20, 86:7, 87:3, 92:4, 95:16, 97:4, 106:18, 134:21

**facilities** [1] - 35:16

**facing** [6] - 85:3, 86:4, 112:11, 120:10, 137:10, 147:22

**fact** [5] - 52:11, 163:15, 164:25, 165:17, 166:14

**fact-finder** [1] - 163:15

**fair** [36] - 14:17, 20:7, 20:20, 22:20, 24:9, 25:3, 27:15, 28:7, 32:18, 34:25, 37:10, 58:4, 60:14, 67:24, 72:17, 83:7, 85:11, 86:6, 87:2, 93:8, 94:6, 94:20, 98:2, 100:25, 103:17, 111:22, 113:5, 113:15, 114:19, 118:18, 118:19, 132:6, 139:22, 142:14, 142:21

**fairly** [2] - 103:17, 117:18

**faith** [1] - 163:16

**fall** [1] - 21:15

**fallen** [1] - 36:1

**familiar** [1] - 43:24

**far** [7] - 8:13, 10:3, 16:7, 37:25, 123:2, 131:11, 169:16

**fashion** [2] - 48:13, 170:2

**fast** [1] - 76:12

**faster** [1] - 140:1

**favor** [1] - 65:13

**favorable** [1] - 163:14

**FBI** [6] - 91:12, 91:16, 139:8, 153:1, 153:5, 154:3

**FBI's** [1] - 91:3

**February** [2] - 91:12, 91:13

**Federal** [2] - 5:15, 142:18

**feet** [7] - 21:12, 21:14, 98:23, 109:7, 110:14, 112:10, 165:23

---

**fell** [1] - 51:2

**fellow** [4] - 12:4, 21:8, 25:7, 29:23

**female** [1] - 93:20

**few** [9] - 24:6, 76:4, 76:18, 77:13, 80:17, 81:6, 82:11, 83:2, 128:12

**Field** [2] - 91:3, 91:8

**Fifth** [2] - 7:3, 7:8

**Fight** [1] - 34:3

**fighting** [1] - 51:25

**figure** [4] - 50:15, 53:21, 54:1, 160:8

**film** [1] - 70:19

**filter** [1] - 10:24

**filtration** [1] - 145:1

**finally** [4] - 161:15, 161:16, 167:8, 167:9

**finder** [1] - 163:15

**Findings** [1] - 154:9

**findings** [1] - 159:3

**fine** [3] - 60:12, 79:15, 170:16

**fingers** [1] - 76:10

**finish** [1] - 90:11

**finished** [2] - 9:5, 92:8

**fire** [1] - 70:19

**firearm** [3] - 45:15, 64:24, 65:3

**first** [24] - 8:8, 11:14, 12:8, 13:3, 13:4, 13:23, 36:20, 78:14, 89:1, 89:11, 90:25, 118:24, 119:25, 133:17, 133:22, 133:24, 142:23, 150:3, 151:16, 154:15, 156:17, 166:14, 173:4, 173:18

**First** [4] - 41:15, 41:18, 42:10, 43:5

**fist** [3] - 102:6, 120:24, 121:12

**fistfight** [1] - 50:3

**fists** [1] - 122:20

**five** [1] - 13:10

**fixtures** [1] - 70:18

**flag** [3] - 22:20, 102:7, 102:25

**flagpole** [2] - 22:8, 28:8

**flagpoles** [1] - 35:24

**flags** [1] - 22:22

**flap** [1] - 62:21

**flash** [1] - 165:3

**flash-bangs** [1] - 165:3

**flashlight** [1] - 45:14

---

**flat** [1] - 48:22

**flights** [1] - 13:5

**floor** [3] - 118:10, 118:24, 119:25

**floors** [1] - 36:1

**Florida** [1] - 5:16

**foam** [1] - 48:21

**foamy** [1] - 45:12

**focus** [2] - 69:5, 156:16

**folks** [1] - 169:19

**follow** [1] - 165:11

**followed** [2] - 51:20, 152:17

**follows** [1] - 149:7

**footage** [14] - 26:16, 31:8, 80:12, 88:8, 88:11, 88:23, 89:10, 105:3, 105:20, 105:22, 106:4, 124:1, 129:22, 159:9

**force** [2] - 22:17, 38:18

**force-on-force-type** [1] - 22:17

**forces** [1] - 21:11

**Ford** [1] - 129:4

**Ford's** [1] - 129:5

**forefront** [1] - 16:22

**foreman** [1] - 92:13

**forward** [24] - 5:4, 19:10, 26:18, 31:2, 55:10, 59:5, 67:13, 77:2, 95:9, 97:20, 98:25, 109:13, 110:14, 110:15, 112:2, 112:9, 112:11, 112:12, 114:11, 121:16, 125:5, 125:11, 127:18, 128:16, 130:4, 131:24, 134:2, 136:20, 140:10, 165:9, 165:14, 166:8, 168:4, 171:19

**forward-facing** [1] - 112:11

**four** [3] - 8:11, 65:21, 131:13

**Fourth** [4] - 43:5, 43:10, 43:14, 44:5

**foyer** [8] - 30:1, 30:4, 30:7, 30:14, 32:21, 33:3, 33:17, 35:1

**frame** [25] - 11:6, 16:12, 16:23, 17:7, 26:21, 32:3, 32:4, 32:17, 32:19, 33:11, 76:12, 81:6, 84:17,

---

93:19, 95:17, 97:2, 102:15, 102:25, 109:21, 109:22, 112:4, 112:8, 160:23

**frames** [1] - 72:23

**fraud** [1] - 157:4

**free** [2] - 30:14, 118:15

**front** [26] - 20:20, 20:24, 21:9, 23:7, 27:10, 28:1, 43:7, 51:15, 51:21, 55:22, 57:16, 68:17, 68:19, 68:23, 77:17, 92:3, 98:14, 104:17, 106:11, 112:14, 112:18, 120:12, 122:9, 130:22, 132:17, 165:11

**Front** [9] - 44:11, 44:16, 50:9, 50:14, 97:10, 98:12, 100:9, 143:9, 147:17

**fucking** [5] - 95:8, 96:7, 104:17, 127:12, 164:14

**full** [1] - 82:24

**furthest** [1] - 118:18

---

## G

**G-a-t-e-w-o-o-d** [1] - 7:1

**gain** [1] - 11:10

**gaining** [1] - 14:11

**gaiter** [2] - 92:3, 106:17

**Gas** [1] - 46:5

**gas** [25] - 10:18, 10:23, 11:3, 11:4, 11:6, 11:7, 15:17, 44:10, 44:20, 44:25, 46:1, 46:4, 46:5, 46:16, 46:20, 46:25, 51:14, 59:20, 61:10, 61:11, 61:13, 62:2, 145:1, 165:2

**gases** [1] - 70:20

**gassed** [2] - 104:17, 133:13

**Gatewood** [23] - 3:4, 6:22, 6:24, 7:1, 7:2, 7:16, 10:9, 15:9, 16:10, 16:21, 18:17, 19:13, 19:22, 20:17, 20:20, 23:21, 25:18, 26:13, 27:3, 31:5, 34:25, 36:18, 165:24

**gear** [8] - 10:9, 10:16, 22:10, 35:25, 143:22, 143:23,

157:19
**general** [4] - 14:7, 33:2, 43:22, 64:22
**generally** [5] - 29:11, 35:3, 42:8, 49:3, 117:13
**gentleman** [2] - 74:20, 74:24
**Georgia** [3] - 158:9, 158:21, 159:4
**gesture** [2] - 75:14, 75:25
**glasses** [2] - 22:7, 46:11
**glove** [6] - 45:2, 47:11, 47:13, 92:7, 112:1
**gloved** [2] - 65:22, 72:8
**Glover** [2] - 51:19
**gloves** [12] - 45:1, 45:18, 47:6, 47:8, 47:12, 47:13, 63:20, 63:24, 87:17, 92:6, 92:9, 97:14
**goal** [9] - 24:22, 30:4, 50:14, 50:15, 50:19, 50:21, 53:20, 53:24, 53:25
**goggles** [1] - 22:7
**Government** [90] - 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 3:24, 3:24, 3:25, 3:25, 4:3, 4:4, 4:4, 4:5, 4:5, 4:6, 4:6, 4:7, 4:7, 4:8, 15:1, 15:3, 15:10, 19:9, 26:6, 26:11, 30:21, 31:1, 56:12, 58:23, 58:25, 63:11, 68:5, 93:14, 95:1, 96:20, 98:8, 99:23, 101:6, 103:11, 103:24, 105:9, 111:7, 113:21, 118:6, 124:13, 126:11, 126:17, 129:11, 132:12, 136:3, 138:19, 140:17, 141:23, 141:24, 141:25, 142:1, 142:2, 142:3, 142:4, 142:5, 142:6, 142:7, 142:8, 148:18,

148:20, 151:11, 152:24, 153:23, 159:15, 159:24, 161:10
**government** [36] - 5:6, 5:19, 14:24, 19:4, 30:25, 36:20, 40:2, 79:1, 94:24, 114:23, 115:1, 116:5, 116:16, 138:17, 140:4, 158:8, 162:4, 162:9, 162:13, 162:21, 163:1, 163:6, 163:11, 163:15, 163:21, 167:17, 171:16, 173:17, 173:18, 173:23, 174:14, 174:15, 175:11, 175:12, 175:15, 175:16
**Government's** [17] - 6:3, 6:4, 14:21, 18:14, 19:8, 26:2, 26:9, 78:17, 88:17, 93:12, 98:7, 99:21, 111:6, 113:19, 115:15, 126:15, 132:10
**government's** [4] - 68:3, 124:12, 160:2, 171:11
**Governments** [2] - 96:18, 101:4
**grab** [5] - 74:2, 78:5, 80:14, 82:9, 89:1
**grabbed** [7] - 27:24, 28:1, 73:18, 73:21, 88:12, 89:7, 89:11
**grabs** [5] - 66:16, 69:17, 76:24, 78:9, 135:12
**grasp** [1] - 152:11
**gray** [51] - 17:22, 28:21, 31:22, 34:12, 37:16, 38:4, 38:23, 38:25, 48:22, 57:4, 57:8, 57:16, 60:3, 60:25, 64:6, 65:24, 66:10, 67:6, 68:25, 69:13, 69:21, 70:3, 72:5, 72:9, 73:17, 73:24, 74:15, 76:8, 76:15, 77:14, 78:11, 79:20, 81:4, 81:13, 81:16, 81:18, 82:17, 83:23, 83:25, 84:23, 85:14, 86:3, 86:17, 92:1, 92:5, 93:22, 97:3, 106:16, 136:14

**gray-in-color** [1] - 34:12
**great** [2] - 90:17, 114:10
**greater** [1] - 112:16
**greatly** [1] - 39:23
**green** [3] - 148:25, 149:3
**ground** [1] - 14:12
**Grounds** [8] - 12:1, 12:3, 12:8, 12:13, 18:20, 43:24, 44:1, 165:1
**grounds** [2] - 114:25, 115:1
**group** [6] - 13:11, 13:13, 38:10, 51:14, 51:19, 52:12
**guess** [10] - 43:7, 44:13, 44:25, 45:8, 47:21, 48:19, 50:19, 54:8, 120:24, 164:6
**guidance** [2] - 173:10, 174:8
**guilt** [1] - 163:16
**gun** [1] - 65:5
**guy** [2] - 20:4, 65:4

## H

**H-o-w-d-e-n** [1] - 41:5
**half** [6] - 7:5, 53:6, 53:7, 53:8, 82:22, 169:13
**half-hour** [1] - 169:13
**hallway** [5] - 13:5, 15:13, 19:14, 165:12, 165:14
**hallways** [1] - 146:7
**hand** [43] - 6:12, 15:14, 22:5, 31:17, 32:7, 49:7, 57:4, 57:7, 59:15, 64:9, 64:10, 64:11, 65:22, 66:12, 66:13, 66:14, 66:15, 68:15, 69:1, 70:4, 72:5, 72:7, 72:8, 76:11, 77:23, 78:20, 81:19, 85:2, 85:7, 85:9, 94:3, 102:6, 108:16, 111:19, 112:1, 120:24, 128:11, 129:8, 129:18, 132:25, 143:10, 145:3
**handcuffs** [1] - 45:15
**handle** [2] - 48:19, 48:21
**hands** [30] - 34:20,

38:20, 38:22, 63:20, 63:24, 63:25, 64:1, 64:3, 64:8, 65:21, 65:25, 66:2, 66:16, 69:17, 72:1, 72:3, 76:16, 81:13, 81:20, 87:21, 99:6, 99:7, 109:8, 110:15, 111:25, 112:11, 112:12, 135:3, 137:19, 160:22
**hangs** [1] - 125:23
**happy** [1] - 114:3
**hard** [6] - 56:25, 61:25, 76:10, 77:7, 143:23, 174:6
**harm** [1] - 158:3
**harming** [1] - 157:22
**Harris** [156] - 5:3, 5:16, 75:13, 76:7, 91:11, 91:13, 91:19, 91:22, 91:25, 92:10, 92:16, 93:2, 93:4, 93:16, 93:21, 94:16, 95:4, 95:5, 95:6, 95:13, 95:22, 96:4, 96:5, 96:12, 96:24, 97:1, 97:13, 97:18, 97:23, 98:19, 99:15, 100:2, 100:21, 101:12, 101:15, 102:6, 102:22, 103:4, 104:4, 104:14, 104:15, 104:16, 105:6, 106:3, 106:7, 106:13, 106:25, 107:7, 107:9, 107:23, 108:15, 109:4, 109:10, 110:5, 110:12, 110:17, 110:25, 111:14, 111:16, 111:24, 112:15, 112:18, 112:22, 113:11, 113:23, 114:15, 114:24, 115:22, 115:23, 116:24, 117:2, 117:9, 117:15, 117:16, 118:11, 119:4, 119:11, 120:20, 121:7, 121:14, 122:2, 122:9, 122:18, 123:3, 124:6, 124:20, 124:24, 125:21, 126:6, 126:23, 127:9, 128:1, 128:8, 128:13, 129:3,

129:13, 130:18, 131:9, 131:12, 131:14, 132:2, 132:16, 132:21, 133:11, 133:12, 134:13, 135:2, 135:11, 135:21, 136:9, 137:3, 137:17, 138:1, 138:3, 138:5, 138:11, 139:2, 143:8, 146:2, 147:3, 147:14, 147:17, 147:21, 148:3, 148:9, 148:23, 149:14, 149:15, 149:18, 150:9, 150:18, 151:3, 154:5, 159:10, 159:12, 160:20, 162:10, 162:14, 162:18, 162:21, 164:6, 165:7, 166:2, 166:15, 167:19, 167:22, 167:25, 168:3, 168:12, 169:14, 169:23, 170:3, 170:24, 171:18, 171:20, 172:16
**Harris'** [1] - 115:24
**Harris's** [24] - 101:18, 101:25, 108:17, 112:7, 138:4, 139:9, 139:11, 139:19, 139:21, 140:4, 148:12, 148:25, 150:21, 150:25, 153:3, 153:19, 154:4, 155:9, 155:14, 156:9, 157:11, 168:6, 170:9, 171:1
**hat** [26] - 60:3, 60:25, 64:6, 65:25, 66:11, 67:6, 68:25, 69:13, 69:21, 70:4, 76:16, 84:24, 86:4, 93:20, 93:23, 122:11, 122:23, 122:25, 128:10, 129:5, 129:6, 129:7, 129:24, 129:25
**head** [16] - 17:23, 46:8, 99:8, 109:8, 110:2, 112:11, 122:21, 122:23, 127:23, 128:10, 129:5, 134:10, 137:2, 137:19, 144:25, 165:7

**headed** [2] - 159:1, 165:21
**heading** [1] - 43:20
**hear** [31] - 12:8, 15:23, 16:1, 16:3, 16:6, 17:12, 18:2, 18:5, 20:17, 25:6, 25:22, 27:3, 27:25, 28:23, 33:25, 52:4, 53:15, 74:25, 75:4, 75:11, 96:1, 104:12, 104:24, 116:22, 127:6, 127:8, 133:6, 133:22, 147:16, 150:9, 167:3
**heard** [13] - 16:7, 50:16, 51:7, 52:15, 75:1, 95:6, 105:1, 117:20, 127:9, 133:9, 165:6, 165:23
**hearing** [5] - 10:3, 51:22, 90:7, 90:10, 123:11
**hearings** [1] - 174:18
**hearsay** [2] - 116:10, 116:12
**held** [2] - 73:6, 85:13
**helmet** [14] - 10:14, 10:15, 22:7, 45:1, 45:22, 45:23, 46:6, 46:13, 46:16, 46:17, 46:20, 46:22, 46:25, 59:20
**helmets** [1] - 134:21
**help** [8] - 26:1, 51:9, 51:20, 51:22, 51:24, 52:7, 72:23, 74:5
**helpful** [2] - 69:25, 140:8
**helping** [1] - 12:21
**helps** [1] - 10:24
**high** [1] - 52:23
**hill** [6] - 54:24, 55:8, 56:2, 123:6, 123:17, 162:5
**HILL** [343] - 40:4, 40:24, 54:22, 55:1, 55:9, 55:11, 56:4, 56:7, 56:13, 57:15, 57:25, 58:3, 58:6, 58:9, 58:11, 58:13, 58:19, 59:1, 59:5, 59:8, 59:9, 60:20, 60:23, 62:13, 62:15, 62:17, 62:19, 63:1, 63:3, 63:12, 63:16, 65:14, 65:17, 67:1, 67:4, 67:12, 67:16, 67:22, 68:6, 69:7, 71:4, 79:6, 84:9,

84:11, 84:16, 84:20, 84:22, 85:17, 85:22, 86:12, 86:15, 86:21, 86:24, 87:1, 87:6, 88:14, 88:18, 88:20, 89:20, 90:3, 90:13, 90:17, 90:22, 92:23, 92:25, 93:6, 93:15, 93:24, 94:2, 94:12, 94:14, 94:18, 95:2, 95:12, 95:18, 95:21, 96:8, 96:10, 96:14, 96:21, 97:5, 97:8, 97:19, 97:21, 97:25, 98:9, 98:15, 98:18, 99:12, 99:13, 99:17, 99:24, 100:17, 100:19, 100:23, 101:7, 101:21, 101:24, 102:13, 102:17, 102:19, 102:21, 103:1, 103:2, 103:6, 103:10, 103:12, 103:15, 103:25, 104:3, 104:8, 104:11, 104:19, 104:23, 105:8, 105:12, 106:19, 106:22, 107:3, 107:5, 107:13, 107:16, 108:1, 108:3, 108:22, 108:25, 109:13, 109:15, 109:21, 109:24, 109:25, 110:6, 110:9, 110:19, 110:23, 111:2, 111:8, 111:10, 111:18, 111:21, 112:3, 112:6, 113:1, 113:4, 113:7, 113:9, 113:13, 113:22, 114:2, 114:7, 114:10, 114:13, 114:17, 115:17, 116:2, 116:8, 116:21, 116:24, 117:10, 117:12, 117:14, 117:22, 118:1, 118:7, 118:25, 119:3, 119:13, 119:16, 119:19, 120:1, 120:4, 120:14, 120:17, 121:1, 121:4, 121:16, 121:19, 121:22, 122:1, 122:4, 122:7, 122:12, 122:15,

123:5, 123:18, 123:19, 124:2, 124:4, 124:8, 124:14, 125:1, 125:6, 125:10, 125:14, 125:17, 126:2, 126:4, 126:8, 126:10, 126:18, 127:2, 127:5, 127:17, 127:19, 128:2, 128:5, 128:16, 128:19, 128:22, 128:25, 129:10, 129:12, 129:17, 129:19, 130:3, 130:6, 130:9, 130:12, 130:14, 131:3, 131:6, 131:23, 131:25, 132:4, 132:13, 132:24, 133:5, 133:14, 133:16, 133:19, 133:21, 134:1, 134:4, 134:22, 135:1, 135:5, 135:8, 135:18, 135:19, 135:23, 136:4, 136:19, 136:21, 137:11, 137:14, 138:8, 138:9, 138:13, 138:20, 139:5, 139:7, 139:13, 139:14, 139:20, 140:2, 140:6, 140:8, 140:14, 140:18, 140:21, 140:23, 140:25, 141:2, 141:5, 141:7, 141:9, 141:11, 141:13, 141:15, 141:17, 141:19, 142:9, 142:12, 143:1, 143:5, 143:6, 143:14, 143:15, 143:24, 143:25, 144:10, 144:11, 144:21, 144:22, 145:6, 145:7, 145:12, 145:15, 145:19, 145:20, 145:24, 145:25, 146:8, 146:9, 146:17, 146:18, 146:24, 147:1, 147:9, 147:12, 147:18, 147:19, 147:25, 148:1, 148:6, 148:7, 148:16, 148:21,

149:20, 149:22, 150:1, 150:2, 150:5, 150:8, 150:12, 150:14, 150:23, 151:4, 151:6, 151:8, 151:10, 151:12, 151:25, 152:2, 152:13, 152:15, 153:11, 153:12, 153:17, 153:24, 154:7, 154:8, 154:15, 154:17, 154:20, 154:23, 155:4, 155:7, 155:20, 155:22, 160:1, 161:19, 162:4
**Hill** [2] - 5:9, 40:22
**Hill**..............[1] - 3:7
**Hill**..............[2] - 3:6, 3:8
**himself** [4] - 16:17, 135:15, 164:8, 165:9
**hindrance** [1] - 21:25
**hindsight** [1] - 64:21
**History** [1] - 94:11
**hit** [4] - 60:15, 60:16, 74:10, 81:10
**hold** [5] - 49:24, 50:20, 60:18, 65:11
**holding** [14] - 17:11, 22:20, 22:22, 27:22, 59:22, 69:14, 73:9, 84:17, 87:17, 102:7, 102:25, 137:19, 145:2, 145:4
**holster** [1] - 48:12
**home** [1] - 174:24
**honestly** [1] - 79:22
**Honor** [89] - 5:2, 5:7, 5:12, 5:21, 6:8, 14:22, 15:4, 19:1, 26:4, 30:19, 34:6, 39:24, 40:4, 40:7, 55:1, 56:7, 58:6, 58:11, 58:19, 62:17, 63:5, 67:22, 71:4, 79:1, 79:6, 84:9, 87:6, 87:7, 87:9, 88:14, 88:18, 89:20, 95:2, 96:15, 103:6, 103:12, 103:25, 111:5, 111:8, 113:13, 114:2, 114:22, 115:17, 116:2, 116:21, 117:10, 126:8, 126:10, 132:4, 139:20, 142:9, 142:24, 143:5, 148:16, 150:23,

151:4, 151:8, 153:17, 155:20, 156:1, 156:2, 159:23, 160:1, 160:7, 161:19, 162:4, 162:8, 163:7, 163:11, 164:25, 166:22, 167:15, 167:19, 168:1, 168:14, 168:17, 168:20, 170:19, 170:25, 171:4, 171:24, 172:10, 172:19, 172:21, 172:25, 173:19, 174:2, 174:21, 175:8
**hood** [1] - 93:22
**hooded** [5] - 28:21, 34:12, 92:1, 93:22, 106:16
**hoodie** [2] - 60:3, 70:3
**hoodie-style** [1] - 60:3
**hoping** [1] - 63:22
**hopped** [1] - 98:23
**hops** [1] - 128:12
**horizontally** [1] - 73:9
**horse** [2] - 131:20
**hotel** [1] - 164:17
**hour** [13] - 121:16, 122:13, 131:24, 133:1, 133:2, 134:2, 134:24, 136:20, 137:12, 138:7, 164:18, 165:1, 169:13
**hours** [1] - 70:11
**house** [12] - 16:2, 17:17, 20:18, 37:4, 37:18, 165:22
**House** [2] - 53:17, 94:10
**Howden** [37] - 3:5, 41:5, 41:6, 43:24, 47:6, 55:12, 55:22, 56:14, 57:20, 57:25, 58:14, 59:2, 59:10, 60:24, 62:16, 62:20, 63:17, 65:18, 66:24, 67:5, 67:17, 68:7, 69:9, 70:9, 71:5, 71:11, 84:12, 84:23, 86:16, 87:2, 87:15, 161:5, 162:20, 166:1, 166:3, 166:8, 166:9
**Howden's** [3] - 135:12, 166:3, 166:7
**Huff** [1] - 52:6
**hundred** [1] - 52:20
**hyperlink** [3] - 149:5,

149:6, 149:7

**I**

**idea** [1] - 72:21
**ideal** [1] - 90:9
**identified** [2] - 72:8,
119:8
**identifiers** [1] - 78:20
**identify** [5] - 5:5, 47:2,
92:19, 155:8, 155:14
**identifying** [2] - 31:17,
66:11
**illegal** [1] - 166:18
**image** [10] - 57:19,
61:4, 107:23,
107:24, 129:22,
143:18, 144:1,
144:14, 148:12,
148:14
**imagine** [3] - 21:21,
117:5, 169:24
**immediately** [6] -
10:20, 14:12, 59:24,
109:6, 111:20, 122:9
**impacts** [1] - 151:23
**impede** [4] - 25:9,
29:12, 163:25, 164:4
**impeded** [1] - 163:22
**impeding** [1] - 147:4
**implications** [1] -
172:17
**impotent** [1] - 152:8
**improve** [1] - 159:4
**inadmissible** [1] -
115:10
**inauguration** [3] -
97:11, 98:13, 144:4
**inches** [1] - 49:4
**incident** [7] - 20:8,
61:6, 73:24, 77:7,
84:1, 161:4, 162:20
**included** [1] - 47:20
**includes** [1] - 149:17
**including** [6] - 37:3,
38:20, 147:23,
149:17, 158:11,
159:12
**independent** [2] -
38:3, 84:1
**indicates** [2] - 8:8,
8:10
**indicating** [2] - 75:23,
158:3
**indication** [2] - 10:1,
169:6
**individual** [54] - 15:14,
15:16, 28:18, 36:23,
37:16, 57:7, 57:12,
57:16, 59:24, 60:2,

60:6, 60:24, 64:5,
65:24, 66:10, 67:5,
67:7, 68:25, 69:2,
69:5, 69:13, 69:18,
69:21, 70:3, 72:23,
84:23, 85:14, 85:25,
86:3, 86:17, 87:3,
87:4, 92:21, 107:14,
110:1, 110:4,
111:19, 113:2,
113:24, 114:1,
117:14, 118:17,
119:10, 125:2,
127:22, 127:25,
129:18, 132:25,
134:9, 137:2,
144:24, 145:2,
148:23
**individual's** [1] - 32:7
**individuals** [10] - 21:9,
22:13, 33:12, 73:21,
101:15, 101:19,
102:8, 102:10,
112:18, 140:12
**indulgence** [2] -
36:12, 161:11
**inform** [1] - 173:4
**informed** [1] - 172:18
**initial** [5] - 49:9, 50:15,
51:14, 108:8, 111:20
**initials** [1] - 11:7
**inside** [24] - 12:21,
13:2, 13:7, 13:11,
13:21, 25:22, 30:4,
38:9, 47:17, 51:9,
51:10, 56:18, 61:14,
62:4, 70:13, 73:14,
73:16, 116:25,
117:2, 146:15,
155:9, 155:15,
159:10, 159:12
**instance** [2] - 106:7,
122:20
**instead** [2] - 59:12,
169:23
**instructions** [3] -
171:7, 173:6, 174:13
**intend** [3] - 150:3,
167:10, 173:15
**intended** [2] - 163:25,
164:6
**intending** [1] - 174:24
**intent** [5] - 65:1,
90:11, 158:3, 158:6,
164:20
**intentionally** [1] -
167:23
**interacting** [2] - 56:19,
60:6
**interaction** [3] - 64:12,

77:21, 115:3
**interactions** [3] -
14:15, 56:22, 78:8
**interested** [1] - 152:9
**interior** [2] - 108:5,
146:20
**interrupt** [1] - 49:1
**intimidated** [1] -
165:15
**introduce** [4] - 41:3,
90:23, 140:5, 140:9
**introduced** [3] - 6:2,
158:8, 162:13
**investigated** [1] -
158:21
**investigating** [1] -
92:16
**investigation** [29] -
91:13, 91:18, 91:20,
93:2, 94:16, 96:12,
97:23, 99:15,
100:21, 103:4,
105:4, 107:7, 109:9,
110:25, 112:14,
113:11, 114:15,
124:6, 126:6, 132:2,
135:20, 138:10,
139:16, 148:9,
150:17, 153:15,
157:11, 159:9,
159:21
**involved** [1] - 91:11
**irrespective** [1] -
151:23
**irritant** [1] - 11:2
**irritants** [6] - 10:24,
11:1, 61:14, 61:16,
61:18, 62:8
**issued** [3] - 18:18,
47:25, 55:11
**it'll** [1] - 48:17
**it]** [1] - 96:6
**item** [3] - 11:10, 48:3,
57:4
**items** [2] - 47:19,
144:16
**itself** [2] - 48:22, 52:9

**J**

**jacket** [10] - 44:23,
44:24, 44:25, 45:19,
57:6, 59:17, 59:18,
59:19, 62:21, 66:7
**January** [68] - 7:17,
7:19, 8:17, 8:18,
8:21, 9:1, 10:17,
15:18, 18:17, 36:10,
41:11, 41:14, 42:12,
42:15, 42:16, 42:18,

44:2, 45:7, 45:23,
46:24, 47:6, 47:15,
51:3, 55:13, 56:15,
61:11, 61:12, 67:25,
70:10, 71:2, 71:16,
73:2, 89:23, 91:17,
91:20, 91:23, 91:25,
93:8, 94:20, 96:23,
98:2, 100:16, 101:1,
105:3, 105:23,
113:16, 114:19,
124:19, 126:12,
132:7, 136:8, 138:5,
139:1, 139:23,
142:15, 153:9,
155:9, 155:15,
156:24, 156:25,
157:12, 157:17,
157:21, 158:6,
161:15, 163:24
**jeans** [1] - 92:1
**Jenny** [1] - 5:14
**journal** [2] - 119:8,
119:10
**Journal** [1] - 149:7
**journalist** [4] - 117:15,
119:9, 149:17,
149:19
**judgment** [2] - 162:8,
163:3
**judgments** [1] -
168:10
**Judiciary** [2] - 154:2,
158:11
**judiciary** [1] - 158:18
**Julie** [1] - 5:8
**jumped** [1] - 77:6
**jurisdictions** [1] - 12:4
**jury** [2] - 170:15,
170:17

**K**

**keep** [3] - 74:6, 82:8,
89:3
**kind** [25] - 9:23, 11:1,
11:4, 11:7, 22:17,
29:21, 30:9, 45:11,
48:11, 49:22, 49:24,
50:20, 51:11, 51:13,
51:16, 75:13, 83:14,
92:3, 94:9, 99:4,
102:2, 118:21,
119:10, 120:24,
144:2
**kinds** [2] - 8:15, 16:6
**Knock** [1] - 117:16
**knock** [2] - 117:16,
117:22
**knowing** [4] - 52:3,

168:7, 170:4, 172:18
**knowingly** [2] - 164:2,
167:23
**knowledge** [6] -
77:19, 78:3, 78:12,
157:16, 157:18,
157:23
**known** [1] - 52:11
**Kristy** [1] - 5:15
**Kyle** [2] - 3:4, 7:1
**KYLE** [1] - 7:1

**L**

**lack** [2] - 48:7, 118:9
**ladders** [2] - 144:19,
145:11
**landed** [1] - 174:12
**landing** [1] - 44:13
**large** [7] - 13:11,
13:13, 42:9, 52:22,
131:15, 134:17,
146:21
**large-scale** [1] - 42:9
**last** [14] - 19:15,
27:21, 32:3, 75:7,
77:23, 82:22, 91:1,
132:16, 148:15,
153:5, 154:5,
171:20, 172:11,
173:18
**latex** [1] - 45:18
**Laura** [1] - 5:9
**law** [14] - 24:18, 36:9,
38:11, 71:1, 97:15,
102:3, 102:11,
134:16, 136:17,
137:5, 137:22,
143:18, 146:2,
146:11
**Law** [1] - 154:1
**lawful** [1] - 166:18
**lawn** [6] - 98:13,
98:24, 101:9,
143:17, 144:2, 165:2
**lawyers** [2] - 171:14,
171:16
**lead** [2] - 75:12,
105:15
**leading** [6] - 17:19,
36:24, 37:3, 37:11,
146:7, 157:21
**leads** [1] - 101:10
**learned** [3] - 91:12,
137:20, 156:9
**least** [22] - 11:21,
13:4, 13:17, 14:5,
22:12, 22:13, 37:14,
56:3, 64:4, 64:23,
71:19, 73:20, 76:9,

83:15, 89:15, 90:10,
134:15, 135:13,
147:5, 156:12,
171:13, 173:14
**leave** [11] - 13:18,
25:1, 30:8, 30:14,
32:24, 74:22,
135:16, 144:23,
165:13, 165:21,
165:25
**leaving** [5] - 43:4,
121:14, 123:3,
128:14, 147:3
**lectern** [1] - 5:4
**led** [7] - 29:17, 30:12,
37:17, 74:25, 75:3,
80:13, 165:22
**left** [46] - 22:5, 22:19,
25:2, 31:17, 46:19,
57:7, 57:9, 57:13,
58:2, 59:18, 59:24,
64:10, 66:3, 66:14,
70:12, 70:14, 72:8,
75:13, 79:20, 81:19,
82:18, 85:2, 85:7,
92:14, 92:15, 94:3,
97:3, 97:14, 100:11,
101:14, 102:25,
108:17, 111:20,
112:1, 113:24,
120:24, 121:10,
121:12, 128:11,
129:8, 131:20,
132:25, 134:15,
156:8, 171:22, 173:2
**left-hand** [8] - 22:5,
31:17, 57:7, 66:14,
81:19, 85:2, 94:3,
132:25
**legal** [6] - 163:14,
167:9, 169:20,
171:7, 174:9, 175:15
**length** [2] - 49:11,
49:13
**lengths** [1] - 48:10
**less** [3] - 11:10, 49:4,
49:9
**lethal** [1] - 11:10
**letters** [1] - 92:3
**level** [1] - 35:15
**Lieutenant** [38] - 41:5,
41:6, 43:24, 47:6,
55:12, 55:22, 56:14,
57:20, 57:25, 58:14,
59:2, 59:10, 60:24,
62:16, 62:20, 63:17,
65:18, 66:24, 67:5,
67:17, 68:7, 69:9,
70:9, 71:5, 71:11,
84:12, 84:23, 86:16,

87:2, 87:15, 135:12,
161:5, 166:1, 166:3,
166:7, 166:8, 166:9
**lieutenant** [2] - 41:13,
89:21
**lieutenant's** [1] - 88:7
**lifted** [2] - 21:12,
21:14
**light** [9] - 68:16,
89:19, 90:16, 92:2,
118:3, 163:14,
167:13, 170:5, 172:7
**light-blue-**
**camouflaged** [1] -
92:2
**light-colored** [1] -
68:16
**likely** [2] - 64:23,
174:17
**likewise** [1] - 163:1
**line** [41] - 13:23,
16:23, 20:1, 20:5,
20:21, 20:24, 21:23,
22:1, 23:11, 50:19,
50:21, 50:22, 50:25,
52:6, 53:9, 66:18,
68:16, 68:17, 68:19,
69:20, 77:17, 80:4,
80:25, 82:3, 83:14,
85:4, 85:6, 86:5,
86:7, 87:3, 102:3,
104:17, 112:19,
147:17, 165:5,
165:8, 165:9,
165:23, 166:5
**liner** [3] - 45:2, 47:11,
47:14
**lines** [4] - 54:9, 165:3,
165:11
**list** [1] - 154:17
**List** [1] - 154:24
**listening** [2] - 75:17,
117:25
**local** [1] - 91:16
**located** [1] - 148:12
**location** [31] - 15:10,
50:12, 56:17, 67:14,
67:17, 68:7, 92:19,
97:9, 98:10, 100:8,
101:8, 105:13,
108:4, 109:16,
111:11, 114:3,
118:8, 120:5,
124:15, 126:19,
126:22, 129:20,
132:14, 134:7,
136:5, 136:22,
137:7, 137:8,
138:21, 146:4,
146:12

**lock** [1] - 48:17
**logistic** [1] - 174:22
**look** [5] - 35:19, 47:8,
70:16, 77:8, 83:12
**looked** [6] - 35:22,
53:23, 97:13, 112:9,
138:23, 157:12
**looking** [14] - 32:17,
51:16, 73:16, 75:15,
76:22, 81:22, 83:15,
86:18, 91:14,
101:10, 108:13,
119:21, 121:9,
145:17
**looks** [12] - 28:19,
38:11, 64:4, 66:2,
78:23, 81:21, 104:7,
108:20, 136:17,
145:1, 145:22,
146:13
**lose** [2] - 64:15, 65:2
**losing** [1] - 64:24
**lost** [2] - 151:19,
166:11
**loud** [2] - 25:23, 29:1
**louder** [1] - 67:20
**low** [1] - 117:4
**lower** [5] - 35:15,
92:14, 93:19,
107:14, 144:13
**lowers** [1] - 135:4
**luckily** [1] - 65:12
**lunch** [5] - 90:11,
114:9, 123:7, 123:9,
174:18
**lunged** [1] - 166:8
**lungs** [1] - 62:9

## M

**M-c-G-i-l-l-i-c-u-d-d-**
**y** [1] - 91:1
**M-i-c-h-a-e-l** [1] - 91:1
**ma'am** [2] - 42:7,
71:12
**MAGA** [1] - 92:3
**magazines** [1] - 45:15
**magic** [2] - 15:7, 152:6
**magnolia** [4] - 43:8,
44:9, 44:16, 46:3
**main** [1] - 48:8
**maintain** [1] - 50:19
**major** [1] - 7:24
**majority** [2] - 41:18,
43:20
**male** [2] - 61:5, 136:14
**Mall** [2] - 9:12, 94:8
**man** [30] - 16:22, 17:6,
19:24, 22:5, 22:19,
31:16, 34:4, 38:3,

38:23, 38:25, 72:5,
72:9, 73:17, 73:24,
74:15, 76:3, 76:7,
76:15, 77:14, 78:11,
79:20, 80:11, 81:3,
81:13, 81:16, 81:18,
82:17, 83:23, 83:25,
133:25
**manipulate** [1] -
151:22
**manufacturer** [1] -
47:24
**manufacturers** [1] -
48:1
**map** [1] - 40:8
**marched** [1] - 52:21
**marching** [2] - 9:10,
95:23
**mark** [1] - 69:5
**marked** [1] - 159:14
**maroon** [1] - 92:22
**mask** [25] - 10:18,
10:23, 15:17, 22:14,
44:10, 44:20, 44:25,
46:1, 46:5, 46:7,
46:9, 46:12, 46:16,
46:20, 46:25, 59:20,
61:10, 61:11, 61:20,
61:22, 62:2, 62:5,
62:7, 145:1
**material** [1] - 45:12
**matter** [6] - 5:22,
91:15, 115:25,
173:9, 174:22, 175:6
**matters** [1] - 116:7
**McConnell** [2] - 18:9,
37:8
**McGillicuddy** [102] -
3:8, 5:9, 90:4, 90:14,
90:23, 90:25, 91:2,
93:1, 93:16, 94:3,
94:15, 95:13, 95:22,
96:11, 96:22, 97:22,
98:10, 98:19, 99:14,
99:25, 100:20,
101:8, 101:12,
101:25, 102:22,
103:3, 104:4,
104:12, 104:24,
105:13, 106:23,
107:6, 107:13,
107:19, 108:4,
108:8, 109:1,
109:16, 110:10,
110:24, 111:11,
111:18, 111:22,
112:7, 113:1,
113:10, 113:23,
114:14, 118:8,
119:4, 119:22,

120:5, 120:18,
121:20, 122:8,
122:16, 123:20,
124:5, 124:15,
125:1, 125:7,
125:11, 125:18,
126:5, 126:19,
127:6, 128:20,
129:17, 130:1,
130:7, 130:15,
132:1, 132:14,
132:24, 133:6,
134:5, 135:2, 136:5,
136:16, 139:8,
139:15, 143:16,
144:1, 144:12,
145:9, 147:2, 148:8,
148:22, 149:23,
150:3, 150:15,
151:13, 152:3,
152:16, 153:13,
153:25, 154:9,
155:8, 155:23,
156:6, 159:18,
161:14
**mean** [9] - 8:7, 64:21,
72:13, 75:5, 82:9,
147:4, 167:3, 172:24
**meaning** [2] - 142:18,
162:14
**means** [3] - 24:20,
43:25, 173:2
**meant** [1] - 119:9
**meet** [1] - 166:6
**megaphone** [1] -
36:23
**members** [3] - 7:23,
143:19, 158:17
**memory** [1] - 72:15
**mentioned** [3] - 73:1,
114:4, 149:14
**mere** [3] - 35:7, 164:9,
165:22
**message** [1] - 148:23
**met** [8] - 14:6, 14:9,
21:5, 162:9, 163:1,
163:17, 163:21,
166:21
**metal** [2] - 48:7, 48:22
**Metropolitan** [5] - 7:3,
41:7, 41:9, 55:15,
130:25
**Michael** [4] - 3:5, 3:8,
41:5, 90:25
**MICHAEL** [1] - 41:5
**microphone** [1] - 56:3
**middle** [7] - 32:4,
58:1, 66:16, 69:1,
107:15, 130:22,
144:5

**midmorning** [1] - 54:25
**might** [4] - 62:1, 76:11, 120:23, 169:24
**Mike** [2] - 90:3, 127:11
**military** [1] - 122:11
**Militello** [1] - 5:15
**MILITELLO** [55] - 14:25, 19:6, 26:8, 30:23, 36:17, 39:17, 56:10, 58:22, 63:9, 68:2, 71:8, 71:10, 71:20, 74:3, 74:10, 74:14, 75:7, 75:10, 75:16, 75:19, 76:4, 76:6, 76:14, 76:18, 76:21, 77:2, 77:5, 77:16, 78:13, 78:18, 79:1, 79:10, 79:14, 79:18, 79:19, 80:5, 80:7, 80:17, 80:19, 80:20, 81:8, 81:10, 81:11, 82:13, 82:16, 82:21, 82:24, 83:1, 83:6, 84:5, 87:9, 87:14, 88:1, 88:2, 88:5
**Militello............** [1] - 3:7
**Militello..............** [2] - 3:5, 3:6
**Millard** [2] - 162:17, 165:15
**Millard's** [1] - 165:6
**million** [1] - 165:16
**millions** [1] - 152:5
**mind** [20] - 5:23, 36:7, 71:18, 84:21, 86:21, 86:24, 95:9, 110:21, 114:5, 116:6, 116:8, 116:15, 119:16, 121:22, 121:23, 154:23, 161:12, 164:11, 169:4, 173:14
**mine** [2] - 8:9, 65:21
**minimum** [1] - 117:2
**minute** [15] - 16:18, 26:24, 32:12, 32:17, 39:17, 79:16, 80:2, 80:5, 84:5, 93:25, 101:12, 101:21, 102:14, 102:20, 169:5
**minutes** [56] - 19:10, 24:12, 24:16, 27:7, 28:14, 33:5, 33:7, 33:9, 39:7, 60:15, 63:13, 65:15, 67:2,

74:4, 74:6, 77:3, 79:14, 90:10, 95:19, 105:10, 105:24, 108:2, 109:14, 110:6, 110:20, 111:14, 112:21, 114:8, 114:12, 119:1, 119:14, 119:20, 120:14, 120:21, 121:1, 121:17, 122:13, 127:18, 128:2, 128:17, 128:22, 131:24, 133:2, 134:2, 134:24, 136:20, 137:12, 138:7, 159:15, 159:16, 160:15, 160:25, 165:1, 173:20, 174:11
**mirroring** [1] - 129:22
**mission** [2] - 13:21, 30:5
**misstating** [1] - 69:8
**mistaken** [1] - 73:10
**Mitch** [2] - 18:9, 37:8
**mob** [2] - 166:9, 166:10
**mobile** [1] - 41:24
**moment** [13] - 16:8, 64:12, 71:4, 72:11, 85:3, 87:6, 126:8, 132:15, 138:3, 141:3, 155:20, 156:2, 162:7
**momentarily** [1] - 40:8
**moments** [1] - 164:17
**Monument** [3] - 94:5, 94:7, 94:9
**morning** [19] - 5:6, 5:7, 5:11, 5:12, 5:18, 6:17, 6:18, 6:22, 36:18, 36:19, 39:23, 40:14, 40:15, 41:1, 41:2, 70:12, 71:11, 153:9, 169:21
**most** [7] - 29:10, 35:18, 72:3, 73:8, 112:10, 134:21, 163:14
**mostly** [1] - 11:25
**motion** [10] - 88:9, 99:1, 99:3, 99:6, 110:15, 163:12, 167:5, 167:8, 167:11, 167:16
**motioned** [1] - 99:7
**motioning** [1] - 98:24
**motions** [3] - 49:8, 99:4, 128:11

**motorcycle** [1] - 47:13
**mountain** [13] - 41:23, 42:4, 42:6, 42:25, 44:15, 44:22, 45:22, 46:16, 46:17, 47:12, 57:5, 59:17, 59:19
**mouth** [1] - 22:8
**move** [42] - 14:24, 19:4, 23:7, 26:6, 28:23, 29:2, 56:3, 56:9, 56:23, 58:21, 59:22, 63:8, 68:1, 72:1, 75:22, 93:10, 94:22, 96:16, 98:4, 99:19, 101:2, 103:19, 111:4, 113:17, 114:21, 118:1, 124:9, 126:13, 132:8, 135:25, 138:15, 139:24, 140:7, 140:10, 148:16, 151:1, 151:6, 153:20, 158:20, 159:23, 162:8, 163:3
**moved** [4] - 53:8, 53:11, 76:1, 125:11
**movement** [2] - 43:23, 99:5
**moves** [2] - 30:21
**moving** [6] - 45:18, 95:9, 114:2, 123:6, 155:1, 165:9
**MPD** [11] - 7:4, 7:6, 7:16, 8:12, 12:4, 41:12, 46:21, 46:24, 54:12, 134:18, 146:21
**multiple** [5] - 42:2, 72:1, 73:11, 120:25, 122:22
**mural** [2] - 131:15, 131:16
**Museum** [1] - 94:11

**N**

**name** [7] - 6:25, 41:4, 45:20, 90:24, 90:25, 91:1, 148:23
**Nancy** [1] - 18:7
**Narcan** [1] - 45:19
**National** [3] - 9:12, 94:8, 94:11
**natural** [1] - 164:3
**nature** [4] - 7:25, 8:16, 9:23, 12:12
**navy** [1] - 47:10
**near** [2] - 39:7, 94:11
**nearly** [2] - 71:1,

152:10
**necessary** [1] - 50:22
**neck** [2] - 92:3, 106:17
**need** [20] - 48:14, 52:7, 74:11, 74:22, 74:24, 75:3, 75:24, 79:2, 90:7, 116:22, 147:4, 154:12, 154:22, 163:13, 166:24, 167:13, 167:21
**needed** [5] - 46:15, 51:9, 53:21, 54:2
**needs** [3] - 8:13, 116:16, 152:11
**net** [2] - 46:7, 46:9
**network** [1] - 151:21
**never** [2] - 52:10, 161:12
**new** [2] - 6:6, 40:9
**next** [8] - 5:19, 40:3, 83:2, 107:15, 113:2, 123:6, 125:2, 169:6
**night** [1] - 35:18
**Nike** [1] - 92:1
**nobody** [1] - 14:2
**noise** [1] - 51:12
**nonlethal** [1] - 49:17
**normal** [1] - 44:23
**normally** [1] - 10:11
**north** [6] - 9:6, 97:10, 98:12, 144:3, 148:4
**northeast** [4] - 11:17, 12:24, 43:10, 126:20
**northward** [1] - 120:10
**northwest** [15] - 98:13, 98:24, 100:9, 101:9, 101:10, 102:4, 105:14, 107:2, 130:20, 143:17, 144:2, 144:7, 144:13, 145:18, 165:2
**Northwest** [2] - 9:6, 43:15
**notes** [1] - 163:20
**nothing** [1] - 87:7
**notice** [3] - 15:15, 22:11, 166:16
**noticed** [1] - 133:13
**number** [8] - 8:8, 8:10, 37:10, 38:15, 50:11, 72:17, 72:19, 115:16
**numbers** [2] - 8:7, 49:6
**numerous** [1] - 166:7
**Nunn** [2] - 100:13, 143:22

**O**

**o'clock** [2] - 42:20, 90:7
**OAP** [1] - 165:14
**oath** [2] - 40:17, 53:19
**Oath** [3] - 6:13, 40:18, 90:18
**object** [2] - 114:22, 115:11
**objecting** [1] - 114:25
**objection** [49] - 14:25, 19:6, 26:8, 30:23, 56:10, 58:22, 63:9, 68:2, 79:5, 79:6, 93:11, 94:23, 96:17, 98:5, 99:20, 101:3, 103:20, 111:5, 113:18, 115:18, 116:19, 117:17, 117:21, 124:11, 126:14, 132:9, 136:1, 138:16, 139:25, 140:11, 140:20, 140:22, 140:24, 141:1, 141:4, 141:6, 141:8, 141:10, 141:12, 141:14, 141:16, 141:18, 148:17, 151:2, 153:21, 160:1, 167:22, 167:24, 174:20
**objectionable** [1] - 115:14
**objects** [1] - 22:22
**obscured** [1] - 64:10
**observe** [1] - 13:7
**obstruct** [5] - 163:25, 164:4, 164:6, 164:7, 166:19
**obstructed** [1] - 163:22
**obstructive** [1] - 164:23
**obtain** [6] - 139:18, 148:11, 150:20, 153:1, 153:2, 153:4, 154:3
**obvious** [1] - 152:23
**obviously** [9] - 64:21, 90:7, 116:25, 117:17, 161:23, 166:25, 167:6, 171:10, 173:22
**OC** [10] - 11:2, 11:4, 11:8, 11:9, 24:7, 25:8, 45:15, 49:19, 62:8, 70:20
**occasions** [1] - 120:25

**occur** [1] - 168:2
**occurred** [2] - 69:9, 72:15
**occurring** [4] - 9:25, 65:18, 108:13, 136:16
**occurs** [1] - 89:1
**offense** [1] - 162:11
**offenses** [1] - 162:11
**office** [1] - 91:12
**Office** [4] - 5:15, 91:3, 91:9, 91:16
**officer** [13] - 7:4, 7:16, 24:9, 24:11, 28:1, 66:5, 66:6, 66:9, 66:14, 69:20, 81:15, 97:16, 162:16
**Officer** [24] - 6:22, 6:24, 7:2, 7:16, 10:9, 15:9, 16:10, 16:21, 18:17, 19:13, 19:22, 20:17, 20:20, 23:21, 25:18, 26:13, 27:3, 31:5, 34:25, 36:18, 100:13, 143:22, 162:20, 165:24
**officer's** [3] - 52:15, 65:22, 66:13
**officers** [49] - 10:4, 11:9, 12:3, 12:6, 13:10, 13:16, 16:24, 20:24, 21:19, 25:7, 27:22, 28:11, 29:23, 38:16, 46:24, 47:5, 50:12, 51:8, 51:19, 52:7, 53:5, 53:23, 54:13, 56:19, 56:23, 68:17, 80:22, 102:4, 131:1, 134:16, 134:18, 134:19, 134:20, 136:15, 137:5, 137:22, 143:18, 143:21, 146:2, 146:6, 146:11, 146:21, 147:4, 147:7, 165:6, 165:9, 165:23, 165:21
**officers'** [1] - 35:25
**official** [5] - 78:23, 163:22, 163:23, 164:1, 164:4
**officials** [1] - 53:24
**old** [16] - 6:4, 13:5, 13:7, 13:12, 13:21, 14:14, 14:17, 15:13, 19:14, 20:25, 23:22, 25:19, 36:21, 38:4, 145:23, 165:21
**older** [2] - 74:20,

74:24
**once** [11] - 13:7, 21:4, 27:6, 30:4, 44:9, 46:16, 48:18, 50:18, 69:22, 69:23
**one** [44] - 5:22, 13:4, 13:24, 22:13, 36:20, 47:24, 48:14, 53:11, 58:10, 64:8, 70:4, 72:6, 73:16, 76:9, 76:12, 80:22, 85:17, 87:10, 88:6, 88:23, 92:7, 94:9, 109:7, 112:11, 117:5, 119:16, 122:22, 123:24, 133:14, 133:17, 136:17, 138:7, 140:13, 141:3, 147:5, 156:2, 156:17, 162:7, 162:18, 164:18, 167:21, 171:25
**ones** [2] - 35:3, 172:8
**ongoing** [1] - 51:11
**open** [2] - 48:15, 49:22
**opened** [2] - 52:22, 91:13
**opening** [1] - 115:2
**operations** [1] - 41:22
**opinion** [1] - 66:20
**opponent** [2] - 116:3, 116:10
**opportunity** [4] - 52:9, 165:21, 171:14, 173:22
**opposing** [2] - 21:11, 68:22
**opposite** [2] - 54:8, 68:22
**options** [1] - 152:21
**oral** [1] - 171:12
**order** [2] - 46:13, 82:4
**ordered** [1] - 13:23
**orderly** [1] - 170:2
**ordinarily** [1] - 46:22
**Oregon** [2] - 149:5, 166:16
**orient** [1] - 80:16
**original** [1] - 142:18
**originally** [2] - 9:4, 9:5
**otherwise** [1] - 66:22
**outer** [2] - 10:13, 134:20
**outnumber** [1] - 50:12
**outnumbered** [3] - 12:6, 14:18, 165:18
**outside** [17] - 5:24, 13:5, 15:13, 23:7, 29:18, 30:12, 36:21,

38:4, 38:5, 45:13, 45:21, 61:14, 73:14, 118:9, 118:21, 145:23, 146:13
**outstanding** [2] - 174:9, 174:12
**outweighs** [1] - 115:4
**overcome** [1] - 50:4
**overlook** [3] - 118:22, 118:23, 119:24
**overly** [1] - 169:11
**overruled** [2] - 117:21, 151:5
**overtaken** [1] - 102:11
**own** [8] - 89:10, 122:23, 128:9, 129:5, 129:6, 129:24, 168:22, 172:13

---

**P**

**p.m** [31] - 19:22, 27:16, 106:12, 106:24, 108:7, 108:12, 109:3, 109:20, 110:11, 120:13, 120:19, 121:6, 121:25, 122:17, 123:10, 125:8, 125:13, 125:20, 127:21, 128:7, 128:21, 129:2, 130:8, 130:17, 131:8, 134:6, 135:10, 137:1, 137:16, 170:8, 175:18
**pace** [1] - 121:9
**padded** [1] - 47:13
**PAGE** [2] - 3:2, 4:2
**page** [8] - 151:25, 152:13, 154:7, 154:15, 154:17, 154:20, 154:23, 155:1
**paid** [1] - 41:11
**painting** [5] - 131:15, 131:17, 132:17, 132:18
**panned** [1] - 97:14
**panorama** [1] - 145:17
**pans** [1] - 95:25
**pants** [3] - 10:12, 45:9, 45:10
**papers** [1] - 70:21
**parades** [2] - 8:16, 42:10
**paragraph** [2] - 151:16, 152:3

**paralegal** [1] - 5:9
**parked** [1] - 12:25
**parsed** [1] - 153:3
**part** [23] - 29:10, 38:10, 41:16, 43:1, 73:8, 80:25, 83:20, 86:19, 105:3, 124:22, 139:15, 140:1, 144:13, 144:14, 147:5, 148:8, 150:17, 153:15, 157:11, 159:9, 159:21, 166:15, 171:13
**particular** [2] - 89:11, 89:13
**particularly** [1] - 167:4
**parties** [12] - 5:4, 167:1, 169:7, 171:6, 171:8, 171:9, 171:12, 173:4, 173:10, 173:15, 174:7, 175:4
**partners** [1] - 21:9
**parts** [3] - 146:7, 147:6, 154:13
**party** [4] - 95:4, 116:3, 116:9, 151:24
**pass** [1] - 13:25
**passed** [1] - 152:20
**past** [2] - 14:1, 83:14
**path** [2] - 43:6, 64:18
**Patriot** [1] - 152:11
**patrol** [2] - 7:7, 10:11
**pause** [43] - 19:11, 20:12, 23:15, 25:14, 31:3, 32:15, 34:18, 55:10, 59:8, 63:4, 74:10, 79:15, 79:18, 80:19, 81:10, 84:18, 84:20, 89:5, 92:24, 94:13, 96:9, 97:20, 100:18, 102:13, 102:15, 102:19, 104:9, 104:20, 105:9, 108:2, 109:22, 109:24, 110:20, 114:12, 120:2, 121:17, 125:5, 126:3, 127:18, 130:4, 134:3, 159:19, 161:2
**paused** [3] - 34:22, 102:19, 119:20
**pausing** [11] - 15:9, 15:23, 17:6, 23:4, 23:19, 24:16, 25:14, 27:3, 32:2, 32:17, 33:23
**pay** [1] - 57:12

**peaceful** [2] - 14:5, 166:20
**peeking** [1] - 95:16
**Pelosi** [3] - 8:7, 127:10
**Pence** [5] - 95:5, 95:6, 96:6, 127:11, 164:13
**Pennsylvania** [5] - 43:6, 43:10, 43:15, 43:20, 44:5
**pens** [1] - 45:14
**people** [41] - 9:10, 11:20, 11:21, 11:23, 12:11, 13:11, 13:13, 13:18, 22:10, 22:11, 23:7, 28:5, 34:3, 35:24, 37:10, 43:16, 43:19, 47:2, 50:17, 51:10, 51:24, 52:12, 53:7, 53:11, 53:12, 54:2, 54:3, 54:11, 57:1, 71:17, 71:21, 77:12, 78:4, 99:6, 110:15, 110:16, 151:18, 152:5, 152:10, 162:19
**pepper** [7] - 11:4, 23:22, 24:10, 24:17, 24:18, 25:5, 25:9
**per** [10] - 56:7, 63:5, 67:22, 99:17, 103:15, 124:8, 126:10, 139:20, 150:23, 153:17
**percent** [1] - 52:20
**perhaps** [3] - 15:6, 160:11, 174:17
**perimeter** [2] - 50:23, 120:22
**permitted** [1] - 167:4
**persisted** [1] - 165:2
**persistent** [1] - 164:18
**person** [9] - 20:3, 22:14, 28:19, 32:2, 32:3, 47:20, 51:20, 64:16, 70:3
**personal** [1] - 174:22
**perspective** [2] - 89:15, 175:2
**phone** [27] - 34:21, 39:13, 103:18, 117:9, 120:23, 121:10, 130:21, 137:19, 139:4, 139:9, 139:11, 139:19, 139:22, 140:4, 148:13, 150:22, 150:25, 153:3, 153:19, 154:4, 155:9,

155:14, 156:9,
157:25, 158:1,
158:2, 164:9
**photo** [5] - 59:15,
100:3, 113:23,
113:24, 129:5
**photograph** [39] -
99:15, 99:18,
100:11, 100:15,
107:6, 107:15,
108:16, 113:10,
113:25, 124:5,
124:9, 124:16,
124:18, 124:20,
129:13, 130:23,
135:20, 136:9,
136:16, 138:10,
138:21, 138:25,
139:2, 139:15,
139:18, 143:7,
143:8, 143:16,
144:12, 145:8,
145:21, 145:22,
146:1, 146:10,
146:12, 147:20,
147:21, 148:2,
148:11
**photographs** [6] -
47:2, 142:15,
142:16, 149:14,
155:14, 155:17
**photos** [3] - 91:22,
128:10, 129:8
**physical** [3] - 10:5,
23:10, 162:25
**physically** [1] - 64:24
**pick** [4] - 47:4, 51:12,
125:25, 156:8
**picks** [1] - 125:23
**picture** [1] - 145:10
**pictures** [1] - 140:3
**piece** [2] - 72:18,
158:24
**pieces** [1] - 51:13
**pipe** [2] - 48:7, 48:8
**place** [4] - 8:14, 10:4,
19:15, 48:17
**places** [2] - 52:24,
74:11
**plan** [7] - 101:18,
140:9, 141:19,
152:6, 173:11,
175:5, 175:6
**plans** [1] - 175:1
**platform** [1] - 98:23
**Platoon** [1] - 41:19
**platoon** [6] - 7:24,
8:10, 38:15, 41:22,
41:25, 42:6
**platoons** [3] - 8:11,

42:3, 42:5
**play** [89] - 15:20,
16:18, 17:3, 18:11,
19:19, 20:11, 22:25,
23:15, 24:12, 25:12,
26:19, 26:24, 27:12,
27:18, 28:14, 31:12,
31:24, 32:12, 33:21,
34:16, 57:11, 60:8,
60:20, 63:1, 63:12,
65:14, 67:1, 69:4,
69:24, 74:7, 75:5,
75:7, 76:4, 76:18,
77:13, 78:14, 79:15,
79:23, 80:17, 81:8,
82:13, 82:22, 82:24,
83:2, 84:17, 85:17,
85:19, 86:12, 88:25,
93:24, 95:18, 97:5,
98:15, 101:17,
101:21, 102:15,
104:1, 104:20,
106:19, 107:20,
108:22, 110:6,
112:3, 114:24,
118:25, 119:13,
120:14, 121:1,
122:4, 122:12,
125:14, 127:2,
128:2, 128:22,
130:9, 131:3, 133:2,
133:14, 133:19,
134:23, 135:5,
137:11, 145:13,
146:24, 147:10,
150:5, 160:15,
160:25
**played** [98] - 15:21,
16:19, 17:4, 17:16,
18:13, 19:20, 20:13,
23:2, 23:17, 24:5,
24:14, 25:13, 27:1,
27:13, 27:19, 28:16,
31:14, 31:25, 32:14,
33:22, 34:17, 57:14,
59:7, 60:22, 63:2,
63:15, 65:16, 67:3,
69:6, 74:9, 74:13,
75:9, 75:18, 76:5,
76:13, 76:20, 77:15,
79:17, 80:6, 80:18,
81:9, 82:15, 82:23,
83:5, 84:19, 85:20,
86:14, 86:23, 86:25,
88:15, 89:2, 89:4,
94:1, 95:11, 95:20,
97:7, 98:17, 101:23,
102:16, 102:18,
104:2, 104:10,
104:22, 105:11,
106:21, 108:24,

109:23, 110:8,
112:5, 119:2,
119:15, 119:18,
120:3, 120:16,
121:3, 121:18,
122:6, 122:14,
125:9, 125:16,
127:4, 128:4,
128:18, 128:24,
130:5, 130:11,
130:13, 131:5,
133:4, 133:20,
134:25, 135:7,
137:13, 145:14,
146:25, 147:11,
150:7, 161:1
**playing** [5] - 86:22,
86:24, 89:3, 95:10,
119:16
**plenty** [3] - 165:20,
169:12, 170:2
**plus** [1] - 174:7
**podium** [1] - 163:10
**Point** [1] - 151:18
**point** [47] - 9:13, 10:1,
12:6, 12:15, 13:17,
19:22, 20:9, 23:6,
23:21, 24:19, 24:24,
27:5, 30:7, 32:6,
32:25, 35:10, 38:17,
42:22, 44:6, 47:1,
50:22, 51:3, 61:8,
61:20, 64:3, 65:7,
65:11, 76:8, 77:18,
77:19, 83:15, 83:22,
85:5, 85:13, 86:6,
102:7, 106:9,
106:17, 109:7,
110:18, 112:11,
131:11, 135:3,
160:20, 162:24,
165:14, 165:25
**pointed** [3] - 119:10,
165:7, 165:8
**pointing** [2] - 16:22,
106:2
**police** [39] - 14:15,
20:1, 20:4, 20:21,
21:22, 22:1, 23:10,
23:23, 42:2, 44:24,
45:14, 47:5, 50:6,
50:12, 50:19, 50:21,
50:22, 50:25, 53:5,
53:6, 53:9, 54:6,
54:12, 61:18, 66:18,
68:17, 69:20, 73:6,
80:25, 85:4, 85:6,
86:5, 86:7, 87:3,
112:19, 165:3,
165:8, 165:17, 166:5

**Police** [10] - 7:3, 41:7,
41:9, 54:12, 55:15,
105:2, 105:19,
130:25, 131:1,
136:18
**Police's** [1] - 143:19
**political** [1] - 151:23
**popped** [1] - 102:2
**port** [3] - 49:22, 73:10,
73:11
**port-arms** [1] - 73:11
**portion** [3] - 53:11,
60:8, 107:14
**portions** [1] - 70:17
**Portland** [1] - 91:12
**pose** [2] - 122:24,
128:10
**poses** [2] - 129:5,
129:8
**position** [5] - 49:22,
171:3, 171:10,
171:11, 171:15
**positions** [1] - 171:17
**possible** [3] - 38:6,
38:8, 110:21
**possibly** [2] - 64:9,
122:24
**posting** [1] - 149:16
**POTUS** [2] - 152:6,
152:8
**pouch** [2] - 45:13,
46:18
**pouring** [2] - 61:5,
114:1
**powdery** [1] - 70:19
**power** [1] - 166:20
**practiced** [1] - 50:6
**precise** [1] - 89:7
**prejudiced** [2] -
117:20, 117:25
**prejudicial** [3] - 115:4,
116:17, 117:8
**preliminary** [1] - 5:22
**premature** [1] - 167:8
**preparation** [3] -
55:23, 66:8, 68:9
**prepare** [2] - 90:10,
157:13
**Prepare** [1] - 151:15
**prepared** [3] - 40:2,
169:19, 173:23
**prescription** [1] -
46:11
**presence** [5] - 5:25,
21:25, 29:15, 35:7,
61:14
**present** [4] - 5:17,
10:25, 51:18, 71:21
**presented** [2] - 52:9,
52:12

**preserved** [2] -
117:18, 117:21
**president** [1] - 152:22
**President** [6] - 122:10,
122:21, 124:21,
128:9, 129:4, 129:5
**Presidential** [1] -
152:19
**presidential** [1] -
166:19
**presumably** [1] -
80:25
**pretty** [7] - 51:18,
52:6, 60:13, 68:15,
76:12, 81:12, 158:24
**preventing** [4] -
121:14, 123:3,
128:13, 147:3
**previous** [2] - 22:12,
27:7
**previously** [10] -
61:10, 62:17, 80:13,
105:9, 107:4,
108:21, 129:10,
149:21, 159:25,
161:5
**primarily** [2] - 121:10,
133:9
**primary** [1] - 173:6
**printing** [1] - 163:20
**probable** [1] - 164:3
**probative** [1] - 115:5
**problem** [5] - 65:2,
72:13, 80:10, 82:20,
156:3
**problematic** [1] -
64:18
**problems** [9] - 64:14,
64:20, 80:9, 156:20,
157:4, 157:7,
158:21, 159:4
**proceed** [7] - 5:19,
6:19, 40:22, 55:8,
103:14, 123:17,
174:4
**proceeding** [5] -
163:22, 163:23,
164:1, 164:4, 174:20
**Proceedings** [1] -
175:18
**process** [3] - 29:22,
164:7, 164:8
**produce** [1] - 151:22
**progressed** [1] - 44:12
**promises** [1] - 175:5
**promotion** [1] - 45:5
**pronounce** [1] -
173:13
**proper** [1] - 73:7
**properly** [3] - 103:18,

150:24, 153:18
**property** [1] - 166:17
**pros** [1] - 172:4
**protective** [1] - 45:22
**protest** [3] - 9:9, 9:11,
164:10
**protesters** [4] - 50:17,
94:6, 138:24, 149:4
**protests** [2] - 7:24,
8:16
**prove** [6] - 116:16,
162:10, 162:13,
163:2, 164:19,
164:20
**provide** [3] - 6:8,
66:17, 173:10
**provided** [3] - 40:9,
40:10, 64:16
**providing** [8] - 93:1,
94:15, 96:11, 97:22,
99:14, 100:20,
103:3, 110:24
**proximity** [3] - 37:22,
80:15, 97:15
**public** [1] - 166:17
**publish** [8] - 14:24,
19:5, 26:7, 30:22,
103:19, 111:8,
111:9, 132:8
**published** [26] - 15:2,
19:8, 26:10, 30:25,
56:9, 56:11, 58:24,
63:10, 68:4, 79:12,
93:13, 94:25, 96:19,
98:7, 99:22, 103:23,
113:20, 118:5,
126:16, 132:11,
136:2, 138:18,
141:22, 148:19,
151:9, 160:3
**pull** [67] - 18:15, 26:2,
30:18, 48:14, 54:22,
55:9, 58:12, 62:13,
63:3, 63:21, 66:17,
67:13, 69:22, 70:4,
74:3, 78:13, 88:7,
92:23, 94:12, 96:8,
97:19, 99:12,
100:17, 103:1,
105:8, 107:3, 108:1,
110:19, 113:7,
114:11, 120:1,
120:23, 123:5,
124:2, 125:4, 126:2,
127:17, 129:10,
130:3, 131:23,
134:2, 135:18,
136:19, 138:8,
139:13, 143:14,
143:24, 144:10,

145:6, 145:12,
145:19, 145:24,
146:8, 146:17,
147:9, 147:18,
147:25, 148:6,
149:20, 150:12,
153:11, 155:4,
155:6, 158:15,
159:14, 161:9
**pulled** [11] - 63:22,
64:14, 64:16, 64:19,
64:22, 65:10, 69:20,
92:4, 93:22, 97:4,
106:17
**pulling** [2] - 65:21,
69:18
**pullover** [1] - 31:21
**pulls** [1] - 69:17
**pump** [1] - 102:6
**purple** [1] - 92:22
**purport** [1] - 142:16
**purpose** [2] - 12:20,
166:18
**purposes** [3] - 27:24,
28:2, 170:3
**Pursuant** [1] - 94:18
**pursuant** [12] - 93:6,
96:14, 97:25,
100:23, 103:6,
111:2, 113:13,
114:17, 132:4,
135:23, 138:13,
139:11
**push** [9] - 14:10, 21:4,
29:16, 29:23, 38:11,
38:18, 62:1, 73:9,
73:11
**pushback** [1] - 29:10
**pushed** [5] - 14:13,
21:8, 27:7, 27:8,
61:24
**pushing** [3] - 21:22,
29:19, 78:6
**puts** [4] - 89:15,
128:9, 129:4, 129:7
**putting** [1] - 44:10,
169:5

---

## Q

**questioning** [2] -
71:14, 141:20
**questions** [18] - 36:13,
39:21, 71:5, 84:6,
84:13, 87:16, 87:23,
89:19, 155:22,
161:17, 161:20,
169:7, 169:17,
171:11, 171:15,
174:3, 174:9, 174:16

**quickly** [5] - 81:12,
82:6, 109:11,
122:24, 143:4
**quite** [4] - 11:20, 73:1,
100:6, 173:7

---

## R

**racks** [3] - 143:12,
144:18, 145:11
**radio** [8] - 9:17, 10:3,
45:16, 50:16, 51:7,
51:23, 52:15
**railing** [1] - 119:25
**raise** [1] - 6:12
**raised** [7] - 76:8,
76:16, 114:24,
122:20, 134:15,
160:22, 165:7
**raises** [2] - 129:8,
173:14
**rally** [1] - 9:12
**range** [2] - 42:9, 42:11
**rather** [2] - 48:19,
140:12
**react** [1] - 38:25
**reacting** [3] - 33:14,
166:2, 166:5
**read** [13] - 142:10,
142:23, 151:3,
151:13, 151:16,
152:3, 152:16,
154:11, 154:12,
154:13, 154:21,
154:22
**ready** [4] - 5:19, 173:7,
173:25, 174:4
**reaffirming** [1] -
165:17
**Reagan** [1] - 128:9
**reality** [1] - 152:8
**realized** [1] - 14:12
**really** [12] - 16:7,
25:23, 47:11, 49:24,
50:3, 51:14, 88:13,
116:18, 122:24,
173:5, 173:6
**reason** [4] - 66:20,
66:23, 116:5, 175:5
**reasonable** [7] -
54:24, 162:10,
163:16, 163:18,
163:21, 166:21,
169:11
**reasonably** [1] -
163:15
**reasons** [2] - 163:3,
172:16
**rebut** [1] - 174:15
**rebuttal** [2] - 173:22,

175:16
**receive** [2] - 9:16, 9:18
**recess** [7] - 55:2,
169:13, 169:14,
170:8, 171:20,
174:17, 175:16
**Recess** [3] - 55:7,
123:16, 170:21
**Reclaiming** [2] -
151:15, 156:17
**recognize** [13] - 15:10,
51:8, 59:10, 67:17,
78:19, 80:8, 80:21,
105:13, 108:4,
109:16, 120:5,
150:15, 153:13
**recognized** [1] - 52:23
**recollection** [4] - 38:3,
72:14, 77:9, 84:2
**recommend** [1] -
159:7
**Recommendation** [1]
- 155:1
**recommendations** [3]
- 154:18, 154:25,
159:3
**Recommendations**
[1] - 154:24
**recommending** [1] -
159:8
**record** [28] - 5:5, 6:25,
16:16, 27:6, 27:8,
34:23, 40:11, 55:3,
55:5, 57:25, 78:16,
88:13, 88:16, 95:2,
99:7, 103:15,
107:13, 111:18,
113:1, 123:10,
129:17, 130:12,
132:24, 142:9,
170:6, 170:22,
171:19, 175:14
**recorded** [4] - 60:15,
115:19, 126:11
**recording** [99] - 15:21,
16:19, 17:4, 17:16,
18:13, 19:20, 20:13,
23:2, 23:17, 24:5,
24:14, 25:13, 27:1,
27:13, 27:19, 28:16,
31:14, 31:25, 32:14,
33:22, 34:17, 55:20,
57:14, 59:7, 60:22,
63:2, 63:15, 65:16,
67:3, 69:6, 74:9,
74:13, 75:9, 75:18,
76:5, 76:13, 76:20,
77:15, 79:17, 80:6,
80:18, 81:9, 82:15,
82:23, 83:5, 84:19,

85:20, 86:14, 86:23,
86:25, 88:15, 89:2,
89:4, 94:1, 95:11,
95:20, 97:7, 98:17,
101:23, 102:16,
102:18, 104:2,
104:10, 104:22,
105:11, 106:21,
108:24, 109:23,
110:8, 112:5, 119:2,
119:15, 119:18,
120:3, 120:16,
120:23, 121:3,
121:18, 122:6,
122:14, 125:9,
125:16, 127:4,
128:4, 128:18,
128:24, 130:5,
130:11, 131:5,
133:4, 133:20,
134:25, 135:7,
137:13, 145:14,
146:25, 147:11,
150:7, 161:1
**records** [1] - 156:9
**RECROSS** [1] - 87:13
**Recross** [1] - 3:7
**RECROSS-
EXAMINATION** [1] -
87:13
**Recross-
Examination** [1] -
3:7
**red** [11] - 92:2, 93:20,
105:24, 106:2,
106:4, 106:9, 110:1,
127:22, 131:21,
134:9, 137:2
**redirect** [6] - 39:19,
39:20, 84:8, 87:16,
161:18, 161:19
**REDIRECT** [1] - 84:10
**Redirect** [1] - 3:7
**refer** [4] - 8:17, 30:1,
115:2, 143:17
**referred** [1] - 98:14
**referring** [7] - 8:19,
13:14, 41:25, 42:16,
48:4, 49:12, 149:24
**reflect** [4] - 16:16,
88:16, 149:11,
173:12
**reflected** [1] - 73:4
**reflective** [2] - 44:24,
57:5
**reflexive** [1] - 162:23
**refresh** [1] - 77:9
**regard** [1] - 11:11
**regards** [2] - 10:24,
164:24

**regular** [1] - 88:9
**Reigns** [2] - 152:4, 152:5
**related** [1] - 115:3
**relation** [1] - 82:19
**relationship** [1] - 151:20
**relatively** [1] - 151:21
**relevance** [4] - 114:25, 116:19, 117:4, 151:2
**relevant** [5] - 116:15, 116:23, 117:2, 117:5, 117:19
**remain** [2] - 40:16, 138:1
**remaining** [1] - 152:21
**remember** [17] - 9:4, 9:11, 9:21, 11:2, 11:21, 12:10, 25:23, 36:21, 36:23, 36:25, 37:18, 52:3, 52:6, 72:6, 72:24, 80:11
**remembering** [1] - 47:3
**remind** [1] - 49:17
**remove** [6] - 28:5, 28:12, 32:9, 32:10, 33:12, 130:1
**removed** [1] - 28:9
**replaced** [1] - 129:24
**replaces** [1] - 129:6
**replied** [1] - 133:13
**Report** [1] - 154:1
**report** [1] - 159:3
**reporter** [4] - 7:13, 115:2, 115:3, 115:22
**representation** [2] - 83:13, 103:17
**required** [1] - 45:20
**requiring** [1] - 91:16
**residences** [1] - 7:11
**resistance** [4] - 14:6, 21:5, 21:6, 23:10
**resisting** [2] - 29:8, 29:9
**resolve** [1] - 140:12
**resources** [1] - 52:8
**respect** [3] - 162:12, 162:16, 164:23
**respectful** [2] - 133:12, 133:25
**respond** [5] - 9:13, 9:22, 9:24, 163:6, 171:15
**responded** [1] - 10:22
**responding** [2] - 14:3, 95:6
**responsibilities** [2] - 8:4, 41:20
**rest** [4] - 84:2, 167:20,

168:16, 171:21
**rested** [1] - 167:17
**restricted** [1] - 165:1
**restroom** [1] - 35:16
**rests** [2] - 162:4, 172:24
**result** [2] - 115:4, 151:23
**results** [2] - 151:19, 151:21
**retain** [2] - 63:22, 65:13, 65:20, 66:19, 66:20
**retained** [1] - 66:22
**retaining** [1] - 63:20
**return** [2] - 171:2, 174:24
**reveal** [1] - 152:7
**reverse** [1] - 68:19
**review** [8] - 18:22, 26:13, 31:5, 89:9, 105:2, 121:13, 123:2, 159:21
**reviewed** [2] - 105:17, 157:12
**rewind** [6] - 16:10, 17:12, 17:14, 24:4, 133:1, 134:22
**Richard** [17] - 5:3, 91:11, 92:16, 93:2, 96:12, 99:15, 105:6, 107:7, 110:25, 114:15, 124:6, 126:6, 128:1, 135:21, 138:11, 149:14, 149:15
**rid** [1] - 58:10
**riding** [1] - 45:9
**right-hand** [9] - 15:14, 57:4, 68:15, 69:1, 78:20, 108:16, 111:19, 129:18, 143:10
**riot** [1] - 166:15
**rioter** [2] - 129:6, 133:11
**rioter's** [2] - 129:7, 129:25
**rioters** [58] - 13:15, 14:3, 14:15, 16:3, 21:20, 21:22, 22:22, 23:10, 24:24, 25:1, 29:4, 29:6, 29:11, 29:16, 29:19, 29:24, 30:7, 32:24, 33:2, 33:14, 35:1, 35:10, 35:13, 35:17, 50:11, 50:12, 50:17, 50:24, 53:4, 53:13, 54:6, 54:7, 56:19, 56:23,

61:16, 62:4, 68:20, 68:23, 70:13, 97:18, 98:24, 102:3, 102:5, 108:8, 108:20, 110:17, 122:25, 128:11, 136:18, 137:23, 138:1, 144:8, 147:23, 161:16, 165:10, 165:16, 166:12
**rioters'** [1] - 14:7
**ripped** [1] - 36:1
**risk** [1] - 64:24
**roam** [1] - 122:19
**rocks** [1] - 10:5
**rode** [4] - 42:25, 43:14, 44:9, 46:3
**role** [1] - 7:9
**roll** [1] - 9:5
**room** [11] - 52:22, 53:1, 53:7, 53:8, 53:11, 56:25, 118:21, 170:15, 170:17
**Rotunda** [75] - 13:12, 14:11, 25:19, 25:22, 25:25, 26:22, 27:16, 28:6, 29:12, 29:17, 29:20, 29:24, 30:15, 33:17, 33:18, 38:7, 38:9, 38:10, 44:14, 51:20, 51:21, 53:2, 53:3, 53:16, 54:15, 56:18, 56:19, 56:24, 59:23, 61:20, 61:22, 62:4, 62:25, 67:19, 68:8, 71:17, 71:22, 72:6, 73:14, 73:16, 80:3, 80:23, 84:3, 118:10, 118:21, 120:10, 120:11, 120:22, 121:9, 124:17, 126:21, 129:21, 130:20, 131:2, 131:12, 134:8, 135:16, 136:6, 136:23, 136:24, 137:18, 137:23, 138:23, 146:5, 146:14, 146:20, 147:3, 147:5, 147:15, 148:4, 159:12, 165:20, 166:1
**rotunda** [2] - 52:23, 52:24
**roughly** [2] - 53:6, 131:18
**round** [3] - 52:22, 56:25, 118:21

**route** [2] - 43:3, 43:4
**rule** [1] - 167:8
**Rule** [9] - 114:25, 116:19, 142:19, 162:9, 163:4, 163:12, 167:5, 167:6, 167:11
**Rummens** [114] - 5:10, 14:20, 18:11, 34:16, 54:22, 55:9, 57:11, 58:12, 59:5, 60:20, 62:13, 63:1, 63:3, 63:12, 65:14, 67:1, 67:12, 69:4, 84:16, 84:20, 86:12, 86:21, 92:23, 93:24, 94:12, 95:9, 95:18, 96:8, 97:5, 97:19, 98:15, 99:12, 100:17, 101:17, 101:21, 102:13, 103:1, 104:1, 104:8, 104:19, 105:8, 106:19, 107:3, 108:1, 108:22, 109:13, 109:21, 110:6, 110:19, 110:21, 112:3, 113:7, 114:11, 118:25, 119:13, 119:17, 120:1, 120:14, 121:1, 121:16, 121:22, 122:4, 122:12, 123:5, 124:2, 125:4, 125:11, 125:14, 126:2, 127:2, 127:17, 128:2, 128:16, 128:22, 129:10, 130:3, 130:9, 131:3, 131:23, 133:1, 133:14, 134:1, 134:22, 135:5, 135:18, 136:19, 137:11, 138:8, 139:5, 139:13, 143:14, 143:24, 144:10, 144:21, 145:6, 145:12, 145:19, 145:24, 146:8, 146:17, 146:24, 147:9, 147:18, 147:25, 148:6, 149:20, 150:1, 150:5, 150:12, 151:25, 152:13, 153:11, 154:7, 155:4
**runoff** [1] - 159:1

**S**

**safe** [1] - 174:25
**safety** [5] - 21:17, 27:24, 28:2, 65:7, 65:8
**sash** [1] - 131:22
**satisfied** [2] - 168:5, 172:15
**saved** [1] - 27:7
**saw** [25] - 15:18, 18:2, 20:3, 22:1, 22:10, 24:1, 27:15, 27:21, 28:3, 28:8, 38:22, 38:25, 61:6, 63:17, 69:10, 72:4, 75:24, 81:25, 82:17, 97:12, 122:20, 126:22, 127:13, 165:3, 165:20
**scaffolding** [1] - 144:3
**scale** [2] - 42:9, 157:4
**scarf** [5] - 17:1, 19:25, 92:4, 97:3, 106:17
**scattered** [2] - 70:21
**scenario** [2] - 64:15, 65:12
**scenarios** [2] - 42:9, 42:11
**scene** [4] - 11:19, 13:2, 78:19, 79:24
**scientific** [1] - 49:7
**screen** [38] - 15:5, 15:15, 19:25, 22:6, 28:19, 31:17, 55:23, 57:4, 57:8, 58:2, 58:7, 59:18, 61:3, 62:12, 66:4, 66:14, 67:6, 68:15, 69:1, 72:11, 74:17, 76:11, 77:12, 80:13, 85:1, 85:2, 85:8, 86:19, 94:4, 107:21, 111:19, 121:10, 122:9, 132:25, 144:5, 144:15, 144:16
**screenshot** [3] - 148:8, 148:22, 149:16
**scroll** [2] - 149:8, 155:2
**scrolling** [1] - 154:23
**search** [2] - 7:11, 139:8
**searched** [1] - 139:11
**seat** [3] - 6:16, 40:21, 90:20
**Second** [1] - 41:13
**second** [21] - 8:9,

28:19, 49:10, 54:1, 78:15, 79:18, 82:14, 84:21, 95:10, 104:8, 104:25, 110:22, 118:10, 119:17, 121:23, 125:11, 159:19, 163:25, 164:5

**seconds** [116] - 15:9, 15:20, 15:23, 16:18, 19:11, 24:4, 24:6, 24:13, 24:16, 26:19, 26:25, 28:15, 31:2, 31:12, 31:16, 31:24, 32:2, 32:13, 32:17, 63:13, 65:15, 67:2, 67:15, 74:4, 74:6, 74:7, 75:7, 75:16, 76:4, 76:19, 77:3, 77:11, 77:13, 78:6, 79:15, 80:17, 81:6, 81:25, 82:10, 82:11, 82:22, 83:2, 83:16, 85:18, 85:19, 86:13, 86:22, 86:24, 93:25, 95:19, 96:9, 97:6, 97:20, 101:13, 101:22, 102:14, 102:20, 104:21, 105:10, 105:25, 106:12, 106:24, 108:2, 108:7, 109:3, 109:14, 109:20, 110:7, 110:11, 110:20, 111:14, 112:21, 114:12, 119:1, 119:14, 119:20, 120:13, 120:15, 120:19, 120:21, 121:2, 121:6, 121:11, 121:17, 121:25, 122:5, 122:13, 122:17, 125:8, 125:13, 125:20, 127:21, 128:3, 128:7, 128:17, 128:21, 128:23, 129:2, 130:8, 130:17, 131:8, 131:24, 133:2, 133:3, 134:3, 134:6, 134:23, 135:6, 135:10, 136:20, 137:1, 137:16, 159:15, 159:16, 160:15, 160:25

**section** [5] - 70:22, 140:18, 141:20, 154:9, 154:24

**sections** [2] - 48:8,

70:18

**security** [1] - 120:9

**see** [80] - 12:3, 16:10, 16:11, 16:23, 17:6, 22:22, 23:25, 32:4, 34:20, 36:2, 37:1, 37:23, 38:6, 39:3, 39:7, 39:15, 43:14, 46:24, 53:3, 57:8, 57:16, 57:19, 59:24, 60:24, 61:16, 61:18, 64:5, 69:2, 75:13, 75:20, 76:2, 76:7, 76:9, 76:10, 76:15, 77:7, 77:13, 78:1, 79:20, 81:3, 81:12, 81:15, 81:19, 83:8, 83:10, 83:17, 83:22, 83:24, 84:23, 86:16, 86:18, 88:25, 98:10, 102:8, 105:24, 109:4, 110:1, 111:11, 111:25, 112:22, 119:4, 120:20, 121:7, 121:21, 122:10, 127:22, 128:15, 131:16, 131:21, 134:9, 138:3, 147:4, 147:22, 149:8, 154:9, 158:2, 158:13, 170:10, 170:20

**seeing** [1] - 23:4

**seek** [1] - 140:5

**seeking** [1] - 116:5

**segments** [1] - 48:10

**self** [1] - 152:9

**self-interested** [1] - 152:9

**selfie** [8] - 104:7, 124:23, 137:20, 146:2, 146:4, 147:14, 148:3

**selfies** [2] - 122:22, 130:20

**Senate** [20] - 13:6, 13:8, 13:12, 13:21, 14:14, 14:17, 15:13, 19:14, 20:25, 23:22, 25:19, 36:21, 38:4, 107:24, 108:5, 109:6, 145:23, 154:2, 158:11, 165:22

**senators** [1] - 158:9

**sense** [2] - 33:16, 49:1

**sent** [1] - 9:6

**sentences** [1] - 152:16

**separated** [1] - 51:13

**separates** [1] - 135:15

**Sergeant** [4] - 149:18, 162:17, 165:6, 165:15

**sergeant** [3] - 24:11, 41:15, 59:19

**series** [3] - 87:23, 140:3, 156:10

**serious** [1] - 152:11

**serve** [4] - 18:2, 20:17, 37:6, 144:18

**service** [3] - 39:23, 89:22, 161:22

**session** [1] - 149:5

**set** [2] - 30:9, 30:12

**several** [9] - 39:7, 48:15, 72:12, 91:24, 129:8, 137:6, 146:11, 147:23, 158:9

**shall** [1] - 5:25

**sheath** [2] - 48:12, 48:14

**shield** [2] - 10:14, 10:15

**shields** [2] - 22:13, 134:21

**shirt** [16] - 10:12, 38:23, 38:25, 60:3, 72:5, 72:9, 73:17, 76:8, 76:15, 79:20, 80:11, 81:4, 81:13, 83:23, 86:17, 92:22

**shoot** [2] - 65:6, 90:15

**short** [4] - 8:1, 48:19, 60:12, 167:24

**shoulder** [4] - 49:9, 49:11, 49:12, 99:8

**shouting** [2] - 12:10, 21:2

**shoving** [1] - 149:19

**show** [19] - 79:25, 83:2, 116:6, 116:8, 127:13, 143:7, 143:16, 144:1, 144:12, 145:16, 145:21, 146:1, 146:19, 147:13, 147:20, 148:2, 154:25, 162:22

**showed** [1] - 36:20

**showing** [2] - 78:16, 82:8

**shown** [3] - 78:22, 109:16, 120:5

**shows** [3] - 66:9, 80:1, 95:3

**sic** [8] - 78:17, 94:18, 103:6, 121:8, 124:8, 159:15, 160:2,

162:20

**side** [40] - 11:17, 11:24, 11:25, 12:11, 12:24, 13:24, 15:14, 22:5, 28:18, 56:25, 57:4, 57:7, 59:18, 65:5, 66:14, 68:15, 68:19, 68:22, 69:1, 74:17, 85:2, 94:3, 94:9, 94:10, 100:10, 102:25, 108:16, 111:19, 121:10, 126:20, 129:18, 132:25, 138:22, 139:3, 143:10, 144:3, 160:22, 169:5

**significant** [1] - 158:24

**significantly** [1] - 69:19

**similar** [2] - 45:9, 160:13

**simply** [1] - 162:25

**sit** [2] - 169:4, 170:14

**sitting** [1] - 122:3

**situation** [7] - 21:14, 22:18, 23:9, 24:20, 24:21, 50:4, 166:25

**situations** [1] - 11:11

**sixteen** [1] - 166:15

**size** [3] - 48:9, 49:1, 49:5

**skip** [1] - 33:5

**skipped** [1] - 33:9

**sleeve** [2] - 45:10, 66:7

**slightest** [1] - 117:20

**slightly** [3] - 41:23, 48:18, 171:12

**sling** [2] - 48:15

**slipping** [1] - 77:21

**slips** [1] - 77:25

**slow** [2] - 7:12, 88:9

**slow-motion** [1] - 88:9

**slowed** [5] - 29:21, 63:6, 72:20, 88:20, 88:24

**slowed-down** [3] - 63:6, 88:20, 88:24

**slowing** [1] - 82:8

**small** [2] - 27:15, 151:21

**smell** [1] - 12:13

**soldier** [2] - 131:19, 131:20

**someone** [4] - 28:23, 52:4, 119:7, 119:8

**sometimes** [1] - 99:4

**somewhat** [3] - 14:5, 25:3, 94:10

**sorry** [20] - 27:25, 30:11, 49:1, 67:20, 68:21, 76:7, 85:23, 88:22, 92:24, 102:17, 103:14, 120:21, 141:3, 142:22, 144:23, 148:4, 156:1, 160:16, 160:20, 172:22

**sort** [20] - 37:20, 39:11, 45:2, 46:7, 47:12, 49:22, 50:5, 76:10, 77:17, 78:20, 80:14, 81:19, 82:18, 97:15, 98:22, 100:11, 100:13, 145:1, 145:4, 149:6

**sound** [4] - 27:4, 27:9, 27:11, 75:4

**sounds** [3] - 90:17, 114:10, 158:14

**south** [4] - 43:6, 43:7, 43:8, 120:10

**Southern** [1] - 5:16

**spare** [1] - 45:15

**speaker** [1] - 74:12

**speaking** [4] - 71:18, 96:3, 104:14, 173:21

**speaks** [1] - 125:23

**special** [3] - 41:21, 91:5, 91:6

**Special** [3] - 5:9, 90:3, 90:13

**specialist** [2] - 5:10, 47:23

**specific** [5] - 9:19, 25:24, 88:8, 115:19, 162:24

**speculate** [1] - 75:24

**speed** [2] - 82:22, 82:25

**spell** [1] - 6:24

**spelling** [2] - 41:4, 90:24

**spent** [1] - 171:20

**sporting** [2] - 7:24, 8:16

**spot** [1] - 51:18

**spray** [14] - 11:2, 11:4, 11:8, 11:9, 23:22, 24:7, 24:10, 24:17, 24:18, 25:5, 25:9, 45:15, 49:19

**spraying** [2] - 61:16, 61:18

**squad** [1] - 51:15

**square** [1] - 107:15

**staff** [1] - 152:9

**stage** [4] - 97:11,

98:13, 144:4, 163:13
**staircase** [7] - 101:10, 102:4, 102:8, 105:14, 144:7, 144:8, 144:13
**stairs** [6] - 13:5, 101:15, 101:19, 102:12, 105:15, 107:2
**stamp** [51] - 19:17, 20:15, 23:13, 23:19, 31:10, 32:22, 33:7, 62:22, 66:24, 76:22, 76:25, 77:3, 77:8, 77:11, 81:22, 84:13, 86:1, 88:8, 88:12, 94:13, 98:16, 106:11, 106:23, 108:6, 109:1, 109:19, 110:10, 114:23, 120:12, 120:18, 121:5, 121:20, 121:25, 122:16, 125:7, 125:12, 125:18, 127:14, 127:20, 128:6, 128:20, 129:1, 130:4, 130:7, 130:15, 131:7, 134:5, 134:24, 135:9, 136:25, 137:15
**stamps** [1] - 82:2
**stand** [4] - 90:14, 123:21, 161:25, 165:15
**standard** [1] - 167:6
**standing** [16] - 17:6, 17:10, 37:21, 37:23, 39:11, 40:16, 68:17, 98:22, 113:2, 124:21, 125:2, 126:23, 131:18, 132:16, 138:24, 147:23
**Standing** [1] - 154:2
**stands** [1] - 131:10
**start** [9] - 5:5, 8:21, 40:2, 42:18, 90:6, 168:5, 173:17, 174:11, 175:13
**starting** [5] - 85:18, 133:15, 152:4, 152:17, 174:10
**starts** [2] - 60:16, 169:25
**state** [7] - 6:24, 116:6, 116:8, 116:15, 158:9, 158:11, 164:11

**State** [1] - 166:16
**statement** [2] - 115:2, 116:3
**statements** [22] - 25:24, 114:24, 115:1, 115:9, 115:12, 115:13, 115:19, 115:21, 115:23, 115:24, 116:9, 117:5, 117:8, 117:13, 117:19, 117:24, 157:22, 157:24, 158:2
**States** [7] - 5:3, 5:8, 90:3, 92:17, 117:1, 152:23, 159:10
**Statesman** [1] - 149:6
**stating** [2] - 41:4, 90:24
**station** [1] - 43:5
**stationed** [1] - 9:4
**statue** [19] - 17:7, 17:10, 37:16, 37:20, 68:16, 113:3, 122:8, 122:10, 122:21, 122:22, 122:23, 123:25, 124:21, 125:3, 128:9, 129:4, 129:8, 129:25, 130:19
**statue's** [4] - 17:23, 122:11, 122:23, 128:10
**statues** [1] - 131:12
**statute** [1] - 162:15
**stayed** [1] - 165:2
**stepped** [3] - 44:11, 50:18, 53:20
**steps** [12] - 43:9, 44:10, 44:11, 44:12, 51:1, 51:2, 52:21, 138:22, 145:18, 147:22, 148:4, 173:3
**stick** [1] - 58:1
**sticks** [2] - 128:11, 135:3
**still** [64] - 30:6, 33:4, 33:15, 51:10, 56:17, 59:10, 59:14, 59:16, 59:21, 59:25, 60:6, 61:2, 62:4, 62:22, 63:19, 65:19, 65:20, 68:7, 93:16, 93:18, 95:13, 95:15, 96:24, 97:1, 98:11, 101:12, 102:22, 102:24, 105:24, 106:11, 108:13, 108:17, 109:19, 111:14, 111:24, 112:22,

118:8, 118:11, 118:19, 120:12, 121:20, 122:2, 125:12, 125:19, 127:20, 128:20, 130:7, 131:7, 131:14, 132:21, 134:5, 134:8, 134:14, 134:16, 134:17, 135:9, 136:6, 136:22, 137:5, 146:19, 166:5, 166:6, 169:18
**stipulate** [1] - 19:1
**stipulated** [30] - 14:22, 19:2, 26:4, 30:19, 56:8, 58:19, 63:5, 67:23, 93:7, 94:19, 95:3, 96:15, 98:1, 99:18, 100:24, 103:7, 103:16, 111:3, 113:14, 114:18, 124:9, 126:11, 132:5, 135:24, 138:14, 139:21, 142:13, 142:21, 150:24, 153:18
**stipulation** [4] - 67:22, 99:17, 142:10, 142:23
**Stipulation** [21] - 14:23, 19:3, 26:5, 30:20, 56:7, 63:5, 67:23, 93:6, 96:14, 97:25, 100:23, 111:2, 113:13, 114:17, 126:10, 132:4, 135:23, 138:13, 139:20, 150:23, 153:17
**stolen** [1] - 164:10
**stood** [1] - 37:16
**stop** [2] - 165:19, 174:6
**stopped** [1] - 112:21
**stopping** [2] - 31:16, 63:13
**stormed** [1] - 164:17
**storming** [4] - 95:7, 96:7, 104:18, 164:14
**strap** [1] - 46:14
**strategic** [2] - 168:10, 169:17
**Street** [5] - 9:6, 9:7, 10:7, 11:14, 43:5
**strewn** [1] - 35:20
**strike** [1] - 39:5
**strikes** [3] - 49:25, 50:1, 50:5

**stripe** [1] - 57:5
**stripes** [2] - 59:19, 92:5
**strong** [1] - 174:20
**structure** [1] - 100:12
**struggle** [2] - 63:19, 69:11
**struggling** [1] - 65:20
**Study** [1] - 154:1
**study** [2] - 158:9, 158:21
**stuff** [3] - 35:24, 35:25, 60:18
**style** [1] - 60:3
**Subcommittee** [1] - 154:2
**subject** [4] - 115:9, 115:18, 118:2, 157:3
**subset** [1] - 160:5
**subvert** [1] - 166:20
**sufficient** [2] - 66:17, 162:13, 163:13
**suggest** [1] - 157:7
**summation** [1] - 171:17
**sunglasses** [2] - 45:1, 46:18
**super** [1] - 160:16
**Superpower** [2] - 151:15, 156:18
**supervise** [1] - 51:15
**supervisor** [1] - 91:14
**suppose** [2] - 44:12, 169:9
**supposed** [3] - 45:21, 50:15, 83:9
**suppression** [1] - 7:7
**Supreme** [1] - 147:22
**surged** [1] - 112:20
**surrounded** [1] - 152:8
**surrounding** [1] - 152:10
**surveillance** [2] - 105:2, 105:19
**suspects** [1] - 7:11
**sustained** [1] - 70:2
**sweatshirt** [33] - 17:22, 28:21, 31:20, 34:13, 37:17, 38:4, 57:8, 57:16, 60:25, 64:6, 65:25, 66:10, 67:6, 69:1, 69:14, 69:21, 73:24, 74:15, 77:14, 78:11, 79:21, 81:4, 81:16, 81:18, 82:17, 83:25, 84:24, 85:15, 86:3, 92:2, 93:22, 106:16, 136:14

**stripe** [1] - 57:5
**switched** [1] - 6:7
**system** [5] - 151:19, 151:22, 156:21, 157:5, 159:4

# T

**table** [2] - 74:5, 92:22
**tactical** [1] - 157:19
**tad** [1] - 16:10
**tag** [1] - 45:20
**tap** [1] - 60:19
**targeted** [1] - 7:10
**TASER** [2] - 45:13, 49:19
**tasking** [1] - 8:5
**tattoo** [2] - 66:12, 67:10
**tattoos** [3] - 92:10, 92:12, 92:13
**taught** [1] - 50:6
**team** [6] - 7:7, 168:16, 170:18, 171:21, 172:4, 174:22
**tear** [5] - 11:7, 61:13, 104:17, 133:13, 165:2
**tear-gassed** [2] - 104:17, 133:13
**tech** [1] - 80:9
**technique** [2] - 73:7, 73:11
**techniques** [1] - 73:6
**telephone** [3] - 125:23, 125:25, 127:9
**telescope** [1] - 48:11
**ten** [2] - 71:1, 99:2
**tens** [1] - 152:5
**tent** [2] - 100:13, 100:14
**term** [2] - 48:8, 73:10
**terms** [3] - 112:16, 116:15, 166:22
**terrace** [2] - 101:11, 105:16
**testified** [6] - 22:9, 87:15, 100:14, 149:18, 156:23, 162:17
**testify** [13] - 167:23, 168:6, 168:13, 168:19, 168:22, 168:23, 169:23, 170:4, 171:4, 172:1, 172:9, 172:13, 172:18
**testifying** [2] - 172:5, 172:17
**testimony** [16] - 18:22,

26:14, 31:6, 39:22, 55:4, 55:24, 58:17, 66:8, 68:10, 89:22, 123:13, 161:22, 165:6, 169:17, 170:9, 171:22

**text** [2] - 148:23, 149:11

**texting** [1] - 149:2

**texts** [1] - 149:1

**theory** [1] - 159:24

**thereafter** [1] - 167:6

**therefore** [1] - 116:10

**thin** [1] - 47:11

**third** [3] - 95:4, 164:2, 164:5

**thoroughly** [1] - 168:15

**thoughts** [1] - 174:8

**thousands** [3] - 43:18, 47:2

**threatened** [1] - 165:15

**three** [7] - 13:9, 48:8, 48:10, 64:4, 156:12, 173:3, 173:6

**throughout** [10] - 15:18, 16:3, 22:2, 22:23, 22:24, 47:15, 89:22, 106:4, 161:21, 164:18

**throw** [3] - 119:11, 119:12, 175:4

**Throw** [1] - 117:23

**Tipping** [1] - 151:18

**tired** [1] - 36:8

**title** [7] - 91:4, 149:11, 151:13, 153:25, 154:25, 158:13

**titled** [3] - 154:9, 154:24, 156:17

**today** [17] - 6:23, 18:22, 26:14, 31:6, 40:25, 45:4, 55:24, 58:17, 66:8, 70:7, 89:22, 92:17, 161:22, 169:25, 170:6, 173:25, 174:7

**together** [2] - 51:19, 72:18

**tomorrow** [5] - 169:20, 169:25, 174:10, 175:1, 175:7

**tone** [1] - 14:14

**took** [9] - 46:6, 53:19, 62:4, 62:7, 92:7, 122:22, 143:8, 147:21, 148:3

**top** [20] - 17:23, 31:16, 44:13, 45:8, 45:19,

64:9, 65:23, 66:3, 68:16, 76:11, 78:19, 81:19, 102:4, 107:20, 122:11, 122:23, 125:2, 128:10, 129:7, 144:24

**total** [1] - 82:9

**totally** [1] - 11:5

**touch** [1] - 144:15

**touching** [1] - 72:9

**toward** [12] - 43:21, 43:23, 58:2, 66:18, 95:4, 97:2, 99:10, 102:4, 107:23, 130:22, 159:1, 166:4

**towards** [9] - 78:2, 95:23, 99:6, 107:24, 122:21, 131:18, 137:10, 165:8

**traffic** [1] - 50:16

**trail** [1] - 45:9

**trained** [1] - 50:3

**traitor** [1] - 127:12

**trampled** [1] - 21:16

**transfer** [1] - 166:20

**transmissions** [1] - 10:3

**travel** [1] - 175:1

**treat** [1] - 171:12

**tree** [1] - 94:5

**trees** [5] - 43:8, 44:9, 44:16, 46:3, 53:21

**trespassing** [1] - 166:16

**trial** [6] - 155:18, 161:21, 161:23, 167:1, 171:22, 174:25

**trick** [1] - 83:11

**tricky** [1] - 79:25

**tried** [1] - 14:9

**trouble** [2] - 58:7, 163:20

**true** [3] - 63:7, 116:4, 171:17

**Trump** [2] - 9:12, 34:3

**truth** [2] - 115:25, 116:6

**try** [3] - 14:10, 53:9, 72:17

**trying** [15] - 21:19, 23:6, 28:5, 32:9, 33:16, 34:7, 54:1, 54:10, 79:24, 80:9, 80:16, 83:11, 83:12, 150:10, 160:8

**tugs** [1] - 135:12

**turn** [10] - 25:18, 39:3, 50:8, 62:14, 110:14,

151:25, 152:13, 154:7, 165:3, 165:13

**turned** [8] - 55:18, 60:10, 60:11, 65:12, 86:6, 87:3, 109:6, 166:4

**turning** [2] - 8:17, 62:11

**turns** [2] - 60:18, 60:19

**turtle** [1] - 143:22

**twice** [2] - 126:1, 135:13

**Twitter** [1] - 149:16

**two** [14] - 13:4, 20:7, 22:13, 66:2, 69:18, 74:11, 82:14, 133:9, 133:10, 137:19, 152:16, 156:12, 156:14, 156:15

**type** [7] - 10:9, 10:16, 11:2, 22:10, 22:17, 45:7

**types** [1] - 70:20

**typical** [2] - 45:3, 46:20

## U

**U.S** [15] - 12:16, 91:16, 91:20, 91:22, 95:23, 105:2, 105:19, 108:15, 109:12, 131:1, 136:18, 137:18, 152:19, 152:22, 163:24

**ultimate** [3] - 24:22, 173:9, 175:5

**ultimately** [2] - 44:14, 166:18

**unaware** [1] - 47:1

**under** [8] - 44:16, 44:25, 64:10, 159:24, 162:8, 163:4, 167:4, 167:6

**undershirt** [1] - 45:10

**understandable** [1] - 175:8

**understood** [3] - 116:24, 161:24, 162:1

**unduly** [2] - 117:8, 117:25

**unfairly** [1] - 116:17

**uniform** [9] - 10:12, 44:22, 45:3, 45:4, 45:6, 46:21, 131:19, 131:21

**uniformed** [1] - 54:13

**unique** [1] - 166:25

**unit** [4] - 7:21, 8:2, 41:16, 143:20

**United** [7] - 5:3, 5:8, 90:3, 92:17, 117:1, 152:23, 159:10

**units** [2] - 9:8, 9:22

**unmute** [2] - 74:11, 74:12

**unpublished** - 101:5

**unrest** [1] - 42:10

**untold** [1] - 38:15

**unveil** [1] - 152:6

**up** [110] - 11:17, 13:4, 13:5, 14:20, 18:15, 24:23, 26:2, 27:8, 30:18, 38:9, 44:12, 46:19, 48:16, 51:2, 51:12, 51:21, 52:21, 52:22, 54:22, 55:9, 56:2, 58:12, 62:12, 62:13, 63:3, 67:13, 71:18, 74:3, 74:19, 76:2, 76:11, 78:13, 81:13, 88:7, 91:13, 92:4, 92:23, 94:12, 96:8, 97:4, 97:19, 99:12, 100:17, 101:10, 102:11, 103:1, 105:8, 106:18, 107:2, 107:3, 108:1, 109:11, 110:19, 110:21, 111:25, 112:2, 113:7, 114:11, 120:1, 122:22, 123:5, 124:2, 125:4, 125:23, 125:25, 126:2, 127:17, 128:9, 128:11, 129:4, 129:10, 130:3, 130:19, 131:10, 131:11, 131:23, 134:2, 135:3, 135:18, 136:19, 137:19, 138:8, 139:13, 143:14, 143:24, 144:10, 145:6, 145:12, 145:19, 145:24, 146:8, 146:17, 147:9, 147:18, 147:25, 148:6, 149:7, 149:20, 150:13, 153:11, 155:2, 155:4, 156:8, 157:21, 158:15, 159:14, 161:9,

163:8, 175:6

**upper** [2] - 101:11, 105:16

**urgent** [1] - 51:24

**urging** [1] - 165:10

**USB** [1] - 6:7

**uses** [1] - 49:21

## V

**vaguely** [1] - 47:4

**value** [1] - 115:5

**vantage** [2] - 20:8, 61:8

**vapors** [1] - 25:8

**various** [2] - 54:14, 172:17

**varying** [3] - 70:17, 70:21

**vast** [1] - 43:20

**vehicle** [1] - 147:24

**vehicles** [2] - 10:8, 12:25

**verdict** [7] - 167:5, 169:8, 169:22, 171:2, 173:13, 174:19, 175:16

**version** [9] - 6:4, 6:6, 40:9, 40:10, 63:6, 88:9, 88:10, 88:21, 88:24

**versus** [1] - 49:2

**vertical** [1] - 92:5

**vest** [4] - 10:13, 44:24, 45:11, 45:16

**vestibule** [7] - 13:11, 29:18, 29:20, 29:24, 30:1, 136:23, 137:23

**vests** [1] - 27:23

**video** [198] - 27:1, 27:13, 31:5, 33:10, 36:21, 37:1, 37:15, 38:1, 38:5, 38:22, 39:1, 39:14, 55:22, 55:23, 57:11, 58:20, 59:7, 62:14, 63:14, 63:18, 65:15, 66:7, 66:24, 67:2, 67:8, 67:15, 67:24, 68:9, 68:12, 68:14, 69:4, 69:8, 69:10, 69:24, 72:4, 74:9, 76:22, 78:22, 78:23, 79:3, 79:23, 80:12, 80:16, 83:8, 83:10, 83:12, 83:20, 83:24, 84:14, 84:17, 84:19, 85:5, 85:9, 85:12, 85:13, 85:17, 86:1, 86:13, 86:22, 87:19, 87:25,

88:3, 93:2, 93:4, 93:7, 93:24, 94:16, 94:19, 95:6, 95:9, 95:10, 95:11, 95:18, 95:22, 96:12, 96:15, 96:22, 97:7, 97:9, 97:13, 97:23, 98:1, 98:17, 98:19, 98:21, 99:1, 100:21, 100:24, 101:8, 101:17, 102:3, 102:7, 102:8, 102:14, 102:16, 102:18, 103:4, 103:7, 103:16, 104:1, 104:2, 104:4, 104:6, 104:7, 104:12, 104:14, 104:16, 105:6, 105:11, 106:21, 108:24, 109:1, 109:4, 109:13, 109:23, 110:8, 110:10, 110:25, 111:3, 111:12, 112:5, 112:21, 113:14, 114:14, 114:18, 114:23, 115:7, 115:8, 115:11, 115:12, 115:13, 115:15, 115:20, 117:1, 118:2, 118:4, 119:4, 119:20, 120:3, 120:16, 120:20, 121:3, 121:13, 121:18, 122:5, 122:6, 122:14, 123:2, 124:22, 125:7, 125:9, 125:16, 126:5, 126:12, 126:19, 127:3, 127:15, 128:4, 128:13, 128:18, 128:24, 130:5, 130:10, 130:11, 131:5, 131:11, 132:1, 132:5, 132:14, 133:1, 133:6, 133:14, 134:25, 135:7, 135:24, 137:13, 137:20, 138:14, 145:13, 145:16, 146:22, 146:24, 147:2, 147:10, 147:13, 147:14, 147:16, 149:18, 149:23, 150:4, 150:6, 150:9, 159:21, 160:21,

161:1, 166:2
**videos** [18] - 20:7, 36:25, 70:2, 70:6, 70:7, 72:12, 72:14, 72:17, 72:19, 72:20, 82:3, 91:19, 140:4, 142:15, 142:17, 149:17, 155:8, 155:12
**view** [22] - 99:14, 107:6, 108:5, 113:10, 120:10, 121:11, 124:5, 132:15, 135:20, 138:10, 139:15, 144:2, 145:10, 145:17, 146:20, 148:8, 150:17, 153:15, 160:11, 167:3, 167:9
**viewed** [5] - 55:23, 58:16, 132:18, 159:9, 163:14
**viewing** [2] - 88:16, 131:14
**views** [2] - 160:13, 175:14
**violence** [2] - 158:6, 162:25
**virtually** [1] - 151:22
**visible** [3] - 95:25, 98:14, 148:5
**visited** [1] - 149:9
**visual** [62] - 15:21, 16:19, 17:4, 17:16, 18:13, 19:20, 20:13, 23:2, 23:17, 24:5, 24:14, 25:13, 27:19, 28:16, 31:14, 31:25, 32:14, 33:22, 34:17, 57:14, 60:22, 63:2, 63:15, 65:16, 67:3, 69:6, 74:13, 75:9, 75:18, 76:5, 76:13, 76:20, 77:15, 79:17, 80:6, 80:18, 81:9, 82:15, 82:23, 83:5, 85:20, 86:14, 86:23, 86:25, 88:15, 89:2, 89:4, 94:1, 95:20, 101:23, 104:10, 104:22, 119:2, 119:15, 119:18, 127:4, 133:4, 133:20, 145:14, 146:25, 147:11, 150:7
**voice** [5] - 52:4, 52:15, 133:17, 133:22, 133:24

**voices** [3] - 51:8, 133:8, 133:10
**volume** [1] - 74:10
**voluntary** [2] - 168:7, 170:5
**volunteer** [1] - 91:14
**voted** [1] - 95:5
**voter's** [1] - 151:20

## W

**wait** [1] - 169:20
**waiting** [1] - 152:6
**waive** [1] - 168:6
**walk** [6] - 16:23, 70:4, 75:3, 75:12, 107:2, 110:14
**walked** [3] - 120:22, 121:10, 122:21
**walking** [10] - 11:22, 20:1, 20:4, 21:23, 76:16, 77:18, 77:23, 95:4, 107:23, 107:24
**walks** [2] - 76:3, 77:17
**wall** [2] - 13:24, 98:22
**wandered** [1] - 52:10
**War** [2] - 151:15, 152:25
**war** [2] - 152:10, 159:7
**warrant** [2] - 139:8, 139:11
**warrants** [1] - 7:11
**washing** [1] - 74:19
**Washington** [5] - 91:3, 91:8, 94:5, 94:7, 94:9
**watch** [11] - 38:1, 93:1, 94:15, 96:12, 97:23, 100:21, 103:4, 110:25, 114:14, 126:5, 132:1
**watched** [20] - 33:25, 68:9, 70:2, 70:6, 70:7, 72:11, 72:12, 72:17, 72:19, 72:20, 85:12, 122:18, 123:20, 124:22, 128:8, 129:23, 130:18, 131:11, 135:11, 137:17
**watching** [5] - 21:1, 36:25, 37:15, 38:5, 82:3
**water** [3] - 35:15, 61:5, 114:1
**waving** [1] - 122:25
**ways** [1] - 48:15
**weapon** [4] - 28:13, 64:17, 166:11, 166:12

**weapons** [4] - 49:15, 49:17, 64:25, 157:17
**wear** [2] - 45:23, 46:20
**wearing** [37] - 10:9, 17:21, 17:22, 18:17, 19:25, 22:6, 22:10, 22:11, 28:20, 28:21, 34:11, 44:19, 44:21, 45:4, 45:6, 46:20, 47:6, 47:15, 54:15, 55:12, 57:8, 59:16, 59:17, 59:20, 60:2, 61:10, 61:11, 67:6, 87:17, 91:25, 93:21, 93:22, 106:13, 106:14, 106:15, 134:19, 143:21
**website** [1] - 149:9
**wedged** [1] - 94:9
**wee** [1] - 70:11
**weeks** [1] - 157:21
**weigh** [1] - 117:18
**west** [6] - 43:7, 43:9, 44:10, 44:11, 101:11, 105:16
**West** [8] - 44:11, 44:16, 50:9, 50:14, 97:10, 98:12, 100:9, 143:9
**whatnot** [1] - 50:7
**White** [1] - 94:10
**white** [6] - 17:1, 19:25, 100:12, 131:19, 131:20, 131:22
**whole** [7] - 53:4, 64:18, 65:8, 79:24, 79:25, 80:1
**whoops** [1] - 102:17
**wide** [2] - 42:9, 157:4
**wide-scale** [1] - 157:4
**widespread** [1] - 156:20
**width** [1] - 49:9
**Wilson** [1] - 5:14
**WILSON** [57] - 93:11, 94:23, 96:17, 98:5, 99:20, 101:3, 103:20, 111:5, 113:18, 114:22, 115:8, 115:11, 115:23, 116:11, 116:14, 116:19, 124:11, 126:14, 132:9, 136:1, 138:16, 139:25, 140:20, 140:22, 140:24, 141:1, 141:3, 141:6, 141:8, 141:10, 141:12, 141:14, 141:16,

141:18, 148:17, 151:2, 153:21, 156:1, 156:5, 158:15, 158:16, 159:14, 159:17, 159:19, 159:20, 159:23, 160:7, 160:13, 160:18, 160:19, 160:24, 161:2, 161:3, 161:9, 161:13, 161:17, 162:7
**window** [2] - 108:18, 108:19
**wing** [4] - 99:5, 107:25, 108:5, 109:6
**winter** [1] - 93:20
**wish** [2] - 168:21, 172:12
**witness** [12] - 5:20, 5:25, 6:11, 16:16, 36:13, 40:3, 40:5, 78:16, 79:2, 90:6, 90:9, 161:25
**Witness** [10] - 16:15, 40:1, 90:2, 107:12, 111:17, 112:25, 124:25, 129:16, 132:22, 162:3
**WITNESS** [17] - 6:14, 6:18, 39:24, 40:15, 40:19, 60:14, 60:17, 89:8, 89:14, 89:17, 89:24, 90:1, 90:19, 121:24, 123:15, 161:24, 162:1
**Witnesses** [1] - 3:3
**woman** [1] - 22:1
**word** [2] - 37:8, 118:9
**words** [2] - 52:3, 164:15
**wore** [1] - 10:16
**workday** [2] - 8:21, 42:19
**works** [3] - 60:10, 71:15, 175:12
**world** [1] - 90:9
**worn** [25] - 18:18, 18:24, 26:16, 27:9, 27:10, 31:8, 55:12, 55:15, 56:5, 56:14, 57:3, 58:14, 58:16, 59:2, 60:8, 60:10, 60:11, 60:21, 61:7, 62:20, 70:25, 88:8, 88:11, 88:23, 89:10
**worried** [1] - 21:17
**wrapped** [1] - 175:6
**wrench** [1] - 175:4

## Y

**yanked** [1] - 166:7
**years** [5] - 7:5, 36:9, 71:1, 91:7, 91:8
**yelled** [1] - 46:4
**yelling** [15] - 21:2, 22:1, 43:21, 43:22, 50:17, 51:9, 53:17, 53:19, 54:5, 54:6, 54:7, 54:8
**yellow** [2] - 99:25, 134:20
**yesterday** [1] - 6:2
**young** [1] - 11:21
**yourself** [7] - 16:11, 16:14, 41:3, 59:10, 90:23, 99:10
**yourselves** [1] - 5:5

## Z

**zipped** [1] - 46:19